# EXHIBIT A – Gingerich Notice of Suspension

Marketing and
Regulatory Programs

Animal and Plant
Health Inspection
Service

Washington, D.C.

September 7, 2021

Daniel Gingerich
3125 Davis Road
Seymour, Iowa 52590

**OFFICIAL NOTICE OF 21 DAY SUSPENSION OF LICENSE 42-A-1632**

Dear Mr. Gingerich,

I write to notify you that your license (42-A-1632) under the Animal Welfare Act (7 U.S.C. § 2131 et seq.) (AWA or Act) is hereby suspended, pursuant to section 19 of the Act, for a period of 21 days, effective upon your receipt of this letter.

We are taking this action because we have reason to believe that you have willfully violated, *inter alia*, sections 2.1, 2.40(b)(2), 2.50(a)(1), 2.75(a)(1), 2.80(a), 2.126(a), 2.126(a)(4), 2.126(b), and 2.131(e), of the regulations issued under the AWA (9 C.F.R. Part 2)(Regulations), and failed to meet the minimum standards for animals, (9 C.F.R. Part 3)(Standards), specifically 9 C.F.R. §§ 3.1(a), 3.1(b), 3.1(c), 3.1(e), 3.1(f), 3.3(e)(1), 3.4(b), 3.4(c) 3.6(a)(2)(v), 3.9(b), 3.10(a), 3.11(b)(2), 3.11(b)(4), 3.11(c), 3.11(d), 3.13(a), 3.13(b)(2), 3.15, and 3.19(e)(1). Our evidence reveals that, between March 11, 2020, and September 2, 2021, you failed to, *inter alia*: provide a program of adequate veterinary care, properly identify animals, maintain proper records, alleviate the impact of climatic conditions on the animals, allow proper access and inspection of records and property, maintain structurally sound housing facilities, provide continuous potable water, provide proper cleaning and sanitization, provide appropriate shelter, and maintain minimum requirements set out for primary enclosures of the animals.

It is a violation of the Regulations to buy, sell, transport, exhibit, or deliver for transportation, any "animal," as that term is defined in the Act and the Regulations, during the period of suspension. 9 C.F.R. § 2.10(c). This prohibition applies to you and to any employee, agent or other person acting on your behalf. Failure to comply with this prohibition may subject you to sanctions authorized by the Act. 7 U.S.C. § 2149.

If you have any questions concerning this suspension, please communicate with:

Ciarra Toomey
Office of the General Counsel
1400 Independence Avenue, SW, Mail Stop 1417
Washington, D.C. 20250-1417
(202) 720-3779
Ciarra.toomey@usda.gov

Danielle Park
Office of the General Counsel
1400 Independence Avenue, SW, Mail Stop 1417
Washington, D.C. 20250-1417
(202) 878-0730
Danielle.park@usda.gov

Done at Washington, D.C.
this \_\_\_\_ day of September 2021

_____
Kevin Shea
APHIS Administrator
Animal and Plant Health Inspection Service

ANTHONY SHEA
Digitally signed by ANTHONY SHEA
Date: 2021.09.07 14:21:46 -04'00'