# EXHIBIT D –
# August 30, 2021 Site 3 Routine Inspection Report


DANIEL  GINGERICH  
3125 Davis Rd  
SEYMOUR, IA 52590

Customer ID: **506618**  
Certificate: **42-A-1632**  
Site: 003  
Daniel Gingerich

Type: ROUTINE INSPECTION  
Date: 30-AUG-2021

**2.50(a)(2)**

**Time and method of identification.**

Approximately 28 weaned puppies less than 16 weeks of age are not maintained in distinct litters, but are co-mingled together in 3 separate enclosures.  The puppies do not have any form of official identification.  Failure to provide official identification interferes with the ability of APHIS officials to identify dogs and trace their movements.

Live puppies, less than 16 weeks of age, shall be identified by either an official tag, legible tattoo marking approved by the Administrator, a plastic-type collar containing the required information, a microchip, or by a cage card as long as the puppies are maintained in a distinct litter and reside at the facility which they were born.  The licensee must apply an official form of identification to each of the puppies and the licensee must also ensure that all dogs at the facility have an official form of identification at all times.

To be corrected by:  13 September 2021

**2.75(a)(1)**

**Records: Dealers and exhibitors.**

Approximately 25 weaned puppies less than 16 weeks of age are not kept in distinct litters but are co-mingled together in three separate enclosures.  These puppies are not recorded on APHIS form 7005 (Record of Acquisition of Dogs and

| **Prepared By:** | KELLY MAXWELL | **Date:** |
|---|---|---|
|  | USDA, APHIS, Animal Care | 31-AUG-2021 |
| **Title:** | ANIMAL CARE INSPECTOR |  |

| **Received by Title:** | Facility Representative | **Date:** |
|---|---|---|
|  |  | 31-AUG-2021 |



Cats on Hand). Failure to maintain records of all animals at the facility interferes with the ability of APHIS officials to identify dogs and trace their movements.

Each dealer shall make, keep, and maintain records or forms which fully and correctly disclose the required information for all dogs acquired, owned, held, controlled, transported, euthanized, sold or otherwise disposed of. The licensee must input the required information for each of these puppies onto APHIS form 7005. The licensee must ensure that all dogs are properly documented at all times.

To be corrected by: 08 September 2021

### 3.1(e)
**Housing facilities, general.**

The facility uses wood shavings in the enclosures to absorb waste from the dogs. One open bag of shavings is sitting on the floor in a corner of the kennel. Open bags of shavings are at risk of contamination from pests such as flies or mice.

All open supplies of food and bedding must be kept in leakproof containers with tightly fitting lids to prevent contamination and spoilage. The licensee must place the open bag of wood shavings into a leakproof container with a tightly fitted lid in order to protect it from potential contamination. The licensee must ensure all open supplies of food and bedding are properly stored at all times.

To be corrected by: 08 September 2021

### 3.11(b)(2)
**Cleaning, sanitization, housekeeping, and pest control.**

---

**Prepared By:** KELLY MAXWELL  
USDA, APHIS, Animal Care  
**Title:** ANIMAL CARE INSPECTOR  
**Date:** 31-AUG-2021

**Received by Title:** Facility Representative  
**Date:** 31-AUG-2021



The facility uses a plastic scoop to place dog food from the food container into the metal self-feeders. Approximately one-third of the interior surface of this plastic scoop is coated in a thick buildup of a brown organic material. The facility representative stated that the scoop was previously used to feed horses and the buildup came from an additive applied to the horse feed. A buildup of organic material on the scoop could cause contamination of the dog feed and increase the risk of disease hazards.

Used primary enclosures and food and water receptacles for dogs must be sanitized at least once every 2 weeks and more often if necessary to prevent an accumulation of dirt, debris, food waste, excreta, and other disease hazards. The licensee must clean and sanitize the plastic scoop in order to remove the buildup of material and to eliminate the risk of food contamination. The licensee must ensure all food receptacles are free of a buildup of potential disease hazards at all times in order to support the health of the animals.

To be corrected by: 08 September 2021

**3.13(a)(3)**
**Veterinary care for dogs.**
The licensee's Program of Veterinary Care (PVC) is incomplete. The following sections state:

Ectoparasites: every 2 weeks

Blood parasites: monthly

Intestinal parasites: bi-monthly

Each of these sections is missing the name and dosage of the products that are to be used and the PVC does not

| | | |
|---|---|---|
| **Prepared By:** KELLY MAXWELL | USDA, APHIS, Animal Care | **Date:** 31-AUG-2021 |
| **Title:** ANIMAL CARE INSPECTOR | | |
| **Received by Title:** Facility Representative | | **Date:** 31-AUG-2021 |


accurately reflect how often adult dogs and puppies receive the treatments.  The facility representative stated that the ectoparasite treatment is not given year round, but only during the warm months and the intestinal parasite treatment for puppies might be given at intervals other than bi-monthly.  The plan to sample for heartworm and intestinal parasites is also missing from the document.  A complete Program of Veterinary Care is necessary for APHIS officials to determine the dogs are receiving adequate veterinary care.

Each dealer must follow an appropriate program of veterinary dare for dogs that is developed, documented in writing, and signed by the attending veterinarian.  The missing information must be added to the Program of Veterinary Care and the licensee must ensure that the Program of Veterinary Care contains all the required information at all times.

To be corrected by:  13 September 2021

This inspection and exit interview were conducted with the facility representative.

**Prepared By:**  KELLY MAXWELL  
              USDA, APHIS, Animal Care  
**Title:**  ANIMAL CARE INSPECTOR

**Date:**  
31-AUG-2021

**Received by Title:**  Facility Representative

**Date:**  
31-AUG-2021



United States Department of Agriculture  Customer: 506618
Animal and Plant Health Inspection Service  Inspection Date: 30-Aug-2021

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---------|---------|------|-----------|------------|
| 506618 | 42-A-1632 | 003 | Daniel Gingerich | 30-AUG-2021 |

| Count | Scientific Name | Common Name |
|-------|-----------------|-------------|
| 000007 | *Canis lupus familiaris* | DOG ADULT |
| 000033 | *Canis lupus familiaris* | DOG PUPPY |
| 000040 | **Total** | |



CFR:2.50(a)(2);2.75(a)(1)

**Photographer:** Kelly Maxwell  **Certificate:** 42-A-1632
**Date and Time:** Mon Aug 30 15:10:00 GMT 2021  **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000699987  **Facility Name:** Daniel Gingerich
**Description:** Mixed litters of puppies have no ID and are not documented on APHIS form 7005.



CFR:2.50(a)(2);2.75(a)(1)

**Photographer:** Kelly Maxwell  **Certificate:** 42-A-1632
**Date and Time:** Mon Aug 30 15:10:00 GMT 2021  **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000699987  **Facility Name:** Daniel Gingerich
**Description:** Mixed litters of puppies have no ID and are not documented on APHIS form 7005.



CFR:2.50(a)(2);2.75(a)(1)

**Photographer:** Kelly Maxwell  **Certificate:** 42-A-1632
**Date and Time:** Mon Aug 30 15:10:00 GMT 2021  **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000699987  **Facility Name:** Daniel Gingerich
**Description:** Mixed litters of puppies have no ID and are not documented on APHIS form 7005.



CFR:3.11(b)(2)

**Photographer:** Kelly Maxwell **Certificate:** 42-A-1632
**Date and Time:** Mon Aug 30 15:15:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000699987 **Facility Name:** Daniel Gingerich
**Description:** Buildup inside of plastic food scoop.



CFR:3.1(e)

**Photographer:** Kelly Maxwell  **Certificate:** 42-A-1632
**Date and Time:** Mon Aug 30 15:04:00 GMT 2021  **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000699987  **Facility Name:** Daniel Gingerich
**Description:** Open bag of shavings.



CFR:3.13(a)(3)

**Photographer:** Kelly Maxwell  
**Certificate:** 42-A-1632  
**Date and Time:** Mon Aug 30 15:23:00 GMT 2021  
**Legal Name:** DANIEL GINGERICH  
**Inspection No:** 2016090000699987  
**Facility Name:** Daniel Gingerich  
**Description:** Incomplete PVC.