# EXHIBIT F –

# July 29, 2021 Site 1 Focused Inspection Report


# Inspection Report

DANIEL  GINGERICH

3125 Davis Rd
SEYMOUR, IA 52590

Customer ID: **506618**

Certificate: **42-A-1632**

Site: 001

DANIEL GINGERICH

Type: FOCUSED INSPECTION

Date: 29-JUL-2021

---

**2.40(b)(2)**                                    **Repeat**

**Attending veterinarian and adequate veterinary care (dealers and exhibitors).**

The licensee is storing a bottle of Dexamethasone Injection on a shelf in the large whelping building.  The temperature in the area the bottle is stored in is 91 degrees F according to the inspector's Kestrel.  The instructions on the label state that Dexamethasone should be stored between 68 degrees and 77 degrees F.  Failure to store medical products at proper temperatures may compromise their ability to be effective and the health of the animal may suffer.

Each dealer shall use appropriate methods to prevent, control, diagnose, and treat diseases and injuries.  The licensee must store the Dexamethasone and all other medical products at the required temperatures at all times.


Male Shih tzu (#477) has excessively overgrown toenails on the front feet.  When the dog stands on a solid surface the toenails splay out sideways across the flooring and the toenails have developed a severe curve.  Overgrown toenails could cause pain and discomfort as well as affect the dog's natural gait.

Each dealer must use appropriate methods to prevent, control, diagnose, and treat disease and injuries.  The licensee must trim the dog's toenails to an appropriate length and ensure the toenails of all dogs are kept at a proper length at all times.

**2.131(e)**              **Direct**              **Repeat**

---

**Prepared By:**   WILLIAM JANECKE
                                                                USDA, APHIS, Animal Care

**Title:**   VETERINARY MEDICAL
              OFFICER

**Date:**
03-AUG-2021

**Received by Title:**   Licensee

**Date:**
03-AUG-2021


## Inspection Report

**Handling of animals.**

Numerous adult dogs and puppies located throughout the facility are showing signs of heat stress including:

At least 12 adult Cavalier spaniels are housed outdoors.  All the dogs were exhibiting signs of heat stress such as open mouth breathing, high respiration rates, and tongues extending out of the mouth beyond the teeth.  Several of the dogs had a raspy sound associated with their breathing.

In both the sheltered housing building and the large whelping building the majority of puppies under the age of 7 weeks were observed showing signs of heat stress such as open mouth breathing, high respiration rates, and tongues extended out of the mouths.  Puppies were also observed spread out across the enclosure floor with their legs sprawled out.

In an outdoor enclosure containing approximately 8 dogs, the dogs were showing signs of stress from the heat and 4 dogs were observed lying down in a muddy area where there is an accumulation of liquid waste that overflows or leaks from a drainpipe running parallel to the enclosure.  This muddy area is also in the shade, so the dogs were sitting in the waste as they sought relief from the extreme temperatures.  These dogs, soiled with contaminated mud, are at increased risk of disease.

The temperatures taken throughout the facility by the inspectors Kestrel ranged from 91-97 degrees F with a heat index up to 125 degrees F.  On the day of the inspection, The National Weather Service had issued a heat advisory for the area.

Heat stress can be detrimental to the health and well-being of the animals and can even result in death.

When climatic conditions present a threat to an animal's health or well-being, appropriate measures must be taken to alleviate the impact of those conditions. An animal may never be subjected to any combination of temperature, humidity, and time that is detrimental to the animal's health or well-being. The licensee must alter the temperature to a level that is comfortable for the dogs. The licensee must ensure the dogs are maintained in appropriate climatic conditions at all times.

**3.1(f)**                                    **Repeat**

| | | |
|---|---|---|
| **Prepared By:**   WILLIAM JANECKE | USDA, APHIS, Animal Care | **Date:** 03-AUG-2021 |
| **Title:**   VETERINARY MEDICAL OFFICER | | |
| **Received by Title:**   Licensee | | **Date:** 03-AUG-2021 |


**Housing facilities, general.**

The waste from the sheltered housing building is run through a pipe that lays on top of the ground and runs alongside of an outdoor dog enclosure.   Liquid waste is flowing from the pipe and through the dog enclosure, containing approximately 8 dogs, and the dogs were observed lying down in the waste.  The areas near the liquid waste are covered in a green algae and there is a large amount of mud around the stream of waste.  It is thought that the pipe may be leaking or that waste overflows the pipe where it leaves the building.  Drainage of waste through the dog enclosure may allow the dogs to become contaminated and increase the risk of disease.

The pipe leading from the septic system of the house is dumping wastewater down a slope that is causing the water to pool in one corner of an outdoor enclosure containing approximately 9 Bernese Mountain dogs.  The dogs can come into direct contact with this pool of standing water. The stream of waste running down the slope is located near the fencing of the enclosure and has a created a large amount of mud containing green algae.  Numerous wasps were seen landing on the wet, muddy areas near the dog enclosure.

Housing facilities must dispose of animal and food waste, water and other fluids in a manner that minimizes contamination and disease risk.  Drainage systems must minimize pest infestation, insects, odors, and disease hazards.  All drains must be properly constructed, installed and maintained.  The licensee must alter the drainpipes in a manner that eliminates the waste from entering the dog enclosures and keeps the areas around the dog enclosures free of waste material.  The licensee must ensure that all drains are working properly at all times.


**3.6(c)(1)(iii)**
**Primary enclosures.**

Two puppies are located in the basement under the house and are contained in enclosures constructed of coated wire. One puppy does not have 6 inches of space between the top of his head and the top of the enclosure when in a normal standing position.  The inspectors used a tape measure to determine that the puppy had only approximately 2.5 inches of

| Prepared By: | WILLIAM JANECKE | Date: |
| --- | --- | --- |
| | USDA, APHIS, Animal Care | 03-AUG-2021 |
| Title: | VETERINARY MEDICAL OFFICER | |

| Received by Title: | Licensee | Date: |
| --- | --- | --- |
| | | 03-AUG-2021 |


space between the top of its head and the top of the enclosure. Failure to provide appropriate head space could limit the puppy's freedom of movement which could have a negative impact on its health and well-being.

The interior height of a primary enclosure must be at least 6 inches higher than the head of the tallest dog in the enclosure when it is in a normal standing position. The licensee must provide the puppy with 6 inches of space between the top of it's head and the top of the enclosure in order to support its health and well-being. The licensee must ensure that all dogs are housed in primary enclosures which are compliant at all times.

To be corrected by: 06-August-2021

**3.9(b)**                                     Repeat
**Feeding**

In one outdoor enclosure, containing 4 adult dogs, the licensee has attached a hose that is spraying water into the air to help cool the dogs. The water is spraying into the metal self-feeder that is attached to the fence and has the protective push door open. The food in the feeder has become fully saturated and soggy and the feed scattered on the ground is also saturated and soggy. Dog food soaked in water may cause the food to deteriorate or become moldy, caked and unpalatable.

Food receptacles must be located so as to minimize contamination. Measures must be taken to prevent molding, caking and deterioration of the feed. The licensee must locate this metal feeder in an area of the enclosure that will eliminate the risk of the feed getting wet by the water from the hose. The licensee must ensure that all food for the dogs is protected from contamination at all times.

To be corrected by: The licensee moved the feeder to a dry and removed the contaminated feed at the time of the inspection.

**3.10(a)**                 Direct          Repeat
**Watering**

---

|              |                        |        |
|--------------|------------------------|--------|
| **Prepared By:** | WILLIAM JANECKE     | **Date:** |
|              | USDA, APHIS, Animal Care | 03-AUG-2021 |
| **Title:**   | VETERINARY MEDICAL OFFICER | |

| | | |
|--|--|--|
| **Received by Title:** | Licensee | **Date:** |
| | | 03-AUG-2021 |


# Inspection Report

At least 14 dogs contained in outdoor housing have non potable water in their water receptacles. The water is a brown color and has a layer of sediment built up on the inside of the receptacle. Dogs were observed to be standing and digging in the water receptacles and dogs were observed drinking the non potable water. The temperature in the outdoor area was at least 94 degrees F with a heat index up to 125 degrees F according to the inspectors Kestrel. A heat advisory issued by the National Weather Service was in affect for the area.

Failure to provide potable water could have a negative impact on the health and well-being of the dogs.

Potable water must be continuously available to the dogs. The licensee must provide potable water to the dogs and ensure they have access to potable water at all times.

**3.13(b)(2)**                    **Repeat**

**Veterinary care for dogs.**

A Samoyed puppy was under a treatment plan from a licensed veterinarian, but there is no documentation of the treatment plan.

Female Shih tzu #389 and female Shih tzu #479 have both received treatment for medical conditions. The only documentation indicating these dogs have received treatment is a written statement that says "Shih tzu 389 +479 were treated 7-28-21. There is no documentation of the actual medical problem for either dog, or for the treatment that was provided.

Failure to fully document medical conditions and treatment plans does not allow APHIS officials to ensure the animals are receiving adequate veterinary care.

Each dealer shall keep copies of medical records which include the description of the condition, examination findings, treatments provided, and procedures performed. The licensee must ensure that all medical issues are documented and all medical records are complete and contain all required information.

---

**Prepared By:**   WILLIAM JANECKE                                    **Date:**
                                          USDA, APHIS, Animal Care        03-AUG-2021
        **Title:**   VETERINARY MEDICAL
                  OFFICER

**Received by Title:**   Licensee                                        **Date:**
                                                                 03-AUG-2021


## Inspection Report

This inspection and exit interview were conducted with the licensee.


Additional Inspectors:

KELLY MAXWELL, ANIMAL CARE INSPECTOR

| | | |
|---|---|---|
| **Prepared By:** | WILLIAM JANECKE | **Date:** |
| | USDA, APHIS, Animal Care | 03-AUG-2021 |
| **Title:** | VETERINARY MEDICAL OFFICER | |
| | | |
| **Received by Title:** | Licensee | **Date:** |
| | | 03-AUG-2021 |



# Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 506618 | 42-A-1632 | 001 | DANIEL GINGERICH | 29-JUL-2021 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000230 | *Canis lupus familiaris* | DOG ADULT |
| 000300 | *Canis lupus familiaris* | DOG PUPPY |
| 000530 | **Total** | |



**CFR:2.131(e);3.10(a)**

**Photographer:** Kelly Maxwell　　　　**Certificate:** 42-A-1632

**Date and Time:** Thu Jul 29 20:10:00 GMT 2021　**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000670839　　　**Facility Name:** DANIEL GINGERICH

**Description:** Dogs with non-potable water. Temperature and heat index.



**CFR:3.10(a)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Thu Jul 29 20:04:00 GMT 2021  **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000670839      **Facility Name:** DANIEL GINGERICH

**Description:** Non-potable water in dog enclosure.



**CFR:2.131(e)**

**Photographer:** Kelly Maxwell     **Certificate:** 42-A-1632

**Date and Time:** Thu Jul 29 20:15:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000670839     **Facility Name:** DANIEL GINGERICH

**Description:** Dogs showing signs of heat stress.



**CFR:3.10(a)**

**Photographer:** Kelly Maxwell     **Certificate:** 42-A-1632
**Date and Time:** Thu Jul 29 20:05:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000670839     **Facility Name:** DANIEL GINGERICH
**Description:** Dogs in enclosure have non-potable water.



**CFR:2.131(e)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Thu Jul 29 20:42:00 GMT 2021   **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000670839      **Facility Name:** DANIEL GINGERICH

**Description:** Temperature and heat index inside large whelping building.



**CFR:2.131(e);3.10(a)**

**Photographer:** Kelly Maxwell   **Certificate:** 42-A-1632

**Date and Time:** Thu Jul 29 20:10:00 GMT 2021   **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000670839   **Facility Name:** DANIEL GINGERICH

**Description:** Dogs with non-potable water. Temperature and heat index.



**CFR:2.131(e);3.10(a)**

**Photographer:** Kelly Maxwell **Certificate:** 42-A-1632

**Date and Time:** Thu Jul 29 20:05:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000670839 **Facility Name:** DANIEL GINGERICH

**Description:** Heat index. Dog drinking non-potable water.



**CFR:3.9(b)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Thu Jul 29 20:12:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000670839

**Facility Name:** DANIEL GINGERICH

**Description:** Water hose connected to fencing is spraying water into dog feeder. Dog food is soaking wet.



**CFR:3.1(f)**

**Photographer:** Kelly Maxwell  **Certificate:** 42-A-1632
**Date and Time:** Thu Jul 29 20:20:00 GMT 2021  **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000670839  **Facility Name:** DANIEL GINGERICH
**Description:** Waste water from house running into dog enclosure.



**CFR:3.9(b)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Thu Jul 29 20:12:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000670839

**Facility Name:** DANIEL GINGERICH

**Description:** Water hose connected to fence was spraying water directly into dog feeder. Dog feeder was attached to fence above pile of feed on ground. Licensee moved feeder when requested by the inspector.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell　**Certificate:** 42-A-1632

**Date and Time:** Thu Jul 29 20:00:00 GMT 2021　**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000670839　**Facility Name:** DANIEL GINGERICH

**Description:** Male Shih tzu (#477) with severely overgrown toenails.



**CFR:3.6(c)(1)(iii)**

**Photographer:** Kelly Maxwell          **Certificate:** 42-A-1632

**Date and Time:** Thu Jul 29 21:00:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000670839          **Facility Name:** DANIEL GINGERICH

**Description:** Enclosure does not have 6 inches of space above dog's head.



**CFR:2.131(e)**

**Photographer:** Kelly Maxwell

**Date and Time:** Fri Jul 30 01:09:00 GMT 2021

**Inspection No:** 2016090000670839

**Description:** Heat advisory for area.

**Certificate:** 42-A-1632

**Legal Name:** DANIEL GINGERICH

**Facility Name:** DANIEL GINGERICH



**CFR:2.131(e)**

**Photographer:** Kelly Maxwell  **Certificate:** 42-A-1632

**Date and Time:** Thu Jul 29 20:15:00 GMT 2021  **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000670839  **Facility Name:** DANIEL GINGERICH

**Description:** Dogs showing signs of heat stress.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Thu Jul 29 20:00:00 GMT 2021    **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000670839      **Facility Name:** DANIEL GINGERICH

**Description:** Male Shih tzu (#477) with severely overgrown toenails.



**CFR:3.1(f)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Thu Jul 29 20:05:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000670839

**Facility Name:** DANIEL GINGERICH

**Description:** Sewage running through dog enclosure. Dogs lying in sewage.



**CFR:2.131(e)**

**Photographer:** Kelly Maxwell          **Certificate:** 42-A-1632

**Date and Time:** Thu Jul 29 20:42:00 GMT 2021  **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000670839          **Facility Name:** DANIEL GINGERICH

**Description:** Temperature and heat index inside large whelping building.



**CFR:3.9(b)**

**Photographer:** Kelly Maxwell

**Date and Time:** Thu Jul 29 20:12:00 GMT 2021

**Inspection No:** 2016090000670839

**Certificate:** 42-A-1632

**Legal Name:** DANIEL GINGERICH

**Facility Name:** DANIEL GINGERICH

**Description:** Water hose connected to fencing is spraying water into dog feeder. Dog food is soaking wet.



**CFR:2.131(e)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Thu Jul 29 20:15:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000670839

**Facility Name:** DANIEL GINGERICH

**Description:** Dogs showing signs of heat stress.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell     **Certificate:** 42-A-1632

**Date and Time:** Thu Jul 29 20:00:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000670839     **Facility Name:** DANIEL GINGERICH

**Description:** Male Shih tzu (#477) with severely overgrown toenails.



CFR:3.13(b)(2)

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Thu Jul 29 19:53:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000670839      **Facility Name:** DANIEL GINGERICH

**Description:** Incomplete medical record.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell          **Certificate:** 42-A-1632

**Date and Time:** Thu Jul 29 15:17:00 GMT 2021  **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000670839       **Facility Name:** DANIEL GINGERICH

**Description:** Dexamethasone stored at wrong temperature.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Thu Jul 29 20:00:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000670839

**Facility Name:** DANIEL GINGERICH

**Description:** Male Shih tzu (#477) with severely overgrown toenails.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell **Certificate:** 42-A-1632

**Date and Time:** Thu Jul 29 15:17:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000670839 **Facility Name:** DANIEL GINGERICH

**Description:** Dexamethasone stored at wrong temperature.



For Intravenous or Intramuscular Injection

Usual Dose:
Bovine-5 to 20 mg
Equine-2.5 to 5 mg

Warning: A withdrawal period has not been established for this product in pre-ruminating calves. Do not use in calves to be processed for veal.

Store at 20°C to 25°C (68°F to 77°F), excursions permitted between 15°C and 30°C (between 59°F and 86°F).

Protect from freezing
READ ACCOMPANYING
DIRECTIONS CAREFULLY
ANADA#: 200-324
Approved by F.D.A.

LOT NO.:          EXP. DATE:

180828  8-20

**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell          **Certificate:** 42-A-1632
**Date and Time:** Thu Jul 29 15:17:00 GMT 2021   **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000670839        **Facility Name:** DANIEL GINGERICH
**Description:** Dexamethasone stored at wrong temperature.



**CFR:2.131(e)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Thu Jul 29 20:40:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000670839

**Facility Name:** DANIEL GINGERICH

**Description:** Puppies showing signs of heat stress.