# EXHIBIT G –
# July 30, 2021 Site 1 Focused Inspection Report



# Inspection Report

**DANIEL  GINGERICH**  
3125 Davis Rd  
SEYMOUR, IA 52590

Customer ID: **506618**  
Certificate: **42-A-1632**  
Site: 001  
DANIEL GINGERICH

Type: FOCUSED INSPECTION  
Date: 30-JUL-2021

**2.40(b)(2)**  Repeat  
**Attending veterinarian and adequate veterinary care (dealers and exhibitors).**

A female Bernese Mountain Dog ( no ID) had a hairless spot on the right flank of the dog.  The spot extended from the spine down the right flank and from the right hip point forward approximately 9 inches.  The entire hairless spot was approximately  4 inches wide and 6 inches long.  The 4x6 area had lesions that had a yellow scab like material on parts of it, with reddish skin around these areas. There were also some areas that appeared to have a red discharge mixed in with the areas with the yellow scab like material.  This same dog had hair matts behind both ears, about the same size as the ears. The licensee was not aware of this dogs' condition. Hair loss and skin lesions could be the result of injury, infection or other veterinary medical condition which could negatively affect the health of the dog and/or may be uncomfortable. Hair matts can be uncomfortable and can lead to skin issues. The licensee must consult a veterinarian about this skin condition  and remove the hair matts.  The licensee must document the treatment of the dog.

**2.50(a)(1)**  Repeat  
**Time and method of identification.**

The Bernese Mountain dog cited in 2.40(b)(2) did not have an ID. Failure to have official identification applied to each dog does not allow the inspectors to identify the dog and could interfere in the ability to connect medical records and other documentation to the dog. The licensee must ensure that all dogs be identified as described in 2.51.

**3.10(a)**  Repeat

---

**Prepared By:**  CHAD PROCTOR  
USDA, APHIS, Animal Care  
**Title:**  ANIMAL CARE INSPECTOR  

Date: 03-AUG-2021

**Received by Title:**  Licensee  

Date: 03-AUG-2021



**Watering**

A female Golden Doodle ID#5 and her five pups had a empty waterer. There was no other water available inside the enclosure. When water was presented the animals all took a quick drink. Not having water available at all times could cause harm to the dogs. The licensee must ensure that all dogs have water available at all times.

This inspection and exit interview were conducted with the licensee.

**Prepared By:** CHAD PROCTOR  
USDA, APHIS, Animal Care  
**Title:** ANIMAL CARE INSPECTOR

**Date:** 03-AUG-2021

**Received by Title:** Licensee

**Date:** 03-AUG-2021



United States Department of Agriculture  Customer: 506618
Animal and Plant Health Inspection Service  Inspection Date: 30-Jul-2021

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 506618 | 42-A-1632 | 001 | DANIEL GINGERICH | 30-JUL-2021 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000026 | *Canis lupus familiaris* | DOG ADULT |
| 000032 | *Canis lupus familiaris* | DOG PUPPY |
| 000058 | **Total** | |



CFR:2.40(b)(2);2.50(a)(1)

**Photographer:** Bill Janecke  **Certificate:** 42-A-1632
**Date and Time:** Fri Jul 30 21:58:00 GMT 2021  **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000671844  **Facility Name:** DANIEL GINGERICH
**Description:** Hair Matts and no ID



CFR:2.40(b)(2)

**Photographer:** Bill Janecke
**Date and Time:** Fri Jul 30 21:55:00 GMT 2021
**Inspection No:** 2016090000671844
**Description:** Hotspot on back

**Certificate:** 42-A-1632
**Legal Name:** DANIEL GINGERICH
**Facility Name:** DANIEL GINGERICH



CFR:3.10(a)

**Photographer:** Chad Proctor  **Certificate:** 42-A-1632
**Date and Time:** Sat Jul 31 03:55:00 GMT 2021  **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000671844  **Facility Name:** DANIEL GINGERICH
**Description:** Pups drink after getting water.



CFR:2.40(b)(2)

**Photographer:** Bill Janecke  
**Certificate:** 42-A-1632  
**Date and Time:** Fri Jul 30 21:55:00 GMT 2021  
**Legal Name:** DANIEL GINGERICH  
**Inspection No:** 2016090000671844  
**Facility Name:** DANIEL GINGERICH  
**Description:** Hotspot on back