# EXHIBIT H –

# August 25, 2021 Site 1 Focused Inspection Report


# Inspection Report

DANIEL  GINGERICH

3125 Davis Rd
SEYMOUR, IA 52590

Customer ID: **506618**

Certificate: **42-A-1632**

Site: 001

DANIEL GINGERICH

Type: FOCUSED INSPECTION

Date: 25-AUG-2021

---

**2.40(b)(2)**                           **Repeat**

**Attending veterinarian and adequate veterinary care (dealers and exhibitors).**

Female chocolate poodle (#354) is underweight.  Physical inspection of the dog by a Veterinary Medical Officer (VMO) revealed the spine is prominent and there is little fat and muscle covering the dog's frame.  The VMO found the hind legs of the dog were most affected by muscle wasting and the upper leg bone was easily felt.  The dog has a litter of two puppies.  The facility representative has not noticed the animal's condition and the dog has not been evaluated by a licensed veterinarian.


Poor body condition could indicate an underlying health issue and could lead to serious health issues.


Female toy Australian shepherd (#381) has a severely matted hair coat along with an abnormal condition of the skin. Large, solid mats of hair are located behind the right ear and a rope-like mat is located in front of the ear.  The mats are held tightly against the skin.  Heavily matted clumps of hair are located across the dog's rump and are tight against the skin.


An area of hair loss is located between the right ear and right eye and the affected area is slightly reddened.  Areas of hair loss are also located in front of and underneath the large solid mat behind the right ear.  These affected areas are slightly

---

**Prepared By:**   KELLY MAXWELL

Title:   ANIMAL CARE INSPECTOR

USDA, APHIS, Animal Care

**Date:**
26-AUG-2021

**Received by Title:**   Facility Representative

**Date:**
26-AUG-2021


reddened with numerous small, dark red spots across the surface.

A lesion is located on the front side of the lower right foreleg.  The lesion is hairless, dark in color, crusty, and has flaky material in the hair surrounding it.  Multiple lesions are located on the front side of the left foreleg.  The affected areas are hairless and appear slightly reddened.  A small darker red area is located on one of the lesions.  The lesions appear crusty with flaky material in the hair surrounding them.  A lesion is also located on the dog's right flank.  The hair in the affected area is thin  and contains dark red spots on the surface.  Flaky material is trapped in the hair around the lesion. A large lesion is located amongst the matted hair on the dog's rump.  The lesion is slightly reddened and contains dark red bumps and abrasions throughout.  Flaky material is trapped in the hair around the lesion.

The facility representative has not noticed the animal's condition and the dog has not been evaluated by a licensed veterinarian.

Matted hair and abnormal skin conditions could cause pain and discomfort to the dog.

Female English Springer spaniel (#386) has an abnormal condition of the skin.  A large area of hair loss is located on top of the head.  Grey, crusty material is covering the majority of the surface of the exposed skin with a few additional dark brown colored areas throughout.  A smaller area of hair loss is located on the top of the head and contains a reddish-brown crusty material on its surface.  The surface of the left ear flap has a small, red, open lesion and the surface of the right ear contains a large area of hair loss with a small, red, open lesion.  A small amount of fresh blood appears to be around the opening of the lesion.  A lesion is also located on the upper right hind leg near the tail.  The lesion is hairless, round in shape, slightly reddened, with a brownish colored crust on the surface.  The facility representative has not

| | | |
|---|---|---|
| **Prepared By:** | KELLY MAXWELL | **Date:** |
| | USDA, APHIS, Animal Care | 26-AUG-2021 |
| **Title:** | ANIMAL CARE INSPECTOR | |

| | | |
|---|---|---|
| **Received by Title:** | Facility Representative | **Date:** |
| | | 26-AUG-2021 |


noticed the animal's condition and the dog has not been evaluated by a licensed veterinarian.

Abnormal skin conditions could cause pain and discomfort to the dog, as well as lead to further health issues.

Male Pomsky (#248) has an abnormal condition of the skin.  A dark colored lesion is located behind the right eye.  The affected area is slightly reddened with a dark scab-like material on its surface with a dark crusty material trapped in the surrounding hair.  The facility representative has not noticed the animal's condition and the dog has not been evaluated by a licensed veterinarian.

Abnormal skin conditions could cause pain and discomfort to the dog, as well as lead to further health issues.

Female Pomeranian (#467) has matted hair and an abnormal condition of the skin.  A large lesion is located along the top of the dog's back and begins behind the shoulder blades and extends along the spine towards the hips.  The lesion is slightly reddened and numerous dark colored spots are located throughout the affected area.

Matted hair is located around the dog's rump and beneath the tail.  Dry, dark colored fecal material is trapped in the hair and much of the hair is coated in wet, light brown colored waste material.   The facility representative has not noticed the animal's condition and the dog has not been evaluated by a licensed veterinarian.

Matted hair contaminated by waste and abnormal skin conditions could cause pain and discomfort to the dog.

Each dealer must use appropriate methods to prevent, control, diagnose, and treat diseases and injuries.  The licensee

| | |
|---|---|
| **Prepared By:**   KELLY MAXWELL | **Date:** |
| USDA, APHIS, Animal Care | 26-AUG-2021 |
| **Title:**   ANIMAL CARE INSPECTOR | |
| **Received by Title:**   Facility Representative | **Date:** |
| | 26-AUG-2021 |


must have the above mentioned dogs evaluated by a licensed veterinarian for an appropriate diagnosis and to establish an effective treatment plan. Each matted dog must have all matted or contaminated hair removed from their hair coat. The licensee must provide the dogs with adequate veterinary care at all times.

**2.75(a)(1)(iv)**
**Records: Dealers and exhibitors.**
The licensee sold one male and three female Labradors to an individual, but did not provide the person's name on APHIS form 7006. The name of the person to whom a dog is sold or given is necessary for APHIS officials to trace the movement of animals.

Each dealer shall make, keep, and maintain records or forms which fully and correctly disclose the name and address to whom a dog is given or sold. The licensee must ensure that all required information is provided including the name of the person to whom a dog was sold or given.

To be corrected by: From this day forward.

**2.75(a)(1)(vi)**                         **Repeat**
**Records: Dealers and exhibitors.**
Four puppies sold on 08-20-2021 and three female Labradors sold on 08-21-2021, do not have an official identification number on APHIS form 7006. The official identification number is necessary in order for APHIS officials to identify and trace the movements of animals.

Each dealer shall make, keep, and maintain records or forms which fully and correctly disclose the official identification

---

**Prepared By:** KELLY MAXWELL                                     **Date:**
                        USDA, APHIS, Animal Care              26-AUG-2021
**Title:** ANIMAL CARE INSPECTOR

**Received by Title:** Facility Representative                **Date:**
                                                              26-AUG-2021



# Inspection Report

number.  The licensee must ensure that all required information is provided including the official identification number for each dog.

**2.75(a)(1)(vii)(C)**                                **Repeat**

**Records: Dealers and exhibitors.**

The age or date of birth of 330 dogs is missing from APHIS form 7006.  The age or date of birth is necessary for APHIS officials to identify dogs.


Each dealer shall make, keep, and maintain records or forms which fully and correctly disclose the age or date of birth of the dogs.  The licensee must ensure that all required information is provided including the age or date of birth for each animal.


This inspection and exit interview were conducted with the facility representative.


Additional Inspectors:

AUTUMN UNCK, VETERINARY MEDICAL OFFICER

**Prepared By:**   KELLY MAXWELL
                                            USDA, APHIS, Animal Care

**Date:**
26-AUG-2021

**Title:**   ANIMAL CARE INSPECTOR

**Received by Title:**   Facility Representative

**Date:**
26-AUG-2021



## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---------|---------|------|-----------|------------|
| 506618 | 42-A-1632 | 001 | DANIEL GINGERICH | 25-AUG-2021 |

| Count | Scientific Name | Common Name |
|-------|-----------------|-------------|
| 000136 | *Canis lupus familiaris* | DOG ADULT |
| 000146 | *Canis lupus familiaris* | DOG PUPPY |
| 000282 | **Total** | |



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Aug 11 15:14:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000691107

**Facility Name:** DANIEL GINGERICH

**Description:** Female toy Australian Shepherd #381 has matted hair coat and abnormal skin condition.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell  **Certificate:** 42-A-1632
**Date and Time:** Wed Aug 25 15:30:00 GMT 2021  **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000691107  **Facility Name:** DANIEL GINGERICH
**Description:** Female Pomeranian #467 has matted hair and abnormal skin condition.



**CFR:2.75(a)(1)(iv)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Aug 25 16:30:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000691107

**Facility Name:** DANIEL GINGERICH

**Description:** Name of buyer missing from APHIS form 7006.



**CFR:2.75(a)(1)(vi)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Aug 25 16:30:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000691107

**Facility Name:** DANIEL GINGERICH

**Description:** No official identification number on APHIS form 7006.



**CFR:2.75(a)(1)(vii)(C)**

**Photographer:** Kelly Maxwell
**Certificate:** 42-A-1632
**Date and Time:** Wed Aug 25 16:28:00 GMT 2021
**Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000691107
**Facility Name:** DANIEL GINGERICH
**Description:** No age or date of birth on APHIS form 7006.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell

**Date and Time:** Wed Aug 11 15:14:00 GMT 2021

**Inspection No:** 2016090000691107

**Certificate:** 42-A-1632

**Legal Name:** DANIEL GINGERICH

**Facility Name:** DANIEL GINGERICH

**Description:** Female toy Australian Shepherd #381 has matted hair coat and abnormal skin condition.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell **Certificate:** 42-A-1632
**Date and Time:** Thu Aug 26 03:23:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000691107 **Facility Name:** DANIEL GINGERICH
**Description:** Male Pomsky has abnormal condition of skin.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Aug 11 15:14:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000691107

**Facility Name:** DANIEL GINGERICH

**Description:** Female toy Australian Shepherd #381 has matted hair coat and abnormal skin condition.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell    **Certificate:** 42-A-1632
**Date and Time:** Thu Aug 26 03:20:00 GMT 2021    **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000691107    **Facility Name:** DANIEL GINGERICH
**Description:** Female English springer spaniel #386 with abnormal condition of skin.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Aug 11 15:05:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000691107

**Facility Name:** DANIEL GINGERICH

**Description:** Female poodle #354 is underweight.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell    **Certificate:** 42-A-1632
**Date and Time:** Thu Aug 26 03:20:00 GMT 2021  **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000691107    **Facility Name:** DANIEL GINGERICH
**Description:** Female English springer spaniel #386 has an abnormal condition of the skin.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell          **Certificate:** 42-A-1632
**Date and Time:** Thu Aug 26 03:20:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000691107          **Facility Name:** DANIEL GINGERICH
**Description:** Female English springer spaniel #386 with abnormal condition of skin.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Thu Aug 26 03:31:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000691107

**Facility Name:** DANIEL GINGERICH

**Description:** Female Pomeranian #467 has abnormal condition of skin and wet, matted, contaminated hair coat.