# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>v.<br><br>DANIEL GINGERICH<br><br>*Defendant*. | Case No. 4:21-cv-00283-SMR-SHL<br><br>**EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>**EXPEDITED RELIEF REQUESTED** |

**COME NOW** the United States respectfully moves for an ex parte temporary restraining order under Federal Rule of Civil Procedure 65(b)(1) against Daniel Gingerich, his agents, servants, employees, and those working in active concert with him. As set forth in the accompanying Memorandum of Authorities in Support of Ex Parte Motion for Temporary Restraining Order, the United States is likely to succeed on the merits of its claim that Gingerich is placing the health of his dogs in serious danger in violation of the Animal Welfare Act ("AWA"), and its regulations and standards (9 C.F.R. §§ 1.1-3.142). 7 U.S.C. § 2159(a). In just the last six months, Gingerich, an AWA-licensed dealer, has been cited for at least 100 violations of AWA regulations and standards that are meant to ensure the humane treatment and handling of AWA-protected animals, such as Gingerich's dogs. Gingerich has failed to meet even the minimum standards of care for the dogs, including adequate veterinary care, sufficient nutritious food, potable water, and sanitary living conditions, thereby placing the health of those animals in serious danger. 7 U.S.C. § 2159(a).

The United States requests that the Court enjoin Gingerich, his agents, servants,

1

employees, and those working in active concert with him, from placing the health of the dogs in their possession, custody, care or control in serious danger. Specifically, the United States requests that the Court order Gingerich, his agents, servants, employees, and those working in active concert with him to:

(1) provide to undersigned counsel within 7 days of the Court's order a list of every location at which they have any dogs that are intended for breeding or sale as of the date of the filing of this motion, *see* 9 C.F.R. § 1.1 (definition of dealer);

(2) provide to undersigned counsel within 7 days of the Court's order an animal inventory for each location identified in paragraph (1), listing the breed, sex, age, and unique identification number, *see* paragraph (3), of each and every dog at each of the identified locations;

(3) assign within 7 days of the Court's order a unique identification number to each dog listed on the inventories provided pursuant to paragraph (2), consistent with 9 C.F.R. § 2.50(a)(1);

(4) ensure that, within 14 days of the Court's order, every dog listed on the inventories receives a "complete physical examination from head to tail," as required by 9 C.F.R. § 3.13(a)(2), by a licensed veterinarian other than Dr. William McClintock or any other veterinarian associated with Country Village Animal Clinic, Centerville, Iowa;

(5) provide complete veterinary records for the "complete physical examinations" required by paragraph (4) and any veterinary care otherwise provided to any dog

to undersigned counsel within 7 days of the animal being seen by a veterinarian;

(6) provide to undersigned counsel within 7 days of the Court's order up-to-date written programs of veterinary care that comply with 9 C.F.R. § 2.40(b) and 3.13(a) for each location identified in paragraph (1);

(7) ensure that a licensed veterinarian, other than Dr. William McClintock or any other veterinarian associated with Country Village Animal Clinic, Centerville, Iowa, documents the vaccination status of every dog identified in paragraph (2), timely vaccinates all dogs consistent with the vaccination schedule set out in the relevant written program of veterinary care, and accurately documents the vaccinations and make those documents available to USDA Animal and Plant Health Inspection Service inspectors upon request;

(8) immediately cease from acquiring by birth or transfer or disposing by euthanasia or transfer any dogs listed on the inventories in paragraph (2) without the consent of the United States or a court order;

(9) in the case of any dogs who were already pregnant at the time of the Court's order, provide notice to undersigned counsel within 72 hours of the birth of any puppies, including the number of puppies born, the identification number of the dam, and the identification numbers assigned to the puppies, *see* 9 C.F.R. § 2.50(a)(1); *see also* 9 C.F.R. § 2.75; and

(10) if any dogs listed on the inventories provided pursuant to paragraph (2) die, have a licensed veterinarian, other than Dr. William McClintock or any other

veterinarian associated with Country Village Animal Clinic, Centerville, Iowa, confirm the death in person and document the condition of the dog; the veterinarian's record of death must be provided to undersigned counsel with 72 hours of the death of the animal.

This relief reflects the AWA requirements that Gingerich agreed to comply with when he applied for and was granted an AWA license.

A temporary restraining order is both mandated by the AWA and necessary to ensure the humane care and treatment of the dogs in Gingerich's possession, custody, care or control. This motion is supported by the accompanying memorandum, and declarations and exhibits attached thereto.

DATED: September 27, 2021

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

/s/ Mary Hollingsworth
MARY HOLLINGSWORTH
Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
999 18th Street, South Terrace, Rm. 370
Denver, CO 80202
SHAMPA A. PANDA
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Mary.hollingsworth@usdoj.gov | 202-598-1043
Shampa.panda@usdoj.gov | 202-598-3799
Fax: 202-305-0275

RICHARD D. WESTPHAL
Acting United States Attorney

DAVID L.D. FAITH II
Assistant United States Attorney
U.S. Attorney's Office for the Southern District of Iowa
110 E. Court Ave., Suite 286
Des Moines, IA 50309
Tel: (515) 473-9353
david.faith@usdoj.gov

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CMECF system. The foregoing will also be served along with the Complaint and Summons on Defendant Daniel Gingerich.

DATE: September 27, 2021

/s/ Mary Hollingsworth<br>
Mary Hollingsworth