# EXHIBIT B –
# Declaration of Kelly Maxwell

# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. DANIEL GINGERICH *Defendant*. | Case No. |

## DECLARATION OF KELLY MAXWELL

I, Kelly Maxwell, do hereby declare that:

1. I am employed with the United States Department of Agriculture (USDA) Animal and Plant Health Inspection Service (APHIS), Animal Care (AC) as an animal care inspector (ACI). I have been in this position for approximately seven years and four months.

2. I am providing information concerning observations connected to inspections I conducted at Daniel Gingerich's facilities. Daniel Gingerich's customer identification is #506618.

3. My first contact with Gingerich was in September 2019 when he applied for an Animal Welfare Act (AWA) class "A" license and requested a courtesy visit to his main or home facility (Site 001). I conducted a courtesy visit with Gingerich and discussed AWA requirements with him. I conducted Gingerich's first prelicense inspection on October 10, 2019. Gingerich failed this inspection with one non-critical non-compliant item. He was able to correct at the time of the inspection and passed his second prelicense inspection the same day. Gingerich had only approximately 100 dogs total at that time. Most of the dogs were housed in

one kennel building with a few large breed dogs housed in outdoor pens.

4. For Gingerich's first inspection as an AWA licensee, I attempted to inspect his facility on March 11, 2020 at 1:35pm. I knocked on the doors to the house but neither Gingerich nor his wife were present. I honked the car horn, called Gingerich and left a message, waited thirty minutes and then left the facility. There were attempted inspections at Gingerich's facility on October 6, 2020, and December 9, 2020, as well.

5. Consistent with USDA standard operating procedures in the case of an attempted inspection, I conducted a courtesy visit at Gingerich's facility in March 2021. I had acquired a disposition form from another breeder that detailed the breeder sold Gingerich several French bulldog puppies. The French bulldogs were not at Gingerich's facility on the day of the courtesy visit, and when asked, Gingerich stated he sold them to someone else. Gingerich did not know the buyer's name and did not have a disposition form for this sale. Gingerich did not have a class B license, authorizing him to purchase and resell an animal, also known as brokering. During the courtesy visit, I reiterated to Gingerich that he could not buy and resell puppies as his class "A" license does not allow such activity.

6. Summer 2020 was when Gingerich first asked me about brokering dogs. These conversations took place via telephone and I instructed Gingerich each time that he must have a class "B" license to broker even one puppy. Gingerich applied for a broker's license in October 2020 but informed me that he was declining to move forward with the broker's license process when I called him to set up his prelicense inspection. During this call, I reminded Gingerich again that he could not broker any dogs with a class "A" license.

7. I asked Gingerich why he withdrew from the broker licensing process and he said it was because the State of New York would not allow pet stores to acquire puppies from a

broker. Gingerich also stated he had a breeder in Lamoni, Iowa that would be raising puppies for him. I told Gingerich that that breeder's facility must be added to Gingerich's license before Gingerich could sell puppies from that location. Gingerich also asked if he could add his sister's (Alice) address to his license as she already had some of his dogs and was raising puppies for him. After the visit at Gingerich's home site concluded, I conducted a courtesy visit at Alice's address. At least a dozen non-compliances were identified and discussed during the visits.

8. On March 12, 2021, two new-site inspections were conducted at Alice's home. Dogs were housed in the kennel and basement of the home and Alice was also raising six newborn puppies by hand. She stated Gingerich kept bringing her dogs and she was overwhelmed. This was also the first incident of identifying vaccines (specifically Parvovirus vaccine) stored at the wrong temperature. Gingerich added Alice's address to his license after her site reached compliance (Site 003).

9. April 7, 2021 was the first routine inspection for Site 001. Gingerich had hundreds of more dogs at the time of inspection than he did in his prelicense inspection on October 10, 2019. A Golden retriever was extremely emaciated. Gingerich said the new dogs were from Steve Kruse. Disposition forms acquired from Kruse showed that Gingerich purchased 612 dogs from him between April 1st and 30th, 2021 and that Gingerich leased Kruse's site in Cantril, Iowa (Site 006). Gingerich planned to house adults at Site 006, move the dogs to his main site to whelp, and then move them back to Site 006. During this inspection, I asked Gingerich about brokering dogs and he replied that he was allowed to purchase puppies resell them as breeding stock, but not as pets. I informed Gingerich again that he could not buy and resell dogs under his breeder license. When I asked Gingerich about puppies he had purchased from other breeders I had found on disposition forms, Gingerich said the puppies all

died from Parvovirus. When I asked about dogs missing from his site, Gingerich stated he had given them to people he did not know or that the dog had vanished. Gingerich had also destroyed all his cage cards. Gingerich stated he had three facilities in Lamoni, Iowa, but that he did not know their addresses.

10. On April 13, 2021, I delivered the April 7, 2021 inspection report, viewed Gingerich's new whelping building, and conducted the exit interview with Gingerich. In walking through the new whelping building, we discussed compliance issues with the flooring, how to regulate the temperature in the building, and the repercussions of being cited with a "Direct" for temperature. During the exit interview, Gingerich said someone in the Fort Collins office told him it was fine if he brokered a few puppies. I asked him why he called the Fort Collins office and asked them about brokering when I had already told him numerous times he cannot broker a single puppy. He did not have an answer for me. I informed Gingerich I would cite him if I found he brokered one puppy regardless of what someone at the office told him. We also discussed the definition of a breeder as opposed to a broker.

11. In both this discussion and on March 3, 2021, I discussed with Gingerich, in person, at least five unlicensed locations where he was housing breeding dogs and the requirements to provide APHIS with the addresses of these locations and have the facilities and dogs inspected for compliance. Gingerich provided addresses for two of these unlicensed locations but failed to provide the addresses for the other three locations. I requested the addresses for the sites in Lamoni and asked about Kruse's site in Cantril. Gingerich represented that he was unable to remember the addresses and that Kruse's site was not ready for a new site inspection, and that he would send the addresses to the Fort Collins, Colorado office as soon as possible.

12. On April 21, 201, I conducted a new site inspection at one of the Lamoni sites (Site 004). Gingerich called me before the inspection to inform me he would not be at the site, so the inspection was conducted with the individuals living at this location, Henry and Toby Yoder. Henry and Toby stated Gingerich had not told them anything about the AWA requirements and all Gingerich said was that they could not receive a "Direct." They did not know what a "Direct" was. This was also the second incident of vaccines being stored at the wrong temperature.

13. On May 19, 2021, I called Gingerich to inform him Kruse removed the Cantril site from his license and that Gingerich needed to add it to his license. He said he would send a letter to the Fort Collins office. Gingerich informed me he moved to Ohio and no longer lived at Site 001, and that he hired a kennel manager, Joe Miller, to take care of the business. Gingerich agreed that compliance visits from then on should move forward with Miller if Gingerich could not be there at the time of inspection.

14. On June 9, 2021, Compliance Specialist Cindy Neis, APHIS veterinary medical officer (VMO) Dr. William Janecke, and I conducted an inspection at Site 001 with Miller. Miller stated that Gingerich had not really told him anything about the AWA but that Miller could not receive a "Direct." Miller did not know what a "Direct" was. The Golden retriever first identified in the April 7, 2021 inspection as extremely emaciated was in even worse condition and had not been re-examined by a veterinarian. During the inspection, Miller confirmed Gingerich had been moving dogs from an unlicensed Cantril site (Site 006) to Site 001 for whelping. Miller stated he has nothing to do with Site 006 and that Gingerich hired the people that live on the property to care of those dogs and had no idea when Gingerich would add the Site 006 to his license.

15. On June 10, 2021, I received information from Will Yoder, a dog breeder leader in the Amish community, about an unlicensed location housing approximately 150 breeding dogs and dogs intended for breeding that belonged to Gingerich. On June 14, 2021, an inspector from the Iowa Department of Agriculture and Land Stewardship (IDALS), Dr. Janecke, and I arrived at this unlicensed facility in Lamoni (Site 005) and spoke with the facility representative, John Stutzman ("John"), who confirmed all the dogs belonged to Gingerich. John stated he was hired by Gingerich to care for the dogs, the dogs do not whelp at this location, but Gingerich picks up the dogs two weeks to ten days before whelping and moves them to another location. The puppies are returned to this location once they are weaned. We requested to walk through the facility and view the dogs, but John said Gingerich told him not to allow anyone into the kennel area.

16. I called Gingerich to receive permission for John to conduct the inspection and asked Gingerich who owned the dogs. Gingerich stated he owned some of the dogs and John owned the rest, and that he intended for John to obtain his own license in the near future. I asked John if he was aware that he was the owner of some of the dogs, and John again said he did not own any of the animals and was just paid to take care of them. When I reiterated John's account to Gingerich, Gingerich again stated he had always intended for John to obtain his own license and that he had applied for an IDALS license on behalf of John. The IDALS inspector then contacted her office and received confirmation no such application had been received at the time of the June 14, 2021 inspection.

17. I reminded Gingerich of our March 3 and April 13, 2021 discussions on the requirements to add all locations housing dogs that he uses or will use for his breeding program to his license and that APHIS must have access to these regulated dogs for inspection.

Gingerich replied he never added this address to his license because he planned for John to obtain his own license. I said I was not interested in what was going to happen in the future, but what should have already happened, which is that this location should have been added to Gingerich's license or this site should have acquired its own license. During this conversation, Gingerich said he only moved three dogs from the unlicensed property to whelp at another location, which I said was still a regulated activity requiring inspectors to have access to all dogs for inspection as had been previously discussed numerous times since the beginning of March 2021.

18. I explained that since Gingerich owned the dogs and had been breeding and selling puppies, they must be inspected and he could either allow inspection of this facility or refuse inspection, to which Gingerich said, "just cite me for refusing the inspection." I explained the potential repercussions of receiving a refusal of inspection citation, to which Gingerich said, "just cite me for refusing." Gingerich requested I tell John that "he is giving all the dogs to him now." I relayed such to John. Gingerich said that from then on, he would buy the female dogs from the facility representative, move them to his property, whelp them, and then sell them back to John, and the phone conversation ended. I gave John an AWA Blue Book and requested the Fort Collins office send him an application.

19. Since the dogs then belonged to John, I asked John if we could look at the dogs and he said yes. IDALS had received complaints concerning the welfare of these dogs. There were 150 dogs on the property, mostly adults but a few enclosures housed weaned puppies. All dogs were housed in outdoor enclosures and we discussed the requirement for approval from the attending veterinarian (AV) to house dogs outdoors among other requirements under the regulations and standards of the AWA with John. We saw no serious veterinary care concerns.

However, the temperature was approximately 90 degrees and the site had no shade structures. We informed John that shade was critical during these hot days and John showed us some shade cloths he had and said he would put them up in the enclosures that day.

20. The complaint IDALS received also listed two other Lamoni, Iowa locations that were possibly whelping and/or selling puppies for and/or to Gingerich. We visited both locations. At the first location, we spoke with a woman who stated she did not know anything about the kennel, who gave them the dogs, or who the puppies are sold to, but that there were beagles, cocker spaniels and a shih tzu in the kennel. She stated she and her husband, Eli Yoder, were redoing the kennel interior with raised plastic flooring and stainless steel fencing and sides. She asked about outdoor flooring and we discussed using pea gravel versus concrete and how the surfaces need to be impervious to moisture, including concrete. Mrs. Yoder would not confirm the dogs belonged to Gingerich, were sold to Gingerich or were sold by Gingerich. It appeared to us that Gingerich may have called her and told her not to tell us the dogs belonged to him. I gave her an AWA Blue Book and requested the Fort Collins office send her an application. We left without viewing any animals.

21. At the second location, both the property owner, Jacob Stutzman ("Jacob"), and John Stutzman, Jacob's brother, were present. I asked Jacob who owned the dogs and for how long, he said he owned the dogs "since today." I asked how long the dogs had been at this location and Jacob said that they had been there since January. Jacob said Gingerich was just housing the dogs at this location and would come pick up the dogs before they whelped, and would bring them back once the puppies were weaned. We asked Jacob if we could see the dogs, and he said yes. There were approximately twenty to thirty Siberian huskies housed in a barn. In addition, there were large outdoor enclosures for which Jacob stated he was waiting on

materials to construct shelters and shades and that he did not intend to house the dogs in the barn much longer. There was also a wooden frame Jacob was constructing for a whelping building. The dogs appeared in good condition. One dog had a small hot spot that was being treated and another dog had a hernia which Jacob had noticed already and pointed out to us. We used this as an example to describe veterinary care requirements. We also discussed shelter and shade size, watering, cleaning, and sanitizing, flooring materials, and temperature control in the future whelping building. When I asked Jacob who he was going to sell the puppies to, he said he guessed it would be Gingerich, but now that the dogs were his he was considering selling to established brokers he met at the Iowa Pet Breeders Meeting.

22. Jacob and John asked what kind of license they would need if they went into business together and whelped the dogs from John's place in Jacob's whelping building. I suggested they discuss further and form an exact business plan, and that I could help them apply for the proper license. Jacob already had an AWA Blue Book from the Iowa Pet Breeders Meeting, and I requested the Fort Collins office send Jacob an application. I told John and Jacob that they must acquire a license before regulated activity can be conducted.

23. On July 7, 2021, Gingerich called me to tell me he moved the 150 dogs he had given to John (Site 005) to his licensed sites and the unlicensed Cantril site (Site 006). Gingerich still had not sent the letter to add Site 006 to his license to the Fort Collins office. Gingerich agreed to a new site inspection of Site 006 and on July 9, 2021, Dr. Janecke and I conducted a new site inspection at that location with Gingerich's employees. The employees said they were not sure what the requirements were to take care of the dogs as Gingerich had not told them much.

24. On July 16, 2021, I had a phone call with Gingerich concerning an unlicensed

location he was housing dogs at. Gingerich stated he had approximately 150 young dogs housed in a horse barn (Site 007) about a mile from his Site 001. He did not know the address but gave me directions to the barn. Gingerich asked we give him until August 15, 2021, to make a complaint about the location, which I said would have to be reviewed by my supervisory animal care specialist (SACS). Gingerich said no adult dogs were present at the location, no puppies would be whelped there, and that he would not move any of those dogs until it was an approved location.

25. On July 19, 2021, I conducted a focused inspection at Site 006 in Cantril. An employee stated he had no idea that dogs were so difficult to care for and could have so many veterinary problems.

26. On July 23, 2021, I conducted a focused inspection conducted at Site 001 concerning the direct non-compliant items identified on the previous report. During a focused inspection, not every dog is observed unless a concern is noticed and then all dogs in the enclosure and surrounding areas are observed closely. I expressed concern to Miller that the Shih tzu that had been cited for heat stress had been placed back in the outdoor enclosure when it had returned from the vet. Miller said the dog would be fine. I warned him there was a heat advisory for the area that afternoon and he must check on the dogs for signs of heat stress and take action should the animals appear stressed. Using the directions Gingerich had given me, I also found the most likely location of Site 007. IDALS called me on July 26, 2021, to inform me they were planning to have a meeting with Gingerich to walk through Site 007 and asked if I would like to join. IDALS was never given an address for Site 007, so I provided them with the address and agreed to meet them.

27. On July 28, 2021, myself and three IDALS employees (Alissa Puffett, Abigail

Martens, and Dr. Kevin Taylor) arrived at Site 007 but Gingerich was not there at the agreed upon time. IDALS called Gingerich and he said he forgot and would be there in 45 minutes. IDALS asked if I would take them down the road to Site 001 and see if his kennel manager would walk us through the facility while we waited. Miller was not home so we returned to the horse barn. Gingerich arrived and walked us through the barn. Adult dogs were present at the location as well as one pregnant dog. We talked to Gingerich about how he was not truthful with us when he said that no adult dogs were at this location. We then discussed compliance for the building and auctioning dogs, which Gingerich stated he is planning on doing in January 2022.

28. Gingerich then took us to Site 001 where we conducted a focused inspection. I had already discussed with my SACS to conduct a focused inspection regarding temperature and veterinary care at Site 001. During the inspection, Dr. Taylor asked me if I knew whether Gingerich had any dogs in a horse barn and an old milking parlor on the east side of his property. I stated we had never been taken on an inspection of those two buildings and believed the buildings did not house dogs. Dr. Taylor had been to this location last fall with the Wayne County Sheriff's office due to a complaint. Gingerich was not present at the facility that day, but Dr. Taylor and the Sheriff were given access to the facility and walked through all the buildings on the property and had found dogs in the two buildings in question at that time. During the inspection on July 28, 2021, Dr. Taylor walked near the buildings and could hear dogs barking. That was when he then told me there were dogs in those buildings and he requested Gingerich show us the buildings. Gingerich took us inside both buildings where we found a total of approximately twenty-five adult dogs, ten puppies along with two dead 16-week old dogs, and the severely emaciated Golden retriever we had seen on April 7 and June 9, 2021.

Neither the buildings nor the enclosures were compliant to house dogs.

29. Gingerich stated the horse barn housed dogs he was boarding for someone else. I cannot remember the person's name, but the individual is not licensed with the USDA or IDALS. Later that day, with the permission of my SACS, Gingerich gave the dogs to Steve Kruse. Gingerich moved one of the dogs (an adult female with ten puppies) into his own whelping building. When I asked Gingerich why he never showed me these buildings, he said "I don't know why Joe never showed you these buildings."

30. On July 29, 2021, I conducted another focused inspection at Gingerich's Site 001 with Dr. Janecke. Kruse was present during the inspection and informed me that two of the dogs he took from Gingerich the day before tested positive for heartworm disease and were humanely euthanized by Kruse's veterinarian. At the end of the inspection, Gingerich asked if he could give all the dogs at Site 006 as well as the location itself back to Kruse. We agreed. After completing the inspection of the buildings and areas housing dogs, we requested to walk through all the other buildings on the property. Gingerich took us through the other buildings and we found no dogs inside of them. I then asked to see the basement under his house. I had remembered either Gingerich or Miller had mentioned keeping puppies in the basement of the house. Gingerich agreed to show us the basement of the house where we found two puppies housed inside stacked wire crates inside a small closet-like area. Gingerich said he had told his wife to get these puppies out of here and did not know why they were still in the basement, and that the puppies were recovering from a Parvovirus outbreak in early July and the AV would be seeing them that evening. One of the puppies appeared depressed and lethargic and was sitting up and leaning against the side of the enclosure with her eyes closed. The other puppy was housed in an enclosure that was not tall enough and there was not 6 inches of space above the

puppy's head and the top of the enclosure. I believe with 100% confidence that if I had not requested to see the basement, Gingerich would not have shown us the puppies kept there.

31. The week of August 2, 2021, we informed Gingerich he was not to move any dogs from Site 007 until Animal Care decided whether the location should be added as a new site or be considered as part of Site 001. Gingerich wanted to send all the dogs at Site 007 to South West Auction in Missouri, which had agreed to auction his dogs later that month. Gingerich called me and told me some of the dogs at Site 007 had a cough and that his AV wanted to move the dogs to Site 001. I told Gingerich that was acceptable if the AV required him to move them to Site 001 to provide the dogs adequate veterinary care, but he should quarantine the animals so as not to make the young puppies at Site 001 sick. Gingerich moved the dogs to Site 001 and had the AV euthanize them. During subsequent inspections, inspectors noticed numerous dogs throughout Site 001 coughing. Animal Care eventually decided to include Site 007 as part of Site 001.

32. On August 4, 2021, VMO Dr. Autumn Unck and I conducted a routine inspection of Site 004. The facility representatives, Henry and Toby Yoder, stated Gingerich had brought dogs from Site 005 and dropped them off. They were not prepared for that many new dogs and did not have housing ready for them. After this inspection, I went to Site 001 to speak with Gingerich about his request for a variance to sell (transport) puppies under eight weeks of age to Kruse. I left him with a list of information that we would need. Gingerich stated he was going to continue to operate the large whelping kennel behind his house with around 100 adults, but it would be licensed in Miller's name. Gingerich also said that Henry and Toby Yoder, Eli Yoder (unlicensed location), Jacob Stutzman (unlicensed location), and Herman Gingerich (unlicensed location) would be required to buy the adult dogs from him. None of them have the money to

buy them outright so Daniel said he would get half of every litter they sell until they can finally pay him for the adults.

33. On August 18, 2021, I conducted a courtesy visit with a former employee of Gingerich's who stated that Gingerich was keeping dogs at many more locations than we were aware of. She also stated Gingerich called her once to have her go to Site 001 because puppies from one of his unlicensed locations near Redding, Iowa, had been dropped off at Site 001 but had not been fed or watered for three days. When she went, she found the puppies were covered in lice.

34. On August 25, 2021, Dr. Unck and I conducted a focused inspection at Site 001. At the end of the inspection, we were discussing the dogs that Gingerich had hidden in the barns on the property and had not presented for inspection. Autumn asked Miller if he had known the dogs were in the barn and he said "Yes, I knew the dogs were there, but Daniel told me not to show the dogs to the USDA unless they specifically asked to see those buildings. So, I didn't show them to you as I was doing what my employer told me to do." Miller's wife, Barbara Ann, then said that she and Miller had both told Gingerich not to keep dogs in those barns as it was not right and the dogs should not be living like that. Miller and Barbara Ann also stated they were relieved Gingerich was having to get rid of all the dogs as he had just kept obtaining more and more, and they found it impossible to keep up.

35. On August 30, 2021, I conducted a routine inspection at Site 003. Alice, Gingerich's sister, stated that the enforcement action needs to happen as Gingerich is out of control.

36. On September 3, 2021, I called Gingerich to remind him of his license expiration date and the re-licensing process.

37. The week of September 5, 2021, IDALS informed me that puppies purchased from Gingerich had tested positive for Parvovirus and distemper. Upon learning this, I contacted the rescue group that bought the puppies and confirmed that the puppies they purchased on September 4, 2021 were tested by a veterinarian and found to be positive for Parvovirus and distemper.

38. On September 15, 2021, Dr. Unck, ACI Paige Johnson and I conducted a routine inspection of Site 001 and confirmed Site 007 no longer contains any dogs.

39. At the time of September 16, 2021, Gingerich was under a 21-day suspension of his license. On that day, Gingerich called me and said if we did not allow him to give the dogs at Site 001 to anyone he wants, he will just have them euthanized. I told Gingerich that nothing can happen to the dogs at any of the locations unless he calls the phone number on the suspension letter and discusses it with that individual. I gave him the name and number on the suspension letter. Gingerich also told me that all his dogs were coughing because they had worms. Gingerich did not seem interested in my telling him that a virus was the more likely cause.

40. On September 17, 2021, I delivered the September 15, 2021 inspection report to Miller, who asked about the 21-day suspension and if he could move a dog to another address to have it bred or bring a male onto Site 001 to breed the female. I told him he could not and must call the phone number on the suspension letter to ask for permission to move any dogs. Miller said he would not move any dogs and that he believes Gingerich would not be renewing his license.

41. On September 21, 2021, Dr. Unck and I attempt to inspect Site 003, but Alice was not home and Gingerich was in Ohio and could not locate anyone to do the inspection with us.

Under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), I declare the foregoing to be true and correct to the best of my knowledge.

Executed on September 24, 2021.

KELLY MAXWELL
Digitally signed by KELLY MAXWELL
Date: 2021.09.24 19:36:39 -05'00'

Kelly Maxwell
Animal Care Inspector
USDA-APHIS, Animal Care