# EXHIBIT D – Declaration of Dr. Autumn Unck

# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

Case No.

DANIEL GINGERICH

*Defendant*.

## DECLARATION OF DR. AUTUMN UNCK

I, Autumn Unck, do hereby declare that:

1. I am employed with the United States Department of Agriculture (USDA) Animal and Plant Health Inspection Services (APHIS), Animal Care (AC) as a veterinary medical officer (VMO). I have been in this position for approximately 5 years.

2. I am providing information concerning observations connected to inspections I conducted at Daniel Gingerich's facilities. Daniel Gingerich's customer identification is #506618.

3. On September 16, 2021, I conducted a routine inspection at Gingerich Site 004. During the inspection, the site manager, Henry Yoder, commented that he does not mind doing business for or with Gingerich but he just wished Gingerich would be truthful. Yoder also told me that Gingerich picked up 23 puppies on September 7, 2021, from Site 004 but only paid him $150 for twenty puppies because three puppies did not sell. Yoder did not know about the 21-day suspension of Gingerich's Animal Welfare Act (AWA) license and did not know about the Parvo virus outbreak at Site 004. I told Yoder to be very careful if a dog is brought to his facility

and to have dogs quarantined so they do not infect his current stock.

4.	On September 20, 2021, I had a phone call with Eli Gingerich, a site manager for Gingerich at an unlicensed site, and he told me about the suspension of Gingerich's AWA license and that he heard Gingerich was in big trouble with USDA from a friend that saw such information on Facebook. Eli was concerned this would affect his prelicensing status. Eli told me he has dogs on his property that belong to Gingerich including 15 adult dogs (cockers, beagles, poodles, and a shih tzu) and 16 puppies born at Eli's site that were just weaned and were ready to be sold. Gingerich's dogs had been at Eli's site since October 2020 and Gingerich brought a male beagle to Eli's site for breeding this spring.

5.	Eli is working under Gingerich's license. According to Eli, Gingerich told him that he could not sell puppies until he had his own license. To date, Eli's application is in the prelicense status. In their operations, Gingerich pays Eli a certain percentage per puppy. Eli was working on buying the dogs at his site from Gingerich. According to Eli, their last conversation about the purchase arrangement was that Eli would keep the females and Gingerich would take the males until the amount of money Gingerich earned from selling the males and puppies matched the value of the females. A Parvovirus outbreak at Eli's site disrupted this plan and the purchase agreement has not been finalized to date. To manage the Parvovirus outbreak, Eli said he called a local veterinarian to receive treatment for the dogs and puppies on his site. Eli stated Gingerich appeared "with some parvo shots after the fact." He also stated that Gingerich has been paying for everything up until now. Eli receives money from a transporter if Gingerich cannot make payment. Eli paid for paper veterinary records, had a receipt for the Parvovirus treatments, but did not have veterinary medical records. According to Eli, neither the transporter (Jim Young) nor Gingerich have brought medical records to date.

6. According to Eli, Gingerich was supposed to visit Eli's site on September 6, 2021, but instead went to Tobi Yoder's, Eli's brother, property. Eli stated that Herman Gingerich and Jacob Stutzman are both brother-in-law to Eli. Herman Gingerich is the only individual who is independently licensed.

Under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), I declare the foregoing to be true and correct to the best of my knowledge.

Executed on September 26, 2021.

Autumn M. Unck
Digitally signed by Autumn M. Unck
DN: cn=Autumn M. Unck, o=Animal Care, ou=USDA APHIS, email=autumn.m.unck@usda.gov, c=US
Date: 2021.09.26 19:30:49 -05'00'

Autumn Unck
Veterinary Medical Officer
USDA-APHIS, Animal Care