# EXHIBIT E –
# Declaration of Randall Coleman

# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br> v. <br><br> DANIEL GINGERICH <br><br> *Defendant.* | Case No. |

I, Randall Coleman, do hereby declare that:

1. I am employed with the United States Department of Agriculture (USDA) Animal and Plant Health Inspection Services (APHIS), Animal Care (AC) as an animal care inspector (ACI). I have been in this position for approximately 18 years.

2. I am providing information concerning observations connected to inspections conducted at Daniel Gingerich's facilities. Daniel Gingerich's customer identification is #506618.

3. On August 31, 2021, I performed a search based on a Certificate of Veterinary Inspection (CVI) I received from ACI Kelly Maxwell. The CVI showed four dogs consigned from Gingerich, 3125 Davis Road, Seymour, Iowa 52590, to Robert Beachy, 8560 SR 241, Fredericksburg, Ohio 44627. I visited the Ohio address and spoke to Beachy's employee as Beachy was not home. The employee told me they received four dogs from Iowa and they were on the property. I asked the employee to inform Beachy of my visit and that I would follow up in the future on those dogs. I did not ask to see the dogs because Beachy had requested he be present at all inspections.

4. On September 23, 2021, I performed a search based on a CVI I received from Maxwell. This CVI showed seven dogs consigned from Gingerich, 3125 Davis Road, Seymour, Iowa 52590, to Naomi Gingerich, 10105 SR 124, Hillsboro, Ohio 45133. I visited the Ohio address and saw a woman hanging laundry in the backyard. I introduced myself and asked the woman if she was Gingerich's wife, which she affirmed and said her name was Naomi. I asked if Gingerich was home and she told me he was at work, that he is a horse buyer and seller. I showed Naomi the CVI and asked if the dogs were on the property. Naomi looked at the paperwork and said she knew nothing about the dogs and that there were not any dogs on the property other than one pet. I did not observe any dogs on the premises. Naomi said the property was a family member's house and that she and Gingerich were currently staying in the basement. I gave Naomi a business card and asked her to have Daniel call me to discuss the seven dogs and so I could introduce myself as an inspector in Ohio. I also informed Naomi I was aware of the history of the Iowa inspections and that I wanted compliance from them moving forward. Naomi said they also wanted compliance.

5. On September 23, 2021, I performed a search based on an APHIS Form 7006 I received from Maxwell. This Form 7006 showed four dogs consigned from Gingerich, 3125 Davis Road, Seymour, Iowa 52590, to Ura Gingerich, 9888 E Deadfall Road, Hillsboro, Ohio 45133. I visited the Ohio address and met Owen Gingerich, who identified himself as Gingerich's brother. During the visit, I noticed at least ten dogs in a fenced area of the yard about fifty yards from the house. I asked Owen who Ura is, and he told me that he is their father, and that he was at work and therefore unavailable. I asked Owen about the four dogs Gingerich sold to his dad and Owen said he was not sure about these dogs. I asked Owen if I could look at the dogs on the property, and he agreed. I observed dogs that matched the

descriptions of dogs listed on the Form 7006. Specifically, there were three Burmese Mountain dogs on the property and one listed on the 7006; two Cocker Spaniel dogs on the property and two listed on the 7006; a chocolate Poodle on the property and one listed on the 7006. Other dogs were also on the property including several Golden Retriever dogs. I gave Owen my business card and asked he have Ura call me to discuss the four dogs and so I could introduce myself as an inspector in Ohio. Owen told me they have plans to move to the Loudonville, Ohio area in the future.

Under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), I declare the foregoing to be true and correct to the best of my knowledge.

Executed on September 24, 2021.

_____
Randall Coleman
Animal Care Inspector
USDA-APHIS, Animal Care