# EXHIBIT F –
# Purchase Invoice, Gingerich to MN Rescue Org.

# UNITED STATES DEPARTMENT OF AGRICULTURE
# ANIMAL AND PLANT HEALTH INSPECTION SERVICE

## RECORD OF DISPOSITION OF DOGS AND CATS

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0579-0036. The time required to complete this information collection is estimated to average 2 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

OMB Approved 0579-0036

☒ SALE  ☐ EXCHANGE OR TRANSFER  ☐ DONATION

**1. DATE OF DISPOSITION:** 9-4-21
**2. PAGE:** 1 OF

This record is required by law (7 U.S.C. 2131-2156). (9 CFR, Subchapter A, Parts 1, 2, and 3). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

**INSTRUCTIONS:** Complete applicable items 1 through 8. Original and USDA Copy to be retained by seller. Buyer's Copy to accompany shipment. It must be retained by Buyer.

**3. SELLER OR DONOR (Name and Address):**
Daniel Gingerich
3125 Davis Rd
Seymour IA 52590

**4. BUYER OR RECEIVER (Name and Address):**
Denise Anderman
5800 Baker Rd
Minnetonka MN 55345

**3A. DEALER'S LICENSE NUMBER OR RESEARCH FACILITY REGISTRATION NUMBER (Seller):** 42 A 1632

**4A. USDA LICENSE NUMBER OR RESEARCH FACILITY REGISTRATION NUMBER (If any):**

### 5. IDENTIFICATION OF EACH ANIMAL BEING DELIVERED

| A. Identification Number (Ear) | B. Dog M/F | C. Cat M/F | D. Age or DOB | E. Weight | F. Breed or Type | G. Description of Animal |
|---|---|---|---|---|---|---|
| 143 | F | | 7 | | GR | Cream |
| 111 | F | | 7 | | GR | |
| 815 | F | | 7 | | GR | |
| 1006 | M | | 8 wk | | GR | |
| 1007 | M | | 8 wk | | GR M | |
| 1008 | M | | 8 wk | | GR | |
| 1009 | M | | 10 wk | | gld doodle | |
| 1010 | M | | | | | |
| 1011 | M | | | | | |
| 1012 | M | | | | | |
| 1013 | M | | ↓ | | ↓ | ↓ |
| 1014 | M | | 10 wk | | Samoyed | Wht |
| 1015 | M | | 10 wk | | Samoyed | Wht |
| 1016 | | | 2 yr | | Beagle/Lab | Black/tan/wht |

**6. DELIVERY BY:** ☐ COMMERCIAL SHIPPER  ☒ BUYER'S VEHICLE  ☐ SELLER'S VEHICLE

**7. NAME AND ADDRESS OF COMPANY OR FIRM:** same as #4

**8. NAME AND ADDRESS OF TRUCK DRIVER:** same as #4

**9. RECEIVED BY:** Denise Anderman
**10. SIGNATURE:** [signature]
**11. TITLE:** General Manager
**12. DATE:** 9/4/2021

APHIS 7006 JUL 2009 (Previous edition may be used.)

**BUYER'S COPY** - To accompany shipment and be retained by buyer

# UNITED STATES DEPARTMENT OF AGRICULTURE
## ANIMAL AND PLANT HEALTH INSPECTION SERVICE

## RECORD OF DISPOSITION OF DOGS AND CATS

- [x] SALE
- [ ] EXCHANGE OR TRANSFER
- [ ] DONATION

**OMB Approved** 0579-0036

**1. DATE OF DISPOSITION:** 9-4-21

**2. PAGE:** 1 OF

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0579-0036. The time required to complete this information collection is estimated to average 2 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

This record is required by law (7 U.S.C. 2131-2156). (9 CFR, Subchapter A, Parts 1, 2, and 3). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

**INSTRUCTIONS:** Complete applicable items 1 through 8. Original and USDA Copy to be retained by seller. Buyer's Copy to accompany shipment. It must be retained by Buyer.

**3. SELLER OR DONOR (Name and Address):**
Daniel Gingerich
3125 Davis Rd
Seymour IA 52590

**4. BUYER OR RECEIVER (Name and Address):**
Denise Anderman
5800 Baker Rd
Minnetonka MN 55345

**3A. DEALER'S LICENSE NUMBER OR RESEARCH FACILITY REGISTRATION NUMBER (Seller):** 42-A-1632

**4A. USDA LICENSE NUMBER OR RESEARCH FACILITY REGISTRATION NUMBER (If any):**

**5. IDENTIFICATION OF EACH ANIMAL BEING DELIVERED**

| A. IDENTIFICATION NUMBER | B. DOG M or F | C. CAT M or F | D. AGE OR DATE OF BIRTH | E. WEIGHT | F. BREED OR TYPE | G. DESCRIPTION OF ANIMAL |
|---|---|---|---|---|---|---|
| 1017 | F | | 8wk | | GR | Cream |
| 1018 | F | | 8wk | | GR | Cream |
| 1019 | M | | 10wk | | mini Bernedoodle | Blk tri |
| 1020 | M | | 11 | | " | Sab & wht |

**6. DELIVERY BY:**
- [ ] COMMERCIAL SHIPPER
- [x] BUYER'S VEHICLE
- [ ] SELLER'S VEHICLE

**7. NAME AND ADDRESS OF COMPANY OR FIRM:** Same #4

**8. NAME AND ADDRESS OF TRUCK DRIVER:** #4

**9. RECEIVED BY:** [signature]

**10. SIGNATURE:** Denise Anderman

**11. TITLE:** General Manager

**12. DATE:** 9/4/2021

APHIS 7006 JUL 2009

BUYER'S COPY-To accompany shipment and be retained by buyer

# Form DC-Certificate of Veterinary Inspection for Cats/Dogs

**STATE OF IOWA**
**DEPARTMENT OF AGRICULTURE**
**AND LAND STEWARDSHIP**
Bureau of Animal Industry
*Certificate of Veterinary Inspection for Cats/Dog*

Interstate Shipment ☐
Exhibition ☐
Sale ☒

DC **620649**

SHIP VIA:
Air ☐  Auto ☒
Rail ☐  Ship ☐

Owner or Consignor: Daniel Gingerich
Address: 3125 Davis Rd
City: Seymour IA 525

Consignee: Denise Anderman
Address: 5800 Baker Rd
City: Minnetonka MN 55345

#D3256404
Neg vac exp 4-21-22
1-DH₂PPv

| DESCRIPTION | BREED/COLOR | SEX | AGE/DOB | TATTOO MICROCHIP NUMBER | RABIES TAG NUMBER | RABIES VACCINATION TYPE Live/Killed | 1 year / 3 year | MANUFACTURER | SERIAL NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| Lt Red | Gold Dood | M | 10 wks | ✓ Acc | | | | Elanco | D198 132A |
| | | M | | 8-15-21 | | | | | |
| | | M | | | | | | | |
| | | M | | | | | | | |
| ↓ | ↓ | M | ↓ | ↓ | | ↓ | ↓ | ↓ | ↓ |
| Cream | Gold Red | M | 8 wks | 8-1-21 | | | | | |
| | | M | | 8-1-21 | | | | | |
| ↓ | ↓ | M | ↓ | 8-1-21 | | | | | |

REMARKS: All vacc w/ Neg vt 1-DH₂PPv

I hereby certify that the animals listed above have been examined by me and found to be free from contagious and infectious diseases to the best of my knowledge. To my knowledge, the animals listed have not been exposed to rabies and have not originated from a rabies quarantine area.

Signature of Licensed Veterinarian: Dr Wm McC___
Iowa Vet License #: 5641
Typed or Printed Name: WM McClintock
Date Issued: 9-3-21
Name of Veterinary Hospital/Clinic: Country Village Animal Clinic
Telephone Number: 641-437-7325
Address: 12120 Hwy 2
City: ___  State: IA  Zip Code: 52544

Original (Pink) copy to accompany shipment. Mail two copies (White & Canary) to the State Veterinaian. Retain last copy (Green) unless required for air shipment)

# Form DC-Certificate of Veterinary Inspection for Cats/Dogs

**STATE OF IOWA**
**DEPARTMENT OF AGRICULTURE**
**AND LAND STEWARDSHIP**
Bureau of Animal Industry
*Certificate of Veterinary Inspection for Cats/Dog*

DC **620650**

Interstate Shipment ☐
Exhibition ☐
Sale ☑

SHIP VIA:
Air ☐  Auto ☑
Rail ☐  Ship ☐

Owner or Consignor: Daniel Gingerich
Address: 3125 Davis Rd
City: Seymour IA 52590

Consignee: Denise Anderman
Address: 5800 Baker Rd
City: Minnetonka, MN 55345

| DESCRIPTION | BREED/COLOR | SEX | AGE/DOB | TATTOO MICROCHIP NUMBER | RABIES TAG NUMBER | RABIES VACCINATION TYPE Live/Killed | 1 year / 3 year | MANUFACTURER | SERIAL NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| Cream | Gold Ret | F | 7yr | | | Killed | 1 year | Elanco | D198132A |
| Cream | ↓ | F | 7yr | | | ↓ | ↓ | ↓ | ↓ |
| Cream | ↓ | F | 7yr | | | ↓ | ↓ | ↓ | ↓ |

REMARKS: Vacc. Ndown 1-DA₂PVL 8-1-21 ser# D325640A exp 4-21-22

I hereby certify that the animals listed above have been examined by me and found to be free of contagious and infectious diseases to the best of my knowledge. To my knowledge, the animals listed have not been exposed to rabies and have not originated from a rabies quarantine area.

Signature of Licensed Veterinarian: [signature]    Iowa Vet License #: 5641
Typed or Printed Name: WM McClintock    Date Issued: 9-3-21
Name of Veterinary Hospital/Clinic: Country Village Animal Clinic    Telephone Number: 641-437-7325
Address: 12120 Hwy 2    City: Centerville    State: IA    Zip Code: 52544

Original (Pink) copy to accompany shipment. Mail two copies (White & Canary) to the State Veterinaian. Retain last copy (Green) unless required for air shipment)