# EXHIBIT G –
# Kanji Veterinary Record



Animal Emergency & Referral Center
of Minnesota
1163 Helmo Avenue N
Oakdale, Minnesota, 55128

Ph (651) 501-3766
Fax (651) 501-3763
Email records@aercmn.com

**CLINICAL SUMMARY**
**Animal No.**          308730
**Clinical No.**        996828
**Record Date**         09-06-2021
**Attending Vet(s)**    Chelsea Wolf, Melanie
                        Neufeld, Latasha Sikes,
                        Lindsay Berg, Tracy Julius,
                        Megan Brewer, Alex
                        Molldrem, James Newton,
                        Sarah Schader, Elizabeth
                        Chisler, Jo Daney, Sarah
                        Foote
**Printed At**          09-22-2021

## Clinical Summary for Kanji

### 👤 Client Details

| | | | |
|---|---|---|---|
| **Name** | Rescue (RAGOM) | **Phone** | (612) 269-2070 |
| **Address** | 5800 Baker Rd Suite 120 Minnetonka, Minnesota, 55345 | | |

### 🐾 Patient Details

| | | | |
|---|---|---|---|
| **Name** | Kanji | **Age** | 2 months |
| **Species** | Canine | **Deceased** | Deceased (09-11-2021) |
| **Breed** | Goldendoodle | **Date** | |
| | | **Sex** | Male |

**Monday the 6th of September 2021**

---

08:18AM    🐾 Diagnostic Result

**Requested By:** James Newton
**Supplier:** Idexx, Laboratory In House
**Reference:** US745-DR117472
Lab: Snap Parvo **Outcome:**
Analyzer: SNAP
Analyzer Note:

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|---|---|---|---|---|---|
| Parvo | Positive | | | | = |

---

09:05AM    📄 Presenting Problem(s)

**Lindsay Berg**

Not eating, had some feeding through dropper of goats milk yesterday. Dayle- (612) 269-2070.

- Anorexia

---

09:17AM    📄 S - History

**James Newton**

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

**Service Exam** Emergency Examination & Consultation

Kanji, a 2 m 8 d, Male, presented for evaluation of not eating and lethargy.

Presented Sat night from breeder in Iowa. He was playful Sat but stopped eating yesterday. Kanji and a litter mate are currently being foster.

## 📋 O - Physical Exam

**James Newton**

**Presentation**
**Condition** Appears Currently Stable
**Ambulation** Ambulatory
**Attitude** Dull
**Body Temperature** Normothermic
**Mucous Membranes** Pink
**CRT** <1 sec
**Respiratory Effort** Considered Normal
**Hydration** Appears Hydrated
**Body Condition Score(1-9)** 5

**Eyes, Ears, Nose, Throat** Clear OU & AU
**Oral Exam** No significant findings

**Auscultation**
**Cardiac** No murmur or arrhythmia
**Respiratory** Clear lung sounds bilaterally

**Palpation**
**Abdomen** Non-painful, no masses, fluid, or organomegaly
**Lymph Nodes** Peripheral lymph nodes normal
**Peripheral Pulses** Strong and synchronous

**Integumentary** Skin and haircoat appear normal

**Musculoskeletal** Considered normal

**Neurologic** Normal mentation, no deficits noted

**Urogenital** No abnormalities noted

Pain Score (out of 4): 0

09:18AM

## 📋 A - Assessment

**James Newton**

**Assessment:**
Problem list – Parvovirus positive - r/o underlying intestinal parasites, other

Prognosis – guarded

## 📋 P - Plan/In House Consults

**James Newton**

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

**Plan:**

**Recommended Diagnostics:**

- CBC (serial while in hospital), chemistry and elyte monitoring
- BG monitoring
- AFAST +/- AUS

**Recommended Treatments:**
1) Hospitalization - stabilization/supportive care, NG tube placement when and if applicable
2) SQ fluids, oral medications, not recommended.

**Discussion:**
Discussed Parvo virus with owner. This is a virus, which treatment entails aggressive supportive care as the body fights the virus. The virus can attack rapidly dividing cells, most prominently GIT villa, heart, and can cause bone marrow suppression. Discussed when it attacks the intestines, it destroys the important absorption villa and causes pain and inflammation. Consequences include vomiting, diarrhea, GI stasis/ileus, and severe inflammation, and possible intussusception which can require surgical intervention.

Treatment includes aggressive supportive care of IVF, blood pressure support, IV medications, NG tube for nutrition and to evacuate the stomach. Rechecking blood work and blood glucoses. Expect a minimum 2 days, but some patients up to 7 days or more hospitalization. Treatment can lead to up and down effects, where they seem to get better then they can decline but get better again.

Prognosis is guarded, about 50/50, some patients despite our best efforts can develop secondary complications to parvo virus including aspiration pneumonia and sepsis. Even with aggressive treatment some patients do not survive.

---

09:57AM    Diagnostic Result

**Requested By:** James Newton
**Supplier:** Idexx, Laboratory In House
**Reference:** US745-DR117489
**Outcome:**
Analyzer: ProCyte_Dx
Analyzer Note:

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| RBC | 5.65 | M/µL | 5.65 | 8.87 | = |
| HCT | 35.4 | % | 37.3 | 61.7 | = |
| HGB | 12.3 | g/dL | 13.1 | 20.5 | = |
| MCV | 62.7 | fL | 61.6 | 73.5 | = |
| MCH | 21.8 | pg | 21.2 | 25.9 | = |
| MCHC | 34.7 | g/dL | 32.0 | 37.9 | = |
| RDW | 15.1 | % | 13.6 | 21.7 | = |
| %RETIC | --.-- | % | | | - |
| RETIC | --.-- | K/µL | 10.0 | 110.0 | - |
| RETIC-HGB | --.-- | pg | 22.3 | 29.6 | - |
| WBC | 16.63 | K/µL | 5.05 | 16.76 | = |
| %NEU | 86.9 | % | | | = |
| %LYM | 9.2 | % | | | = |
| %MONO | 3.8 | % | | | = |

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| %EOS | 0.1 | % | | | = |
| %BASO | 0.0 | % | | | = |
| NEU | 14.45 | K/µL | 2.95 | 11.64 | = |
| LYM | 1.53 | K/µL | 1.05 | 5.10 | = |
| MONO | 0.63 | K/µL | 0.16 | 1.12 | = |
| EOS | 0.02 | K/µL | 0.06 | 1.23 | = |
| BASO | 0.00 | K/µL | 0.00 | 0.10 | = |
| PLT | 253 | K/µL | 148 | 484 | = |
| MPV | 12.8 | fL | 8.7 | 13.2 | = |
| PDW | 18.3 | fL | 9.1 | 19.4 | = |
| PCT | 0.32 | % | 0.14 | 0.46 | = |

10:03AM    🔆 Diagnostic Result

**Requested By:** James Newton
**Supplier:** Idexx, Laboratory In House
**Reference:** US745-DR117489
**Outcome:**
Analyzer: Catalyst_One
Analyzer Note:

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| GLU | 50 | mg/dL | 77 | 150 | = |
| CREA | 0.2 | mg/dL | 0.3 | 1.2 | = |
| BUN | 17 | mg/dL | 7 | 29 | = |
| BUN/CREA | 72 | | | | = |
| PHOS | 6.6 | mg/dL | 5.1 | 10.4 | = |
| CA | 9.5 | mg/dL | 7.8 | 12.6 | = |
| TP | 5.8 | g/dL | 4.8 | 7.2 | = |
| ALB | 2.6 | g/dL | 2.1 | 3.6 | = |
| GLOB | 3.2 | g/dL | 2.3 | 3.8 | = |
| ALB/GLOB | 0.8 | | | | = |
| ALT | 82 | U/L | 8 | 75 | = |
| ALKP | 191 | U/L | 46 | 337 | = |
| GGT | 0 | U/L | 0 | 2 | = |
| TBIL | 0.3 | mg/dL | 0.0 | 0.8 | = |
| CHOL | 104 | mg/dL | 100 | 400 | = |
| AMYL | 308 | U/L | 300 | 1300 | = |
| LIPA | 260 | U/L | 100 | 1500 | = |
| Na | 152 | mmol/L | 145 | 157 | = |
| K | 4.5 | mmol/L | 3.5 | 5.5 | = |
| Na/K | 33 | | | | = |
| Cl | 109 | mmol/L | 105 | 119 | = |
| Osm Calc | 299 | mmol/kg | | | = |

10:05AM    🔆 Diagnostic Result

**Requested By:** James Newton

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

**Supplier:** Idexx, Laboratory In House
**Reference:** US745-DR117489
**Outcome:**
Analyzer: ProCyte_Dx
Analyzer Note: * Confirm with dot plot and/or blood film review.Anemia without reticulocytosis - Likely
non-regenerative anemia; consider pre-regenerative anemia.Low RETIC-HGB - Decreased iron availability (consider
inflammation, iron deficiency, PSS, breed-related microcytosis).

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| RBC | 5.74 | M/µL | 5.65 | 8.87 | = |
| HCT | 35.9 | % | 37.3 | 61.7 | = |
| HGB | 12.4 | g/dL | 13.1 | 20.5 | = |
| MCV | 62.5 | fL | 61.6 | 73.5 | = |
| MCH | 21.6 | pg | 21.2 | 25.9 | = |
| MCHC | 34.5 | g/dL | 32.0 | 37.9 | = |
| RDW | 15.0 | % | 13.6 | 21.7 | = |
| %RETIC | 0.4 | % | | | = |
| RETIC | 21.8 | K/µL | 10.0 | 110.0 | = |
| RETIC-HGB | 21.2 | pg | 22.3 | 29.6 | = |
| WBC | 16.44 | K/µL | 5.05 | 16.76 | = |
| %NEU | 86.6 | % | | | = |
| %LYM | 9.2 | % | | | = |
| %MONO | 4.1 | % | | | = |
| %EOS | 0.1 | % | | | = |
| %BASO | 0.0 | % | | | = |
| NEU | 14.24 | K/µL | 2.95 | 11.64 | = |
| LYM | 1.52 | K/µL | 1.05 | 5.10 | = |
| MONO | 0.67 | K/µL | 0.16 | 1.12 | = |
| EOS | 0.01 | K/µL | 0.06 | 1.23 | = |
| BASO | 0.00 | K/µL | 0.00 | 0.10 | = |
| PLT | * 274 | K/µL | 148 | 484 | * |
| MPV | 14.4 | fL | 8.7 | 13.2 | = |
| PDW | --.-- | fL | 9.1 | 19.4 | - |
| PCT | 0.39 | % | 0.14 | 0.46 | = |

10:53AM    🩸 Presenting Vitals - Health Status

*B.P.*: 104
*Weight(kg)*: 1.68
*Temp(°F)*: 102.0
*H.R.*: 100
*R.R*: 24
*Pain*: 1/5
*CRT*: 1-2 sec
*MM*: Pink
*Respiratory Effort*: Normal

11:14AM    ⬡ Diagnostic Result

**Requested By:** James Newton

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

**Supplier:** Hospital Use
**Reference:** US745-DR117497
Lab: PCV/TP with Profile **Outcome:**

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| Time | 1115am | | | | |
| Sample Type | venous whole blood | | | | |
| Plasma Color | clear | | | | |
| PCV | 39 | % | 20 | 50 | |
| Total Protein | 6.2 | g/dl | 4 | 8 | |

12:09PM    ✿ Treatments/Procedures/Surgeries

**James Newton**
**!NGT Placement**
**Specifics:**

**Nasogastric Tube Placement**
Nasal feeding tube placement: nasogastric
Tube size: 5fr
Nare: L
Measurement at Nare: 28 cm

Instilled 2 gtt of propairicaine into both nare(s)
Tube was lubricated with sterile lube and inserted ventrally and medially into the nasal sinus and advanced into the esophagus. Advancement into the esophagus was confirmed by radiograph before passing the tube beyond the thoracic inlet. Final placement was confirmed with a lateral radiograph and reviewed by the DVM. Tube was secured with stay sutures and finger traps at the nares (utilizing the nasal pad) and laterally near the zygomatic arch.

Tube was aspirated: 2ml clear fluid

An e-collar was placed on Kanji to prevent scratching or disrupting the feeding tube while in the hospital.

12:10PM    ✿ Diagnostic Result

**Requested By:** James Newton
**Supplier:** Sound
**Reference:** US745-DR117491
Radiography tube placement verification **Outcome:**

**Clinic Notes / Specifics:**

**External Link:**
http://63.241.189.28/WebAccess/Default.ashx?RequestClass=Integrator&operation=imagePresentation&autoEndSession=true&securityId=3bb988da34e292e84945f610df995e6b&studyUid=1.2.840.114387.179374107.36591.16806.49007.141502807095062

03:00PM    ❌ Shift Summary/Sessions

**James Newton**

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

**Shift Summary**

Shift End Time: 3pm

**Physical Exam**
see admit

**Assessment**
Parvoviral gastroenteritis

**Plan**
Continue IVF + metoclopramide + 2.5% dextrose
Cerenia, buprenorphine and Unasyn
Place NGT

**Notes**
Kanji presented the morning of 9/6 for parvoviral gastroenteritis.

diagnostic results:
Parvo snap - positive
CBC - mild puppy anemia (Hct=36%). WBC are adequate (WBC=16K, Neut=14K)
PCV/TP - 39/6.2
Chem - mildly hypoglycemia (50) is likely due to inappetence and parvoviral enteritis. ALT mildly increased (82) is likely from decreased perfusion.

Treatment started: Continue IVF + metoclopramide + 2.5% dextrose, cerenia, buprenorphine and Unasyn
NGT placement

Progress: Kanji regurgitated once. NGT suction was 2ml. Vitals normal. BG was 71. Attitude was QAR.

Current invoice compared to approved estimate: within

Case transferred to : Dr. Johnson

---

09:38PM    🔶 Diagnostic Result

**Requested By:** Megan Brewer
**Supplier:** Idexx, Laboratory In House
**Reference:** US745-DR117608
Lab: Electrolyte Profile **Outcome:**
Analyzer: Catalyst_One
Analyzer Note:

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| Na | 147 | mmol/L | 145 | 157 | = |
| K | 5.0 | mmol/L | 3.5 | 5.5 | = |
| Na/K | 30 | | | | = |
| Cl | 105 | mmol/L | 105 | 119 | = |

---

09:47PM    ❌ Shift Summary/Sessions

**Megan Brewer**

**Shift Summary**

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

Shift End Time: 10pm

**Physical Exam**
Time performed: 5:30pm
General condition: Est 5% dehydrated. MM pink and moist. CRT <2sec. NGT in place. Small amount of dried stool in perianal region
Cardiac: No murmur or arrhythmia auscultated
Lungs: Eupneic, clear lung sounds bilaterally
Abdomen: Groans on deep palpation, mild discomfort.
Pain Score (out of 4): 1

**Assessment**
Parvoviral gastroenteritis

**Plan**
Plasmalyte 15 mL/hr + 2.5% dextrose + reglan 2 mg/kg/d- wean dextrose as able
Enteral Feeding 2 mL/hr pedialyte - transition to recovery pending NGT suction
Maropitant 1.07mg/kg, 1.8mg IV q24h
Buprenorphine 0.018mg/kg, 0.03mg IV q8h
AMPICILLIN SULBACTUM 30.4mg/kg, 51mg IV q8h
Blood glucose q6h
Electrolyte Profile q12h
CBC, complete blood count in house every 24 hours

**Notes**
BGs 141, 163. Lytes within normal limits at 9:30pm. NGT suction minimal. NI food. No vomiting. Small amount of diarrhea.
Plan to wean dextrose.

Current invoice compared to approved estimate: within

Case transferred to : Dr. Foote

---

10:37PM    ⬢ Diagnostic Result

**Requested By:** Megan Brewer
**Supplier:** Hospital Use
**Reference:** US745-DR117612
Lab: PCV/TP with Profile **Outcome:**

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| Time | 10:30PM | | | | |
| Sample Type | venous | | | | |
| Plasma Color | clear | | | | |
| PCV | 37 | % | 20 | 50 | |
| Total Protein | 4.9 | g/dl | 4 | 8 | |

---

**Tuesday the 7th of September 2021**

---

01:50AM    ❌ Shift Summary/Sessions

**Sarah Foote**

**Shift Summary**

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

Shift End Time: 8am

**Physical Exam**
Time performed: 12:45am
General condition: About 5% dehydrated. MM pink and moist. CRT <2sec. Vocal/whining throughout exam. Mucoid yellow diarrhea in kennel and staining perineum.
NGT in place, flowing appropriately
Cardiac: No murmur or arrhythmia auscultated
Lungs: Eupneic, clear lung sounds bilaterally
Abdomen: Abnormal: Mild discomfort on mid-palpation. No overt pain or palpable abnormalities.
Pain Score (out of 4): 1

**Assessment**
Parvoviral enteritis
Hypoglycemia on presentation - rule out increased consumption, decreased intake; improved after supplementation

**Plan**
Plasmalyte 15 ml/hr
Enteral feeding Pedialyte 2 ml/hr - transitioned to recovery 2 ml/hr (just about 1/4 RER) at 10:30PM
Dextrose CRI 2.5% - decreased to 1.25% at 11PM
Metoclopramide CRI 2 mg/kg/day
maropitant 1 mg/kg IV q24
buprenorphine 0.018 mg/kg IV q8
unasyn 30 mg/kg IV q8

Suction NGT q6
Monitor BG q6
Check electrolytes q12
Check CBC q24/pending clinical status

**Notes**
NGT suction 3am 2ml
BG 3am 115
Normal full vitals at 3am. Dextrose not changed due to low-normal BG. He was not interested in eating when offered. He had no vomiting or regurgitation overnight, some mucoid diarrhea at the beginning of the shift and a small amount of soiling/leakage but nothing noteworthy or worse overnight. He tolerated his NGT feeding well.

Current invoice compared to approved estimate: under

Case transferred to : TMJ

06:48AM    💬 Client Communication

**Sarah Foote**
SW Dayle - Kanji did pretty well overnight - static in condition, normal vitals, small amount of mucoid diarrhea at beginning of night and small amount of leaking through the night, but definitely not the worse I have seen. Still requires some dextrose supplementation as his BG is low-mid normal, and I'd like to see it a bit higher given he is getting fed through his NGT and has the dextrose, before I decrease the dextrose further. Hopefully he will start eating on his own as well which will help maintain his BG too. Ultimately parvo cases can wax/wane - so right now we need to keep on with supportive care, and hope that he continues to make steps in the right direction. No news is good news, next update will be this afternoon.

09:14AM    ❌ Shift Summary/Sessions

**Tracy Julius**

**Shift Summary**

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

Shift End Time: 3pm

**Physical Exam**
Time performed: 9am
General condition: Hydrated. MM pink and moist. CRT <2sec. BAR. NG tube in place.
Cardiac: No murmur or arrhythmia auscultated
Lungs: Eupneic, clear lung sounds bilaterally
Abdomen: Soft, non-painful. No palpable abnormalities
Pain Score (out of 4): 0 - 1

**Assessment**

parvoviral enteritis

**Plan**
IVF @ 15mL/hr
Reglan 2mg/kg/day
Increase Recovery via NGT to 5mL/hr
d/c dextrose CRI
Cerenia 1.8mg IV SID
buprenorphine 0.03mg IV TID
Unasyn 51mg IV TID
BG q6h

**Notes**

Kanji has been stable through the day. Tolerating NG tube feeding well, minimal suction from NG tube. No interest in food. No diarrhea today.

BG 10am: 143
lytes: WNL

Will continue care overnight, consider recheck CBC tomorrow, encourage to eat.

Current invoice compared to approved estimate: within

Case transferred to : Dr. Molldrem

10:02AM   ⬡ Diagnostic Result

**Requested By:** Tracy Julius
**Supplier:** Idexx, Laboratory In House
**Reference:** US745-DR117726
Lab: Electrolyte Profile **Outcome:**
Analyzer: Catalyst_One
Analyzer Note:

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| Na | 148 | mmol/L | 145 | 157 | = |
| K | 4.8 | mmol/L | 3.5 | 5.5 | = |
| Na/K | 31 | | | | = |
| Cl | 113 | mmol/L | 105 | 119 | = |

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

10:56AM

### ⬡ Diagnostic Result

**Requested By:** Tracy Julius
**Supplier:** Hospital Use
**Reference:** US745-DR117725
Lab: PCV/TP with Profile **Outcome:**

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|---|---|---|---|---|---|
| Time | | | | | |
| Sample Type | | | | | |
| Plasma Color | clear | | | | |
| PCV | 40 | % | 20 | 50 | |
| Total Protein | 5 | g/dl | 4 | 8 | |

12:06PM

### ▦ Imaging Report

**Report via DVM Insight:**

### Final Report for Exam: 4095719

| | | | | | |
|---|---|---|---|---|---|
| **Patient ID:** | 308730 | **Patient Name:** | Schwalen^Kanji | | |
| **Sex:** | M UNALTERED | **Birthdate:** | 6/28/2021 | **Wt:** | 1.68kg |
| **Hospital Name:** | Animal Emergency & Referral Center of MN-SP 1542 West 7th Street St. Paul,  MN 55102 6512931800 | | | | |

| | | | |
|---|---|---|---|
| **Doctor Name:** | James Newton DVM | **Date of Exam:** | 20210906 |
| **Reader:** | Dr. Elisabeth Peters, DVM, MS, DACVR | **Confirmation Date:** | 9/7/2021 3:45:08 PM UTC |

### HISTORY

Consult Type: FILMINTERP, SIG: DOB: 6/28/2021, Age: 2.32 M, Sex: M UNALTERED, Wt: 1.68kg, Breed: GOLDENDOODLE, Species: CANINE, Images: 5, Case Details: NGT placement check

### Findings

5 sequential lateral views for feeding tube placement.

A feeding tube is placed, passing through the esophagus to terminate in the stomach at the level of the gastric fundus on the final view. The limited view of the thorax is normal. There is no apparent GI displacement or dilation on limited view. Included skeletal structures are normal.

### Conclusion

1. Nasogastric feeding tube placement is appropriate.

### Read By:

03:16PM

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

 Client Communication

**Tracy Julius**
Spoke with Dayle, updated that Kanji stable. Not interested in food but tolerating tube feedings well and diarrhea is improving. Recommend continued care overnight, we will call with update tomorrow morning.

07:26PM  Shift Summary/Sessions

**Alex Molldrem**

**Shift Summary**

Shift End Time: 10pm

**Physical Exam**
Time performed: 3:30pm
General condition: Hydrated. MM pink and moist. CRT <2sec. BAR. NG tube in place, tolerating well.
Cardiac: No murmur or arrhythmia auscultated
Lungs: Eupneic, clear lung sounds bilaterally
Abdomen: Soft, non-painful. No palpable abnormalities
Pain Score (out of 4): 0

**Assessment**

parvoviral enteritis

**Plan**
IVF @ 15mL/hr
Reglan 2mg/kg/day
Recovery via NGT to 5mL/hr
Cerenia 1.8mg IV SID
buprenorphine 0.03mg IV TID
Unasyn 51mg IV TID
BG q6h

**Notes**
Kanji continues to be stable and has been tolerating NG tube feeding well, minimal suction from NG tube until this afternoon when 23 mL was obtained. Continued current NG rate. Sniffing food, but not eating any yet. Dextrose was d/c this AM and BG has remained normal (110 at 5pm). No vomiting/diarrhea today. Will continue care overnight, consider recheck CBC tomorrow, encourage to eat.

Current invoice compared to approved estimate: within

---

**Wednesday the 8th of September 2021**

---

02:17AM  Shift Summary/Sessions
**Sarah Foote**

**Shift Summary**

Shift End Time: 8am

**Physical Exam**
Time performed: 1:45 am
General condition: Hydrated. MM pink and moist. CRT <2sec. NGT in place.
Cardiac: No murmur or arrhythmia auscultated
Lungs: Eupneic, clear lung sounds bilaterally

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

Abdomen: Soft, non-painful. No palpable abnormalities
Integ: perineal soiling with urine and yellow diarrhea, with mild irritation
Pain Score (out of 4): 0-1

**Assessment**
parvoviral enteritis

**Plan**
IVF @ 15mL/hr
Reglan 2mg/kg/day
Recovery via NGT to 5mL/hr
Cerenia 1.8mg IV SID
buprenorphine 0.03mg IV TID
Unasyn 51mg IV TID
BG every 6 hours
Suction NGT q6

Recheck lytes q24 +/- check CBC pending clinical status

**Notes**
NGT suction 10PM 12.5 ml (white, thick fluid); 4AM 0ml
BG 10PM 130, 4AM 124

Kanji ate a small piece of chicken and licked a small amount of baby food at 10PM. At 4am he was not interested in eating. He remains static in condition otherwise, passing small amounts of liquid yellow diarrhea. Plan to continue care until eating more reliably on his own and stools are showing improvement.

Current invoice compared to approved estimate: within

Case transferred to : CAW

---

07:33AM     Client Communication

**Sarah Foote**
SW Dayle - Kanji doing about the same. No vomiting, small amount of liquid diarrhea. Ate small amount of chicken last night. He is bright, normal vitals, just needs to start eating more reliably to meet what I consider to be criteria for discharge. Next update this afternoon.

---

09:25AM    ❌ Shift Summary/Sessions

**Chelsea Wolf**

**Shift Summary**

Shift End Time: 3pm

**Physical Exam**
Time performed: 914am
General condition: Quiet, dull, Hydrated. MM light pink, moist, mild ptyalism, CRT <2sec. NGT in place.
Cardiac: No murmur or arrhythmia auscultated
Lungs: Eupneic, clear lung sounds bilaterally
Abdomen: Soft, non-painful. No palpable abnormalities
Integ: perineal soiling with urine and yellow diarrhea, with mild irritation
Pain Score (out of 4): 0-1

**Assessment**
parvoviral enteritis

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

**Plan**
IVF @ 15mL/hr
Reglan 2mg/kg/day
Recovery via NGT to 5mL/hr
Cerenia 1.8mg IV SID
buprenorphine 0.03mg IV TID
Unasyn 51mg IV TID
BG every 6 hours
Suction NGT q6
ADD Entyce PRN
ADD Ondansetron

**Notes**
Recheck lytes- hyperkalemia 7 (4.8), mild hyponatremia 143 (148)
Recheck CBC- HCT stable 5.38 (5.74). PCV 35%, 4.5
Cortisol 0.9
BGs remain stable mid 100s.
NGT suction remains low- 5ml.
ADD Ondansetron. Remains NIF.
Added Entyce @ 12pm
BPs remained stable

Recheck Lytes in 8 hours to reevaluate hyperkalemia

Current invoice compared to approved estimate: within

Case transferred to : Dr. Sikes

09:58AM   ⬡ Diagnostic Result

**Requested By:** Chelsea Wolf
**Supplier:** Idexx, Laboratory In House
**Reference:** US745-DR118011
**Outcome:**
Analyzer: ProCyte_Dx
Analyzer Note:

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| RBC | 5.38 | M/µL | 5.65 | 8.87 | = |
| HCT | 33.9 | % | 37.3 | 61.7 | = |
| HGB | 11.7 | g/dL | 13.1 | 20.5 | = |
| MCV | 63.0 | fL | 61.6 | 73.5 | = |
| MCH | 21.7 | pg | 21.2 | 25.9 | = |
| MCHC | 34.5 | g/dL | 32.0 | 37.9 | = |
| RDW | 14.9 | % | 13.6 | 21.7 | = |
| %RETIC | --.-- | % | | | - |
| RETIC | --.-- | K/µL | 10.0 | 110.0 | - |
| RETIC-HGB | --.-- | pg | 22.3 | 29.6 | - |
| WBC | 5.86 | K/µL | 5.05 | 16.76 | = |
| %NEU | 61.6 | % | | | = |
| %LYM | 24.6 | % | | | = |
| %MONO | 13.5 | % | | | = |

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| %EOS | 0.3 | % | | | = |
| %BASO | 0.0 | % | | | = |
| NEU | 3.61 | K/µL | 2.95 | 11.64 | = |
| LYM | 1.44 | K/µL | 1.05 | 5.10 | = |
| MONO | 0.79 | K/µL | 0.16 | 1.12 | = |
| EOS | 0.02 | K/µL | 0.06 | 1.23 | = |
| BASO | 0.00 | K/µL | 0.00 | 0.10 | = |
| PLT | 320 | K/µL | 148 | 484 | = |
| MPV | 12.9 | fL | 8.7 | 13.2 | = |
| PDW | 19.3 | fL | 9.1 | 19.4 | = |
| PCT | 0.41 | % | 0.14 | 0.46 | = |

10:08AM   🔶 Diagnostic Result

**Requested By:** Chelsea Wolf
**Supplier:** Idexx, Laboratory In House
**Reference:** US745-DR118011
**Outcome:**
Analyzer: Catalyst_Dx
Analyzer Note:

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| Na | 143 | mmol/L | 145 | 157 | = |
| K | 7.0 | mmol/L | 3.5 | 5.5 | = |
| Na/K | 20 | | | | = |
| Cl | 107 | mmol/L | 105 | 119 | = |

10:59AM   🔶 Diagnostic Result

**Requested By:** Chelsea Wolf
**Supplier:** Idexx, Laboratory In House
**Reference:** US745-DR118011
**Outcome:**
Analyzer: Catalyst_One
Analyzer Note:

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| Na | 149 | mmol/L | 145 | 157 | = |
| K | 7.3 | mmol/L | 3.5 | 5.5 | = |
| Na/K | 20 | | | | = |
| Cl | 111 | mmol/L | 105 | 119 | = |

11:04AM   🔶 Diagnostic Result

**Requested By:** Chelsea Wolf
**Supplier:** Hospital Use
**Reference:** US745-DR118010

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

Lab: PCV/TP with Profile **Outcome:**

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| Time | | | | | |
| Sample Type | | | | | |
| Plasma Color | clear | | | | |
| PCV | 35 | % | 20 | 50 | |
| Total Protein | 4.5 | g/dl | 4 | 8 | |

**01:01PM**    ⬢ Diagnostic Result

**Requested By:** Chelsea Wolf
**Supplier:** Idexx, Laboratory In House
**Reference:** US745-DR118087
Lab: Cortisol, snap assay **Outcome:**
Analyzer: SNAPshot_Dx
Analyzer Note:

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| CORT baseline cortisol | 0.9 | μg/dL | | | = |

**02:03PM**    💬 Client Communication

**Chelsea Wolf**
SWO- Recheck CBC-stable. BGs remain stable mid 100s. NGT suction remains low- 5ml.
Added a 2nd anti-emetic to help with appetite. Remains NIF. Added app stim. BPs remained stable
Want to get him eating. will recheck lytes again in 8 hours. next update- tmr am.

**06:35PM**    ⬢ Diagnostic Result

**Requested By:** Latasha Sikes
**Supplier:** Idexx, Laboratory In House
**Reference:** US745-DR118164
Lab: Electrolyte Profile **Outcome:**
Analyzer: Catalyst_Dx
Analyzer Note:

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| Na | 145 | mmol/L | 145 | 157 | = |
| K | 4.0 | mmol/L | 3.5 | 5.5 | = |
| Na/K | 36 | | | | = |
| Cl | 107 | mmol/L | 105 | 119 | = |

**07:31PM**    ⬢ Diagnostic Result

**Requested By:** Latasha Sikes
**Supplier:** Hospital Use

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

**Reference:** US745-DR118165
Lab: PCV/TP with Profile **Outcome:**

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| Time | 730PM | | | | |
| Sample Type | BLD | | | | |
| Plasma Color | CLEAR | | | | |
| PCV | 34 | % | 20 | 50 | |
| Total Protein | 5.0 | g/dl | 4 | 8 | |

08:21PM   Shift Summary/Sessions

**Latasha Sikes**

**Shift Summary**

Shift End Time: 10 pm

**Physical Exam**
Time performed: 4:15 pm
General condition: BAR. Hydrated. MM light pink, moist. CRT <2sec. NGT in place. Mild perineal erythema
Cardiac: No murmur or arrhythmia auscultated
Lungs: Eupneic, clear lung sounds bilaterally
Abdomen: Soft, non-painful. No palpable abnormalities
Pain Score (out of 4): 0-1

**Assessment**
parvoviral enteritis

**Plan**
IVF @ 15mL/hr
Reglan 2mg/kg/day
Recovery via NGT to 5mL/hr
Cerenia 1mg/kg IV SID
buprenorphine 0.018 mg/kg IV TID
Unasyn 30 mg/kg IV TID
Entyce 3 mg/kg PO q24
Ondansetron 0.6 mg/kg IV q8
Added acepromazine 0.03 mg/kg IV q6 PRN
BG increased to 8 hours
Suction NGT q6

**Notes**
Eating well, very BAR. Vitals remain normal and stable.
BGs: 4 pm 169 mg/dL
Recheck electrolytes - WNL, K improved to 4.0
PCV/TS: 34%, 5.0

Current invoice compared to approved estimate: within

Case transferred to : Dr. Foote

**Thursday the 9th of September 2021**

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

04:14AM

 Shift Summary/Sessions

**Sarah Foote**

**Shift Summary**

Shift End Time: 8am

**Physical Exam**
Time performed: 3:15 am
General condition: Hydrated. MM pink and moist. CRT <2sec. Mildly sedate following acepromazine.
NGT in place.
Cardiac: No murmur or arrhythmia auscultated
Lungs: Eupneic, clear lung sounds bilaterally
Abdomen: Soft, non-painful. No palpable abnormalities
Pain Score (out of 4): 0

**Assessment**
parvoviral enteritis

**Plan**
IVF Plasmalyte 15mL/hr - decreased to 10 ml/hr
Reglan 2mg/kg/day - decreased to 1.4 mg/kg/day (with fluid rate change)
Recovery via NGT 5mL/hr - discontinued
Cerenia 1mg/kg IV SID
buprenorphine 0.018 mg/kg IV TID
Unasyn 30 mg/kg IV TID
Entyce 3 mg/kg PO q24
Ondansetron 0.6 mg/kg IV q8
acepromazine 0.03 mg/kg IV q6 PRN
BG q8
Suction NGT q6

**Notes**
BG 2AM 166
NGT suction 10PM 0ml, 4AM 0 mL

Kanji was urinating frequently overnight - IVF was decreased to 2x RER to account for the fact he has been eating and receiving RER through enteral feeding. Enteral feeding was discontinued due to on-going voracious appetite. Temperature was elevated to 103.2 at 4am, however he was anxious during this time.

Plan to recheck temp at 10, Dayle with RAGOM to call late morning to discuss foster situation and potential for discharge later today.

Current invoice compared to approved estimate: within

Case transferred to : MRN

06:33AM

Client Communication

**Sarah Foote**
SW Dayle - Kanji is doing great overnight, eating so well that we have stopped feeding through feeding tube. Stool is still soft but more formed than it has been. He is bright, hydrated. At first discussed discharge but then noted recently elevated temperature. Could be related to stress, however given Kanji's underlying disease process, discussed checking it once more later this morning to see if this is an on-going issue. Also discussed that ideally Kanji be discharged to a foster that does not have another puppy (littermate at current foster is doing well and was parvo negative, so do not want to risk exposure at this point). Dayle agrees, will try to contact a new foster for Kanji and will call back late morning to discuss recheck temperature and discuss possibility of discharge.

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

08:57AM    Shift Summary/Sessions

**Melanie Neufeld**

**Shift Summary**

Shift End Time: 3pm

**Physical Exam**
Time performed: 8:45am
General condition: Hydrated. MM pink and moist. CRT <2sec. Quietly sleeping prior to exam.
Cardiac: No murmur or arrhythmia auscultated
Lungs: Eupneic, clear lung sounds bilaterally
Abdomen: Soft, non-painful. No palpable abnormalities
Pain Score (out of 4): 0
Femoral pulses strong & synchronous
NGT in place in nostril

**Assessment**
parvoviral enteritis

- WBC count dropped but still within normal limits
- low cortisol; accuracy unknown given age and health status

**Plan**
Plasmalyte 10 mL/hr
Reglan 1.4 mg/kg/day (with fluid rate change)
Cerenia 1mg/kg IV SID
buprenorphine 0.018 mg/kg IV TID
Unasyn 30 mg/kg IV TID
Entyce 3 mg/kg PO q24
Ondansetron 0.6 mg/kg IV q8
acepromazine 0.03 mg/kg IV q6 PRN
BG q8
Suction NGT q6
Vitals q6

10am - Recheck BG & Electrolytes

**Notes**
BG (10am) - 127 mg/dL
Electrolytes (10am) - Na 143 K+ 4.4 Cl 106 PCV 33% TP 5.2
Temperature (10am) - 105.2 (10am) 104.5 (2pm)

Kanji's temperature increased at 10am to 105.2. His IVC insertion site was noticed to be very irritated, and the IVC was painful during flushing - suspect phlebitis. The IVC was removed and a new catheter was placed. Temperature decreased to 104.5 at 2pm; will continue to closely monitor. If febrile from phlebitis, expect temperature to normalize over the next 18-24 hours.

He has eaten a small amount today. Vitals otherwise WNL. Had a soft stool at 6am; otherwise only urinations today.

Plan is to continue current therapies and monitoring. Consider restarting NGT feeding this evening if appetite does not improve. Kanji to stay until at least Friday, or until temp is normal and a new foster is set up.

Current invoice compared to approved estimate: within

Case transferred to : LBS

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

11:03AM

### ✿ Diagnostic Result

**Requested By:** Melanie Neufeld
**Supplier:** Idexx, Laboratory In House
**Reference:** US745-DR118262
Lab: Electrolyte Profile **Outcome:**
Analyzer: Catalyst_Dx
Analyzer Note:

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| Na | 143 | mmol/L | 145 | 157 | = |
| K | 4.4 | mmol/L | 3.5 | 5.5 | = |
| Na/K | 33 | | | | = |
| Cl | 106 | mmol/L | 105 | 119 | = |

12:01PM

### ✿ Diagnostic Result

**Requested By:** Melanie Neufeld
**Supplier:** Hospital Use
**Reference:** US745-DR118294
Lab: PCV/TP with Profile **Outcome:**

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| Time | 12:01p | | | | |
| Sample Type | venous | | | | |
| Plasma Color | clear | | | | |
| PCV | 33 | % | 20 | 50 | |
| Total Protein | 5.2 | g/dl | 4 | 8 | |

03:05PM

### 💬 Client Communication

**Melanie Neufeld**
Spoke with Dayle - update as in MR. They still do not have a new foster set up. Recommended plan to keep again through the evening and night to monitor temp, continue meds, encourage appetite. Next DVM call Friday morning. Hopefully the raised temp is just from phlebitis and should improve over the next 18-24hours. If they find a foster and are really eager to possibly take her home late this evening, they are welcome to call and discuss. He was thankful for the update call.

07:50PM

### ❎ Shift Summary/Sessions

**Latasha Sikes**

**Shift Summary**

Shift End Time: 10 pm

**Physical Exam**
Time performed: 8:45am
General condition: Hydrated. MM pink and moist. CRT <2sec. QAR. NGT in place in right nostril
Cardiac: No murmur or arrhythmia auscultated
Lungs: Eupneic, clear lung sounds bilaterally

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

Abdomen: Soft, non-painful. No palpable abnormalities
Pain Score (out of 4): 0

**Assessment**
parvoviral enteritis

- WBC count dropped but still within normal limits
- low cortisol; accuracy unknown given age and health status

**Plan**
Plasmalyte 10 mL/hr
Reglan 1.4 mg/kg/day (with fluid rate change)
Cerenia 1mg/kg IV SID
buprenorphine 0.018 mg/kg IV TID
Unasyn 30 mg/kg IV TID
Entyce 3 mg/kg PO q24
Ondansetron 0.6 mg/kg IV q8
acepromazine 0.03 mg/kg IV q6 PRN
BG increased to q6
Suction NGT q6
Vitals q6
added dextrose CRI 2.5% - increased to 5%

**Notes**
BG: 7 pm 52, 9 pm 75 mg/dL
Temperature: 5 pm 103.4F, 9 pm 103.5F

Eating a small amount, though is intermittently uninterested. His BG was low at 7 pm, so a dextrose bolus and CRI were started. BG at 9 pm was slightly improved, though still low-normal. Dextrose CRI increased to 5%. His temperature continues to be elevated, but is stable at about 103.4-103.5F,

Plan is to continue current therapies and monitoring. Consider restarting NGT feeding this evening if appetite does not improve. Consider adding another antibiotic if fever persists. Kanji to stay until at least Friday, or until temp is normal and a new foster is set up.

Current invoice compared to approved estimate: within

Case transferred to : Dr. Schader

09:15PM   ⬡ Diagnostic Result

**Requested By:** Latasha Sikes
**Supplier:** Idexx, Laboratory In House
**Reference:** US745-DR118403
Lab: Electrolyte Profile **Outcome:**
Analyzer: Catalyst_One
Analyzer Note:

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| Na | 141 | mmol/L | 145 | 157 | = |
| K | 3.0 | mmol/L | 3.5 | 5.5 | = |
| Na/K | 47 | | | | = |
| Cl | 99 | mmol/L | 105 | 119 | = |

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

10:10PM

 Diagnostic Result

**Requested By:** Latasha Sikes
**Supplier:** Hospital Use
**Reference:** US745-DR118404
Lab: PCV/TP with Profile **Outcome:**

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| Time | 10:10 pm | | | | |
| Sample Type | venous wb | | | | |
| Plasma Color | straw | | | | |
| PCV | 32 | % | 20 | 50 | |
| Total Protein | 4.6 | g/dl | 4 | 8 | |

---

**Friday the 10th of September 2021**

---

12:46AM

❌ Shift Summary/Sessions

**Sarah Schader**

**Shift Summary**

Shift End Time: 8 am

**Physical Exam**
Time performed: 12:45 am
General condition: Hydrated. MM pink and moist. CRT <2sec. QAR. NGT in place
Cardiac: No murmur or arrhythmia auscultated
Lungs: patient appeared to be inhaling fairly normally, but would hold his breath for a second and then exhale (possibly whining/grunting?). Lung sounds slightly harsh bilaterally.
Abdomen: tense, not overtly painful. mild GI distention
Patient was wet ventrally
Pain Score (out of 4): 0

**Assessment**
parvoviral enteritis

- WBC count dropped but still within normal limits
- low cortisol; accuracy unknown given age and health status

**Plan**
Plasmalyte 10 mL/hr
dextrose CRI 5% - wean as able
Reglan CRI 2 mg/kg/day
Cerenia 1mg/kg IV SID
buprenorphine 0.018 mg/kg IV TID
Unasyn 30 mg/kg IV TID
Entyce 3 mg/kg PO q24
Ondansetron 0.6 mg/kg IV q8
acepromazine 0.03 mg/kg IV q6 PRN - none needed overnight - discontinued
BG frequency increased to every 4 hours
Suction NGT q6
Vitals q6
RESTART NGT feeding GI recovery at 1.5 ml/hr
ADD SpO2
ADD resp watch q2h

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

**Notes**
BG: 12 am: 214, 4 am: 156 8 am:
Temperature 4 am: 102.2F
SpO2: 98% on room air
recheck Elytes 9 pm: Na 141, Cl 99 - likely normal for age, vs. GI loss vs. other, K 3.0 - added KCl to IVF, PCV 32%, TS 4.6, serum color: straw
recheck ELytes at 5:45am (due to previous hyperkalemia): Na 133, Cl 96 (likely age-related vs GI loss, vs. other), K 3.6, PCV 38%, TS 5.5

weight has decreased from 1.77 kg yesterday at 4 am to 1.41 today at 4 am (loss of 0.36 kg = 20% of body weight (apprx. 350 mLs). No diarrhea overnight. Urinating frequently

NI in food overnight. Restarted NGT feedings, currently at 1/2 maintenance. added resp watch due to strange respiratory pattern and slightly increased BV sounds. Continued to appear uncomfortable. Added gabapentin PO every 12 hours and CVT will ask to transition from buprenorphine IV every 8 hours to a fentanyl CRI at 8 am.

Current invoice compared to approved estimate: within

Case transferred to : Dr. Berg

---

**04:39AM**    ⚙ Diagnostic Result

**Requested By:** Sarah Schader
**Supplier:** Idexx, Laboratory In House
**Reference:** US745-DR118426
Lab: Electrolyte Profile **Outcome:**
Analyzer: Catalyst_One
Analyzer Note:

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| Na | 133 | mmol/L | 145 | 157 | = |
| K | 3.6 | mmol/L | 3.5 | 5.5 | = |
| Na/K | 37 | | | | = |
| Cl | 96 | mmol/L | 105 | 119 | = |

---

**05:46AM**    ⚙ Diagnostic Result

**Requested By:** Sarah Schader
**Supplier:** Hospital Use
**Reference:** US745-DR118427
Lab: PCV/TP with Profile **Outcome:**

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| Time | 5:46am | | | | |
| Sample Type | Venous | | | | |
| Plasma Color | Straw | | | | |
| PCV | 38 | % | 20 | 50 | |
| Total Protein | 5.5 | g/dl | 4 | 8 | |

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

06:30AM

 Client Communication

**Sarah Schader**

updated Dale. Kanji not feeling well has developed strange respiratory pattern - lungs sound clear, but this may be related to abdominal discomfort. I've added an additional pain medication to see if that helps. NI in food overnight, so restarted NGT feeding. Weight loss since yesterday - will see if NGT feedings help regain weight. No diarrhea overnight. BG high normal overnight, may be able to start weaning dextrose this am. I am worried for Kanji. Sometimes parvo can get worse and then improve, sometimes pups get worse and don't improve. Time will tell at this point. Dayle thanked me for the update.

08:00AM

⬡ Diagnostic Result

**Requested By:** Sarah Schader
**Supplier:** Idexx, Laboratory In House
**Reference:** US745-DR118443
Lab: CBC, automated with PCV/TP **Outcome:**
Analyzer: ProCyte_Dx
Analyzer Note: * Confirm with dot plot and/or blood film review.Immature and/or toxic neutrophils likely present - Consider inflammation.Anemia without reticulocytosis - Likely non-regenerative anemia; consider pre-regenerative anemia.Low RETIC-HGB - Decreased iron availability (consider inflammation, iron deficiency, PSS, breed-related microcytosis).

**Test** CBC

Time: 9:39am

PCV: 23 %
TP: 5.4 g/dl
Color clear

WBC Estimate: 9240
WBC Actual: 8330
Platelet Estimate: 421500
Platelet Actual: 280000

**Differential - Distribution**
Neutrophils: 62 %
Lymphocytes: 14 %
Monocytes: 18 %
Eosinophils: 0 %
Basophils: 0 %
Bands: 6 %

**Differential - Actual Numbers**
Neutrophils: 5165
Lymphocytes: 1166
Monocytes: 1499
Eosinophils: 0
Basophils: 0
Bands: 500

nRBCs/100 WBC: 1

**Morphology**
RBC: normocytic, normochromic, mild rouleaux, 0-5 target cells
WBC: toxic neutrophils, reactive lymphocytes
Platelets: normal

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

Comments: EDTA blood

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| RBC | 5.14 | M/µL | 5.65 | 8.87 | = |
| HCT | 29.6 | % | 37.3 | 61.7 | = |
| HGB | 11.1 | g/dL | 13.1 | 20.5 | = |
| MCV | 57.6 | fL | 61.6 | 73.5 | = |
| MCH | 21.6 | pg | 21.2 | 25.9 | = |
| MCHC | 37.5 | g/dL | 32.0 | 37.9 | = |
| RDW | 15.4 | % | 13.6 | 21.7 | = |
| %RETIC | 0.3 | % | | | = |
| RETIC | 17.5 | K/µL | 10.0 | 110.0 | = |
| RETIC-HGB | 21.2 | pg | 22.3 | 29.6 | = |
| WBC | 8.33 | K/µL | 5.05 | 16.76 | = |
| %NEU | * 1.0 | % | | | * |
| %LYM | * 22.3 | % | | | * |
| %MONO | * 76.1 | % | | | * |
| %EOS | 0.0 | % | | | = |
| %BASO | 0.6 | % | | | = |
| NEU | * 0.08 | K/µL | 2.95 | 11.64 | * |
| BAND | * Suspected | | | | * |
| LYM | * 1.86 | K/µL | 1.05 | 5.10 | * |
| MONO | * 6.34 | K/µL | 0.16 | 1.12 | * |
| EOS | 0.00 | K/µL | 0.06 | 1.23 | = |
| BASO | 0.05 | K/µL | 0.00 | 0.10 | = |
| PLT | * 280 | K/µL | 148 | 484 | * |
| MPV | 14.7 | fL | 8.7 | 13.2 | = |
| PDW | --.-- | fL | 9.1 | 19.4 | - |
| PCT | 0.41 | % | 0.14 | 0.46 | = |

09:10AM    ⚙ Diagnostic Result

**Requested By:** Sarah Schader
**Supplier:** Hospital Use
**Reference:** US745-DR118453
Lab: PCV/TP with Profile **Outcome:**

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| Time | 9:10a | | | | |
| Sample Type | venous | | | | |
| Plasma Color | clear | | | | |
| PCV | 23 | % | 20 | 50 | |
| Total Protein | 5.4 | g/dl | 4 | 8 | |

09:26AM

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

 Shift Summary/Sessions

**Lindsay Berg**

**Shift Summary**

Shift End Time: 3pm

**Physical Exam**
Time performed: #9: 15 am
General condition: QAR. Hydrated. MM pink and moist. CRT <2sec. NG tube in place.
Cardiac: No murmur or arrhythmia auscultated
Lungs: Eupneic, clear lung sounds bilaterally
Abdomen: Abnormal: Painful, vocalizing on abdominal palpation
Pain Score (out of 4): 2/4

**Assessment**
parvoviral enteritis

- WBC count dropped but still within normal limits
- low cortisol; accuracy unknown given age and health status

**Plan**
Plasmalyte 10 mL/hr
dextrose CRI 5% - wean as able
Reglan CRI 2 mg/kg/day
Cerenia 1mg/kg IV SID
buprenorphine 0.018 mg/kg IV TID
Unasyn 30 mg/kg IV TID
Entyce 3 mg/kg PO q24
Ondansetron 0.6 mg/kg IV q8
BG every 4 hours
Suction NGT q6
Vitals q6
NGT feeding at 3 mL/hr, increase as able
ADD SpO2
ADD resp watch q2h

Start Fentanyl @ 3mcg/kg/min
Discontinue buprenorphine
Recheck CBC

**Notes**
Recheck CBC @ 9:00 am: HCT: 29.6%, Neuts: 0.08 bands suspected (manual 5,165, toxic neutrophils), Monocytes: 6.34 (manual 1,499) Eosinophils: 0 (manual 0) .
Kanji appeared more comfortable after starting Fentanyl this morning. His respiratory rate and effort remained normal with the exception of one episode of mild to moderately increased effort/holding breath at the end of shift around 2:00 PM. NG tube feedings were relatively well tolerated with one suction of 7 mL at 10:00 am then 0.5 mL at 2:00 PM. Feedings were then increased to 5 mL/hr. Blood glucose were appropriate (10:00 am 207, noon: 154). Plan to continue current treatments, consider adding Metronidazole/ enrofloxacin if needed.

Current invoice compared to approved estimate: Within

Case transferred to : Dr. Daney

02:44PM   💬 Client Communication

**Lindsay Berg**
Spoke with Dayle. On physical exam this morning Kanji seemed uncomfortable in his abdomen- I started him on

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

Fentanyl and this has seemed to help, his breathing has been normal throughout the shift up until a few minutes ago when the technician noted an unusual breathing pattern, I suspect this may be what was noted overnight. Discussed CBC findings- on the machine he appeared to be very neutropenic, however on manual neutrophils were adequate. Briefly discussed enrofloxacin- at this time I would like to hold off given normal number of neutrophils as this can cause cartilage damage, however, we may not have a choice if he declines. Dayle mentioned that another puppy that traveled in a different crate from Kanji just had a BAL at Blue Pearl and is oxygen dependent, being treated for adenovirus and mycoplasma. Told him we will keep this in the back of our mind when treating Kanji and monitoring respiratory rate. Reiterated Dr. Schader's sentiments, sometimes these puppies just need time however some never improve and are not able to leave the hospital. Dayle understands and will await the next doctor update tomorrow morning, sooner if there are any changes.

---

03:33PM     Shift Summary/Sessions

**Jo Daney**

**Shift Summary**

Shift End Time: 10pm
**Physical Exam**
Time performed: 4:30pm
General condition: Dull. Hydrated. MM pink and moist. CRT <2sec. NG tube in place.
Cardiac: No murmur or arrhythmia auscultated
Lungs: No crackles but increased effort
Abdomen: Abnormal: Kyphotic with distended abdomen - suspect gastric distension
Pain Score (out of 4): 2/4

**Assessment**
parvoviral enteritis

- WBC count dropped but still within normal limits
- low cortisol; accuracy unknown given age and health status

Pneumonia - bilateral aspiration vs mycoplasma/adenovirus

**Plan**
Plasmalyte 10 mL/hr
dextrose CRI 5% - decreased to 2.5%
Reglan CRI 2 mg/kg/day
Cerenia 1mg/kg IV SID
buprenorphine 0.018 mg/kg IV TID
Unasyn 30 mg/kg IV TID
Entyce 3 mg/kg PO q24
Ondansetron 0.6 mg/kg IV q8
BG every 4 hours
Suction NGT q6
Vitals q6
NGT feeding at 3 mL/hr, increase as able
SpO2
resp watch q2h
Started O2 support
Added Enrofloxacin 10mg/kg IV q24
Fentanyl CRI
Dextrose q4 - changed to q8
ADD Nebulization q6

**Notes**
Normothermic. Unable to get enough blood for electrolytes so kept KCL supplementation. Decreased dextrose to 2.5%. Due to abnormal abdominal effort took radiographs and noted bilateral pneumonia. Called rescue and discussed risks of enrofloxacin. Texted Dr. Julius who recommended enro over doxy. Started enrofloxacin IV

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

immediately. Placed in O2 support at 50%. Added nebulizations. Rescue will stop if he needs to be vented and discussed that it will be a possibility as he's running out of resources with his tiny body and could fatigue.

Current invoice compared to approved estimate: Within

Case transferred to : EAC

---

05:06PM　　⚙ Diagnostic Result

**Requested By:** Jo Daney
**Supplier:** EPOC
**Reference:** US745-DR118567
Lab: EPOC, blood gas profile **Outcome:**
Test Source: Heska (Element POC_1 118567 2021-09-10T17:06:41)
**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| pO2 | 75.2 | mmHg | 24.0 | 54.0 | |
| O2SAT | 94.9 | % | 40.0 | 90.0 | |
| pCO2 | 30.5 | mmHg | 30.0 | 47.0 | |
| HCO3-act | 18.2 | mmol/L | 16.0 | 28.0 | |
| mTCO2 | 18.9 | mmol/L | 17.0 | 26.0 | |
| pH | 7.384 | | 7.360 | 7.460 | |
| BE(ecf) | -6.9 | mmol/L | -5.0 | 5.0 | |
| Na+ | 122 | mmol/L | 140 | 151 | |
| K+ | 3.7 | mmol/L | 3.5 | 5.0 | |
| Cl- | 90 | mmol/L | 106 | 127 | |
| Ca++ | 1.17 | mmol/L | 1.13 | 1.42 | |
| AGapK | 18 | mmol/L | 5 | 22 | |
| Lact | 3.33 | mmol/L | 0.60 | 3.00 | |
| BUN | Failed iQC | mg/dL | 7 | 26 | |
| Crea | < 0.31 | mg/dL | 0.40 | 1.50 | |
| Glu | Failed iQC | mg/dL | 63 | 124 | |
| Hct | 34 | % | 36 | 55 | |

---

05:10PM　　⚙ Diagnostic Result

**Requested By:** Jo Daney
**Supplier:** Sound
**Reference:** US745-DR118550
Radiography subsequent (views) **Outcome:**

**Clinic Notes / Specifics:**

**External Link:**
http://63.241.189.28/WebAccess/Default.ashx?RequestClass=Integrator&operation=imagePresentation&autoEndSession=true&securityId=6d262d53041a59bd7f7a6839535afebc&studyUid=1.2.840.114387.3864886220.30981.16435.47987.103759491719500

---

05:11PM　　⚙ Diagnostic Result

**Requested By:** Jo Daney
**Supplier:** Hospital Use
**Reference:** US745-DR118568

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

Lab: PCV/TP with Profile **Outcome:**

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| Time | 1711 | | | | |
| Sample Type | Venous | | | | |
| Plasma Color | Clear | | | | |
| PCV | 42 | % | 20 | 50 | |
| Total Protein | 5.5 | g/dl | 4 | 8 | |

---

**Saturday the 11th of September 2021**

---

02:08AM  Shift Summary/Sessions

**Elizabeth Chisler**

**Shift Summary**

Shift End Time: 8am

**Physical Exam**
Time performed: 3:30am
General condition: Hydrated. MM pink and tacky. CRT >2sec.
Cardiac: No murmur or arrhythmia auscultated
Lungs: Eupneic, clear lung sounds bilaterally
Abdomen: Tense, mild discomfort, non-painful. No palpable abnormalities
Pain Score (out of 4): 1

**Assessment**

- Parvoviral enteritis - WBC count within normal limits, low cortisol
- Hyponatremia, hypochloremia - presumed secondary to hypovolemia from parvoviral enteritis
- Pneumonia - bilateral aspiration vs. CIRDC (possible mycoplasma and adenovirus exposure)

**Plan**
O2 15L/min (FiO2 ~40%)
Plasmalyte 12 mL/hr + 30mEq/L KCl
CRI: Dextrose CRI 2.5% ---> decreased to 1.25% at 7am
CRI: Reglan 2 mg/kg/day
CRI: Fentanyl 3mcg/kg/day
CRI: Enteral feeding 5ml/hr (100% RER)

Cerenia 1mg/kg IV q24
Unasyn 30 mg/kg IV q8
Ondansetron 0.6 mg/kg IV q8
Enrofloxacin 10mg/kg IV q24
Entyce 3 mg/kg PO q24

Saline nebulization q6
Resp watch q2
Vitals, NGT suction, SpO2 q6
ADD IVF bolus 10ml once

**Notes**
Kanji continued to be dyspneic overnight with increased respiratory rate and effort despite oxygen support. Remaining vital parameters remained within normal limits. Kanji had a mildly prolonged CRT, so an IVF bolus was administered. BG was normal so dextrose was weaned to 1.25%. Kanji is still not interested in food. Plan to

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

continue supportive care and monitoring.

Current invoice compared to approved estimate: within

Case transferred to: Dr. Lindsay Berg

EAC

07:39AM  ⬡ Diagnostic Result

**Requested By:** Jo Daney
**Supplier:** Idexx, Laboratory In House
**Reference:** US745-DR118551
**Outcome:**
Analyzer: Catalyst_One
Analyzer Note:

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| GLU | 123 | mg/dL | 77 | 150 | = |
| CREA | < 0.1 | mg/dL | 0.3 | 1.2 | < |
| BUN | 6 | mg/dL | 7 | 29 | = |
| TP | 5.1 | g/dL | 4.8 | 7.2 | = |
| ALB | 2.0 | g/dL | 2.1 | 3.6 | = |
| GLOB | 3.1 | g/dL | 2.3 | 3.8 | = |
| ALB/GLOB | 0.7 | | | | = |
| ALT | 43 | U/L | 8 | 75 | = |
| ALKP | 332 | U/L | 46 | 337 | = |
| Na | 123 | mmol/L | 145 | 157 | = |
| K | 3.8 | mmol/L | 3.5 | 5.5 | = |
| Na/K | 33 | | | | = |
| Cl | 90 | mmol/L | 105 | 119 | = |
| Osm Calc | 245 | mmol/kg | | | = |

07:42AM  💬 Client Communication

**Elizabeth Chisler**
SW Dayle - Kanji has been stable overnight. Still has increased respiratory rate and effort. Still no interest in food. Plan to wean dextrose today. Hoping Kanji's appetite improves.

08:09AM  ❎ Shift Summary/Sessions

**Lindsay Berg**

**Shift Summary**

Shift End Time: 3pm

**Physical Exam**
Time performed: 9:00 am
General condition: QAR, 5% dehydrated. MM pink CRT <2sec. NG tube in place.
Cardiac: No murmur or arrhythmia auscultated
Lungs: Eupneic, clear lung sounds bilaterally

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

Abdomen: Soft, non-painful. No palpable abnormalities
Pain Score (out of 4): 1/ 4

**Assessment**
parvoviral enteritis

- WBC count dropped but still within normal limits
- low cortisol; accuracy unknown given age and health status

Pneumonia - bilateral aspiration vs mycoplasma/adenovirus

**Plan**
Plasmalyte 10 mL/hr
dextrose @ 1.25
Reglan CRI 2 mg/kg/day
Cerenia 1mg/kg IV SID
Fentanyl @ 3 mcg/kg/hr
Unasyn 30 mg/kg IV TID
Entyce 3 mg/kg PO q24
Ondansetron 0.6 mg/kg IV q8
BG every 4 hours
Suction NGT q6
Vitals q6
NGT feeding- increase to 6 mL/hr- RER
SpO2
resp watch q2h
O2 support
Enrofloxacin 10mg/kg IV q24
Nebulization q6

**Notes**
Recheck CHEM 10: ALB: 2.0, Na:123, Cl: 90
IVF increased to 15 mL/hr
Electrolytes were rechecked at noon: Na: 121, Cl:88. PCV/TP: 38%/5.5
Kani's respiratory rate and effort have remained moderately elevated throughout the day with oxygen therapy (15 L/min). SPO2 in oxygen: 98%. Dextrose was able to be weaned at noon. Recheck BG pending at end of shift. NG tube feedings have been well tolerated very minimal suction.

Current invoice compared to approved estimate: Within

Case transferred to : Dr. Daney

08:39AM  ⬡ Diagnostic Result

**Requested By:** Lindsay Berg
**Supplier:** Hospital Use
**Reference:** US745-DR118643
Lab: PCV/TP with Profile **Outcome:**

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| Time | | | | | |
| Sample Type | | | | | |
| Plasma Color | clear | | | | |
| PCV | 38 | % | 20 | 50 | |
| Total Protein | 5.4 | g/dl | 4 | 8 | |

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

11:54AM

### ⬡ Diagnostic Result

**Requested By:** Lindsay Berg
**Supplier:** Idexx, Laboratory In House
**Reference:** US745-DR118677
Lab: Electrolyte Profile **Outcome:**
Analyzer: Catalyst_One
Analyzer Note:

**Clinic Notes / Specifics:**

| Test | Results | Unit | Lowest Value | Highest Value | Qualifier |
|------|---------|------|--------------|---------------|-----------|
| GLU | 130 | mg/dL | 77 | 150 | = |
| Na | 121 | mmol/L | 145 | 157 | = |
| K | 4.1 | mmol/L | 3.5 | 5.5 | = |
| Na/K | 30 | | | | = |
| Cl | 88 | mmol/L | 105 | 119 | = |

03:05PM

### 💬 Client Communication

**Lindsay Berg**
SW Dayle- discussed hyponatremia and hypochloremia, risk of neurologic changes with hyponatremia. We are trying to correct this without success at this time. Respiratory rate and effort has still been moderately elevated, SPO2 in oxygen was 98% early this afternoon. Still no interest in food. Dextrose has been weaned as of noontime. Dayle understands the severity of Kanji's illness. Provided financial update- will likely have to make new estimate in the morning. Dayle understands and appreciated the update.

06:18PM

### ⬡ Treatments/Procedures/Surgeries

**Jo Daney**
**!CPR**
**Specifics:**

**CARDIOPULMONARY RESUSCITATION**

Kanji was observed to be apneic and CPR was initiated following the RECOVER guidelines. See RECOVER CPR record sheet attached for details.

Performed 13 minutes of CPR
IVC: previously placed

Outcome: CPR stopped – unresponsive to BLS and ALS efforts

07:24PM

### ⬡ Treatments/Procedures/Surgeries

**Lindsay Berg**
**!Final Care**
**Specifics:**

***Final Care***

*Emergency Service* emergency fee waived.

Euthanasia type is an unattended euthanasia.

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

Solution used: Fatal Plus, 2mls used

The cremation will be an individual cremation remains to be returned in an Acacia wood urn.

Pathology: no pathology pursued.

Clay paw: was created and held for later pickup.

---

08:43PM  Shift Summary/Sessions

**Jo Daney**

**Shift Summary**

Shift End Time: 10pm

**Physical Exam**
Full physical exam had not been performed- see below

**Assessment**
parvoviral enteritis

- WBC count dropped but still within normal limits
- low cortisol; accuracy unknown given age and health status

Pneumonia - bilateral aspiration vs mycoplasma/adenovirus

**Plan**
Plasmalyte 10 mL/hr
dextrose @ 1.25
Reglan CRI 2 mg/kg/day
Cerenia 1mg/kg IV SID
Fentanyl @ 3 mcg/kg/hr
Unasyn 30 mg/kg IV TID
Entyce 3 mg/kg PO q24
Ondansetron 0.6 mg/kg IV q8
BG every 4 hours
Suction NGT q6
Vitals q6
NGT feeding- increase to 6 mL/hr- RER
SpO2
resp watch q2h
O2 support
Enrofloxacin 10mg/kg IV q24
Nebulization q6

**Notes**
Kanji was in isolation and on instinct his vitals were stable and his blood glucose holding. Due to his severely infectious nature, I wanted to be fully rounded and examined all canines before looking at Kanji, so my physical examination was delayed. The technicians had been with him multiple times during my 3 hours here but at 6pm Emily called for me. I ran into ISO and noted that he was agonally breathing. Confirmed CPR status and disconnected him from feedings and IV fluids to move to main table and listened to heart. Bradycardia at 30. Started compressions, intubated - large amount of sanguineous serous discharge from ET tube. Gave low dose epinephrine and atropine IV. When ambu bag was attached stopped to call Gayle. Discussed that a large amount of fluid was in his lungs and coming out of the ET tube, he wasn't breathing on his own but his heart was still beating. I asked if she wanted us to continue and she said to stop CPR. I expressed my sincere condolences and that we would call later to discuss cremation options.

**Animal Emergency & Referral Center of Minnesota**
1542 7th Street West
Saint Paul, Minnesota, 55102
Ph: 651-293-1800
Fax: 651-291-1337
Email: records@aercmn.com

After I got off the phone Kanji's heart was beating at 120 but he still wasn't able to breathe on his own. His heart rate started decreasing to less than 50 beats/minute. The fluid kept coming out of his mouth. Called Dayle to ask permission to inject euthasol but no answer. Drew up 2mls of euthasol, confirmed heart rate was now 12 beats per minute and not breathing on his own, gave 1ml IV and 1 ml IC. Confirmed cardiac arrest.

Later Emily called to discuss cremains

---

**Monday the 13th of September 2021**

---

11:13AM   📋 Imaging Report

### Report via DVM Insight:

#### Final Report for Exam: 4103198

| | | | | |
|---|---|---|---|---|
| **Patient ID:** | 308730 | **Patient Name:** | Schwalen^Kanji | |
| **Sex:** | M UNALTERED | **Birthdate:** | 6/28/2021 | **Wt:** 1.67kg |

| | |
|---|---|
| **Hospital Name:** | Animal Emergency & Referral Center of MN-SP<br>1542 West 7th Street<br>St. Paul,  MN 55102<br>6512931800 |

| | | | |
|---|---|---|---|
| **Doctor Name:** | Jo Daney, DVM | **Date of Exam:** | 20210910 |
| **Reader:** | Dr. Elisabeth Peters, DVM, MS, DACVR | **Confirmation Date:** | 9/13/2021 4:04:05 PM UTC |

#### HISTORY

Consult Type: FILMINTERP, SIG: DOB: 6/28/2021, Age: 2.52 M, Sex: M UNALTERED, Wt: 1.67kg, Breed: GOLDENDOODLE, Species: CANINE, Images: 3, Case Details: Patient is deceased. Kanji, a 2 m 8 d, Male, originally presented for evaluation of not eating and lethargy. Parvo positive. Aspiration pneumonia.

#### Findings

3-view whole body series.

There are severe ventral alveolar infiltrates bilaterally, affecting the right cranial, right middle, and both segments of the left cranial lung lobe, characterized by numerous air bronchograms, caudal lobar signs, and variable cardiac border effacement. Cardiac size/shape still appears normal. There is no evidence of pleural effusion. The nasogastric feeding tube remains in the stomach. Serosal detail is normal for juvenile age. The stomach contains moderate gas and fluid. The small intestines have mild scattered gas and fluid. The cecum is not defined. The colon is nearly empty. The parenchymal organs are normal. Included skeletal structures are normal.

#### Conclusion

1. Severe pneumonia.
2. Nasogastric feeding tube remains appropriate.
3. Gastroenteritis.

#### Read By: