# EXHIBIT H –
# Pepper Veterinary Bill

Client ID: 163616
Invoice #: 287499
Date: 9/14/2021

RAGOM Rescue
5800 Baker Rd. Suite 100
Minnetonka, MN 55345

| | | | |
|---|---|---|---|
| Patient ID: 506623 | Species: Canine | Weight: 3.99 kilograms | |
| Patient Name: Pepper - 506623 | Breed: Retriever, Golden | Birthday: 06/06/2021 | Sex: Male |

| Date | Description | Staff Name | Quantity | Total |
|---|---|---|---|---|
| 9/13/2021 | Consultation, Emergency | Preeya R. Patel, DVM | 1.00 | $183.00 |
| | Idexx Chemistry 10 + Lytes | | 1.00 | $140.00 |
| | Hospitalization/Nurs Level 2-Up to 12hr | | 1.00 | $0.00 |
| | Hospitalization - Level 2 - Up to 12hrs | | 1.00 | $38.00 |
| | Nursing - Level 2 - Up to 12hrs | | 1.00 | $90.00 |
| | Overnight Doctor Care | | 1.00 | $80.00 |
| | Isolation/Infectious Care - Up to 12 hrs | | 1.00 | $26.00 |
| | Enrofloxacin 22.7 mg Tablet | | 1.00 | $1.16 T |
| | Clavamox 62.5mg Chewable tabs BV | | 1.00 | $1.13 T |
| 9/14/2021 | CBC (in clinic) | | 1.00 | $112.00 |
| | Pulse Oximetry Monitor | | 1.00 | $21.75 |
| | Blood Pressure - ICU | | 1.00 | $21.75 |
| | PCV/TP | | 1.00 | $21.50 |
| | For Technician Tracking Purposes Only | Int Med-Arden Hills Techni | 1.00 | $0.00 |
| | ER Consult Transfer | Anthony J. Jarchow, DVM, | 1.00 | $97.00 |
| | Hospitalization/Nurs Level 2-Up to 12hr | | 1.00 | $0.00 |
| | Hospitalization - Level 2 - Up to 12hrs | | 1.00 | $38.00 |
| | Nursing - Level 2 - Up to 12hrs | | 1.00 | $90.00 |
| | Fluid Therapy, IV Up to 12 hrs(SetPumBa) | | 1.00 | $77.50 |
| | Isolation/Infectious Care - Up to 12 hrs | | 1.00 | $26.00 |
| | Doxycycline hyclate 100 mg tablets | | 11.00 | $23.16 T |
| | Maropitant (Cerenia) 16 mg Tablet BV | | 0.50 | $1.69 T |
| | Catheter, I.V. | | 1.00 | $112.50 |
| | Blood Pressure - ICU | | 1.00 | $21.75 |
| | Clavamox 62.5mg Chewable tabs BV | | 1.00 | $1.13 T |
| | Pulse Oximetry Monitor | | 1.00 | $21.75 |
| | For Office Use Only | Preeya R. Patel, DVM | 1.00 | $0.00 |
| | | **Patient Subtotal:** | | **$1,246.77** |

**BluePearl supports Frankie's Friends, a foundation that assists the neediest families with their pets' life-saving medical treatments. We can accept your tax-deductible donation or visit www.frankiesfriends.com.**

**BluePearl Veterinary - Arden Hills**
1285 Grey Fox Road
Arden Hills, MN 55112
(763) 754-5000

Client ID: 163616
Invoice #: 287499
Date: 9/14/2021

RAGOM Rescue
5800 Baker Rd. Suite 100
Minnetonka, MN 55345

| | |
|---|---:|
| **Invoice Total:** | **$1,246.77** |
| Non-profit: | ($249.36) |
| Sales Tax : | $1.61 |
| Total: | $999.02 |
| Balance Due: | $999.02 |
| Previous Balance: | ($7,306.46) |
| **Balance Due:** | **($6,307.44)** |

**BluePearl supports Frankie's Friends, a foundation that assists the neediest families
with their pets' life-saving medical treatments. We can accept your tax-deductible
donation or visit www.frankiesfriends.com.**