# EXHIBIT I – Shelby Veterinary Bill

Client ID: 112272
Invoice #: 287200
Date: 9/13/2021

Dayle Stubbs
7260  149th Lane NW
Ramsey, MN 55303

| | | | | |
|---|---|---|---|---|
| Patient ID: 506216 | Species: Canine | | Weight: 5.20 kilograms | |
| Patient Name: Shelby | Breed: Retriever, Golden | | Birthday: 07/04/2021 | Sex: Male |

| Date | **Description** | **Staff Name** | **Quantity** | **Total** |
|---|---|---|---|---|
| 9/4/2021 | Consultation, Emergency | Grace C. Meyer, DVM | 1.00 | $183.00 |
| | Parvo Snap Test | | 1.00 | $103.50 T |
| | Pulse Oximetry Monitor | | 1.00 | $21.75 |
| | Fecal Ova and Parasites (in house) | | 1.00 | $74.50 |
| | Radiograph, One Area Bundle STAT - ER | | 1.00 | $399.00 |
| 9/5/2021 | Hospitalization/Nurs Level 3-Up to 12hr | | 1.00 | $0.00 |
| | Hospitalization - Level 3 - Up to 12hrs | | 1.00 | $51.00 |
| | Nursing - Level 3 - Up to 12hrs | | 1.00 | $118.50 |
| | Overnight Doctor Care | | 1.00 | $80.00 |
| | Fluid Therapy, IV Up to 12 hrs(SetPumBa) | | 1.00 | $77.50 |
| 9/4/2021 | Oxygen Therapy - Up to 12 hrs | | 1.00 | $115.00 |
| 9/5/2021 | Oxygen Therapy ICU Unit Set-Up | | 1.00 | $137.50 |
| | Nebulization Therapy - Up to 12 hrs | | 1.00 | $69.25 |
| | Catheter, I.V. | | 1.00 | $112.50 |
| | Dextrose 50% Inj. (per dose) | | 1.00 | $46.26 T |
| | Idexx Chemistry 17+Lytes+CBC - in clinic | | 1.00 | $285.00 |
| | Enrofloxacin (Baytril) 22.7mg/ml Inj BV | | 1.23 | $42.51 T |
| | Maropitant(Cerenia)10mg/ml Inj(perml) BV | | 0.28 | $42.66 T |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml | | 3.27 | $39.44 T |
| | Blood Pressure - ICU | | 1.00 | $21.75 |
| | Pulse Oximetry Monitor | | 1.00 | $21.75 |
| | Glucose (glucometer) | | 1.00 | $21.75 |
| | ER Consult Transfer | Lisa L. Powell, DVM, DACV | 1.00 | $97.00 |
| | Hospitalization/Nurs Level 3-Up to 12hr | | 1.00 | $0.00 |
| | Hospitalization - Level 3 - Up to 12hrs | | 2.00 | $102.00 |
| | Nursing - Level 3 - Up to 12hrs | | 2.00 | $237.00 |
| | Fluid Therapy, IV Up to 12 hrs(SetPumBa) | | 2.00 | $155.00 |
| | Overnight Doctor Care | | 1.00 | $80.00 |
| | Isolation/Infectious Care - Up to 12 hrs | | 2.00 | $52.00 |
| | Oxygen Therapy - Up to 12 hrs | | 2.00 | $230.00 |
| | Nebulization Therapy - Up to 12 hrs | | 2.00 | $138.50 |
| | Pulse Oximetry Monitor - Up to 12 hrs | | 2.00 | $108.00 |
| | Blood Pressure - Up to 12 hrs | | 2.00 | $108.00 |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml | | 3.27 | $39.44 T |

**BluePearl supports Frankie's Friends, a foundation that assists the neediest families
with their pets' life-saving medical treatments. We can accept your tax-deductible
donation or visit www.frankiesfriends.com.**

Client ID: 112272
Invoice #: 287200
Date: 9/13/2021

Dayle Stubbs
7260  149th Lane NW
Ramsey, MN 55303

| Date | Item | Provider | Qty | Amount |
|---|---|---|---|---|
| | Gentamycin 100 mg/ml Inj. (per ml) | Lisa L. Powell, DVM, DACV | 0.20 | $38.16 T |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml | | 3.27 | $39.44 T |
| | Gentamycin 100 mg/ml Inj. (per ml) | | 0.20 | $38.16 T |
| 9/6/2021 | Enrofloxacin (Baytril) 22.7mg/ml Inj BV | | 1.23 | $42.51 T |
| | Maropitant(Cerenia)10mg/ml Inj(perml) BV | | 0.28 | $42.66 T |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml | | 3.27 | $39.44 T |
| | Glucose (glucometer) | | 1.00 | $21.75 |
| | Gentamycin 100 mg/ml Inj. (per ml) | | 0.20 | $38.16 T |
| | Hospitalization/Nurs Level 2-Up to 12hr | Sean R. Teichner, DVM | 1.00 | $0.00 |
| | Hospitalization - Level 2 - Up to 12hrs | | 2.00 | $76.00 |
| | Nursing - Level 2 - Up to 12hrs | | 2.00 | $180.00 |
| | Overnight Doctor Care | | 1.00 | $80.00 |
| | Fluid Therapy, IV Up to 12 hrs(SetPumBa) | | 2.00 | $155.00 |
| | Oxygen Therapy - Up to 12 hrs | | 2.00 | $230.00 |
| | Nebulization Therapy - Up to 12 hrs | | 2.00 | $138.50 |
| | Isolation/Infectious Care - Up to 12 hrs | | 2.00 | $52.00 |
| | Glucose - Up to 12 hrs | Lisa L. Powell, DVM, DACV | 1.00 | $53.00 |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml | Sean R. Teichner, DVM | 3.27 | $39.44 T |
| | Glucose (glucometer) | | 1.00 | $21.75 |
| | Entyce 30mg/ml oral suspension (ml) | | 0.30 | $1.69 T |
| | Gentamycin 100 mg/ml Inj. (per ml) | | 0.20 | $38.16 T |
| | Pulse Oximetry Monitor | | 1.00 | $21.75 |
| | Blood Pressure - ICU | | 1.00 | $21.75 |
| | Glucose (glucometer) | | 1.00 | $21.75 |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml | | 3.27 | $39.44 T |
| 9/7/2021 | Blood Pressure - ICU | | 1.00 | $21.75 |
| | Pulse Oximetry Monitor | | 1.00 | $21.75 |
| | Gentamycin 100 mg/ml Inj. (per ml) | | 0.20 | $38.16 T |
| | Hospitalization/Nurs Level 2-Up to 12hr | Mallory C. Salcedo, DVM, | 1.00 | $0.00 |
| | Hospitalization - Level 2 - Up to 12hrs | | 1.00 | $38.00 |
| | Nursing - Level 2 - Up to 12hrs | | 1.00 | $90.00 |
| | Overnight Doctor Care | | 1.00 | $80.00 |
| | Fluid Therapy, IV Up to 12 hrs(SetPumBa) | | 1.00 | $77.50 |
| | Oxygen Therapy - Up to 12 hrs | | 1.00 | $115.00 |
| | Isolation/Infectious Care - Up to 12 hrs | | 1.00 | $26.00 |
| | Glucose (glucometer) | Sean R. Teichner, DVM | 1.00 | $21.75 |
| | Enrofloxacin (Baytril) 22.7mg/ml Inj BV | | 1.23 | $42.51 T |
| | Maropitant(Cerenia)10mg/ml Inj(perml) BV | | 0.28 | $42.66 T |

**BluePearl supports Frankie's Friends, a foundation that assists the neediest families
with their pets' life-saving medical treatments. We can accept your tax-deductible
donation or visit www.frankiesfriends.com.**

Client ID: 112272
Invoice #: 287200
Date: 9/13/2021

Dayle Stubbs
7260  149th Lane NW
Ramsey, MN 55303

| Date | Item | Provider | Qty | Amount |
|---|---|---|---|---|
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml | Sean R. Teichner, DVM | 3.27 | $39.44 T |
| | Blood Pressure - ICU | | 1.00 | $21.75 |
| | Pulse Oximetry Monitor | | 1.00 | $21.75 |
| | Gentamycin 100 mg/ml Inj. (per ml) | Mallory C. Salcedo, DVM, | 0.20 | $38.16 T |
| | Glucose (glucometer) | Sean R. Teichner, DVM | 1.00 | $21.75 |
| | Hospitalization/Nurs Level 2-Up to 12hr | Mallory C. Salcedo, DVM, | 1.00 | $0.00 |
| | Hospitalization - Level 2 - Up to 12hrs | | 1.00 | $38.00 |
| | Nursing - Level 2 - Up to 12hrs | | 1.00 | $90.00 |
| | Fluid Therapy, IV Up to 12 hrs(SetPumBa) | | 1.00 | $77.50 |
| | Oxygen Therapy - Up to 12 hrs | | 1.00 | $115.00 |
| | Nebulization Therapy - Up to 12 hrs | | 1.00 | $69.25 |
| | Isolation/Infectious Care - Up to 12 hrs | | 1.00 | $26.00 |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml | | 3.27 | $39.44 T |
| | Fastpanel PCR Can.Resp.Dx prof(T995) | | 1.00 | $394.50 |
| | Glucose (glucometer) | | 1.00 | $21.75 |
| | Entyce 30mg/ml oral suspension (ml) | | 0.30 | $1.69 T |
| | Blood Pressure - ICU | | 1.00 | $21.75 |
| | Pulse Oximetry Monitor | | 1.00 | $21.75 |
| | Gentamycin 100 mg/ml Inj. (per ml) | | 0.20 | $38.16 T |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml | | 3.27 | $39.44 T |
| | Blood Pressure - ICU | | 1.00 | $21.75 |
| 9/8/2021 | Gentamycin 100 mg/ml Inj. (per ml) | | 0.20 | $38.16 T |
| | Glucose (glucometer) | | 1.00 | $21.75 |
| | Pulse Oximetry Monitor | | 1.00 | $21.75 |
| | Enrofloxacin (Baytril) 22.7mg/ml Inj BV | | 1.23 | $42.51 T |
| | Maropitant(Cerenia)10mg/ml Inj(perml) BV | | 0.28 | $42.66 T |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml | | 3.27 | $39.44 T |
| | Nebulization Therapy - Up to 12 hrs | | 1.00 | $69.25 |
| | Blood Pressure - ICU | | 1.00 | $21.75 |
| | Pulse Oximetry Monitor | | 1.00 | $21.75 |
| | Gentamycin 100 mg/ml Inj. (per ml) | | 1.00 | $38.81 T |
| | Hospitalization/Nurs Level 2-Up to 12hr | | 1.00 | $0.00 |
| | Hospitalization - Level 2 - Up to 12hrs | | 1.00 | $38.00 |
| | Nursing - Level 2 - Up to 12hrs | | 1.00 | $90.00 |
| | Fluid Therapy, IV Up to 12 hrs(SetPumBa) | | 1.00 | $77.50 |
| | Oxygen Therapy - Up to 12 hrs | | 1.00 | $115.00 |
| | Nebulization Therapy - Up to 12 hrs | | 1.00 | $69.25 |
| | Isolation/Infectious Care - Up to 12 hrs | | 1.00 | $26.00 |

**BluePearl supports Frankie's Friends, a foundation that assists the neediest families
with their pets' life-saving medical treatments. We can accept your tax-deductible
donation or visit www.frankiesfriends.com.**

Client ID: 112272
Invoice #: 287200
Date: 9/13/2021

Dayle Stubbs
7260 149th Lane NW
Ramsey, MN 55303

| Date | Item | Qty | Amount |
|---|---|---|---|
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml Mallory C. Salcedo, DVM, | 3.27 | $39.44 T |
| | Fenbendazole(Panacur)100mg/ml Sus(ml) | 1.70 | $1.36 T |
| | Glucose (glucometer) | 1.00 | $21.75 |
| | Entyce 30mg/ml oral suspension (ml) | 0.30 | $1.69 T |
| | For Office Use Only | 1.00 | $0.00 |
| | Blood Pressure - ICU | 1.00 | $21.75 |
| | Pulse Oximetry Monitor | 1.00 | $21.75 |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml | 3.27 | $39.44 T |
| | Hospitalization - Level 2 - Up to 12hrs | 1.00 | $38.00 |
| | Nursing - Level 2 - Up to 12hrs | 1.00 | $90.00 |
| | Fluid Therapy, IV Up to 12 hrs(SetPumBa) | 1.00 | $77.50 |
| | Overnight Doctor Care | 1.00 | $80.00 |
| | Nebulization Therapy - Up to 12 hrs | 1.00 | $69.25 |
| | Oxygen Therapy - Up to 12 hrs | 1.00 | $115.00 |
| | Enrofloxacin (Baytril) 22.7mg/ml Inj BV | 1.23 | $42.51 T |
| | Pulse Oximetry Monitor | 1.00 | $21.75 |
| | Blood Pressure - ICU | 1.00 | $21.75 |
| 9/9/2021 | For Office Use Only | 1.00 | $0.00 |
| | Maropitant(Cerenia)10mg/ml Inj(perml) BV | 0.28 | $42.66 T |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml | 3.27 | $39.44 T |
| | Glucose (glucometer) | 1.00 | $21.75 |
| | Hospitalization - Level 2 - Up to 12hrs | 1.00 | $38.00 |
| | Nursing - Level 2 - Up to 12hrs | 1.00 | $90.00 |
| | Fluid Therapy, IV Up to 12 hrs(SetPumBa) | 1.00 | $77.50 |
| | Oxygen Therapy - Up to 12 hrs | 1.00 | $115.00 |
| | Isolation/Infectious Care - Up to 12 hrs | 1.00 | $26.00 |
| | Nebulization Therapy - Up to 12 hrs | 1.00 | $69.25 |
| | Blood Pressure - ICU | 1.00 | $21.75 |
| | Pulse Oximetry Monitor | 1.00 | $21.75 |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml | 3.27 | $39.44 T |
| | Fastpanel PCR Can.Resp.Dx prof(T995) | 1.00 | $394.50 |
| | Radiograph, Rech One Area Bund(1w)-EP | 1.00 | $215.00 |
| | Fenbendazole(Panacur)100mg/ml Sus(ml) | 1.70 | $1.36 T |
| | Idexx Chemistry 17+Lytes+CBC - in clinic | 1.00 | $285.00 |
| | Catheter, I.V. Replacement | 1.00 | $71.75 |
| | Entyce 30mg/ml oral suspension (ml) | 0.30 | $1.69 T |
| | Pulse Oximetry Monitor | 1.00 | $21.75 |
| | Blood Pressure - ICU | 1.00 | $21.75 |

Client ID: 112272
Invoice #: 287200
Date: 9/13/2021

Dayle Stubbs
7260 149th Lane NW
Ramsey, MN 55303

| Date | Item | Provider | Qty | Amount |
|---|---|---|---|---|
| | Blood Pressure - ICU | Mallory C. Salcedo, DVM, | 1.00 | $21.75 |
| | IM-Endoscopy | Allison S. Mazepa, DVM, D | 1.00 | $0.00 |
| | Propofol 10 mg/ml Inj. 20 ml Vial BV | | 1.00 | $68.00 T |
| | ECG, Anesthetic Heart/ECG Monitor | | 1.00 | $17.00 |
| | Endoscopy, Bronchoscopy | | 1.00 | $555.50 |
| | Endoscopy, Bronchoscopic Lavage | | 1.00 | $229.25 |
| | Culture & Sens (AT - M020), not urine | | 1.00 | $237.50 |
| | Cytology & Fluid Analysis (AT - FLUA) | | 1.00 | $305.75 |
| | Butorphanol 10 mg/ml Inj. (per ml) | | 0.07 | $39.45 T |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml | Mallory C. Salcedo, DVM, | 3.27 | $39.44 T |
| | Hospitalization - Level 2 - Up to 12hrs | | 1.00 | $38.00 |
| | Nursing - Level 2 - Up to 12hrs | | 1.00 | $90.00 |
| | Fluid Therapy, IV Up to 12 hrs(SetPumBa) | | 1.00 | $77.50 |
| | Overnight Doctor Care | | 1.00 | $80.00 |
| | Isolation/Infectious Care - Up to 12 hrs | | 1.00 | $26.00 |
| | Oxygen Therapy - Up to 12 hrs | | 1.00 | $115.00 |
| | Nebulization Therapy - Up to 12 hrs | | 1.00 | $69.25 |
| | Glucose (glucometer) | Allison S. Mazepa, DVM, D | 1.00 | $21.75 |
| | Pulse Oximetry Monitor | Mallory C. Salcedo, DVM, | 1.00 | $21.75 |
| | Enrofloxacin (Baytril) 22.7mg/ml Inj BV | | 1.23 | $42.51 T |
| | Blood Pressure - ICU | | 1.00 | $21.75 |
| 9/10/2021 | Maropitant(Cerenia)10mg/ml Inj(perml) BV | | 0.28 | $42.66 T |
| | ER Consult Transfer | Allison S. Mazepa, DVM, D | 1.00 | $97.00 |
| | Hospitalization/Nurs Level 2-Up to 12hr | | 1.00 | $0.00 |
| | Hospitalization - Level 2 - Up to 12hrs | | 1.00 | $38.00 |
| | Nursing - Level 2 - Up to 12hrs | | 1.00 | $90.00 |
| | Fluid Therapy, IV Up to 12 hrs(SetPumBa) | | 1.00 | $77.50 |
| | Oxygen Therapy - Up to 12 hrs | | 1.00 | $115.00 |
| | Nebulization Therapy - Up to 12 hrs | | 1.00 | $69.25 |
| | Pulse Oximetry Monitor | | 1.00 | $21.75 |
| | Blood Pressure - ICU | | 1.00 | $21.75 |
| | Glucose (glucometer) | | 1.00 | $21.75 |
| | Blood Pressure - ICU | | 1.00 | $21.75 |
| | Doxycycline 10mg/ml Oral Suspension(ml) | | 1.60 | $4.22 T |
| | Fenbendazole(Panacur)100mg/ml Sus(ml) | | 1.70 | $1.36 T |
| | Pulse Oximetry Monitor | | 1.00 | $21.75 |
| | Hospitalization - Level 2 - Up to 12hrs | | 1.00 | $38.00 |
| | Nursing - Level 2 - Up to 12hrs | | 1.00 | $90.00 |

**BluePearl supports Frankie's Friends, a foundation that assists the neediest families
with their pets' life-saving medical treatments. We can accept your tax-deductible
donation or visit www.frankiesfriends.com.**

Client ID: 112272
Invoice #: 287200
Date: 9/13/2021

Dayle Stubbs
7260 149th Lane NW
Ramsey, MN 55303

| Date | Description | Qty | Amount |
|---|---|---|---|
| | Fluid Therapy, IV Up to 12 hrs(SetPumBa) Allison S. Mazepa, DVM, D | 1.00 | $77.50 |
| | Nebulization Therapy - Up to 12 hrs | 1.00 | $69.25 |
| | Overnight Doctor Care | 1.00 | $80.00 |
| | Oxygen Therapy - Up to 12 hrs | 1.00 | $115.00 |
| | Blood Pressure - ICU | 1.00 | $21.75 |
| | Glucose (glucometer) | 1.00 | $21.75 |
| | Doxycycline 10mg/ml Oral Suspension(ml) | 1.60 | $4.22 T |
| | Enrofloxacin (Baytril) 22.7mg/ml Inj BV | 1.23 | $42.51 T |
| 9/11/2021 | Blood Pressure - ICU | 1.00 | $21.75 |
| | Pulse Oximetry Monitor | 1.00 | $21.75 |
| | Hospitalization - Level 2 - Up to 12hrs | 1.00 | $38.00 |
| | Nursing - Level 2 - Up to 12hrs | 1.00 | $90.00 |
| | Fluid Therapy, IV Up to 12 hrs(SetPumBa) | 1.00 | $77.50 |
| | Oxygen Therapy - Up to 12 hrs | 1.00 | $115.00 |
| | Nebulization Therapy - Up to 12 hrs | 1.00 | $69.25 |
| | Maropitant(Cerenia)10mg/ml Inj(perml) BV | 0.28 | $42.66 T |
| | Maropitant(Cerenia)10mg/ml Inj(perml) BV | 0.28 | $42.66 T |
| | Pulse Oximetry Monitor | 1.00 | $21.75 |
| | Blood Pressure - ICU | 1.00 | $21.75 |
| 9/10/2021 | Enrofloxacin (Baytril) 22.7mg/ml Inj BV | 1.23 | $42.51 T |
| 9/11/2021 | Hospitalization - Level 2 - Up to 12hrs | 1.00 | $38.00 |
| | Nursing - Level 2 - Up to 12hrs | 1.00 | $90.00 |
| | Overnight Doctor Care | 1.00 | $80.00 |
| | Oxygen Therapy - Up to 12 hrs | 1.00 | $115.00 |
| | Enrofloxacin 68 mg Tablet | 10.00 | $41.50 T |
| | Pulse Oximetry Monitor | 1.00 | $21.75 |
| | Doxycycline 10mg/ml Oral Suspension(ml) | 1.60 | $4.22 T |
| | Blood Pressure - ICU | 1.00 | $21.75 |
| | Pulse Oximetry Monitor | 1.00 | $21.75 |
| 9/12/2021 | Radiograph, Rech One Area Bund(6m)-SF | 1.00 | $215.00 |
| 9/11/2021 | Doxycycline 10mg/ml Oral Suspension(ml) | 1.60 | $4.22 T |
| 9/12/2021 | Doxycycline 10mg/ml Oral Suspension(ml) | 1.60 | $4.22 T |
| 9/11/2021 | Fenbendazole(Panacur)100mg/ml Sus(ml) | 1.70 | $1.36 T |
| 9/12/2021 | For Office Use Only | 1.00 | $0.00 |
| | Fenbendazole(Panacur)100mg/ml Sus(ml) | 1.70 | $1.36 T |
| | For Office Use Only | 1.00 | $0.00 |

**Patient Subtotal:**     **$14,332.92**

**BluePearl supports Frankie's Friends, a foundation that assists the neediest families with their pets' life-saving medical treatments. We can accept your tax-deductible donation or visit www.frankiesfriends.com.**

**BluePearl Veterinary - Eden Prairie**
bluepearlvet.com
7717 Flying Cloud Dr
Eden Prairie, MN 55344
(952) 942-8272

Client ID: 112272
Invoice #: 287200
Date: 9/13/2021

Dayle Stubbs
7260  149th Lane NW
Ramsey, MN 55303

| | |
|---|---:|
| **Invoice Total:** | **$14,332.92** |
| Non-profit: | ($2,851.52) |
| Mars Associate: | ($7.80) |
| Sales Tax : | $111.26 |
| Total: | $11,584.86 |
| **Invoice Balance Due:** | **$11,584.86** |
| **Balance Due:** | **$-1,800.00** |