# EXHIBIT J – Sidney Veterinary Bill

# BluePearl Veterinary - Arden Hills

1285 Grey Fox Road
Arden Hills, MN 55112
(763) 754-5000

Page 1 / 5

Client ID: 163616
Invoice #: 288627
Date: 9/20/2021

RAGOM Rescue
5800 Baker Rd. Suite 100
Minnetonka, MN 55345

| Patient ID: 506551 | Species: Canine | Weight: 3.46 kilograms |
| --- | --- | --- |
| Patient Name: Sidney | Breed: Goldendoodle | Birthday: 07/06/2021  Sex: Male |

| Date | Description | Staff Name | Quantity | Total |
| --- | --- | --- | --- | --- |
| 9/6/2021 | Consultation, Emergency | Sabrina K. Garcia, DVM | 1.00 | $183.00 |
| | Catheter, I.V. | | 1.00 | $112.50 |
| | Idexx Chemistry 17+Lytes+CBC - in clinic | | 1.00 | $285.00 |
| | Parvo Snap Test | | 1.00 | $103.50 T |
| | Hospitalization/Nurs Level 3-Up to 12hr | | 1.00 | $0.00 |
| | Hospitalization - Level 3 - Up to 12hrs | | 1.00 | $51.00 |
| | Nursing - Level 3 - Up to 12hrs | | 1.00 | $118.50 |
| | Fluid Therapy, IV Up to 12 hrs(SetPumBa) | | 1.00 | $77.50 |
| | Isolation/Infectious Care - Up to 12 hrs | | 1.00 | $26.00 |
| | Nebulization Therapy - Up to 12 hrs | | 1.00 | $69.25 |
| | Metronidazole 5mg/ml (per ml) | | 7.20 | $39.94 T |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml | | 3.60 | $39.58 T |
| | Enrofloxacin (Baytril) 22.7mg/ml Inj BV | | 0.80 | $40.94 T |
| | Maropitant(Cerenia)10mg/ml Inj(perml) BV | | 0.36 | $43.99 T |
| | Pantoprazole(Protonix)4mg/ml (per ml) | | 0.90 | $40.21 T |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml | | 3.60 | $39.58 T |
| | Medical Progress Exam | Michelle A. Schaak, DVM | 1.00 | $92.00 |
| | Hospitalization/Nurs Level 2-Up to 12hr | | 1.00 | $0.00 |
| | Hospitalization - Level 2 - Up to 12hrs | | 1.00 | $38.00 |
| | Nursing - Level 2 - Up to 12hrs | | 1.00 | $90.00 |
| | Overnight Doctor Care | | 1.00 | $80.00 |
| | Fluid Therapy, IV Up to 12 hrs(SetPumBa) | | 1.00 | $77.50 |
| | Isolation/Infectious Care - Up to 12 hrs | | 1.00 | $26.00 |
| | Nebulization Therapy - Up to 12 hrs | | 1.00 | $69.25 |
| | Blood Pressure - ICU | | 1.00 | $21.75 |
| 9/7/2021 | Pantoprazole(Protonix)4mg/ml (per ml) | | 0.90 | $40.21 T |
| | Metronidazole 5mg/ml (per ml) | | 7.20 | $39.94 T |
| | Blood Pressure - ICU | | 1.00 | $21.75 |
| | Glucose (glucometer) | | 1.00 | $21.75 |
| | PCV/TP | | 1.00 | $21.50 |
| | Maropitant(Cerenia)10mg/ml Inj(perml) BV | | 0.36 | $43.99 |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml | | 3.60 | $39.58 T |
| | Medical Progress Exam | Lisa L. Powell, DVM, DAC' | 1.00 | $92.00 |
| | Hospitalization/Nurs Level 3-Up to 12hr | | 1.00 | $0.00 |

**BluePearl supports Frankie's Friends, a foundation that assists the neediest families
with their pets' life-saving medical treatments. We can accept your tax-deductible
donation or visit www.frankiesfriends.com.**

Client ID: 163616
Invoice #: 288627
Date: 9/20/2021

RAGOM Rescue
5800 Baker Rd. Suite 100
Minnetonka, MN 55345

| Date | Description | Provider | Qty | Amount |
|---|---|---|---|---|
| | Hospitalization - Level 3 - Up to 12hrs | Lisa L. Powell, DVM, DACV | 1.00 | $51.00 |
| | Nursing - Level 3 - Up to 12hrs | | 1.00 | $118.50 |
| | Fluid Therapy, IV Up to 12 hrs(SetPumBa) | | 1.00 | $77.50 |
| | Isolation/Infectious Care - Up to 12 hrs | | 1.00 | $26.00 |
| | Nebulization Therapy - Up to 12 hrs | | 1.00 | $69.25 |
| | Blood Pressure - ICU | Michelle A. Schaak, DVM | 1.00 | $21.75 |
| | Blood Pressure - ICU | Lisa L. Powell, DVM, DACV | 1.00 | $21.75 |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml | | 3.60 | $39.58 T |
| | Enrofloxacin (Baytril) 22.7mg/ml Inj BV | | 0.80 | $40.94 T |
| | Glucose (glucometer) | | 1.00 | $21.75 |
| | PCV/TP | | 1.00 | $21.50 |
| | Glucose (glucometer) | | 1.00 | $21.75 |
| | For Office Use Only | | 1.00 | $0.00 |
| | Fastpanel PCR Can.Resp.Dx prof(T995) | | 1.00 | $394.50 |
| | Medical Progress Exam | Brett Rabe, DVM | 1.00 | $92.00 |
| | Hospitalization/Nurs Level 3-Up to 12hr | | 1.00 | $0.00 |
| | Hospitalization - Level 3 - Up to 12hrs | | 1.00 | $51.00 |
| | Nursing - Level 3 - Up to 12hrs | | 1.00 | $118.50 |
| | Overnight Doctor Care | | 1.00 | $80.00 |
| | Fluid Therapy, IV Up to 12 hrs(SetPumBa) | | 1.00 | $77.50 |
| | Isolation/Infectious Care - Up to 12 hrs | | 1.00 | $26.00 |
| 9/8/2021 | Nebulization Therapy - Up to 12 hrs | Katie L. Peterson, DVM, D | 1.00 | $69.25 |
| 9/7/2021 | Blood Pressure - ICU | Brett Rabe, DVM | 1.00 | $21.75 |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml | | 3.60 | $39.58 T |
| 9/8/2021 | Blood Pressure - ICU | | 1.00 | $21.75 |
| | Glucose (glucometer) | | 1.00 | $21.75 |
| | PCV/TP | | 1.00 | $21.50 |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml | | 3.60 | $39.58 T |
| | Medical Progress Exam | Katie L. Peterson, DVM, D | 1.00 | $92.00 |
| | Hospitalization/Nurs Level 3-Up to 12hr | | 1.00 | $0.00 |
| | Hospitalization - Level 3 - Up to 12hrs | | 1.00 | $51.00 |
| | Nursing - Level 3 - Up to 12hrs | | 1.00 | $118.50 |
| | Fluid Therapy, IV Up to 12 hrs(SetPumBa) | | 1.00 | $77.50 |
| | Isolation/Infectious Care - Up to 12 hrs | | 1.00 | $26.00 |
| | Nebulization Therapy - Up to 12 hrs | | 1.00 | $69.25 |
| | Blood Pressure - ICU | | 1.00 | $21.75 |
| | For Office Use Only | | 1.00 | $0.00 |
| | Blood Pressure - ICU | | 1.00 | $21.75 |

Client ID: 163616
Invoice #: 288627
Date: 9/20/2021

RAGOM Rescue
5800 Baker Rd. Suite 100
Minnetonka, MN 55345

| Date | Item | Provider | Qty | Amount |
|---|---|---|---|---|
| | Ampicillin-Sulb(Unasyn)Inj 30mg/ml per ml | Katie L. Peterson, DVM, D | 3.60 | $39.58 T |
| | Enrofloxacin (Baytril) 22.7mg/ml Inj BV | | 0.80 | $40.94 T |
| | Metronidazole 5mg/ml (per ml) | | 7.20 | $39.94 T |
| | PCV/TP | | 1.00 | $21.50 |
| | Glucose (glucometer) | | 1.00 | $21.75 |
| | Medical Progress Exam | Dr. Katherine L. Michaelis, | 1.00 | $92.00 |
| 9/9/2021 | Hospitalization/Nurs Level 3-Up to 12hr | | 1.00 | $0.00 |
| | Hospitalization - Level 3 - Up to 12hrs | | 1.00 | $51.00 |
| | Nursing - Level 3 - Up to 12hrs | | 1.00 | $118.50 |
| | Overnight Doctor Care | | 1.00 | $80.00 |
| | Fluid Therapy, IV Up to 12 hrs(SetPumBa) | | 1.00 | $77.50 |
| 9/8/2021 | Isolation/Infectious Care - Up to 12 hrs | | 1.00 | $26.00 |
| | Radiograph, One Area Bundle STAT - ER | | 1.00 | $399.00 |
| | Blood Pressure - ICU | | 1.00 | $21.75 |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/ml per ml | | 3.60 | $39.58 T |
| | Fenbendazole(Panacur)100mg/ml Sus(ml) | | 1.80 | $1.44 T |
| 9/9/2021 | Ondansetron (Zofran) 2mg/ml Inj (ml) | | 0.90 | $38.49 T |
| | CBC (in clinic) | | 1.00 | $112.00 |
| | PCV/TP | | 1.00 | $21.50 |
| | Glucose (glucometer) | | 1.00 | $21.75 |
| | Blood Pressure - ICU | | 1.00 | $21.75 |
| | Pulse Oximetry Monitor | | 1.00 | $21.75 |
| | Metronidazole 5mg/ml (per ml) | | 7.20 | $39.94 T |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/ml per ml | | 3.60 | $39.58 T |
| | Maropitant(Cerenia)10mg/ml Inj(perml) BV | | 0.36 | $43.99 T |
| | Medical Progress Exam | Jennifer L. Holm, DVM, D/ | 1.00 | $92.00 |
| | Hospitalization/Nurs Level 3-Up to 12hr | | 1.00 | $0.00 |
| | Hospitalization - Level 3 - Up to 12hrs | | 1.00 | $51.00 |
| | Nursing - Level 3 - Up to 12hrs | | 1.00 | $118.50 |
| | Fluid Therapy, IV Up to 12 hrs(SetPumBa) | | 1.00 | $77.50 |
| | Isolation/Infectious Care - Up to 12 hrs | | 1.00 | $26.00 |
| | Blood Pressure - ICU | Dr. Katherine L. Michaelis, | 1.00 | $21.75 |
| | Pulse Oximetry Monitor | | 1.00 | $21.75 |
| | Ondansetron (Zofran) 2mg/ml Inj (ml) | | 0.90 | $38.49 T |
| | CBC (in clinic) | Jennifer L. Holm, DVM, D/ | 1.00 | $112.00 |
| | Blood Pressure - ICU | | 1.00 | $21.75 |
| | Pulse Oximetry Monitor | | 1.00 | $21.75 |
| | PCV/TP | | 1.00 | $21.50 |

**BluePearl supports Frankie's Friends, a foundation that assists the neediest families
with their pets' life-saving medical treatments. We can accept your tax-deductible
donation or visit www.frankiesfriends.com.**

Client ID: 163616
Invoice #: 288627
Date: 9/20/2021

RAGOM Rescue
5800 Baker Rd. Suite 100
Minnetonka, MN 55345

| Date | Description | Provider | Qty | Amount |
|---|---|---|---|---|
| | Glucose (glucometer) | Jennifer L. Holm, DVM, D/ | 1.00 | $21.75 |
| | Metronidazole 5mg/ml (per ml) | | 7.20 | $39.94 T |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml | | 3.60 | $39.58 T |
| | Enrofloxacin (Baytril) 22.7mg/ml Inj BV | | 0.80 | $40.94 T |
| | For Office Use Only | | 1.00 | $0.00 |
| | Ondansetron (Zofran) 2mg/ml Inj (ml) | | 0.90 | $38.49 T |
| | Medical Progress Exam | Dr. Darrick D. Yamaguchi, | 1.00 | $92.00 |
| | Hospitalization/Nurs Level 2-Up to 12hr | | 1.00 | $0.00 |
| | Hospitalization - Level 2 - Up to 12hrs | | 1.00 | $38.00 |
| | Nursing - Level 2 - Up to 12hrs | | 1.00 | $90.00 |
| | Overnight Doctor Care | | 1.00 | $80.00 |
| | Fluid Therapy, IV Up to 12 hrs(SetPumBa) | | 1.00 | $77.50 |
| | Isolation/Infectious Care - Up to 12 hrs | | 1.00 | $26.00 |
| | Nebulization Therapy - Up to 12 hrs | | 1.00 | $69.25 |
| | Fenbendazole(Panacur)100mg/ml Sus(ml | | 1.80 | $1.44 T |
| | Pulse Oximetry Monitor | | 1.00 | $21.75 |
| | Blood Pressure - ICU | | 1.00 | $21.75 |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml | | 3.60 | $39.58 T |
| | Ondansetron (Zofran) 2mg/ml Inj (ml) | | 0.90 | $38.49 T |
| 9/10/2021 | Metronidazole 5mg/ml (per ml) | | 7.20 | $39.94 T |
| | Blood Pressure - ICU | | 1.00 | $21.75 |
| | PCV/TP | | 1.00 | $21.50 |
| | Glucose (glucometer) | | 1.00 | $21.75 |
| | Pulse Oximetry Monitor | | 1.00 | $21.75 |
| | Maropitant(Cerenia)10mg/ml Inj(perml) BV | | 0.36 | $43.99 T |
| | Ampicillin-Sulb(Unasyn)Inj 30mg/mlper ml | | 3.60 | $39.58 T |
| | ClavamoxDrops(amoxi-clavacid)15mlbotB | | 1.00 | $62.35 T |
| | Enrofloxacin 22.7 mg Tablet | | 7.00 | $25.12 T |
| | Metronidazole 100mg/ml CP Susp (per ml | | 4.00 | $23.44 T |
| | Maropitant (Cerenia) 24 mg Tablet BV | | 1.00 | $22.25 T |
| | For Office Use Only | | 1.00 | $0.00 |
| | For Office Use Only | | 1.00 | $0.00 |
| | | **Patient Subtotal:** | | **$7,344.49** |

**BluePearl supports Frankie's Friends, a foundation that assists the neediest families
with their pets' life-saving medical treatments. We can accept your tax-deductible
donation or visit www.frankiesfriends.com.**

**BluePearl Veterinary - Arden Hills**
1285 Grey Fox Road
Arden Hills, MN 55112
(763) 754-5000

Client ID: 163616
Invoice #: 288627
Date: 9/20/2021

RAGOM Rescue
5800 Baker Rd. Suite 100
Minnetonka, MN 55345

| | |
|---|---:|
| **Invoice Total:** | **$7,344.49** |
| Non-profit: | ($1,460.18) |
| Courtesy Discount 100%: | ($43.99) |
| Sales Tax: | $84.64 |
| Total: | $5,924.96 |
| Balance Due: | $5,924.96 |
| Previous Balance: | ($6,307.44) |
| **Balance Due:** | **($382.48)** |

**BluePearl supports Frankie's Friends, a foundation that assists the neediest families with their pets' life-saving medical treatments. We can accept your tax-deductible donation or visit www.frankiesfriends.com.**