# EXHIBIT K – Audi Veterinary Bill

BluePearl Veterinary - Eden Prairie
bluepearlvet.com
7717 Flying Cloud Dr
Eden Prairie, MN 55344
(952) 942-8272

Client ID: 163616
Invoice #: 285987
Date: 9/7/2021

RAGOM Rescue
5800 Baker Rd. Suite 100
Minnetonka, MN 55345

| Patient ID: 506387 | Species: Canine | Weight: 3.60 kilograms | |
|---|---|---|---|
| Patient Name: Audi | Breed: Retriever, Golden | Birthday: 07/04/2021 | Sex: Male |

| Date | **Description** | **Staff Name** | **Quantity** | **Total** |
|---|---|---|---|---|
| 9/7/2021 | Consultation, Emergency | Jessica H. Horton, DVM | 1.00 | $183.00 |
| | Parvo Snap Test | | 1.00 | $103.50 T |
| | Radiograph, One Area Bundle STAT - ER | | 1.00 | $399.00 |
| | Fecal Ova and Parasites (in house) | | 1.00 | $74.50 |
| | Hospitalization - Outpatient | | 1.00 | $112.00 |
| | Sulfadimethoxine(Albon)50mg/mlSusp(ml) | | 22.00 | $25.36 T |
| | Doxycycline 50 mg Tablet | | 14.00 | $26.52 T |
| | For Office Use Only | | 1.00 | $0.00 |

| | |
|---|---|
| **Patient Subtotal:** | **$923.88** |
| **Invoice Total:** | **$923.88** |
| Non-profit : | ($184.77) |
| Sales Tax : | $8.86 |
| Total: | $747.97 |
| Balance Due: | $747.97 |
| Previous Balance: | ($7,871.62) |
| **Balance Due:** | **($7,123.65)** |

**BluePearl supports Frankie's Friends, a foundation that assists the neediest families
with their pets' life-saving medical treatments. We can accept your tax-deductible
donation or visit www.frankiesfriends.com.**