# EXHIBIT L –
# October 10, 2019 Pre-License Inspection Report #2



## Inspection Report

| | |
|---|---|
| Daniel Gingerich | Customer ID: **506618** |
| 3125 Davis Rd | Certificate: **42-A-1632** |
| Seymour, IA 52590 | Site: 001 |
| | DANIEL GINGERICH |
| | Type: PRELICENSE INSPECTION #2 |
| | Date: 10-OCT-2019 |

No non-compliant items identified during this 2nd pre-license inspection for a class "A" license.

This inspection and exit interview were conducted with ACI Kelly Maxwell and the facility representative.

The license fee can be sent to the following address:

USDA-APHIS-AC
2150 Centre Ave.
Building B, Mail Stop #3W11
Fort Collins, CO 80526

Conducting regulated activity without a valid USDA license is a violation of the Animal Welfare Act.

---

**Prepared By:** MAXWELL KELLY, A C I     USDA, APHIS, Animal Care     **Date:** 10-OCT-2019
**Title:** ANIMAL CARE INSPECTOR   6080

**Received by Title:** FACILITY REPRESENTATIVE     **Date:** 10-OCT-2019



| | United States Department of Agriculture | Customer: | 506618 |
| | Animal and Plant Health Inspection Service | Inspection Date: | 10-OCT-19 |

# Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---------|---------|------|-----------|------------|
| 506618 | 42-A-1632 | 001 | DANIEL GINGERICH | 10-OCT-19 |

| Count | Scientific Name | Common Name |
|-------|-----------------|-------------|
| 000103 | *Canis lupus familiaris* | DOG ADULT |
| 000021 | *Canis lupus familiaris* | DOG PUPPY |
| **000124** | **Total** | |