# EXHIBIT M –

# July 28, 2021 Site 1 Focused Inspection Report



# Inspection Report

DANIEL  GINGERICH

3125 Davis Rd
SEYMOUR, IA 52590

Customer ID: **506618**

Certificate: **42-A-1632**

Site: 001

DANIEL GINGERICH

Type: FOCUSED INSPECTION

Date: 28-JUL-2021

---

**2.40(b)(2)**             **Direct**             **Repeat**

**Attending veterinarian and adequate veterinary care (dealers and exhibitors).**

Female Golden retriever (tag #142) has a severely emaciated body condition.  The dog's hip bones, ribs, shoulder blades and back bone are clearly visible and there is little to no fat or muscle covering the animal.  The dog had arrived at the facility in early April and was observed by the inspectors to be in poor body condition, but was under veterinary treatment. APHIS officials had visited the facility again in late May and the dog's body condition had gotten worse and she had not been re-evaluated by a veterinary at that time.  Currently, the dog has not been re-evaluated by a licensed veterinarian for her emaciated body condition.  An emaciated body condition could indicate a serious underlying health issue, and if left untreated, could result in the death of the animal.

Female brown Cocker spaniel (no ID) has an enlarged, swollen abdomen.  The dog was observed walking around the enclosure in a hunched position for approximately one minute.  The dog appeared to be straining to defecate, and was finally able to release some liquid feces.  The licensee stated that he does not believe the dog is pregnant and she has not been evaluated by a licensed veterinarian.  Swollen abdomens and trouble defecating could indicate a serious underlying health issue.

Female Cavalier (tag #296) has an abnormal appearance to the left eye.  A large amount of brownish colored discharge

---

**Prepared By:**   KELLY MAXWELL
_____
                              USDA, APHIS, Animal Care

**Title:**   ANIMAL CARE INSPECTOR

**Date:**
29-JUL-2021

**Received by Title:**   Facility Representative
_____

**Date:**
29-JUL-2021


was located around the upper and lower eye lid and going down the face from the corner of the eye. The white of the eye is slightly reddened. A small red area is located on the surface of the cornea. The dog is not currently under any veterinary treatment. Abnormal conditions of the eye could cause pain and discomfort to the dog.

Female Cavalier (#352) has an abnormal condition to both eyes. A large amount of greenish-yellow discharge is attached to the hair around the upper and lower eyelids of both eyes. The inspector observed the discharge stuck to the surface of both of the dog's eyes. The white of the right eye was slightly reddened. The licensee stated that the dog had been under treatment for the eyes before, but was not currently under any treatment from a licensed veterinarian. Abnormal conditions of the eye could cause pain and discomfort to the animal.

Male Bernese Mountain dog (no ID) has an abnormal condition to the left eye. A large amount of greyish colored discharge is located along the bottom of the dog's eye. The dog is not under any treatment by a licensed veterinarian.

Female Bernese Mountain dog (no ID) has an abnormal condition to the top of her nose. The top of her nose is raw, dark red and has areas covered by a scab-like material. The licensee had not noticed the condition of the dog and she was under no veterinary treatment. Wounds to the nose could cause pain and discomfort to the animal.

Each dealer shall use appropriate methods to prevent, control, diagnose, and treat diseases and injuries. The licensee must have the above mentioned dogs evaluated by a licensed veterinarian for an accurate diagnosis and to establish an effective treatment plan. The licensee must ensure that all dogs receive adequate veterinary care at all times. The licensee had the dogs evaluated by a veterinarian at the time of the inspection.

| Prepared By: | KELLY MAXWELL | Date: |
| | USDA, APHIS, Animal Care | 29-JUL-2021 |
| Title: | ANIMAL CARE INSPECTOR | |

| Received by Title: | Facility Representative | Date: |
| | | 29-JUL-2021 |


# Inspection Report

Cocker spaniel (tag #386) has a heavily matted hair coat along the underside of neck and onto the chest. The mats have formed into large, solid brownish colored balls of hair that are held tightly to the skin. Matted hair can cause pain and discomfort as well as lead to further health issues.

The licensee must have the matted hair removed from the Cocker spaniels hair coat. The licensee must ensure that the hair coats of all dogs remain free of matted hair at all times.

**2.50(a)(1)**                    Repeat

**Time and method of identification.**

One male Bernese Mountain dog, one female Bernese Mountain dog, and one female Cocker spaniel do not have an official form of identification. Failure to have official identification applied to each dog does not allow the inspectors to identify the dog and could interfere in the ability to connect medical records and other documentation to the dog.

A class "A" dealer can identify all live dogs using the following methods: An official tag affixed to a collar around the dog's neck, a microchip, or by a legible tattoo marking approved by the Administrator. The licensee must provide each dog with an official form of identification and ensure that all dogs have proper identification at all times.

**2.126(a)(4)**          Direct

**Access and inspection of records and property; submission of itineraries.**

The licensee has been housing dogs in two buildings on the property, but has failed to present the animals and their enclosures for inspection. The licensee did not notify APHIS officials that he was housing dogs in these buildings during previous inspections. Inspection of these two buildings found the sanitizing requirements, watering, veterinary care, pest control and housekeeping of the buildings and enclosures to be noncompliant with the regulations of the Animal Welfare Act. At least 17 adult dogs and 19 puppies are housed in one of the buildings and 9 adult dogs are housed in the other

Prepared By:   KELLY MAXWELL

Title:   ANIMAL CARE INSPECTOR

USDA, APHIS, Animal Care

**Date:**
29-JUL-2021

Received by Title:   Facility Representative

**Date:**
29-JUL-2021


building.  Two dead dogs were found in one building and 1 emaciated Golden retriever was found in the other building.

Failure to allow APHIS officials to inspect all animals and their enclosures does not ensure the animals are kept and cared

for in conditions required by the Animal Welfare Act which could cause the welfare of the animals to suffer.

Each dealer, shall, during business hours, allow APHIS officials to inspect and photograph the facilities, property and

animals, as the APHIS officials consider necessary to enforce the provisions of the Act, the regulations and the standards.

The licensee must present all regulated animals and their housing for inspection by APHIS officials in order to ensure the

welfare of the animals.

To be corrected by:  From this day forward the licensee must present all animals for inspection.

**2.131(e)**              **Direct**              **Repeat**
**Handling of animals.**

A heat advisory has been issued for the area and several adult dogs and puppies located throughout the facility were

showing signs of heat stress including:

Female poodle is contained in a transport crate at the time of the inspection.  The dog is open mouth breathing, has a

high respiration rate, and the tongue is extended out of the mouth beyond the teeth.  The dog began crying out while

being observed by the inspectors.  The temperature taken by the inspectors Kestrel is 95 degrees F with a heat index of

119 degrees F.

Female Boston terrier is housed inside the sheltered housing building.  She is open mouth breathing, has a high

respiration rate and the tongue is extended out of the mouth beyond the teeth.  The temperature inside the building

| | | |
|---|---|---|
| **Prepared By:** | KELLY MAXWELL | **Date:** |
| | USDA, APHIS, Animal Care | 29-JUL-2021 |
| **Title:** | ANIMAL CARE INSPECTOR | |

| | | |
|---|---|---|
| **Received by Title:** | Facility Representative | **Date:** |
| | | 29-JUL-2021 |


according to the inspectors Kestrel is 92 degrees F with a heat index of 112 degrees F.

In the large Whelping building there are numerous puppies below the age of 8 weeks that have high respiration rates and open mouth breathing with tongues extending out of the mouth and beyond the teeth. The temperature throughout the building, according to the inspectors Kestrel, was 95 degrees F with a heat index of 117 degrees.

Heat stress could have a detrimental impact on the health and well-being of the animal and can even result in death.

When climatic conditions present a threat to an animal's health or well-being, appropriate measures must be taken to alleviate the impact of those conditions. An animal may never be subjected to any combination of temperature, humidity, and time that is detrimental to the animal's health or well-being. The licensee must alter the temperature to a level that is comfortable for the dogs. The licensee must ensure the dogs are maintained in appropriate climatic conditions at all times.

**3.1(a)**             **Direct**             **Repeat**
**Housing facilities, general.**
A loose Pomsky was noticed running around the outside of the covered outdoor enclosures. The Pomsky had direct access to the road. The licensee stated that the employees were not able to catch it. During the inspection, a beagle was observed by inspectors to jump on top of the shelter and then jump into other enclosures where it could potentially come into contact with incompatible dogs. In the horse barn the dogs are housed in horse stalls. In at least on of these enclosures there is a hole in the stall wall and a dog was observed to stick its head, neck and forefeet through the opening and come into direct contact with the dogs in the next enclosure. In another enclosure in the horse barn, a horse stall containing 10 puppies had a dug a hole beneath the stall wall and were observed going through the hole and

| Prepared By: | KELLY MAXWELL | Date: |
| | USDA, APHIS, Animal Care | 29-JUL-2021 |
| Title: | ANIMAL CARE INSPECTOR | |

| Received by Title: | Facility Representative | Date: |
| | | 29-JUL-2021 |


entering the next enclosure which contained trash and debris which could harm the puppies.

The previous inspection report contained a citation for a dog which had escaped its enclosure and was killed by other dogs. Failure of the enclosure to contain the dogs could result in injury, escape and even the death of an animal.

Housing facilities for dogs and cats must be designed and constructed so that they are structurally sound. They must be kept in good repair, and they must protect the animals from injury, contain the animals securely, and restrict other animals from entering.

**3.1(b)** Repeat
**Housing facilities, general.**
Seventeen dogs and 19 puppies are housed in a horse barn. Each enclosure contains numerous pieces of trash and waste materials. The trash consists of hay netting, empty bags, wooden boards, metal horse shoes, and countless pieces of shredded cloth. Areas of the alleyway of the barn is covered in loose hay along with unused wooden pallets and empty bags.

Ten adult dogs are housed in another building which contains a large amount of clutter and waste material. Numerous empty bags and pieces of plastic are located in the alleyway of the building and in unused enclosures. One unused enclosure contains a large number of stored metal gates. A large pile of used wood shavings is sitting on the floor of the alleyway in front of dog enclosures. The areas around these cluttered items are dirty with a buildup of hair, organic material and used wood shavings. An excessively large number of flies are also located in the building.

Clutter and trash could increase odors as well as attract pests such as flies and mice which could increase the risk of

---

**Prepared By:** KELLY MAXWELL
**Title:** ANIMAL CARE INSPECTOR
USDA, APHIS, Animal Care
**Date:** 29-JUL-2021

**Received by Title:** Facility Representative
**Date:** 29-JUL-2021



disease towards the dogs.

Housing facilities and areas used for storing animal food or bedding must be free of any accumulation of trash, waste material, junk, weeds, and other discarded materials. Animal areas inside of housing facilities must be kept neat and free of clutter, including equipment, furniture, and stored material, but may contain materials actually used and necessary for cleaning the area, and fixtures or equipment necessary for proper husbandry practices and research needs.  The licensee must remove the trash, waste, and unused materials from the housing facilities in order to support the health and well-being of the dogs.

**3.1(f)**                                              **Repeat**
**Housing facilities, general.**
In the building housing 10 adult dogs there is an open sack of trash sitting on the floor.  Open sacks of trash could create odors and attract pests such as flies and mice.

Trash containers in housing facilities and in food storage and food preparation areas must be leakproof and must have tightly fitted lids on them at all times.  The licensee must place the trash sack in leak proof container with a tightly fitted lid.

**3.6(a)(2)(v)**              **Direct**
**Primary enclosures.**
The facility has removed sections of the raised plastic flooring in the covered outdoor enclosures leaving a section of concrete exposed.  After the facility washes out the enclosure the concrete remains wet and any feces deposited on the concrete becomes wet and runny.  The hair coat of one female Golden retriever (tag #801) is excessively wet and contaminated with feces.  The hair coat covering both hind legs, the tail, and the abdomen are wet and the hair is coated in feces and felt gritty to the inspectors touch.  The licensee stated that this dog likes to lay on the wet concrete to cool

Prepared By:   KELLY MAXWELL                                                      Date:
                                             USDA, APHIS, Animal Care            29-JUL-2021
        Title:   ANIMAL CARE INSPECTOR

Received by Title:   Facility Representative                                     Date:
                                                                                 29-JUL-2021
Page 7 of 11



down.  The inspector observed wet, runny feces on the concrete in numerous covered outdoor enclosures.  A wet and feces contaminated hair coat could have a negative impact on the health and well-being of the dog.

The primary enclosures must be designed to enable the dogs and cats to remain dry and clean.  The licensee must alter the enclosure in a manner that will keep the dog clean and dry in order to support its health and well-being.

To be corrected by:  End of business 30-July-2021

**3.10(a)**                   Direct                 Repeat
**Watering**

Numerous dogs throughout the facility have no potable water.  Approximately 2 adult dogs housed in the sheltered housing building and 8 dogs housed in the horse barn had no water in their water receptacles.  Approximately 22 dogs housed in the outdoor enclosures had either a large amount of dirt in their water receptacle or the water receptacle had a coating of green algae with small pieces of algae floating in the water.   The dogs were observed standing and sitting in their water receptacles along with digging the water out of the receptacles.   The dogs were also observed drinking the contaminated water.  The temperatures taken throughout the facility ranged from 92 -97 degrees F with a heat index up to 119 degrees F.

Failure to provide potable water could have a negative impact on the health and well-being of the dogs.

Potable water must be continuously available to the dogs.  The licensee must provide potable water to the dogs and ensure they have access to potable water at all times.

**3.11(b)(2)**                  Direct                 Repeat

| | | |
|---|---|---|
| **Prepared By:**   KELLY MAXWELL | | **Date:** |
| | USDA, APHIS, Animal Care | 29-JUL-2021 |
| **Title:**   ANIMAL CARE INSPECTOR | | |
| **Received by Title:**   Facility Representative | | **Date:** |
| | | 29-JUL-2021 |



## Inspection Report

**Cleaning, sanitization, housekeeping, and pest control.**

Ten adult dogs are housed in a building across from the horse barn and there is a thick, heavy buildup of hair, spilled food, moldy food, used and unused wood shavings, organic waste and liquids along the front edge of each enclosure. An excessively large number of flies were located on this buildup of material.

Seventeen adult dogs and 19 puppies are housed in horse stalls inside a barn. The floors of the enclosures are consist of a thick layer of dirt mixed with old dog feces, fresh dog feces, bits of straw, and what appears to be old horse manure. The dirt and feces mixture covers the entire floor space and the dogs have no ability to escape from this contaminated flooring material and must be in contact with it at all times. None of the dogs have access to a clean, sanitized floor space. The dirt, straw and feces cannot be sanitized and sunlight is unable to hit the flooring in any of the horse stalls resulting in the dogs potential being in direct contact with disease causing agents at all times.

The upper half of the horse stalls consist of metal bars which have an excessively large amount of cobwebs attached to them. The cobwebs are brown and appear to have trapped a large amount of dust and dirt. Failure to properly sanitize the enclosures could increase the risk of disease towards the dogs.

Used primary enclosures and food and water receptacles for dogs and cats must be sanitized at least once every 2 weeks. The licensee must alter the flooring in a manner that allows for sanitizing of this surface in order to decrease the risk of disease towards the dogs. The licensee must remove the buildup of waste materials and sanitize all surfaces as well as ensure that all surfaces of primary enclosures are capable of being sanitized at all times.

**3.11(d)**                                 **Repeat**
**Cleaning, sanitization, housekeeping, and pest control.**

---

| | | |
|---|---|---|
| **Prepared By:**   KELLY MAXWELL | **Date:** | |
| | USDA, APHIS, Animal Care | 29-JUL-2021 |
| **Title:**   ANIMAL CARE INSPECTOR | | |
| **Received by Title:**   Facility Representative | **Date:** | |
| | 29-JUL-2021 | |



The licensee is housing 10 adult dogs in a building which has not been presented to APHIS officials at previous inspections. An excessively large number of flies are located in this building. The majority of the flies are located near the front of each enclosure where there is a large amount of organic material, spilled food and moldy food, and spilled water. The flies were observed on the gates of the enclosures, on the walls, in the food receptacles and on the dogs. The inspector did not notice any fly control methods in place inside the building. An excessive number of flies could increase the risk of disease towards the dogs.

An effective program for the control of insects, external parasites affecting dogs and cats, and birds and mammals that are pests, must be established and maintained. The licensee must establish an effective form of fly control in order to decrease the risk of disease and support the health and well-being of the dogs.

**3.13(b)(2)**                           **Repeat**
**Veterinary care for dogs.**
Female Pomsky (tag #135) has a broken leg which has been treated by a licensed veterinarian. No medical record exists of the treatment this dog received.

A small, red poodle puppy is under veterinary treatment, but there is no medical record that exists of the treatment plan for this puppy.

Documenting veterinary care concerns assists APHIS officials in confirming that problems have been identified and treatment has been sought in a timely manner, as well as establishes a documented medical history for the animal.

Dealers must keep copies of medical records which include the date and description of the problem (such as disease,

---

| | | |
|---|---|---|
| **Prepared By:** | KELLY MAXWELL | **Date:** |
| | USDA, APHIS, Animal Care | 29-JUL-2021 |
| **Title:** | ANIMAL CARE INSPECTOR | |
| | | |
| **Received by Title:** | Facility Representative | **Date:** |
| | | 29-JUL-2021 |


illness, or injury), examination findings, test results, plan for treatment and care, and treatment procedures performed.

The licensee must create a medical record for the Pomsky and the poodle puppy which includes a description of the animal's problem, the date the problem was identified and the plan to treat the problem. The licensee must ensure that all veterinary care concerns are documented and maintained in a medical record and available for APHIS inspection.

**3.19(e)(1)** **Direct** **Repeat**
**Terminal facilities.**
A female poodle is contained in a transport crate sitting along the driveway in direct sunlight. The dog is showing signs of heat stress and the ambient temperature is 97 degrees F with a heat index of 119 degrees F according to the inspectors Kestrel. A heat advisory has been issued for the area. Failure to provide protection from the direct rays of the sun could cause the dog to become overheated which could have a detrimental impact on their health and well-being.


Shade must be provided that is sufficient to protect the dog from the direct rays of the sun. The licensee must ensure that all dogs housed in transport enclosures have sufficient shade as protection from the direct rays of the sun in order to support their health and well-being.


This inspection and exit interview were conducted with the facility representative.

**Prepared By:** KELLY MAXWELL
USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR

**Date:**
29-JUL-2021

**Received by Title:** Facility Representative
**Date:**
29-JUL-2021



# Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---------|---------|------|-----------|------------|
| 506618 | 42-A-1632 | 001 | DANIEL GINGERICH | 28-JUL-2021 |

| Count | Scientific Name | Common Name |
|-------|-----------------|-------------|
| 000230 | *Canis lupus familiaris* | DOG ADULT |
| 000300 | *Canis lupus familiaris* | DOG PUPPY |
| 000530 | **Total** | |



CFR:3.6(a)(2)(v)

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 19:00:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857

**Facility Name:** DANIEL GINGERICH

**Description:** Dog laying in wet fecal material on enclosure floor. Wet fecal material coating hair.



**CFR:2.126(a)(4);3.1(b);3.11(b)(2)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 20:05:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857

**Facility Name:** DANIEL GINGERICH

**Description:** Hidden dogs. Flooring is thick layer of dirt, horse manure, dog feces. Trash and debris on floor.



CFR:2.126(a)(4);3.1(b);3.10(a);3.11(b)(2)

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 20:05:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857

**Facility Name:** DANIEL GINGERICH

**Description:** Hidden dogs. Flooring is thick layer of dirt, horse manure, dog feces. Debris and trash across floor. no water in receptacle.



**CFR:3.10(a)**

**Photographer:** Kelly Maxwell

**Date and Time:** Wed Jul 28 19:15:00 GMT 2021

**Inspection No:** 2016090000668857

**Certificate:** 42-A-1632

**Legal Name:** DANIEL GINGERICH

**Facility Name:** DANIEL GINGERICH

**Description:** No potable water.



**CFR:3.1(a)**

**Photographer:** Kelly Maxwell

**Date and Time:** Wed Jul 28 18:45:00 GMT 2021

**Inspection No:** 2016090000668857

**Certificate:** 42-A-1632

**Legal Name:** DANIEL GINGERICH

**Facility Name:** DANIEL GINGERICH

**Description:** Loose Pomsky is located in alley way of building and has direct access to road in front of property.



**CFR:2.126(a)(4);3.1(b);3.11(b)(2)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 20:05:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857

**Facility Name:** DANIEL GINGERICH

**Description:** Hidden dogs. Flooring is thick layer of dirt, horse manure, dog feces. Trash and debris on floor.



**CFR:**2.126(a)(4);3.1(b);3.10(a);3.11(b)(2)

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 20:05:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857

**Facility Name:** DANIEL GINGERICH

**Description:** Hidden dogs. Flooring is thick layer of dirt, horse manure, dog feces. Debris and trash across floor. no water in receptacle.



**CFR:** 2.126(a)(4);3.1(b);3.11(b)(2)

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 20:05:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857

**Facility Name:** DANIEL GINGERICH

**Description:** Hidden dogs. Flooring is thick layer of dirt, horse manure, dog feces. No clean areas for dogs. Trash and debris across floor of enclosure.



**CFR:2.126(a)(4);3.1(b);3.11(b)(2)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 20:05:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857

**Facility Name:** DANIEL GINGERICH

**Description:** Hidden dogs. Floors consist of thick layer of dirt, horse manure, dog feces. Debris and trash across flooring.



**CFR:3.6(a)(2)(v)**

**Photographer:** Kelly Maxwell          **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 28 19:00:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000668857        **Facility Name:** DANIEL GINGERICH
**Description:** Dog laying in wet fecal material. Wet fecal material coating hair.



**CFR:3.6(a)(2)(v)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 19:00:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857

**Facility Name:** DANIEL GINGERICH

**Description:** Mixture of wet fecal material that dog was lying in.



**CFR:3.10(a)**

**Photographer:** Kelly Maxwell

**Date and Time:** Wed Jul 28 19:15:00 GMT 2021

**Inspection No:** 2016090000668857

**Description:** No potable water.

**Certificate:** 42-A-1632

**Legal Name:** DANIEL GINGERICH

**Facility Name:** DANIEL GINGERICH



CFR:2.126(a)(4)

**Photographer:** Kelly Maxwell                    **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 28 20:05:00 GMT 2021  **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000668857               **Facility Name:** DANIEL GINGERICH
**Description:** Hidden dogs. Both dogs found dead in horse stall.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell          **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 19:05:00 GMT 2021          **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857          **Facility Name:** DANIEL GINGERICH

**Description:** Cocker spaniel #386 with matted hair coat.



CFR:2.40(b)(2)

**Photographer:** Kelly Maxwell          **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 19:05:00 GMT 2021  **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857       **Facility Name:** DANIEL GINGERICH

**Description:** Cocker spaniel #386 has a matted hair coat.



**CFR:2.131(e)**

**Photographer:** Kelly Maxwell                **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 28 19:40:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000668857            **Facility Name:** DANIEL GINGERICH
**Description:** Puppies showing signs of heat stress.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell

**Date and Time:** Wed Jul 28 07:20:00 GMT 2021

**Inspection No:** 2016090000668857

**Certificate:** 42-A-1632

**Legal Name:** DANIEL GINGERICH

**Facility Name:** DANIEL GINGERICH

**Description:** Female Cavalier spaniel (#296) with abnormal left eye. Licensee wiped discharge from eye before picture could be taken.



CFR:2.126(a)(4);3.1(b)

**Photographer:** Kelly Maxwell  **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 28 20:05:00 GMT 2021  **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000668857  **Facility Name:** DANIEL GINGERICH
**Description:** Dogs hidden in horse stalls. Alley way containing excess loose hay and wooden pallets.



**CFR:2.126(a)(4);2.40(b)(2);3.1(b);3.11(b)(2);3.11(d)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 20:08:00 GMT 2021      **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857      **Facility Name:** DANIEL GINGERICH

**Description:** Dogs hidden by licensee, emaciated female Golden retriever (#142), buildup of hair, dirt, debris, & clutter.



**CFR:**2.40(b)(2);2.50(a)(1)

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 19:25:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857

**Facility Name:** DANIEL GINGERICH

**Description:** Male Bernese Mountain dog (no ID) with discharge in left eye. Licensee wiped discharge from eye before photo could be taken.



**CFR:2.131(e);3.19(e)(1)**

**Photographer:** Kelly Maxwell **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 17:30:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857 **Facility Name:** DANIEL GINGERICH

**Description:** Female Poodle in transport crate not in shade, showing signs of heat stress.



**CFR:2.40(b)(2);2.50(a)(1)**

**Photographer:** Kelly Maxwell     **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 19:26:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857     **Facility Name:** DANIEL GINGERICH

**Description:** Female Bernese Mountain dog (No ID) with abnormal condition of nose.



**CFR:2.126(a)(4);2.40(b)(2)**

**Photographer:** Kelly Maxwell                    **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 20:08:00 GMT 2021  **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857              **Facility Name:** DANIEL GINGERICH

**Description:** Emaciated female Golden retriever #142 has been hidden from inspectors.



CFR:2.126(a)(4);3.1(b);3.11(b)(2)

**Photographer:** Kelly Maxwell

**Date and Time:** Wed Jul 28 20:05:00 GMT 2021

**Inspection No:** 2016090000668857

**Certificate:** 42-A-1632

**Legal Name:** DANIEL GINGERICH

**Facility Name:** DANIEL GINGERICH

**Description:** Hidden dogs. Flooring is thick layer of dirt, horse manure, dog feces. No clean areas for dogs. Trash and debris across floor of enclosure.



CFR:2.126(a)(4);3.1(a);3.1(b);3.10(a);3.11(b)(2)

**Photographer:** Kelly Maxwell

**Date and Time:** Wed Jul 28 20:05:00 GMT 2021

**Inspection No:** 2016090000668857

**Certificate:** 42-A-1632

**Legal Name:** DANIEL GINGERICH

**Facility Name:** DANIEL GINGERICH

**Description:** Dog placing it's head, neck and forelegs through hole into next enclosure. Heavy amount of cobwebs along bars of stall. Trash and debris on stall floor. Flooring is thick layer of dirt, feces, manure. No clean areas for dogs. No water in receptacles. Hidden dogs.



**CFR:2.40(b)(2);2.50(a)(1)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 19:25:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857

**Facility Name:** DANIEL GINGERICH

**Description:** Male Bernese Mountain dog (no ID) with discharge in left eye. Licensee wiped discharge from eye before video could be taken.



**CFR:2.131(e)**

**Photographer:** Kelly Maxwell          **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 28 19:55:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000668857          **Facility Name:** DANIEL GINGERICH
**Description:** Puppies showing signs of heat stress.



CFR:2.40(b)(2)

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 07:20:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857

**Facility Name:** DANIEL GINGERICH

**Description:** Female Cavalier spaniel (#296) with abnormal left eye. Licensee wiped discharge from eye before picture could be taken.



**CFR:2.40(b)(2);2.50(a)(1)**

**Photographer:** Kelly Maxwell
**Certificate:** 42-A-1632
**Date and Time:** Wed Jul 28 19:26:00 GMT 2021
**Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000668857
**Facility Name:** DANIEL GINGERICH
**Description:** Female Bernese Mountain dog (No ID) with abnormal condition of nose.



**CFR:2.126(a)(4);2.40(b)(2);3.1(b);3.1(f);3.11(d)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 20:08:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857

**Facility Name:** DANIEL GINGERICH

**Description:** Excessive flies, temperature, hidden dogs, clutter, open bag of trash, emaciated Golden retriever #142



**CFR:3.1(a)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 18:45:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857      **Facility Name:** DANIEL GINGERICH

**Description:** Loose Pomsky has direct access to road in front of property.



**CFR:**2.40(b)(2);2.50(a)(1)

**Photographer:** Kelly Maxwell    **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 19:26:00 GMT 2021    **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857    **Facility Name:** DANIEL GINGERICH

**Description:** Female Bernese Mountain dog (No ID) with abnormal condition of nose.



**CFR:2.131(e)**

**Photographer:** Kelly Maxwell          **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 28 18:50:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000668857          **Facility Name:** DANIEL GINGERICH
**Description:** Female Boston terrier showing signs of heat stress.



CFR:2.126(a)(4);2.40(b)(2)

**Photographer:** Kelly Maxwell  **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 20:08:00 GMT 2021  **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857  **Facility Name:** DANIEL GINGERICH

**Description:** Emaciated female Golden retriever #142 has been hidden from inspectors.



**CFR:**2.40(b)(2);2.50(a)(1)

**Photographer:** Kelly Maxwell
**Certificate:** 42-A-1632
**Date and Time:** Wed Jul 28 19:26:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000668857
**Facility Name:** DANIEL GINGERICH
**Description:** Female Bernese Mountain dog (No ID) with abnormal condition of nose.



CFR:2.40(b)(2)

**Photographer:** Kelly Maxwell

**Date and Time:** Wed Jul 28 07:20:00 GMT 2021

**Inspection No:** 2016090000668857

**Certificate:** 42-A-1632

**Legal Name:** DANIEL GINGERICH

**Facility Name:** DANIEL GINGERICH

**Description:** Female Cavalier spaniel (#296) with abnormal left eye. Licensee wiped discharge from eye before picture could be taken.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell       **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 20:00:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857      **Facility Name:** DANIEL GINGERICH

**Description:** Female Cavalier spaniel (#352) discharge in both eyes.



**CFR:2.40(b)(2);3.11(b)(2);3.11(d)**

**Photographer:** Kelly Maxwell     **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 28 20:08:00 GMT 2021  **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000668857   **Facility Name:** DANIEL GINGERICH
**Description:** Excessive flies, moldy food, hair, dirt buildup, emaciated golden retriever #142



**CFR:2.126(a)(4);3.1(b);3.11(b)(2)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 20:05:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857

**Facility Name:** DANIEL GINGERICH

**Description:** Hidden dogs. Flooring is thick layer of dirt, horse manure, dog feces. No clean areas for dogs. Trash and debris across floor of enclosure.



CFR:2.40(b)(2)

**Photographer:** Kelly Maxwell                     **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 07:20:00 GMT 2021     **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857                 **Facility Name:** DANIEL GINGERICH

**Description:** Female Cavalier spaniel (#296) with abnormal left eye. Licensee wiped discharge from eye before picture could be taken.



**CFR:2.40(b)(2);2.50(a)(1)**

**Photographer:** Kelly Maxwell · · · · · · · · · · · · **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 28 19:09:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000668857 · · · · · · · · · **Facility Name:** DANIEL GINGERICH
**Description:** Female brown Cocker Spaniel (no ID) hunched with swollen abdomen.



CFR:2.126(a)(4);3.1(b);3.11(b)(2)

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 28 20:05:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000668857

**Facility Name:** DANIEL GINGERICH

**Description:** Hidden dogs. Flooring is thick layer of dirt, horse manure, dog feces. No clean areas for dogs. Trash and debris across floor of enclosure.



**CFR:2.131(e)**

**Photographer:** Kelly Maxwell                    **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 28 19:55:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000668857              **Facility Name:** DANIEL GINGERICH
**Description:** Puppies showing signs of heat stress.