# EXHIBIT N –

# August 11, 2021 Site 1 Routine Inspection Report


# Inspection Report

DANIEL  GINGERICH

3125 Davis Rd
SEYMOUR, IA 52590

Customer ID: **506618**

Certificate: **42-A-1632**

Site: 001

DANIEL GINGERICH

Type: ROUTINE INSPECTION

Date: 11-AUG-2021

---

**2.40(b)(2)**          **Direct**          **Repeat**

**Attending veterinarian and adequate veterinary care (dealers and exhibitors).**

A male poodle puppy (DOB 07-01-21, dam #281) was observed lying flat on his right side.  The puppy was completely non-responsive, gasping for breath, and occasionally cried out.  The puppy was removed from the enclosure and hung limply from the facility representatives hands, displayed jerking movements of the head and then rolled its head upward toward the ceiling.  The puppy's head then limply rolled back and forth as the facility representative moved the animal around and he continued to gasp for air.  An APHIS Veterinary Medical Officer gently examined the puppy, but determined that it had died.  The facility representative stated that employees had been cleaning the kennel that morning, but she had not been alerted that the puppy was in distress.

Failure to identify the puppy was in distress has resulted in the death of the animal.

Female Samoyed (No ID) has poor dental health and lameness in the left front leg.  The majority of the surface of the upper right cheek teeth are coated in a greyish-brown colored tartar and a line of grey material is located along the gum line.  The lower right cheek teeth are also coated in greyish-brown tartar.  The gums on the right side of the mouth are moderately reddened.  Approximately half the surface of the upper left cheek teeth are coated in a greyish-brown colored

---

**Prepared By:**   KELLY MAXWELL

          **Title:**   ANIMAL CARE INSPECTOR

USDA, APHIS, Animal Care

**Date:**
12-AUG-2021

**Received by Title:**   Facility Representative

**Date:**
12-AUG-2021


tartar.  The gums on the left side of the mouth are slightly reddened, and a dark red area is located along the upper gum line. The gums on both sides of the mouth appear to have receded away from the teeth.  All three inspectors observed the dog to be lame in the left front leg while moving around the enclosure.  The dog is hesitant to bear weight on the leg while standing still and was often seen holding the foot off the floor.

Poor dental health can cause pain and discomfort toe the animal as well as lead to further health issues.  Lameness can indicate an underlying health issue.

Female blue merle Cocker spaniel (No ID) has an abnormal condition of the eyes.  The upper and lower eyelids of the right eye appear reddened and inflamed.  Tissues within the eye are also reddened and inflamed, the white of the eye is reddened and the eyeball appears sunken into the head.  The hair surrounding the eye is wet with a yellowish colored discharge attached to it.  The tissues within the left eye also appear reddened and inflamed.  The white of the eye is slightly reddened and the iris and pupil do not appear well defined.

Abnormal conditions of the eye could cause pain and discomfort to the dog as well as lead to further health issues.

Female tri-colored Cocker spaniel (No ID) has an abnormal condition of the eyes.  A large amount of grey colored discharge is located around the entire right eye and discharge is also located in the hair surrounding the left eye.  The tissues within both eyes appear slightly inflamed and reddened and the iris and pupils are not well defined.

Abnormal conditions of the eye could cause pain and discomfort to the dog as well as lead to further health issues.

**Prepared By:**  KELLY MAXWELL
                                                                    USDA, APHIS, Animal Care
**Title:**  ANIMAL CARE INSPECTOR

**Date:**
12-AUG-2021

**Received by Title:**  Facility Representative

**Date:**
12-AUG-2021



United States Department of Agriculture                                    KMAXWELL
Animal and Plant Health Inspection Service                    **2016090000680925** Insp_id

**Inspection Report**

Female black Cocker spaniel (no ID) has an abnormal condition of the right eye.  The entire surface the eye appears blue in color and the white of the eye is moderately reddened.  A large amount of grey discharge is located along the lower eyelid and is attached to the hair surrounding the entire eye.  The eye also has some discolored areas that appear gold in color and outlined with red.

Abnormal conditions of the eye could cause pain and discomfort to the dog as well as lead to further health issues.

Female Doberman (No ID) has an abnormal condition of the eyes and skin.  The entire surface of the right eye is cloudy and a lesion appears to be on the surface of the left eye. Small round areas of hair loss are located on the top of the dog's head, top of the neck, and on the abdomen.

Abnormal conditions of the eyes and skin could cause pain and discomfort to the dog as well as lead to further health issues.

Female Husky (#23, located in pen #48) has an abnormal condition of the skin.  A large, fluid-filled pocket is located on her chest and the affected area is round in shape and is devoid of hair.  A small red lesion is located in front of the left shoulder blade.

Abnormal skin conditions could cause pain and discomfort to the dog and can lead to further health issues.

**Prepared By:**   KELLY MAXWELL                                           **Date:**
                                                        USDA, APHIS, Animal Care          12-AUG-2021
         **Title:**   ANIMAL CARE INSPECTOR

**Received by Title:**   Facility Representative                           **Date:**
                                                                                        12-AUG-2021


## Inspection Report

Each dealer shall use appropriate methods to prevent, control, diagnose, and treat diseases and injuries. The above mentioned dogs must be evaluated by a licensed veterinarian for an accurate diagnosis and to develop an effective treatment plan. The licensee must ensure that all dogs receive adequate veterinary care at all times.

Male miniature Australian shepherd (tag #254)has a heavily matted hair coat. The matted hair is located along the dog's lower back and the hair is knotted into a thick, large mat. Several smaller mats are also located along the dog's back and the hair is knotted into small dense clumps.

Male miniature Australian shepherd (ID # could not be obtained) is housed in an outdoor enclosure and could not be caught for the inspectors to examine the dog closer. At least half of the dog's hair coat appears to be heavily matted. The hair is matted into large clumps and is located along the back, sides, and hindquarters of the dog.

Matted hair coats could cause pain and discomfort to the dog as well as lead to further health issues.

Each dealer must use appropriate methods to prevent, control, diagnose, and treat disease and injuries. The licensee must remove the matted hair from the dogs' hair coats and ensure all dogs remain free of excessively matted hair at all times.

Female Welsh Corgi (tag #377 and #175) has excessively overgrown toenails. When the dog stands on a solid surface the toenails splay out sideways across the flooring and the toenails have developed a severe curve. Overgrown toenails could cause pain and discomfort as well as affect the dog's natural gait.

---

**Prepared By:**   KELLY MAXWELL

                                       USDA, APHIS, Animal Care

**Title:**    ANIMAL CARE INSPECTOR

**Date:**
12-AUG-2021

**Received by Title:**   Facility Representative

**Date:**
12-AUG-2021



## Inspection Report

Each dealer must use appropriate methods to prevent, control, diagnose, and treat disease and injuries. The licensee must trim the dog's toenails to an appropriate length and ensure the toenails of all dogs are kept at a proper length at all times.

The licensee is storing a bottle of Safeguard Dewormer on a shelf in the Whelping building.  The temperature in the building is 87 degrees F according to the inspector's Kestrel.  The label on the Safeguard bottle states the product is to be stored at or below 77 degrees F.  Storing medical products at inappropriate temperatures may affect their ability to work properly and the health of the animals may suffer.

Each dealer must use appropriate methods to prevent, control, diagnose, and treat disease and injuries.  The licensee must store the Safeguard Dewormer at an appropriate temperature and ensure that all medical products used for the dogs are properly stored at all times.

**2.50(a)(1)**                                    **Repeat**
**Time and method of identification.**
At least sixty-five dogs over the age of 16 weeks do not have an official form of identification.

Failure to have official identification applied to each dog does not allow the inspectors to identify the dog and could interfere in the ability to connect medical records and other documentation to the dog.

A class "A" dealer can identify all live dogs using the following methods: An official tag affixed to a collar around the dog's

| | | |
|---|---|---|
| **Prepared By:**  KELLY MAXWELL | | **Date:** |
| | USDA, APHIS, Animal Care | 12-AUG-2021 |
| **Title:**  ANIMAL CARE INSPECTOR | | |

| | | |
|---|---|---|
| **Received by Title:**  Facility Representative | | **Date:** |
| | | 12-AUG-2021 |


neck, a microchip, or by a legible tattoo marking approved by the Administrator. The licensee must provide each dog with an official form of identification and ensure that all dogs have proper identification at all times. The facility representative added official identification to each dog at the time of the inspection.

**2.75(a)(1)**            **Repeat**
**Records: Dealers and exhibitors.**
The licensee gave ownership of approximately 340 dogs located at an unlicensed facility to a USDA licensed broker. There are no disposition forms for these dogs. Disposition information is important for USDA officials to inventory dogs and trace their movements.

Each dealer shall make, keep, and maintain records or forms which fully and correctly disclose the required information concerning each dog or cat purchased or otherwise acquired, owned, held, or otherwise in his or her possession or under his or her control, or which is transported, euthanized, sold, or otherwise disposed of. The licensee must complete APHIS form 7006 for the 340 dogs and ensure all required paperwork is created and maintained.

**2.75(a)(1)(i)**            **Repeat**
**Records: Dealers and exhibitors.**
APHIS Form 7005 (Acquisition of Dogs and Cats on Hand) is incomplete. There is no acquisition information for approximately 187 dogs. Failure to provide the acquisition information does not allow APHIS officials to trace the movements of dogs.

Each dealer shall make, keep and maintain records which fully discloses the name and address of the person from whom

| | | |
|---|---|---|
| **Prepared By:** | KELLY MAXWELL | **Date:** |
| | USDA, APHIS, Animal Care | 12-AUG-2021 |
| **Title:** | ANIMAL CARE INSPECTOR | |
| | | |
| **Received by Title:** | Facility Representative | **Date:** |
| | | 12-AUG-2021 |

a dog was purchased or otherwise acquired. The licensee must add the name and address for each dog to APHIS Form 7005. The licensee must ensure that APHIS Form 7005 is complete and contains the required information at all times.

**2.75(a)(1)(v)**                                    **Repeat**
**Records: Dealers and exhibitors.**
APHIS form 7005 (Acquisition of Dogs and Cats on Hand) is incomplete. The date of acquisition for approximately 189 dogs is missing. The date of acquisition is necessary to complete records, identify dogs, and to trace the movements of dogs.

APHIS form 7005 is also lacking the disposition date for the dogs that are no longer at the facility.  According to APHIS form 7005, there should be 224 dogs over the age of 4 months at the facility, but APHIS officials counted only 112 dogs during the inspection. The date of disposition is necessary to complete records, identify dogs, and to trace the movements of dogs.

Each dealer shall make, keep, and maintain records which fully and correctly disclose the date each dog was acquired. The licensee must add the acquisition date and disposition date to APHIS Form 7005. The licensee must ensure that APHIS Form 7005 contains all the required information at all times.

**2.75(a)(1)(vi)**
**Records: Dealers and exhibitors.**
The licensee sold thirty-three dogs, but there is no official USDA identification number on APHIS form 7006 for each dog. The official USDA identification number is necessary for APHIS officials to identify and inventory animals, as well as trace their movements.

---

**Prepared By:**   KELLY MAXWELL                                          **Date:**
                                            USDA, APHIS, Animal Care      12-AUG-2021
        **Title:**   ANIMAL CARE INSPECTOR

**Received by Title:**   Facility Representative                          **Date:**
                                                                         12-AUG-2021


# Inspection Report

The facility uses cage cards as inventory record keeping for puppies. A litter of Golden retriever puppies (DOB 06-21-21, dam #145) has an incomplete cage card. The number of puppies in the litter is missing and there is no unique number assigned to each puppy. A complete cage card is necessary for APHIS officials to identify puppies and to track their movements.

Each dealer shall make, keep, and maintain records that fully disclose the official identification number of each animal. The licensee must ensure that each litter of puppies has a complete cage card containing all the required information.

To be corrected by: From this day forward

**2.75(a)(1)(vii)(C)**                          Repeat
**Records: Dealers and exhibitors.**
APHIS form 7005 (Acquisition of Dogs and Cats on Hand) is incomplete. The age or date of birth for 189 dogs is missing. The age or date of birth is necessary to complete medical records and for the identification of dogs.

Each dealer shall make, keep and maintain records that fully disclose the date of birth or approximate age of each dog. The licensee must add the age or date of birth to APHIS form 7005 for each dog. The licensee must ensure that APHIS Form 7005 is complete and contains the required information at all times.

**2.75(a)(1)(viii)**                          Repeat
**Records: Dealers and exhibitors.**

| | | |
|---|---|---|
| **Prepared By:** | KELLY MAXWELL | **Date:** |
| | USDA, APHIS, Animal Care | 12-AUG-2021 |
| **Title:** | ANIMAL CARE INSPECTOR | |
| **Received by Title:** | Facility Representative | **Date:** |
| | | 12-AUG-2021 |



At least twenty-five puppies have no transport information documented on their disposition forms. Transport information must be provided to allow APHIS officials to monitor the movement of animals from their point of origin to their final destination and to identify individuals who may have had direct contact with the puppy during transport.

Disposition forms must include all required transportation information including method of transport and the name of the carrier or intermediate handler. The licensee must ensure that all disposition forms include the required transportation information.

**2.75(a)(1)(ix)**

**Records: Dealers and exhibitors.**

According to the facilities cage cards, there should be 76 puppies located in the sheltered building, but the inspectors counted only 64.  According to the cage cards in the Whelping building, there are 212 puppies listed on the cage cards, but only 129 puppies were counted by the inspectors.  None of these cage cards indicated the puppy had died, was euthanized or was sold.  Examples of these cage cards include:

Chow #8 has 5 puppies (DOB 07-20-21) listed on her cage card, but only 3 puppies were in her enclosure.

Poodle #281 has 4 puppies (DOB 07-01-21) listed on her cage card, but only 1 puppy was in her enclosure.

Wheaton #385 has 6 puppies (DOB 06-30-2021) listed on her cage card, but only 1 puppy was in her enclosure.

Poodle #19 has 8 puppies (DOB 07-06-21) listed on her cage card, but only 5 puppies are in the enclosure with her.

Pomsky #23 has 6 puppies (DOB 06-15-21) listed on her cage card, but only 3 puppies are in the enclosure with her.

Failure to provide the date and method of disposition on the cage card may interfere with the ability of APHIS officials to

---

| **Prepared By:** | KELLY MAXWELL | | **Date:** |
|---|---|---|---|
| | | USDA, APHIS, Animal Care | 12-AUG-2021 |
| **Title:** | ANIMAL CARE INSPECTOR | | |

| **Received by Title:** | Facility Representative | **Date:** |
|---|---|---|
| | | 12-AUG-2021 |


accurately inventory the facilities animals, identify individual dogs and to track their movements.

Each dealer shall make, keep, and maintain records or forms which fully and correctly disclose the date and method of disposition of a dog including sale, death, euthanasia, or donation.  The licensee must add the date and method of disposition to the cage cards whenever necessary and ensure all records are accurate at all times.

To be corrected by:  From this day forward

**3.1(a)**                                                            **Repeat**
**Housing facilities, general.**
In at least two outdoor enclosures, containing a total of four adult dogs, the dogs have dug holes located along the bottom of the fencing.  The holes are large enough to allow a dog to pass through and escape the enclosure.  The facility has placed wooden boards across the top of one of the holes in an attempt to stop the dogs from escaping the enclosure.

Previously, the facility had a dog dig under the fencing and escape its enclosure and was then killed by other dogs.  Failure of the enclosure to contain the dogs could result in injury and even the death of the animal.

Housing facilities for dogs and cats must be designed and constructed so that they are structurally sound. They must be kept in good repair, and they must protect the animals from injury, and contain the animals securely.  The licensee must alter the enclosure in a manner to ensure the dogs cannot dig out of their enclosure in order to ensure their safety and well-being.

---

**Prepared By:**   KELLY MAXWELL                                              **Date:**
                                        USDA, APHIS, Animal Care            12-AUG-2021
        **Title:**   ANIMAL CARE INSPECTOR

**Received by Title:**   Facility Representative                              **Date:**
                                                                            12-AUG-2021


In another outdoor enclosure, containing a total of four adult dogs, the dogs have dug a large hole under the fence and the facility has placed part of a metal livestock panel across the top of the hole. The openings in the livestock panel are large enough for the dogs' feet and legs to fall through which could result in an injury to the animal.

One covered outdoor enclosure contains three dogs who have access to a large plastic container that serves as a shelter. The plastic container has split apart beneath the access door creating a large gap. The gap is large enough to allow a dog's neck or leg to become entrapped which could result in a serious injury.

In at least two enclosures in the Whelping building, containing approximately four dogs, there is a large gap located along the bottom of the gate. The gap is large enough for a dog to place its head or leg through. Gaps large enough for a dog to pass its head or leg through could result in injury or entrapment.

In one enclosure, containing one adult dog, the wall is covered in tile, but the tile along the back wall is broken exposing the interior materials within the wall. Direct contact with these materials could cause injury to the dog.

Two dogs have access to a water bucket with a broken handle. Contact with the broken handle may cause injury to the animals.

The facility uses carpet squares as bedding material for puppies. In at least three enclosures, containing a total of approximately two adult dogs and eight puppies, the carpet squares have been damaged and shredded into long strands. The damaged carpets could cause injury should the animals swallow the strands or become entangled in them.

| | | |
|---|---|---|
| **Prepared By:** | KELLY MAXWELL | **Date:** |
| | USDA, APHIS, Animal Care | 12-AUG-2021 |
| **Title:** | ANIMAL CARE INSPECTOR | |
| | | |
| **Received by Title:** | Facility Representative | **Date:** |
| | | 12-AUG-2021 |


The housing facility must be kept in good repair and protect the animals from injury. The licensee must alter the broken shelter, broken water bucket, broken wall, damaged carpet squares, and gaps in the gates in a manner that eliminates the risk of injury to the dogs. The licensee must also alter the livestock panel in a manner that ensures the dogs feet and legs do not pass through the openings. The licensee must ensure that all aspects of the housing facility are maintained in good repair and protect the dogs from injury at all times.

Within the sheltered building, the licensee is using an insecticide to control flies that consists of blue granules placed in small plastic containers. The containers of insecticide are placed along the top ledge of the enclosure walls, but the containers are not fastened down to the wall and could easily fall into the dog enclosures. The sheltered building is cooled by leaving the doors open and a strong wind was blowing into the building at the time of the inspection. The inspectors observed an empty dog enclosure which had two plastic containers holding insecticide lying on the floor of the enclosure. There are at approximately fifteen adult dogs and fifty puppies housed in the enclosures with insecticide containers balanced on the tops of the walls.

Insecticides could cause serious illness or even death should they be consumed by the dogs.

Housing facilities for dogs must protect the animals from injury. The licensee must alter the insecticide containers in a manner that ensures they will not fall into the dog enclosures in order to protect the health and well-being of the animals.

**3.1(b)**                               **Repeat**
**Housing facilities, general.**

| | |
|---|---|
| **Prepared By:**   KELLY MAXWELL | **Date:** |
|                              USDA, APHIS, Animal Care | 12-AUG-2021 |
| **Title:**   ANIMAL CARE INSPECTOR | |
| **Received by Title:**   Facility Representative | **Date:** |
| | 12-AUG-2021 |


## Inspection Report

A large amount of unopened wood shavings and bags of dog food are stored in a shed. The dog food is stored directly next to three lawn mowers and a power washer. Numerous piles of dirt and gravel, and loose straw, as well as sheets of cardboard and pieces of plastic are located on the floor around the stored wood shavings and a large stack of wooden pallets is stored directly behind the wood shavings. An additional stack of stored dog food has a large amount of discarded wood, plastic and other trash on the floor around it.

In the large barn there is a stack of unopened bags of dog food on a wooden pallet near one of the open doors. A puddle of water is located beneath the stored food and buckets of discarded items are located next to the food. Discarded trash from fast food is sitting on top of the stored dog food. The area surrounding the stored food is covered in spilled, moldy dog food.

Also in the large barn, there are dozens of empty wood shaving and dog food sacks in a large pile adjacent to the dog enclosures.

Housing facilities and areas used for storing animal food or bedding must be free of any accumulation of trash, waste material, junk, weeds, and other discarded materials which could create odors and attract pests such as flies and mice. The licensee must remove all the trash and discarded materials from the animal areas and food and bedding storage areas in order to reduce the risk of pests and odors.

**3.1(c)(1)(ii)**                     **Repeat**
**Housing facilities, general.**

| | |
|---|---|
| **Prepared By:**  KELLY MAXWELL | **Date:** |
|                    USDA, APHIS, Animal Care | 12-AUG-2021 |
| **Title:**   ANIMAL CARE INSPECTOR | |

| | |
|---|---|
| **Received by Title:**   Facility Representative | **Date:** |
| | 12-AUG-2021 |


Numerous sharp points are located throughout the facility.

Inside the sheltered building there are two enclosures, containing two adult dogs and six puppies, which have the metal feeder attached to the front gate by a piece of wire. The sharp ends of the wire are protruding into the enclosure and could come into direct contact with the dogs every time they approach the feeder to access the food.

In one covered outdoor enclosure, containing two dogs, the shelter has no door, but the metal door frame is still attached to the entrance. The door frame is broken creating a sharp point at the level of the dogs.

In three other covered outdoor enclosure, containing approximately nine dogs, the shelters have screws located around the access door and the sharp ends are protruding into the interior at the level of the dogs.

In another outdoor enclosure, containing four dogs, the sharp ends of screws are protruding into the shelter along the door frame and located at the level of the dogs. Broken chain link is located along the bottom of the enclosure fencing creating sharp points.

Sharp points could cause injury to the dogs.

Housing facilities must be free of sharp points and jagged edges. The licensee must alter the sharp points in a manner that eliminates the risk of injury to the dogs. The licensee must ensure that all enclosures are safe for the dogs at all times.

| | | |
|---|---|---|
| **Prepared By:** KELLY MAXWELL | | **Date:** |
| | USDA, APHIS, Animal Care | 12-AUG-2021 |
| **Title:** ANIMAL CARE INSPECTOR | | |

| | | |
|---|---|---|
| **Received by Title:** Facility Representative | | **Date:** |
| | | 12-AUG-2021 |


**3.1(e)**                                        Repeat

**Housing facilities, general.**

Wood shavings are used in the enclosures to absorb waste from the dogs.  An open bag of wood shavings is sitting on the floor inside the sheltered building.  An open bag of wood shavings is lying on the ground inside the large barn and an open bag of dog food is also sitting on the ground inside the large barn and the inspector observed flies flying in and out of the bag.   Numerous unopened bags of wood shavings are sitting directly on the ground inside the large barn.

Failure to properly store food and bedding could result in contamination or spoilage of the stored items, as well as the potential to attract pests such as flies and mice which could have a negative impact on the health and well-being of the animals.

Supplies of food and bedding must be stored in a manner that protects the supplies from spoilage, contamination, and vermin infestation.  The supplies must be stored off the floor and away from the walls.  All open supplies of food and bedding must be kept in leakproof containers with tightly fitting lids to prevent contamination and spoilage.  The licensee must store all open food and bedding materials in a leak-proof container with a tightly fitted lid and the unopened supplies of wood shavings must be stored off the floor.

**3.1(f)**                                        Repeat

**Housing facilities, general.**

The drains for the sheltered housing building and the covered outdoor runs transports waste directly outside the building's exterior walls. The drain on the northwest corner has created a large pool of wet fecal and food waste, hair, and straw. The wet pile has built-up against the lower portion of the exterior wall and has attracted a large number of flies.

| | | |
|---|---|---|
| **Prepared By:**   KELLY MAXWELL | | **Date:** |
| | USDA, APHIS, Animal Care | 12-AUG-2021 |
| **Title:**   ANIMAL CARE INSPECTOR | | |
| **Received by Title:**   Facility Representative | | **Date:** |
| | | 12-AUG-2021 |


The drain on the southwest corner of the sheltered building dumps into PVC pipes that lie on top of the ground and transports the waste down a hill and away from the building.

A large pool of stagnant waste material is located directly along the exterior wall of the sheltered building and appears to originate from the PVC pipe which has been duct taped in several areas. As the PVC pipe moves down the hill it runs parallel to one outdoor enclosure that contains two adult dogs. A small area of liquid waste from the pipe is located in the dog enclosure.

A PVC pipe that carries waste out of the sheltered building runs through a covered outdoor enclosure which contains two dogs. The pipe stops short of the end of the enclosure resulting in the waste from inside the building pooling on the floor of the enclosure. The inspectors observed the waste from the pipe dripping directly onto the the enclosure flooring and a large pile of wet feces was located at the end of the pipe.

In the large open barn, there is a drain in the floor located near the dog enclosures that is not draining properly resulting in a large pool of water on the floor. Four adult dogs are housed in this building.

Drains and drainage areas that are not properly maintained could result in a buildup of waste that could attract pests, create odors, soil animals, and increase the risk of disease hazards.

Disposal and drainage systems must minimize vermin and pest infestation, insects, odors, and disease hazards. All drains must be properly constructed, installed, and maintained. The licensee must alter all the drains in a manner that moves the pools of waste away from the exterior of the sheltered building and also eliminates the area of waste in the dog

| | | |
|---|---|---|
| **Prepared By:** | KELLY MAXWELL | **Date:** |
| | USDA, APHIS, Animal Care | 12-AUG-2021 |
| **Title:** | ANIMAL CARE INSPECTOR | |
| | | |
| **Received by Title:** | Facility Representative | **Date:** |
| | | 12-AUG-2021 |


enclosures.  The licensee must also alter the drain in the large barn to ensure that it is working properly and eliminates the pool of standing water.  The licensee must ensure that all drains are working properly at all times.

**3.3(e)(1)(ii)**                                    Repeat

**Sheltered housing facilities.**

One enclosure in the sheltered housing building, containing seven dogs, has a window that is framed in wood and is located at the level of the dogs.  The wooden window frame had been painted, but the dogs have chewed and damaged the wood causing it to no longer be impervious to moisture.

Surfaces of enclosures that have potential contact with dogs must be cleanable and sanitizable in order to prevent the buildup of debris and other materials that can harbor contaminated and potentially disease-causing agents.

All walls and other surfaces in contact with animals must be impervious to moisture.  The licensee must alter the wooden window frame in a manner that makes it impervious to moisture in order to allow proper sanitization of the surface to occur.

**3.4(b)**                                    Repeat

**Outdoor housing facilities.**

At least one of the covered outdoor enclosures, housing a total of two huskies, does not have a shelter that is large enough to accommodate all the dogs in the enclosure compliantly.  Four dogs are housed in a large open barn, but none of these dogs have access to a shelter.  Failure to provide a shelter or a shelter with sufficient space may result in the inability of a dog to escape adverse weather conditions and the health and well-being of the animal could suffer.

| | | |
|---|---|---|
| **Prepared By:**   KELLY MAXWELL | | **Date:** |
|                       USDA, APHIS, Animal Care | | 12-AUG-2021 |
| **Title:**   ANIMAL CARE INSPECTOR | | |
| **Received by Title:**   Facility Representative | | **Date:** |
| | | 12-AUG-2021 |



# Inspection Report

Outdoor enclosures must include one or more shelter structures that are accessible to each animal and that are large enough to allow each animal in the shelter structure to sit, stand, and lie in a normal manner, and to turn about freely. The licensee must provide each dog housed in an outdoor enclosure with access to a compliant shelter in order to support their health and well-being.

**3.4(c)**                               Repeat
**Outdoor housing facilities.**
In two outdoor enclosures, containing a total of six adult dogs, the wood floors or wood frames inside the shelters had been painted.  The paint has been worn and scratched off by the dogs resulting in exposed wood that is no longer impervious to moisture and is in contact with the animals.  Wood that is not impervious to moisture could rot and lose structural integrity and cannot be properly sanitized potentially increasing the risk of disease towards the dogs.


Building surfaces in contact with animals in outdoor housing facilities must be impervious to moisture.  The licensee must alter the wood inside the shelters in a manner that makes it impervious to moisture.  The licensee must ensure that all surfaces in contact with the dogs is impervious to moisture at all times.

**3.9(b)**                               Repeat
**Feeding**
Metal self-feeders are provided to the dogs housed in the covered outdoor enclosures. In at least two enclosures, containing a total of two adult dogs, the dog food in the feeders has become coated in a greenish-white substance that appears to be mold. The moldy food is located underneath the fresh food and is caked together. Food contaminated by mold could have a negative impact on the health of the dogs should they consume it.


**Prepared By:**   KELLY MAXWELL                                          **Date:**
                                        USDA, APHIS, Animal Care          12-AUG-2021
      **Title:**   ANIMAL CARE INSPECTOR


**Received by Title:**   Facility Representative                          **Date:**
                                                                         12-AUG-2021


## Inspection Report

In at least five enclosures, housing a total of approximately five adult dogs and twelve puppies, the metal food bowls are full of wood shavings that are currently used to absorb waste from the dogs. The large amount of used shavings inside the food bowls is making it nearly impossible for the dogs to access their food. Food that is not readily accessible to the dogs may have a negative impact on their health and well-being.

Food receptacles must be used for dogs and cats, must be readily accessible to all dogs and cats, and must be located so as to minimize contamination. Measures must be taken to ensure that there is no molding, deterioration, and caking of feed. The licensee must remove the moldy food and wood shavings from the metal feeders and bowls and ensure that all food provided to the dogs remains free of mold, wood shavings and other contaminates in order to support the health of the dogs.

**3.10(a)**                                    **Repeat**
**Watering**

At least five adult dogs and five puppies have no access to potable water. The water receptacles are either empty or have an excessive amount of wood shavings floating in the water and four puppies have flies floating in the water in their water receptacle.

Failure to provide potable water could have a negative impact on the health and well-being of the dogs.

Potable water must be continuously available to the dogs. The licensee must provide potable water to the dogs and ensure they have access to potable water at all times.

**3.11(b)(2)**                                  **Repeat**

| | | |
|---|---|---|
| **Prepared By:** | KELLY MAXWELL | **Date:** |
| | USDA, APHIS, Animal Care | 12-AUG-2021 |
| **Title:** | ANIMAL CARE INSPECTOR | |
| **Received by Title:** | Facility Representative | **Date:** |
| | | 12-AUG-2021 |


**Cleaning, sanitization, housekeeping, and pest control.**

Four adult dogs are housed in a large barn. The floors of the enclosures consist of gravel, dirt and wood shavings. The gravel, dirt and wood shavings cannot be sanitized and sunlight is unable to hit the flooring in any of the enclosures resulting in the dogs potentially being in direct contact with disease causing agents at all times. The inspectors also observed that the floors were swarming with flies.

Used primary enclosures and food and water receptacles for dogs and cats must be sanitized at least once every 2 weeks and more often if necessary to prevent an accumulation of dirt, debris, food waste, excreta, and other disease hazards. The licensee must alter the flooring in a manner that allows for sanitizing of the surface in order to decrease the risk of disease towards the dogs.

**3.11(b)(4)**                              **Repeat**

**Cleaning, sanitization, housekeeping, and pest control.**

At least two outdoor shelters, accessed by a total of six dogs, contain straw bedding material. The majority of the straw bedding is dark in color and compacted together in a solid pile and the inspector had to pull the layers of straw apart. Some of the layers of straw were wet, dirty, and had a strong odor of mold. One of the affected shelters has blue plastic mixed in with the dirty straw bedding material.

Bedding material contaminated by waste, mold, dirt and trash may cause the animals to become wet and soiled as well as raise the risk of disease hazards.

Pens, runs, and outdoor housing areas using material that cannot be sanitized using the methods provided in the

| | | |
|---|---|---|
| **Prepared By:** | KELLY MAXWELL | **Date:** |
| | USDA, APHIS, Animal Care | 12-AUG-2021 |
| **Title:** | ANIMAL CARE INSPECTOR | |

| | | |
|---|---|---|
| **Received by Title:** | Facility Representative | **Date:** |
| | | 12-AUG-2021 |



regulations, such as gravel, sand, grass, earth, or absorbent bedding, must be sanitized by removing the contaminated

material as necessary to prevent odors, diseases, pests, insects, and vermin infestation. The licensee must ensure that all

contaminated bedding material is removed from the shelters as often as necessary to prevent soiling of the animals, as

well as eliminate odors, insects and disease hazards.

**3.11(d)**                                     **Repeat**

**Cleaning, sanitization, housekeeping, and pest control.**

An excessively large number of flies are located in the large open barn.  The barn has open doors located on the north,

south, east, and west walls with no screens covering these openings.  Four adult dogs are housed in this building and

flies are covering or swarming around the enclosure floors, feces, food, fencing, and the animals.  No fly control methods

were visible in the barn.

Excessive numbers of flies and other insects can contaminate food and water as well as cause health hazards towards

the dogs.

An effective program for the control of insects, external parasites affecting dogs and cats, and birds and mammals that

are pests, must be established and maintained. The licensee must establish an effective plan to control flies and other

pests in order to support the health of the dogs. The licensee must ensure the plan is effective at all times.

**3.13(a)(3)**

**Veterinary care for dogs.**

The program of veterinary care is incomplete.  The section for parasites states:

**Prepared By:**   KELLY MAXWELL                                          **Date:**
                                                USDA, APHIS, Animal Care       12-AUG-2021
          **Title:**   ANIMAL CARE INSPECTOR

**Received by Title:**   Facility Representative                           **Date:**
                                                                           12-AUG-2021



# Inspection Report

Bloodparasites:  10% every other monthly

Intestinal parasites: 10% every other monthly (fen/benmetro and Toltazurl)


The sections for blood parasites does not define the plan for sampling and treatment.  The section for intestinal parasites does not define the plan for sampling and/or a complete treatment plan for adult dogs and puppies.  The facility representative did not know what the blood parasite and intestinal parasite statements written on the PVC were supposed to mean.


Each dealer must follow an appropriate program of veterinary care for dogs that is developed, documented in writing, and signed by the attending veterinarian that includes sampling and treatment of parasites and other pests (including fleas, worms, coccidia, giardia, and heartworm).  The licensee must define in writing a complete plan for sampling and treatment of blood parasites and intestinal parasites.


To be corrected by:  19-August-2021


This inspection and exit interview were conducted with the facility representative.


Additional Inspectors:
William Janecke, VETERINARY MEDICAL OFFICER
CHAD PROCTOR, ANIMAL CARE INSPECTOR


**Prepared By:**   KELLY MAXWELL

USDA, APHIS, Animal Care

**Title:**   ANIMAL CARE INSPECTOR

**Date:**
12-AUG-2021

**Received by Title:**   Facility Representative

**Date:**
12-AUG-2021