# EXHIBIT P (Part 2) –
# July 7, 2021 Site 1 Routine Inspection Report



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell | **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 07 17:15:00 GMT 2021 | **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000651493 | **Facility Name:** DANIEL GINGERICH
**Description:** Female Pekingese (#460) has a matted hair coat and abnormal skin condition.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell          **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 07 18:00:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000651493     **Facility Name:** DANIEL GINGERICH
**Description:** Female Pekingese (#460) with severely matted hair coat.

patitis virus). Aseptically rehydrate vaccine with diluent s
ose (1 mL) subcutaneously into dogs that are at least 4
cause there is potential for maternal antibody to inter
mune response to the original vaccination, revaccinate
ys until the dog is 16 weeks of age. Dogs over 13 weeks
eive a single dose (1 mL). Revaccinate annually with o
ecautions: Store at 2-7°C (35-45°F). Shake well durir
not vaccinate pregnant or lactating bitches, sick, or de
casionally, transient corneal opacity may occur followir
tion of this product. In case of anaphylaxis; epinephrine,
d antihistamines may all be indicated depending on t
verity of the reaction. Gentamicin used as a preserva
tainer and all unused contents.

U.S. Veterinary License No. 472    Product Code:

NEOTECH, LLC, Dresden, TN 38

CFR:2.40(b)(2)

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 18:35:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493    **Facility Name:** DANIEL GINGERICH

**Description:** Vaccines stored at incorrect temperatures.



CFR:2.75(a)(1)(i);2.75(a)(1)(v);2.75(a)(1)(vii)(C)

**Photographer:** Kelly Maxwell

**Date and Time:** Wed Jul 07 18:00:00 GMT 2021

**Inspection No:** 2016090000651493

**Certificate:** 42-A-1632

**Legal Name:** DANIEL GINGERICH

**Facility Name:** DANIEL GINGERICH

**Description:** APHIS form 7005 is missing date of birth/age, date acquired, acquisition information.



CFR:2.40(b)(2)

**Photographer:** Kelly Maxwell · **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 07 16:45:00 GMT 2021 · **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000651493 · **Facility Name:** DANIEL GINGERICH
**Description:** Female Cavalier (#444) with skin lesions.



CFR:3.4(c)

**Photographer:** Kelly Maxwell  **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 16:40:00 GMT 2021  **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493  **Facility Name:** DANIEL GINGERICH

**Description:** Wooden board is not impervious to moisture.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 16:55:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493      **Facility Name:** DANIEL GINGERICH

**Description:** Female Cavalier (#492) has heavily matted tail containing fecal material.



CFR:2.40(b)(2)

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 15:00:00 GMT 2021    **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493      **Facility Name:** DANIEL GINGERICH

**Description:** Female Cocker spaniel (#309) has poor ear health.



CFR:2.75(a)(1)(viii)

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 18:10:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493

**Facility Name:** DANIEL GINGERICH

**Description:** No transport information on disposition form.



CFR:3.4(b)

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 14:45:00 GMT 2021   **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493     **Facility Name:** DANIEL GINGERICH

**Description:** Shelter is too small for both dogs.



CFR:2.40(b)(2)

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 17:15:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493

**Facility Name:** DANIEL GINGERICH

**Description:** Female Pekingese (#460) with engorged tick attached to ear.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell          **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 07 16:45:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000651493          **Facility Name:** DANIEL GINGERICH
**Description:** Female Cavalier (#444) with skin lesions.



**CFR:3.4(b)**

**Photographer:** Kelly Maxwell  **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 15:15:00 GMT 2021  **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493  **Facility Name:** DANIEL GINGERICH

**Description:** Shelter is too small for all dogs.



**CFR:3.6(a)(2)(x)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 16:50:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493      **Facility Name:** DANIEL GINGERICH

**Description:** Feet falling through openings in floor.



**CFR:3.1(f)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 07 17:30:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000651493      **Facility Name:** DANIEL GINGERICH
**Description:** Video of waste draining through enclosure and showing dogs in enclosure.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 18:40:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493

**Facility Name:** DANIEL GINGERICH

**Description:** Box of vaccines and medical products stored at incorrect temperatures.

**CFR:2.75(a)(1)(i);2.75(a)(1)(v);2.75(a)(1)(vii)(C)**

**Photographer:** Kelly Maxwell

**Date and Time:** Wed Jul 07 18:00:00 GMT 2021

**Inspection No:** 2016090000651493

**Certificate:** 42-A-1632

**Legal Name:** DANIEL GINGERICH

**Facility Name:** DANIEL GINGERICH

**Description:** APHIS form 7005 is missing date of birth/age, date acquired, acquisition information.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 17:15:00 GMT 2021    **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493      **Facility Name:** DANIEL GINGERICH

**Description:** Female Pekingese (#460) has a matted hair coat and abnormal skin condition.



CFR:2.40(b)(2)

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 16:45:00 GMT 2021  **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493  **Facility Name:** DANIEL GINGERICH

**Description:** Female Cavalier (#444) with lesions on the skin.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 19:00:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493

**Facility Name:** DANIEL GINGERICH

**Description:** Temperature in area of vaccine storage taken by Kestrel.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell | **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 07 16:50:00 GMT 2021 | **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000651493 | **Facility Name:** DANIEL GINGERICH
**Description:** Female Cavalier (#492) with poor eye and skin health and matted hair coat.



**CFR:3.6(a)(2)(x)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 07 16:50:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000651493      **Facility Name:** DANIEL GINGERICH
**Description:** Feet falling through openings in floor.



**CFR:3.9(b)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 16:00:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493

**Facility Name:** DANIEL GINGERICH

**Description:** Moldy food in dog feeder.



CFR:2.40(b)(2)

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 14:50:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493      **Facility Name:** DANIEL GINGERICH

**Description:** Female Shiba Inu (#360) with overgrown toenails.



**5x10 mL v...**

**PRECAUTIONS:**
Store at 2°- 8°C (35°- 46°F). Do not freeze. Use entire cont...
first opened. Do not mix with other products. In case of h...
exposure, contact a physician. This product has not been...
pregnant animals. Sterilized syringes and needles shoul...
to administer this vaccine. Contains gentamicin and thim...
preservatives.

As with many vaccines, anaphylaxis may occur after use...
antidote of epinephrine is recommended and should be f...
appropriate supportive therapy.

Manufactured by:
Zoetis Inc.

Distributed by:
Intervet Inc. d/b/a Merck Animal ...

g rabies.

ay be
s and
A
nation
mplete

CFR:2.40(b)(2)

**Photographer:** Kelly Maxwell    **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 07 18:40:00 GMT 2021   **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000651493    **Facility Name:** DANIEL GINGERICH
**Description:** Rabies vaccines stored at incorrect temperatures.



**CFR:3.11(d)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 07 14:00:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000651493      **Facility Name:** DANIEL GINGERICH
**Description:** Excessive flies in dog enclosure. Door to kennel building is wide open.



**CFR:3.11(b)(2);3.11(d)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 07 17:30:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000651493      **Facility Name:** DANIEL GINGERICH
**Description:** Dirt, feces buildup on floor. Excessive number of flies.



**CFR:2.131(e);2.40(b)(2)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 18:30:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493

**Facility Name:** DANIEL GINGERICH

**Description:** Female Shih tzu (#479) with severe heat stress and unstable gait.



**CFR:3.11(b)(4)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 15:00:00 GMT 2021  **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493  **Facility Name:** DANIEL GINGERICH

**Description:** Dirty, moldy straw bedding in dog shelter.



**CFR:2.50(a)(2)**

**Photographer:** Kelly Maxwell
**Certificate:** 42-A-1632
**Date and Time:** Wed Jul 07 13:45:00 GMT 2021
**Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000651493
**Facility Name:** DANIEL GINGERICH
**Description:** Mixed litter of puppies without identification.



**CFR:3.11(b)(4);3.11(d)**

**Photographer:** Kelly Maxwell          **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 07 17:30:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000651493     **Facility Name:** DANIEL GINGERICH
**Description:** Moldy, wet straw with ant-like insects.



**CFR:3.1(c)(2)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 14:15:00 GMT 2021    **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493      **Facility Name:** DANIEL GINGERICH

**Description:** Top of bucket is damaged.



**CFR:3.11(d)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 07 16:45:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000651493      **Facility Name:** DANIEL GINGERICH
**Description:** Flies in food/water receptacle in dog enclosure.



**CFR:3.1(a)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 15:45:00 GMT 2021    **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493      **Facility Name:** DANIEL GINGERICH

**Description:** Gates do not close tightly creating gap.



**CFR:3.11(d)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 17:00:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493

**Facility Name:** DANIEL GINGERICH

**Description:** Flies on fencing of dog enclosure. Showing doors open to whelping building.



**CFR:3.1(f);3.11(c)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 17:30:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493

**Facility Name:** DANIEL GINGERICH

**Description:** Drain pipe from sheltered building covered in overgrown vegetation and waste draining through dog enclosure.



**CFR:3.1(a)**

**Photographer:** Kelly Maxwell **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 14:30:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493 **Facility Name:** DANIEL GINGERICH

**Description:** Damaged fencing has created gap at gate entrance.



**CFR:3.11(b)(4)**

**Photographer:** Kelly Maxwell　　　　　**Certificate:** 42-A-1632
**Date and Time:** Wed Jul 07 16:45:00 GMT 2021　**Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000651493　　**Facility Name:** DANIEL GINGERICH
**Description:** Dirty, moldy straw bedding in dog shelter.



**CFR:3.1(c)(2)**

**Photographer:** Kelly Maxwell

**Date and Time:** Wed Jul 07 17:00:00 GMT 2021

**Inspection No:** 2016090000651493

**Certificate:** 42-A-1632

**Legal Name:** DANIEL GINGERICH

**Facility Name:** DANIEL GINGERICH

**Description:** Chewed, dirty water bucket.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell                    **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 07 14:00:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000651493              **Facility Name:** DANIEL GINGERICH
**Description:** Pills prescribed by licensed veterinarian were not given as required.



**CFR:2.131(e);2.40(b)(2)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 18:15:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493

**Facility Name:** DANIEL GINGERICH

**Description:** Female Shih tzu (#479) showing signs of severe heat stress. Ambient temperature taken by Kestrel.



**CFR:3.1(c)(1)(ii)**

**Photographer:** Kelly maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 16:35:00 GMT 2021   **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493      **Facility Name:** DANIEL GINGERICH

**Description:** Sharp points created by broken fencing.



CFR:3.1(f)

**Photographer:** Kelly Maxwell  **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 07 15:30:00 GMT 2021  **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000651493  **Facility Name:** DANIEL GINGERICH
**Description:** Pile of waste outside of exterior wall of sheltered building.



**CFR:**2.40(b)(2)

**Photographer:** Kelly Maxwell                    **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 14:00:00 GMT 2021  **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493              **Facility Name:** DANIEL GINGERICH

**Description:** Pills provided by licensed veterinarian were not given as required.



CFR:3.1(f)

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 07 16:30:00 GMT 2021   **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000651493      **Facility Name:** DANIEL GINGERICH
**Description:** Waste draining through dog enclosure.



**CFR:2.75(a)(1)(vii)**

**Photographer:** Kelly Maxwell

**Date and Time:** Wed Jul 07 13:30:00 GMT 2021

**Inspection No:** 2016090000651493

**Description:** Incomplete cage card.

**Certificate:** 42-A-1632

**Legal Name:** DANIEL GINGERICH

**Facility Name:** DANIEL GINGERICH



**CFR:3.1(a)**

**Photographer:** Kelly Maxwell                    **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 07 13:15:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000651493              **Facility Name:** DANIEL GINGERICH
**Description:** Leaking water pipe in storage closet in sheltered building.



CFR:3.1(c)(2)

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 15:00:00 GMT 2021    **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493      **Facility Name:** DANIEL GINGERICH

**Description:** Chewed, damaged water bucket.



**CFR:3.1(f)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 15:30:00 GMT 2021    **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493      **Facility Name:** DANIEL GINGERICH

**Description:** Pile of waste outside of exterior wall of sheltered building.



CFR:2.40(b)(2)

**Photographer:** Kelly Maxwell

**Date and Time:** Wed Jul 07 14:00:00 GMT 2021

**Inspection No:** 2016090000651493

**Certificate:** 42-A-1632

**Legal Name:** DANIEL GINGERICH

**Facility Name:** DANIEL GINGERICH

**Description:** Pills prescribed by licensed veterinarian were not given as required.



CFR:3.1(f)

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 15:30:00 GMT 2021    **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493      **Facility Name:** DANIEL GINGERICH

**Description:** Pile of waste outside of exterior wall of sheltered building.



CFR:3.11(b)(2)

**Photographer:** Kelly Maxwell                          **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 07 15:45:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000651493                 **Facility Name:** DANIEL GINGERICH
**Description:** Dirt buildup on wall of dog enclosure.



**CFR:3.11(b)(4);3.11(d)**

**Photographer:** Kelly Maxwell    **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 07 17:45:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000651493    **Facility Name:** DANIEL GINGERICH
**Description:** Gnat-like insects coming from moldy, wet straw bedding.



**CFR:3.11(b)(4)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 16:00:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493

**Facility Name:** DANIEL GINGERICH

**Description:** Fully saturated, dirty bedding in puppy enclosure.



**CFR:2.131(e);2.40(b)(2)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 18:15:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493

**Facility Name:** DANIEL GINGERICH

**Description:** Female Shih tzu (#479) with severe signs of heat stress. Ambient temperature and heat index taken by Kestrel.



CFR:2.75(a)(1)(vii)

**Photographer:** Kelly Maxwell

**Date and Time:** Wed Jul 07 13:30:00 GMT 2021

**Inspection No:** 2016090000651493

**Description:** Incomplete cage card.

**Certificate:** 42-A-1632

**Legal Name:** DANIEL GINGERICH

**Facility Name:** DANIEL GINGERICH



**CFR:3.11(b)(4)**

**Photographer:** Kelly Maxwell  **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 17:00:00 GMT 2021  **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493  **Facility Name:** DANIEL GINGERICH

**Description:** Dirty straw bedding in dog shelter.



**CFR:3.15(a)(9);3.19(e)(1)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 13:00:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493      **Facility Name:** DANIEL GINGERICH

**Description:** Dog in transport enclosure with no litter and no shade.



**CFR:3.11(b)(2)**

**Photographer:** Kelly Maxwell     **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 13:45:00 GMT 2021   **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493     **Facility Name:** DANIEL GINGERICH

**Description:** Buildup inside of feeder.



CFR:3.1(e);3.11(d)

**Photographer:** Kelly Maxwell  **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 13:15:00 GMT 2021  **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493  **Facility Name:** DANIEL GINGERICH

**Description:** Open sack of dog food. Flies on side of sack.



**CFR:3.13(b)(1)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 15:30:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493

**Facility Name:** DANIEL GINGERICH

**Description:** Medical records for female Boston terrier (#270) lacks identifying information.



**CFR:3.1(b)**

**Photographer:** Kelly Maxwell          **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 07 13:15:00 GMT 2021  **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000651493     **Facility Name:** DANIEL GINGERICH
**Description:** Cluttered storage closet in sheltered building.



CFR:3.15(a)(9);3.15(e)

**Photographer:** Kelly Maxwell     **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 13:00:00 GMT 2021  **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493     **Facility Name:** DANIEL GINGERICH

**Description:** Dogs in transport enclosures with no litter and not enough space.



**CFR:3.15(a)(9);3.15(e)**

**Photographer:** Kelly Maxwell  **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 07 13:00:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000651493  **Facility Name:** DANIEL GINGERICH
**Description:** Dogs in transport enclosures with no litter and not enough space.



**CFR:3.1(e);3.11(d)**

**Photographer:** Kelly Maxwell **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 13:15:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493 **Facility Name:** DANIEL GINGERICH

**Description:** Flies on open bag of dog food.



CFR:3.15(a)(9);3.15(e)

**Photographer:** Kelly Maxwell     **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 13:00:00 GMT 2021     **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493     **Facility Name:** DANIEL GINGERICH

**Description:** Dogs in transport enclosures with no litter and not enough space.



**CFR:3.1(a)**

**Photographer:** Kelly Maxwell          **Certificate:** 42-A-1632
**Date and Time:** Wed Jul 07 13:00:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000651493          **Facility Name:** DANIEL GINGERICH
**Description:** Gap in enclosure wall along floor were dog feeder is inserted.



**CFR:3.11(b)(2)**

**Photographer:** Kelly Maxwell                    **Certificate:** 42-A-1632

**Date and Time:** Wed Jul 07 13:00:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000651493              **Facility Name:** DANIEL GINGERICH

**Description:** Buildup inside of dog feeder.