# EXHIBIT Q –

# September 15, 2021 Site 1 Routine Inspection Report



United States Department of Agriculture

Animal and Plant Health Inspection Service

KMAXWELL

**2016090000713791** Insp_id

# Inspection Report

DANIEL  GINGERICH

3125 Davis Rd
SEYMOUR, IA 52590

Customer ID: **506618**

Certificate:  **42-A-1632**

Site: 001

DANIEL GINGERICH

Type: ROUTINE INSPECTION

Date: 15-SEP-2021

---

**2.40(b)(2)**          **Direct**          **Repeat**

**Attending veterinarian and adequate veterinary care (dealers and exhibitors).**

Female Bichon puppy is observed lying in her enclosure while all her litter mates are actively moving around.  The puppy

appears lethargic and dull and physical inspection of the animal by the Veterinary Medical Officer revealed that her

extremities, including her ears, are cold to the touch, her abdomen is swollen and she has a rapid respiration rate with an

increased effort on inhalation.  A small amount of discharge is coming from the nose.  The facility representative had not

noticed the puppy's condition and she has not been evaluated by a licensed veterinarian and is not under any treatment.


Female Golden retriever puppy (tag #707, DOB 06-01-21) appears lethargic, dull and depressed.  Physical inspection of

the puppy revealed her extremities, including her ears, are cold to the touch while her body feels hot.  All four legs are

swollen, as well as her muzzle, which has a spongy feel to it.  Palpation of her abdomen revealed that it may be full of

fluid.  The dog is housed with 15 other puppies, but she remained laying on the ground while the majority of the other

puppies actively moved around the enclosure.  The puppy is being treated for a cough, intestinal parasites and external

parasites, but she has never been physically examined by a licensed veterinarian and a veterinarian has not evaluated

the dog for her current condition.


Female Golden retriever (tag #576, DOB 07-10-21) appears lethargic, dull and depressed.  The puppy's extremities,

---

**Prepared By:**    <u>KELLY MAXWELL</u>

                                 USDA, APHIS, Animal Care

       **Title:**    ANIMAL CARE INSPECTOR

**Date:**
17-SEP-2021

**Received by Title:**    <u>Facility Representative</u>

**Date:**
17-SEP-2021


## Inspection Report

including her ears, felt cold to the touch while her body felt hot.  Discharge is coming from the nose, the 3rd eyelids on both eyes are elevated, and the puppy was observed to be drooling.  The puppy was also coughing nearly continuously during the inspection of the animals and the enclosure.  The puppy is being treated for a cough, intestinal parasites and external parasites, but she has never been physically examined by a licensed veterinarian and a veterinarian has not evaluated the dog for her current condition.

Female Golden retriever (tag #581, DOB 07/2021) is emaciated.  Physical examination of the puppy by the Veterinary Medical Officer revealed very little fat covering her frame and her ribs, hips, and backbone were easily felt and the backbone is prominent with sunken muscles along both sides.  The Veterinary Medical Officer determined the animal has a Body Condition Score of 3 out of 9.  The puppy's extremities, including the ears, felt cold to the touch while her body felt hot.  A small amount of discharge was noticed from both nostrils.  The puppy is being treated for a cough, intestinal parasites and external parasites, but she has never been physically examined by a licensed veterinarian and a veterinarian has not evaluated the dog for her current condition.

Lethargic, depressed behavior could be an indication that an animal is ill and feeling unwell.  During the inspection of the facility on July 29, 2021, the licensee stated to the inspectors that this site has experienced confirmed positive cases of Parvovirus in several of their dogs throughout the month of July.   Discharge from the nose, abnormal body temperatures, and poor body condition could indicate an underlying health issue including serious diseases.

Female poodle (tag #371) has an emaciated body condition.  The dog has very little fat or muscle covering her frame and the ribs, backbone, and hip bones are easily felt beneath the haircoat.  The Veterinary Medical Officer who physically examined the animal determined it had a Body Condition Score of 3 out of 9.  The facility representative has not noticed

---

**Prepared By:**   KELLY MAXWELL
USDA, APHIS, Animal Care

**Title:**   ANIMAL CARE INSPECTOR

**Date:**
17-SEP-2021

**Received by Title:**   Facility Representative

**Date:**
17-SEP-2021


United States Department of Agriculture                                    KMAXWELL
Animal and Plant Health Inspection Service                     **2016090000713791** Insp_id

**Inspection Report**

the condition of this animal and she has not been evaluated by a licensed veterinarian and is not under a treatment plan.

Emaciated body condition could indicate a serious underlying health issue.

Male Australian shepherd (tag #272) has poor dental health.  Nearly the entire surface of the upper left cheek teeth are coated in a thick brown tartar.  The majority of the surface of the upper left canine tooth and front teeth are also coated in a dark brown tartar.  The entire surface of the lower left cheek teeth are covered in dark brown tartar.  The gums are moderately reddened with a darker red line running along the gum line of all the upper left teeth.  The inspectors were not able to view the right side of the dog's mouth as the animal became to dangerous to handle.  The facility representative had not noticed the condition of the dog's teeth and he has not been evaluated by a licensed veterinarian and is not under a treatment plan.

Poor dental health could cause pain and discomfort to the dog as well as lead to further health issues.

Each dealer shall use appropriate methods to prevent, control, diagnose, and treat diseases and injuries.  The above mentioned dogs must be evaluated by a licensed veterinarian for an accurate diagnosis and to establish an effective treatment plan.  The licensee must ensure all dogs receive adequate veterinary care at all times.  The facility representative had the dogs transported to a licensed veterinarian at the time of the inspection.

Female Cavalier (#325) has extremely overgrown toenails.  The toenails of the front feet have grown excessively long and have developed a severe curve.

| | | |
|---|---|---|
| **Prepared By:** | KELLY MAXWELL | **Date:** |
| | USDA, APHIS, Animal Care | 17-SEP-2021 |
| **Title:** | ANIMAL CARE INSPECTOR | |
| **Received by Title:** | Facility Representative | **Date:** |
| | | 17-SEP-2021 |



United States Department of Agriculture      KMAXWELL
Animal and Plant Health Inspection Service      **2016090000713791** Insp_id

## Inspection Report

Female Pomsky (#582) has extremely overgrown toenails. The toenails of the left front foot have grown excessively long and have developed a severe curve.

Overgrown toenails could cause pain and discomfort to the dog as well as affect the dog's natural gait.

Each dealer shall use appropriate methods to prevent, control, diagnose, and treat diseases and injuries. The licensee must trim the dogs' toenails to an appropriate length and ensure that the toenails of all dogs are properly maintained at all times.

**2.40(b)(3)**          **Direct**
**Attending veterinarian and adequate veterinary care (dealers and exhibitors).**
The licensee and facility representative told APHIS officials that there have been cases of Parvovirus at their kennel that has been on-going for the past few months. During the current inspection, a random sampling of just five litters of puppies revealed that no less than eleven puppies had died from Parvovirus according to the facility representative. The licensee has also sold puppies which have tested positive for Parvovirus and Distemper. The inspector asked the facility representative if the attending veterinarian is aware of the Parvovirus issues and he said he did not know if the Attending Veterinarian knew. The inspector called the Attending Veterinarian who confirmed that he was not aware of the Parvovirus cases and the licensee had never spoken to him about it.

Failure to properly observe and communicate health problems, in a timely manner, can result in prolonged pain and suffering and the increased risk of development of serious medical conditions.

A mechanism of direct and frequent communication is required so that timely and accurate information on problems of

| Prepared By: | KELLY MAXWELL | Date: |
| | USDA, APHIS, Animal Care | 17-SEP-2021 |
| Title: | ANIMAL CARE INSPECTOR | |

| Received by Title: | Facility Representative | Date: |
| | | 17-SEP-2021 |


animal health, behavior, and well-being is conveyed to the attending veterinarian. The licensee must communicate with the Attending Veterinarian regarding the Parvovirus issues and positive results for Distemper in order to regain control of the diseases and to protect the lives of the adult dogs and puppies.

To be corrected by: From this day forward the licensee must communicate all problems, issues or concerns related to the health and well-being of the dogs to the Attending Veterinarian.

**2.50(a)(2)**
**Time and method of identification.**
Numerous litters of puppies are co-mingled, but no official form of identification has been applied to the animals. The co-mingled litters include:

A mixed group of eight weaned puppies consisting of at least four different breeds have no form of identification.

A mixed group of one Bernadoodle, one Pomsky and one poodle puppy have no form of identification.

A mixed group of six puppies consisting of two Samoyeds and four Yorkie-type puppies which have no form of official identification.

Failure to apply an official form of identification to each puppy interferes with APHIS official's ability to identify animals and trace their movements. Official identification is also necessary to complete required paperwork including medical records.

A class "A" dealer must identify all dogs under 16 weeks old by the use of an official tag, a distinctive and legible tattoo, or

---

Prepared By:  KELLY MAXWELL

USDA, APHIS, Animal Care

Title:  ANIMAL CARE INSPECTOR

Date:
17-SEP-2021

Received by Title:  Facility Representative

Date:
17-SEP-2021



## Inspection Report

a plastic-type collar containing the required information. APHIS Officials also accept microchips or written identification attached to the enclosure (cage cards) for puppies under 16 weeks old provided that these puppies are maintained in distinct litters and provided that the cage card contains all of the required information. The licensee must apply an official form of identification to each puppy and the licensee must ensure that all dogs are properly identified at all times.

To be corrected by:  From this day forward

**2.75(a)(1)**                                        Repeat
**Records: Dealers and exhibitors.**
Female Husky (#321 or ear tattoo 73) is not documented on APHIS form 7005.  The facility representative stated that the dog is referred to as #321, but her ear tattoo is 73.  Neither number was found on APHIS form 7005.  Failure to document the required information for the dog on APHIS form 7005 interferes with APHIS officials ability to identify the dog and to trace its movements.

Two 9 week old Cavalier spaniel puppies have no documented acquisition information.  The puppies are neither documented on a cage card or on APHIS form 7005.

On July 29, 2021, the licensee gave ownership of approximately 340 dogs located at an unlicensed facility to a USDA licensed broker. The licensee has never provided the inspectors with disposition forms for these dogs.

The inspector received Certificates of Veterinary Inspection (CVI) that showed the licensee has sold puppies to private individuals, but has failed to provide the inspector with APHIS form 7006 documenting the disposition of these animals. The following dogs have a CVI, but no APHIS form 7006:

| | |
|---|---|
| **Prepared By:**   KELLY MAXWELL | **Date:** |
| USDA, APHIS, Animal Care | 17-SEP-2021 |
| **Title:**   ANIMAL CARE INSPECTOR | |
| **Received by Title:**   Facility Representative | **Date:** |
| | 17-SEP-2021 |


Three female pugs and one male pug all 4 years of age purchased by a private individual in Ohio.  CVI issued on 06/19/21.

One 8 week old male puppy purchased by a private individual in Arkansas.  CVI issued 06/05/21.

One male Cavapoo purchased by a private individual in Arkansas.  CVI issued 06/05/21.

One female 8 week old Cocker spaniel purchased by a private individual in Iowa.  CVI issued 03/08/21.

One male 8 week old Beagle/Cocker spaniel cross purchased by a private individual in Maine.  CVI issued on 03/08/21.

One 10 week old toy poodle purchased by a private individual in Pennsylvania.  CVI issued 06/19/2021.

Failure to provide the disposition information interferes with the ability of APHIS officials to identify dogs and trace their movements.

Each dealer shall make, keep, and maintain records or forms which fully and correctly disclose the required information concerning each dog or cat purchased or otherwise acquired, owned, held, or otherwise in his or her possession or under his or her control, or which is transported, euthanized, sold, or otherwise disposed of.  The licensee must add female Husky (#321/73) and her necessary information to APHIS form 7005 and the licensee must also document the required acquisition information for the cavalier puppies on either APHIS form 7005 or on a cage card.  The licensee must

| | |
|---|---|
| **Prepared By:**   KELLY MAXWELL | **Date:** |
| USDA, APHIS, Animal Care | 17-SEP-2021 |
| **Title:**   ANIMAL CARE INSPECTOR | |
| **Received by Title:**   Facility Representative | **Date:**<br>17-SEP-2021 |



complete APHIS form 7006 for the 340 dogs and private sale puppies. The licensee must ensure all required paperwork is created, maintained, and accurate at all times.

**2.75(a)(1)(i)**                    **Repeat**
**Records: Dealers and exhibitors.**
APHIS Form 7005 (Acquisition of Dogs and Cats on Hand) is incomplete. There is no acquisition information for approximately 156 dogs. Failure to provide the acquisition information does not allow APHIS officials to trace the movements of dogs.


Each dealer shall make, keep and maintain records which fully discloses the name and address of the person from whom a dog was purchased or otherwise acquired. The licensee must add the name and address for each dog to APHIS Form 7005. The licensee must ensure that APHIS Form 7005 is complete and contains the required information at all times.

**2.75(a)(1)(v)**                    **Repeat**
**Records: Dealers and exhibitors.**
APHIS form 7005 (Acquisition of Dogs and Cats on Hand) is incomplete. The date of acquisition for approximately 154 dogs is missing. The date of acquisition is necessary to complete records, identify dogs, and to trace the movements of dogs.


APHIS form 7005 is also lacking the disposition date for the dogs that are no longer at the facility. According to APHIS form 7005, there should be 155 dogs over the age of 4 months at the facility, but APHIS officials counted only 109 dogs during the inspection. The date of disposition is necessary to complete records, identify dogs, and to trace the movements of dogs.


| | | |
|---|---|---|
| **Prepared By:**  KELLY MAXWELL | | **Date:** |
| | USDA, APHIS, Animal Care | 17-SEP-2021 |
| **Title:**  ANIMAL CARE INSPECTOR | | |
| **Received by Title:**  Facility Representative | | **Date:** |
| | | 17-SEP-2021 |


Each dealer shall make, keep, and maintain records which fully and correctly disclose the date each dog was acquired. The licensee must add the acquisition dates and disposition dates to APHIS Form 7005. The licensee must ensure that APHIS Form 7005 contains all the required information at all times.

**2.75(a)(1)(vii)(C)**　　　　　　　**Repeat**
**Records: Dealers and exhibitors.**
APHIS form 7005 (Acquisition of Dogs and Cats on Hand) is incomplete. The age or date of birth for 143 dogs is missing. The age or date of birth is necessary to complete medical records and for the identification of dogs.

Each dealer shall make, keep and maintain records that fully disclose the date of birth or approximate age of each dog. The licensee must add the age or date of birth to APHIS form 7005 for each dog. The licensee must ensure that APHIS Form 7005 is complete and contains the required information at all times.

**2.75(a)(1)(viii)**　　　　　　　**Repeat**
**Records: Dealers and exhibitors.**
At least ten puppies have no transport information documented on their disposition forms. Transport information must be provided to allow APHIS officials to monitor the movement of animals from their point of origin to their final destination and to identify individuals who may have had direct contact with the puppy during transport.

Disposition forms must include all required transportation information including method of transport and the name of the carrier or intermediate handler. The licensee must ensure that all disposition forms include the required transportation information.

**2.75(a)(1)(ix)**　　　　　　　**Repeat**
**Records: Dealers and exhibitors.**

---

Prepared By:　KELLY MAXWELL

Title:　ANIMAL CARE INSPECTOR

USDA, APHIS, Animal Care

Date:
17-SEP-2021

Received by Title:　Facility Representative

Date:
17-SEP-2021


## Inspection Report

Numerous cage cards are incomplete.  The number of puppies present at the facility does not match the number of puppies documented on the cage card and there is no indication of whether the puppy was sold, died, euthanized or was otherwise disposed of. Examples of these cage cards include:

Female Samoyed (#14) has four puppies documented on her cage card, but only one is present.  Two of the puppies have "Died" documented by their names, but one puppy has no disposition information.  The facility representative stated the puppies died from Parvovirus.

Another cage card has three puppies documented, but only one is present.  There is no disposition information for the two missing puppies, but the facility representative stated they died from Parvovirus.

Another cage card has three puppies documented, but only one is present.  There is no disposition information for the two missing puppies, but the facility representative stated they died from Parvovirus.

Female Pomsky (#302) has a chocolate poodle puppy she is fostering listed on her cage card.  The poodle puppy is no longer at the facility, but there is no disposition information documented on the card.  The facility representative stated the puppy died from Parvovirus.

An enclosure containing three different litters of puppies, should have seven puppies present per their cage cards.  Only five puppies are present, but there is no disposition information for the missing puppies.  The facility representative stated the puppies had died from Parvovirus.

Prepared By:   KELLY MAXWELL
USDA, APHIS, Animal Care
Title:   ANIMAL CARE INSPECTOR

Date:
17-SEP-2021

Received by Title:   Facility Representative

Date:
17-SEP-2021


A female Bichon in the Whelping Building has five puppies listed on her cage card, but only three are present and there is no disposition information for the missing puppies. The facility representative stated the puppies had died from Parvovirus.

Failure to provide the date and method of disposition on the cage card may interfere with the ability of APHIS officials to accurately inventory the animals, identify individual dogs and to track their movements.

Each dealer shall make, keep, and maintain records or forms which fully and correctly disclose the date and method of disposition of a dog including sale, death, euthanasia, or donation. The licensee must add the date and method of disposition to the cage cards whenever necessary and ensure all records are accurate at all times.

**3.1(a)**                                          **Repeat**
**Housing facilities, general.**

Four enclosures in the whelping building have gates that are not properly secured. The gates are latched only at the bottom leaving the upper half of the gate free to be pushed or pulled open resulting in a gap large enough for a dog to stick its head or legs through. At least 25 dogs are housed in the affected enclosures.

One enclosure containing one adult Boston terrier and two puppies has a large gap in the wall beneath the access door. The puppies are small enough that they could potentially place their head or leg into the gap.

Gaps in fencing or walls that are large enough to allow a dog to place its body parts through could cause the animal to become entrapped or injured.

| | | |
|---|---|---|
| **Prepared By:** | KELLY MAXWELL | **Date:** |
| | USDA, APHIS, Animal Care | 17-SEP-2021 |
| **Title:** | ANIMAL CARE INSPECTOR | |
| **Received by Title:** | Facility Representative | **Date:** |
| | | 17-SEP-2021 |



The tile on the back wall of an enclosure, containing one adult dog and two puppies, has fallen from the wall and broken. The pieces of the tile have been placed on the top edge of the enclosure divider and are at risk of falling into the enclosure or into the enclosure on the other side of the divider which contains one adult dog and three puppies.

Falling tile could cause injury to the dogs should it land on them or break into smaller pieces that the dogs step on or consume.  The facility representative removed the broken pieces of tile at the time of the inspection.

Housing facilities for dogs and cats must be designed and constructed so that they are structurally sound. They must be kept in good repair, and they must protect the animals from injury, contain the animals securely, and restrict other animals from entering.  The licensee must eliminate the gap beneath the access door and have all the gates properly secured to ensure the dogs have no risk of entrapment or injury.  The licensee must ensure that all enclosures are safe for the dogs at all times.

**3.1(b)**                                   **Repeat**
**Housing facilities, general.**
The storage closet in the sheltered housing building contains items used for the dogs.  There is a large amount of unidentifiable dark colored material on the floor beneath the water pipe.  The closet also has a large number of spider webs hanging from the ceiling and walls and attached to the items used for the dogs.  Many of the spider webs have pieces of insulation attached to them.

The dark colored material and spider webs could collect dust, dirt and disease causing agents.

Housing facilities and areas used for storing animal food or bedding must be free of any accumulation of trash, waste

| Prepared By:   KELLY MAXWELL | Date: |
| --- | --- |
| USDA, APHIS, Animal Care | 17-SEP-2021 |
| Title:   ANIMAL CARE INSPECTOR | |

| Received by Title:   Facility Representative | Date: |
| --- | --- |
| | 17-SEP-2021 |


material, junk, weeds, and other discarded materials.  The licensee must remove the dark colored material and spider webs from the storage closest in order to reduce the risk of disease hazards towards the dogs.

**3.1(c)(1)(ii)**                              Repeat

**Housing facilities, general.**

Two huskies have access to a shelter which has screws located along the top of the access door and the sharp ends are protruding into the interior of the shelter at the level of the dogs.

One female poodle has access to a shelter which has screws located along the top of the access door and the sharp ends are protruding into the interior of the shelter at the level of the dog.

One female Boston terrier has access to a metal strip that has detached from a post and bent outward creating a sharp point at the level of the dog.

Three Corgis have access to a shelter which has screws located along the top of the access door and the sharp ends are protruding into the interior of the shelter at the level of the dogs.

Sharp points could cause injury to the dogs.

Housing facilities must be free of sharp points and jagged edges. The licensee must alter the sharp points in a manner that eliminates the risk of injury to the dogs. The licensee must ensure that all enclosures are safe for the dogs at all times.

**3.1(e)**                              Repeat

| | |
|---|---|
| **Prepared By:**   KELLY MAXWELL | **Date:** |
|                   USDA, APHIS, Animal Care | 17-SEP-2021 |
| **Title:**   ANIMAL CARE INSPECTOR | |
| **Received by Title:**   Facility Representative | **Date:** |
| | 17-SEP-2021 |


## Inspection Report

**Housing facilities, general.**

One open bag of dog food is sitting on the floor of the Whelping Building.  Open bags of dog food are at risk of contamination from pests such as flies and mice, as well as allowing humidity and liquids to contact the food potentially causing it to cake or mold.

Supplies of food and bedding must be stored in a manner that protects the supplies from spoilage, contamination, and vermin infestation.  All open supplies of food and bedding must be kept in leakproof containers with tightly fitting lids to prevent contamination and spoilage.  The licensee must place the open bag of dog food into a leak-proof container with a tightly fitted lid in order to protect it from any contaminates.  The facility representative placed the bag of food into a compliant container at the time of the inspection.

**3.1(f)**                                    **Repeat**

**Housing facilities, general.**

The waste from the sheltered building and covered outdoor enclosures runs through a concrete drain in the floor that disposes of the waste directly outside the building.  A large pool of feces, hair, urine and other waste material has collected on the immediate outside of the building.  A large number of insects are swarming around the pool and climbing up the walls of the building.

The inspectors moved a shelter in one covered outdoor enclosure and found a large pile of feces and other organic material beneath it that had failed to drain from the enclosure.  The inspector smelled a foul odor that was permeating from the feces pile.  Two huskies are housed in this enclosure.  The enclosure directly next to the huskies has liquid draining down the back wall from the sheltered building.

| | |
|---|---|
| **Prepared By:**   KELLY MAXWELL | **Date:** |
|                   USDA, APHIS, Animal Care | 17-SEP-2021 |
| **Title:**   ANIMAL CARE INSPECTOR | |
| **Received by Title:**   Facility Representative | **Date:** |
| | 17-SEP-2021 |



# Inspection Report

Drains and drainage areas that are not properly maintained could result in a buildup of waste that could attract pests, create odors, soil animals, and increase the risk of disease hazards.

Disposal and drainage systems must minimize vermin and pest infestation, insects, odors, and disease hazards. All drains must be properly constructed, installed, and maintained. The licensee must alter all the drains in a manner that moves the pool of waste away from the exterior of the sheltered building and also eliminates the area of waste in the dog enclosures. The licensee must ensure that all drains are working properly at all times.

**3.3(e)(1)(iii)**                                        **Repeat**
**Sheltered housing facilities.**
Three enclosures in the sheltered housing building, containing a total of 2 adult dogs and 10 puppies, have a window that is framed in wood and is located at the level of the dogs. The wooden window frame had been painted, but the dogs have chewed and damaged the wood causing it to no longer be impervious to moisture.

Surfaces of enclosures that have potential contact with dogs must be impervious to moisture in order to allow for proper cleaning and sanitizing of the surface to prevent the buildup of debris and other materials that can harbor contaminated and potentially disease-causing agents.

All walls and other surfaces in contact with animals must be impervious to moisture. The licensee must alter the wooden window frames in a manner that makes them impervious to moisture in order to allow proper cleaning and sanitization of the surface to occur.

**3.6(a)(2)(x)**
**Primary enclosures.**

| | |
|---|---|
| Prepared By:   KELLY MAXWELL | Date: |
|                    USDA, APHIS, Animal Care | 17-SEP-2021 |
| Title:   ANIMAL CARE INSPECTOR | |
| | |
| Received by Title:   Facility Representative | Date: |
| | 17-SEP-2021 |


All of the enclosures in the whelping building, housing approximately 111 adults and 87 puppies, have non-compliant flooring. The floors are constructed of composite boards that are approximately 3 to 4 inches wide, but the gaps between the boards are wide enough that the legs of puppies and adult dogs will easily fall through them. The inspectors observed the feet and legs of numerous puppies and adult dogs pass through the openings in the floors. The non-compliant flooring had been identified by inspectors months previously, but the licensee has done nothing to bring the flooring into compliance even after the inspectors reminded him at subsequent inspections.

Openings in the flooring that are large enough to allow the dogs' feet and legs to pass through could cause serious injury to the animals.

Primary enclosures must have floors constructed in a manner that does not allow the dogs' feet to pass through any openings in the floor. The licensee must alter the floors in a manner that will not allow the feet of the dogs to pass through. The licensee must ensure that all flooring is safe for the dogs at all times.

To be corrected by: 01-October-2021

**3.6(c)(2)**
**Primary enclosures.**
A three month old puppy is housed with an adult dog that is not its dam or foster dam. Puppies under 16 weeks old are not well socialized or accustomed to the dynamics of competing for food or water with other dogs and may not be able to fend for themselves against aggressive or dominant adult dogs.

Puppies under 16 weeks (4 months) of age may not be housed in the same primary enclosure with adult dogs, other than

---

Prepared By:   KELLY MAXWELL

Title:   ANIMAL CARE INSPECTOR

USDA, APHIS, Animal Care

Date:
17-SEP-2021

Received by Title:   Facility Representative

Date:
17-SEP-2021


the dam or foster. The licensee must house the puppy in an enclosure that does not contain adults which are not its dam or foster dam. The licensee must ensure that all dogs that are group housed are compatible at all times.

To be corrected by: End of business 18-September-2021

**3.9(b)**          **Direct**          **Repeat**
**Feeding**
Female poodle (tag #371) has an emaciated body condition with a Body Condition Score of 3 out of 9 as determined by the Veterinary Medical Officer. Examination of her metal self-feeder revealed it contained moldy food that is mixed with the fresh food.

One female Boston terrier also has moldy food inside her metal self feeder with a hard section of caked feed beneath the fresh food.

Male Australian shepherd (tag #272) has caking of the feed inside the metal self feeder. A large section of caked feed is located beneath the fresh food and moldy food is mixed into the fresh food.

Two Golden retrievers have caked food inside their metal self feeder. The caked feed is embedded into a dried black substance.

Six puppies have caked and deteriorating feed inside their metal self feeder.

One adult Shiba Inu has an excessive amount of wood shavings mixed into her feed. The amount of shavings in the feed

---

Prepared By:   KELLY MAXWELL

Title:   ANIMAL CARE INSPECTOR

USDA, APHIS, Animal Care

Date:
17-SEP-2021

Received by Title:   Facility Representative

Date:
17-SEP-2021



is large enough to interfere with the dog's ability to eat the food without also consuming shavings.

Four puppies have an excessive amount of wood shavings mixed into their wet food. The puppies cannot consume the food without also ingesting the wood shavings.

Six golden doodles have an excessive amount of wood shavings covering their food. The dogs cannot access the food without potentially consuming the wood shavings.

Four adult dogs have an excessive amount of wood shavings covering their food. A thick layer of shavings are piled on top of the feed and the dog's cannot consume the food without first penetrating the layer of shavings.

Contaminated food may interfere with a dog's desire to eat and its ability to receive adequate nutrition which could result in poor body condition, illness, and other serious health issues.

Food receptacles must be located so as to minimize contamination. Measures must be taken to prevent molding, caking and deterioration of the feed. The licensee must remove all moldy, caked, and contaminated food from the feeders and ensure the dogs are provided with clean and uncontaminated food at all times.

**3.11(b)(4)**         **Direct**         **Repeat**
**Cleaning, sanitization, housekeeping, and pest control.**
One outdoor shelter, accessed by a total of 16 puppies between 8 and 12 weeks of age, contains straw bedding material. The majority of the straw bedding is dark in color and compacted together in a solid pile and the inspector had to pull the layers of straw apart. The layers of straw were wet, dirty, moldy and the material has a strong odor of mold. Blue plastic

| | | |
|---|---|---|
| **Prepared By:**   KELLY MAXWELL | | **Date:** |
|                     USDA, APHIS, Animal Care | | 17-SEP-2021 |
| **Title:**   ANIMAL CARE INSPECTOR | | |

| | | |
|---|---|---|
| **Received by Title:**   Facility Representative | | **Date:** |
| | | 17-SEP-2021 |


material was found mixed into and laying on top of the straw bedding.  All 16 puppies with access to this contaminated, dirty bedding material are under treatment for a cough, intestinal parasites and external parasites.  The inspector observed one of the sick puppies lying in the bedding material with its nose burrowed down into the contaminated straw.

Bedding material contaminated by waste, mold, dirt, and plastic may cause the animals to become wet and soiled, as well as raise the risk of disease hazards and irritate or worsen  existing medical conditions.

Pens, runs, and outdoor housing areas using material that cannot be sanitized using the methods provided in the regulations, such as gravel, sand, grass, earth, or absorbent bedding, must be sanitized by removing the contaminated material as necessary to prevent odors, diseases, pests, insects, and vermin infestation. The licensee must ensure that all contaminated bedding material is removed from the shelter as often as necessary to prevent soiling of the animals, as well eliminate odors, insects and mold and other disease hazards.

**3.11(c)**                                             **Repeat**
**Cleaning, sanitization, housekeeping, and pest control.**
The sheltered housing building is surrounded by overgrown vegetation on the north, south and west sides.  Overgrown vegetation could attract pests such as mice and insects as well as interfere with the ability of inspectors to examine the building's exterior.

Weeds, grasses, and bushes must be controlled so as to facilitate cleaning of the premises and pest control, and to protect the health and well-being of the animals.  The licensee must alter the overgrown vegetation in a manner that reduces the risk of attracting pests and allows inspectors to be able to fully examine the exterior of the builiding.

**3.11(d)**                                             **Repeat**

| | |
|---|---|
| **Prepared By:**   KELLY MAXWELL | **Date:** |
|                             USDA, APHIS, Animal Care | 17-SEP-2021 |
| **Title:**    ANIMAL CARE INSPECTOR | |
| **Received by Title:**    Facility Representative | **Date:** |
| | 17-SEP-2021 |



# Inspection Report

**Cleaning, sanitization, housekeeping, and pest control.**

Within the sheltered housing building there are two storage cabinets which have a heavy accumulation of mouse feces.

An excessive amount of rodent feces are located along the top edge of the back wall of the covered outdoor enclosures.

The divider fencing between the enclosures sits on top of a short cinder block wall and rodent feces are located along the

top of this wall block wall.  Large amounts of rodent feces are located in the enclosures that have no dogs.   No pest

control is located around the covered outdoor enclosures.  Failure to control pests such as rodents could cause

contamination of food sources, as well as raise the risk of disease hazards.


An effective program for the control of insects, external parasites affecting dogs and cats, and birds and mammals that

are pests, must be established and maintained.  The licensee must establish an effective plan to control the mice and the

licensee must ensure that all pest control programs are effective at all times.

**3.12**                  **Direct**

**Employees**

APHIS officials identified 24 non-compliant items during the inspection which includes 8 dogs in need of veterinary care.

The facility currently has approximately 3 staff members including the licensee to provide care for over 262 dogs. The

facility does not have enough employees to maintain compliance.  Failure to have a sufficient number of employees to

maintain the facility in compliance with the Animal Welfare Act could have a serious impact on the health and well-being

of the animals.


Each person subject to the Animal Welfare regulations maintaining dogs must have enough employees to carry out the

level of husbandry practices and care required.  The licensee must ensure he has a sufficient number of employees to

maintain the facility and dogs in a state of compliance at all times.


| Prepared By: | KELLY MAXWELL | Date: |
|---|---|---|
| | USDA, APHIS, Animal Care | 17-SEP-2021 |
| Title: | ANIMAL CARE INSPECTOR | |

| Received by Title: | Facility Representative | Date: |
|---|---|---|
| | | 17-SEP-2021 |


# Inspection Report

To be corrected by:  From this day forward

**3.13(a)(3)**            **Direct**          **Repeat**

**Veterinary care for dogs.**

According to the facility representative, this kennel is currently experiencing an outbreak of Parvovirus resulting in the deaths of numerous puppies and multiple puppies originating from this facility have tested positive for Parvovirus and another puppy has tested positive for Distemper.

Review of the Program of Veterinary Care revealed that vaccination for Parvovirus should be given at 4 weeks of age and 6 weeks of age.  The licensee is vaccinating for Parvovirus at 4, 5, 6, 7, and 8 weeks of age.

The schedule for vaccinating for Distemper in the Program of Veterinary Care is 5 weeks and 7 weeks of age.  The licensee is vaccinating for Distemper at 4, 5, 6, and 7 weeks of age.

Failure to follow the vaccination schedule in the Program of Veterinary Care, which has been reviewed and signed by the facilities Attending Veterinarian, does not ensure the puppies are receiving appropriate protection against serious and deadly diseases including Parvovirus and Distemper.

Each dealer must follow an appropriate program of veterinary care for dogs that is developed, documented in writing, and signed by the attending veterinarian and includes a schedule for the vaccination of contagious and /or deadly diseases of dogs.  The licensee must follow the vaccination schedule documented in the Program of Veterinary Care to ensure the puppies are receiving adequate protection against contagious and/or deadly diseases.

Prepared By:   KELLY MAXWELL                                                      **Date:**

                                      USDA, APHIS, Animal Care              17-SEP-2021

Title:   ANIMAL CARE INSPECTOR

Received by Title:   Facility Representative                                      **Date:**

                                                                                          17-SEP-2021



The Program of Veterinary Care is incomplete. The section for parasites states:


Ectoparasites:  10% weekly- Frontline spray

Bloodparasites: 10% every other monthly

Intestinal parasites: 10% every other monthly (fen/benmetro and Toltazurl)


The facility representative was not sure what the statement for ectoparasites is supposed to mean and he has not been using Frontline spray.  The facility representative did not know what the blood parasite and intestinal parasite statements are supposed to mean.


The sections for blood parasites does not define the plan for sampling and treatment. The section for intestinal parasites does not define the plan for sampling and the plan for  treatment of adult dogs and puppies.


An incomplete Program of Veterinary Care does not ensure that prevention and treatment of parasites is conducted appropriately which could have a negative impact on the health and well-being of the dogs.


Each dealer must follow an appropriate program of veterinary care for dogs that is developed, documented in writing, and signed by the attending veterinarian that includes sampling and treatment of parasites and other pests (including fleas, worms, coccidia, giardia, and heartworm). The licensee must define in writing a complete plan for sampling and treatment of ectoparasites, blood parasites and intestinal parasites.

**3.13(b)(1)**           **Direct**           **Repeat**

---

| | | |
|---|---|---|
| **Prepared By:**   KELLY MAXWELL | **Date:** | |
| Title:   ANIMAL CARE INSPECTOR | USDA, APHIS, Animal Care | 17-SEP-2021 |
| **Received by Title:**   Facility Representative | **Date:** | |
| | 17-SEP-2021 | |


## Inspection Report

**Veterinary care for dogs.**

The licensee uses cage cards to document when and what type of vaccinations the puppies receive while at the facility.

The licensee sold puppies who then tested positive for Parvovirus and/or Distemper. The inspectors received APHIS form 7006 which listed each of these sick puppies along with an official identification number. The inspectors requested the cage cards for these sick puppies in order to review the vaccinations that had been administered to the puppies, but the identification numbers on the cage cards and APHIS form 7006 did not match and the inspectors were unable to determine if the vaccination records belonged to the sick puppies and if the puppies had ever received the vaccinations.

Female Doberman (tag #487) was previously under a treatment plan. The medical record documenting the treatment she received does not include her official identification number.

Female Husky (ear tattoo #73) has a medical record containing information concerning an abnormality. The record has #321 documented as her official identification number, but the dog has #73 tattooed inside her ear and has never been assigned any other identification number such as a metal tag. The facility representative said they have always referred to her as #321 as that is what he thought her ear tattoo was.

Medical records and other documents which lack proper animal identification interferes in the ability of APHIS officials to determine if an animal has received adequate veterinary care including vaccinations for serious and potentially deadly diseases.

Dealers must keep copies of medical records for dogs and make the records available for APHIS inspection. These records must include the identity of the animal, including identifying marks, tattoos, or tags on the animal and the animal's

| | | |
|---|---|---|
| **Prepared By:** KELLY MAXWELL | | **Date:** |
| | USDA, APHIS, Animal Care | 17-SEP-2021 |
| **Title:** ANIMAL CARE INSPECTOR | | |

| | | |
|---|---|---|
| **Received by Title:** Facility Representative | | **Date:** |
| | | 17-SEP-2021 |



breed, sex, and age.  The licensee must ensure that all documents, including cage cards and APHIS form 7006, contain

the proper identification number in order to allow APHIS officials to determine which animal the paperwork belongs to.

**3.13(b)(2)**                                      **Repeat**
**Veterinary care for dogs.**

The licensee is treating 16 golden retriever puppies for fleas with Ivomec pour-on.  The facility representative stated that

he mixes the Ivomec pour-on with oil and does not have an exact dosage for applying it to the animals.  The facility

representative presented written instructions for the Ivomec pour-on that were approved by the Attending Veterinarian, but

the instructions do not include a dosage or the approval for the product  to be mixed with oil.  An incomplete treatment

plan does not ensure the dogs are receiving adequate veterinary care.


Female Doberman (tag #487) was previously receiving veterinary treatment and was re-evaluated by a licensed

veterinarian during the week of September 6th, and it was determined that she requires further treatment.  There is no

medical record of this examination or of the new treatment plan.  Failure to create and maintain a medical record

interferes with APHIS officials ability to ensure the dog is receiving adequate veterinary care.


Dealers must keep copies of medical records for dogs and make the records available for APHIS inspection.  Should a

problem be identified, these records must include the date and a description of the problem, examination findings, test

results, the plan for treatment and care as well as any treatment procedures performed.  The licensee must ensure the

plan to use the Ivomec pour-on is complete with all necessary details and the licensee must also create a medical record

for the Doberman documenting the evaluation and treatment plan.  The licensee must ensure that all treatment plans are

fully and completely documented at all times.


This inspection and exit interview were conducted with the facility representative.

Prepared By:   KELLY MAXWELL                                              Date:
                                          USDA, APHIS, Animal Care        17-SEP-2021
        Title:   ANIMAL CARE INSPECTOR


Received by Title:   Facility Representative                              Date:
                                                                          17-SEP-2021



Additional Inspectors:

AUTUMN UNCK, VETERINARY MEDICAL OFFICER

Paige Johnson, ANIMAL CARE INSPECTOR

**Prepared By:**   KELLY MAXWELL

USDA, APHIS, Animal Care

**Date:**
17-SEP-2021

**Title:**   ANIMAL CARE INSPECTOR

**Received by Title:**   Facility Representative

**Date:**
17-SEP-2021

Page 25 of 25


# Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 506618 | 42-A-1632 | 001 | DANIEL GINGERICH | 15-SEP-2021 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000109 | *Canis lupus familiaris* | DOG ADULT |
| 000153 | *Canis lupus familiaris* | DOG PUPPY |
| 000262 | **Total** | |



**CFR:3.3(e)(1)(iii)**

**Photographer:** Kelly Maxwell

**Date and Time:** Wed Sep 15 15:15:00 GMT 2021

**Inspection No:** 2016090000713791

**Certificate:** 42-A-1632

**Legal Name:** DANIEL GINGERICH

**Facility Name:** DANIEL GINGERICH

**Description:** Window frame chewed and damaged.



**CFR:3.9(b)**

**Photographer:** Kelly Maxwell  **Certificate:** 42-A-1632
**Date and Time:** Wed Sep 15 17:50:00 GMT 2021  **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000713791  **Facility Name:** DANIEL GINGERICH
**Description:** Puppy food mixed with excessive amount of wood shavings.



**CFR:3.11(b)(4)**

**Photographer:** Kelly Maxwell **Certificate:** 42-A-1632
**Date and Time:** Wed Sep 15 16:45:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000713791 **Facility Name:** DANIEL GINGERICH
**Description:** Puppy with nose in moldy straw bedding.



**CFR:3.9(b)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 16:30:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791      **Facility Name:** DANIEL GINGERICH

**Description:** Caked feed and black substance.



**CFR:3.9(b)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 16:25:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791

**Facility Name:** DANIEL GINGERICH

**Description:** Moldy food in dog feeder.



**CFR:3.9(b)**

**Photographer:** Kelly Maxwell

**Date and Time:** Wed Sep 15 16:09:00 GMT 2021

**Inspection No:** 2016090000713791

**Description:** Moldy food in dog feeder.

**Certificate:** 42-A-1632

**Legal Name:** DANIEL GINGERICH

**Facility Name:** DANIEL GINGERICH

**CFR:3.13(a)(3)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 18:40:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791

**Facility Name:** DANIEL GINGERICH

**Description:** PVC showing how often puppies should be vaccinated for Parvo and Distemper. PVC also has incomplete parasite section and no sampling plan.



**CFR:3.6(a)(2)(x)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 17:35:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791

**Facility Name:** DANIEL GINGERICH

**Description:** Puppy's foot passing through openings in floor.



**CFR:3.11(b)(4)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 16:45:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791      **Facility Name:** DANIEL GINGERICH

**Description:** Wet, moldy straw bedding in dog shelter.



**CFR:3.9(b)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 16:30:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791

**Facility Name:** DANIEL GINGERICH

**Description:** Caked and deteriorating food in dog feeder.



**CFR:3.11(d)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 16:00:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791      **Facility Name:** DANIEL GINGERICH

**Description:** Rodent feces along divider wall.



CFR:3.11(c)

**Photographer:** Kelly Maxwell  **Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 16:35:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791  **Facility Name:** DANIEL GINGERICH

**Description:** Overgrown vegetation along sheltered housing building.



**CFR:3.13(b)(1)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632
**Date and Time:** Wed Sep 15 16:00:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000713791      **Facility Name:** DANIEL GINGERICH
**Description:** Female Husky has wrong ID number on her medical record.



CFR:3.13(b)(2)

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 18:15:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791

**Facility Name:** DANIEL GINGERICH

**Description:** Procedure for Ivomec pour on is incomplete. Missing dosage and authorization to mix with oil.



**CFR:3.13(b)(2)**

**Photographer:** Kelly Maxwell

**Date and Time:** Wed Sep 15 15:15:00 GMT 2021

**Inspection No:** 2016090000713791

**Certificate:** 42-A-1632

**Legal Name:** DANIEL GINGERICH

**Facility Name:** DANIEL GINGERICH

**Description:** Female Doberman (487) has been re-evaluated for eye. No documentation of exam and treatment plan.



CFR:3.13(a)(3);3.13(b)(1)

**Photographer:** Kelly Maxwell

**Date and Time:** Wed Sep 15 18:25:00 GMT 2021

**Inspection No:** 2016090000713791

**Certificate:** 42-A-1632

**Legal Name:** DANIEL GINGERICH

**Facility Name:** DANIEL GINGERICH

**Description:** Cage card containing documentation of vaccinations. Puppies are not vaccinated according to PVC. Puppy ID does not match disposition forms.



**CFR:3.6(a)(2)(x)**

**Photographer:** Kelly Maxwell          **Certificate:** 42-A-1632
**Date and Time:** Wed Sep 15 17:45:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000713791     **Facility Name:** DANIEL GINGERICH
**Description:** Puppy's feet passing through openings in floor.



**CFR:3.11(c)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 15:55:00 GMT 2021    **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791      **Facility Name:** DANIEL GINGERICH

**Description:** Overgrown vegetation around sheltered building.



**CFR:3.3(e)(1)(iii)**

**Photographer:** Kelly Maxwell     **Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 15:15:00 GMT 2021   **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791     **Facility Name:** DANIEL GINGERICH

**Description:** Chewed and damaged window frame.



CFR:3.9(b)

**Photographer:** Kelly Maxwell    **Certificate:** 42-A-1632
**Date and Time:** Wed Sep 15 18:00:00 GMT 2021  **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000713791    **Facility Name:** DANIEL GINGERICH
**Description:** Excessive amount of wood shavings in dog food.



**CFR:3.13(b)(1)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 15:15:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791

**Facility Name:** DANIEL GINGERICH

**Description:** Female Doberman (487) has no ID on medical record.



**CFR:3.1(c)(1)(ii)**

**Photographer:** Kelly Maxwell
**Certificate:** 42-A-1632
**Date and Time:** Wed Sep 15 16:00:00 GMT 2021
**Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000713791
**Facility Name:** DANIEL GINGERICH
**Description:** Sharp screws penetrating through shelter wall.



**CFR:3.11(d)**

**Photographer:** Kelly Maxwell     **Certificate:** 42-A-1632
**Date and Time:** Wed Sep 15 15:40:00 GMT 2021  **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000713791     **Facility Name:** DANIEL GINGERICH
**Description:** Rodent droppings in cabinet inside sheltered housing building.



**CFR:3.9(b)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 17:50:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791      **Facility Name:** DANIEL GINGERICH

**Description:** Puppy food mixed with excessive amount of wood shavings.



**CFR:3.9(b)**

**Photographer:** Kelly Maxwell     **Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 18:00:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791     **Facility Name:** DANIEL GINGERICH

**Description:** Excessive amount of wood shavings in dog food.



CFR:3.13(b)(1)

**Photographer:** Kelly Maxwell          **Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 16:00:00 GMT 2021  **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791          **Facility Name:** DANIEL GINGERICH

**Description:** Female Husky has wrong ID number on her medical record.



**CFR:3.6(c)(2)**

**Photographer:** Kelly Maxwell

**Date and Time:** Wed Sep 15 17:45:00 GMT 2021

**Inspection No:** 2016090000713791

**Certificate:** 42-A-1632

**Legal Name:** DANIEL GINGERICH

**Facility Name:** DANIEL GINGERICH

**Description:** Three month old puppy housed with two adults. One adult is not its dam or foster dam.



CFR:3.1(f)

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 16:00:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791

**Facility Name:** DANIEL GINGERICH

**Description:** Pile of manure and waste that was located under a dog shelter. Shelter was slid out of way.



**CFR:3.1(b)**

**Photographer:** Kelly Maxwell **Certificate:** 42-A-1632
**Date and Time:** Wed Sep 15 15:35:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000713791 **Facility Name:** DANIEL GINGERICH
**Description:** Spider webs in closet containing insulation.



**CFR:3.1(e)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 18:00:00 GMT 2021   **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791      **Facility Name:** DANIEL GINGERICH

**Description:** Open bag of dog food.



**CFR:2.50(a)(2)**

**Photographer:** Kelly Maxwell                    **Certificate:** 42-A-1632
**Date and Time:** Wed Sep 15 15:11:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000713791              **Facility Name:** DANIEL GINGERICH
**Description:** Co-mingled litters of puppies. Puppies have no form of ID.



**CFR:3.1(c)(1)(ii)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 16:20:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791      **Facility Name:** DANIEL GINGERICH

**Description:** Sharp point created by piece of metal.



**CFR:3.1(b)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 15:35:00 GMT 2021    **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791      **Facility Name:** DANIEL GINGERICH

**Description:** Waste material under water pipe.



CFR:2.75(a)(1)(i);2.75(a)(1)(v);2.75(a)(1)(vii)(C)

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 18:50:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791

**Facility Name:** DANIEL GINGERICH

**Description:** No acquisition date, no acquisition information, no date of birth.



**CFR:3.1(a)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Thu Sep 16 03:25:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791      **Facility Name:** DANIEL GINGERICH

**Description:** Gap under access door.



CFR:3.1(f)

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 16:00:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791

**Facility Name:** DANIEL GINGERICH

**Description:** Pile of manure and waste that was located under a dog shelter. Shelter was slid out of way.



**CFR:3.1(a);3.6(a)(2)(x)**

**Photographer:** Kelly Maxwell

**Date and Time:** Wed Sep 15 17:05:00 GMT 2021

**Inspection No:** 2016090000713791

**Certificate:** 42-A-1632

**Legal Name:** DANIEL GINGERICH

**Facility Name:** DANIEL GINGERICH

**Description:** Gates are only latched at bottoms. Gaps in flooring are large enough for foot to fall through.



**CFR:3.1(a);3.6(a)(2)(x)**

**Photographer:** Kelly Maxwell

**Date and Time:** Wed Sep 15 17:05:00 GMT 2021

**Inspection No:** 2016090000713791

**Certificate:** 42-A-1632

**Legal Name:** DANIEL GINGERICH

**Facility Name:** DANIEL GINGERICH

**Description:** Gates are only latched at bottoms. Gaps in flooring are large enough for foot to fall through.

CFR:2.75(a)(1)(ix)

**Photographer:** Kelly Maxwell
**Certificate:** 42-A-1632
**Date and Time:** Thu Sep 16 03:30:00 GMT 2021
**Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000713791
**Facility Name:** DANIEL GINGERICH
**Description:** Cage card does not match number of puppies at facility.



CFR:2.75(a)(1)(i);2.75(a)(1)(v);2.75(a)(1)(vii)(C)

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 18:50:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791

**Facility Name:** DANIEL GINGERICH

**Description:** No acquisition date, no acquisition information, no date of birth.



**CFR:3.1(c)(1)(ii)**

**Photographer:** Kelly Maxwell  **Certificate:** 42-A-1632
**Date and Time:** Wed Sep 15 16:20:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000713791  **Facility Name:** DANIEL GINGERICH
**Description:** Screws sticking through dog shelter.



**CFR:2.50(a)(2)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 15:11:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791

**Facility Name:** DANIEL GINGERICH

**Description:** Co-mingled litters of puppies. Puppies have no form of ID.



**CFR:3.1(b)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 15:35:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791      **Facility Name:** DANIEL GINGERICH

**Description:** Waste material under water pipe.



**CFR:3.1(a)**

**Photographer:** Kelly Maxwell          **Certificate:** 42-A-1632

**Date and Time:** Thu Sep 16 03:25:00 GMT 2021  **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791      **Facility Name:** DANIEL GINGERICH

**Description:** Broken tile sitting on top ledge of enclosure wall.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632
**Date and Time:** Wed Sep 15 17:40:00 GMT 2021    **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000713791      **Facility Name:** DANIEL GINGERICH
**Description:** Female Pomsky (582) has overgrown toenails.



**CFR:3.3(e)(1)(iii)**

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632
**Date and Time:** Wed Sep 15 15:15:00 GMT 2021   **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000713791      **Facility Name:** DANIEL GINGERICH
**Description:** Window frame chewed and damaged.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell | **Certificate:** 42-A-1632
**Date and Time:** Wed Sep 15 16:15:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000713791 | **Facility Name:** DANIEL GINGERICH
**Description:** Female Poodle (#371) has a poor body condition.



CFR:2.40(b)(2)

**Photographer:** Kelly Maxwell      **Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 15:20:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791      **Facility Name:** DANIEL GINGERICH

**Description:** Female Bichon puppy is lethargic and shows symptoms of poor health.



**CFR:3.1(f)**

**Photographer:** Kelly Maxwell     **Certificate:** 42-A-1632
**Date and Time:** Wed Sep 15 16:30:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000713791  **Facility Name:** DANIEL GINGERICH
**Description:** Pool of waste with insects next to sheltered building.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell **Certificate:** 42-A-1632
**Date and Time:** Wed Sep 15 17:40:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000713791 **Facility Name:** DANIEL GINGERICH
**Description:** Female Pomsky (582) has overgrown toenails.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 16:50:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791

**Facility Name:** DANIEL GINGERICH

**Description:** Female Golden retriever (#581) has poor body condition and showing symptoms of poor health.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell          **Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 16:05:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791          **Facility Name:** DANIEL GINGERICH

**Description:** Female Cavalier (#325) with overgrown toenails.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 16:50:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791

**Facility Name:** DANIEL GINGERICH

**Description:** Female Golden retriever (#576) is lethargic and showing symptoms of poor health.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell **Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 16:25:00 GMT 2021 **Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791 **Facility Name:** DANIEL GINGERICH

**Description:** Male Australian shepherd (272) has poor dental health.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell    **Certificate:** 42-A-1632
**Date and Time:** Wed Sep 15 16:05:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000713791    **Facility Name:** DANIEL GINGERICH
**Description:** Female Cavalier (#325) with overgrown toenails.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell

**Certificate:** 42-A-1632

**Date and Time:** Wed Sep 15 16:50:00 GMT 2021

**Legal Name:** DANIEL GINGERICH

**Inspection No:** 2016090000713791

**Facility Name:** DANIEL GINGERICH

**Description:** Physical exam of female Golden retriever puppy (707). Puppy is lethargic with activity level of other puppies for comparison.



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell
**Certificate:** 42-A-1632
**Date and Time:** Wed Sep 15 15:20:00 GMT 2021 **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000713791
**Facility Name:** DANIEL GINGERICH
**Description:** Female Bichon puppy is lethargic, dull (under dog feeder).



**CFR:2.40(b)(2)**

**Photographer:** Kelly Maxwell                    **Certificate:** 42-A-1632
**Date and Time:** Wed Sep 15 16:40:00 GMT 2021    **Legal Name:** DANIEL GINGERICH
**Inspection No:** 2016090000713791                **Facility Name:** DANIEL GINGERICH
**Description:** Female Golden retriever puppy (707, has yellow collar) is lethargic and showing symptoms of poor health.