# EXHIBIT T –
# April 7, 2021 Site 1 Routine Inspection Report


United States Department of Agriculture
Animal and Plant Health Inspection Service

KMAXWELL
**2016090000575029** Insp_id

## Inspection Report

DANIEL GINGERICH

3125 Davis Rd
SEYMOUR, IA 52590

Customer ID: **506618**

Certificate: **42-A-1632**

Site: 001

DANIEL GINGERICH

Type: ROUTINE INSPECTION

Date: 07-APR-2021

**2.1(a)(1)**

**Requirements and application.**

The licensee holds a Class “A” license to sell dogs born and raised on his premises. The licensee acquired nine French bulldog puppies that were not born and raised on his premises and then resold them. Selling puppies that were not born and raised on the licensee’s premises is not an activity that is allowed to be conducted under a Class “A” license. Purchasing and reselling animals not born and raised on the premises (“brokering”) requires a Class “B” license. Conducting regulated activity without a valid USDA license is a violation of the Animal Welfare Act. The licensee must either obtain a Class “B” license in order to sell dogs born and raised on other properties or the licensee must ensure he conducts only activities that are allowed under a Class “A” license.

To be corrected by: The licensee was instructed at the time of the inspection, and during the exit briefing, that proceeding with conducting any brokering activities without a valid USDA “B” license will continue to be a violation of the Animal Welfare Act.

**2.40(b)(2)**

**Attending veterinarian and adequate veterinary care (dealers and exhibitors).**

Female Cocker Spaniel (#16B) has a severely matted hair coat. Matted hair is located along the entire length of the backside of all four legs. The mats are interwoven together to form large sections of matted hair which are thick and held

**Prepared By:** KELLY MAXWELL — USDA, APHIS, Animal Care — **Date:** 13-APR-2021

**Title:** ANIMAL CARE INSPECTOR

**Received by Title:** Facility Representative — **Date:** 13-APR-2021

Page 1 of 14

United States Department of Agriculture
Animal and Plant Health Inspection Service

KMAXWELL
**2016090000575029** Insp_id

**Inspection Report**

tightly against the skin. Large clumps of matted hair are located across the top of the dog's head and behind the right and left ears. A large section of tightly matted hair is located on the exterior surface of both the left and right ear and is tight against the skin. Large clumps of grey colored tightly matted hair are attached to the top and bottom of both hind feet. The inspector had to pull the hair apart in order to identify the dog's toenails. Severely matted hair coats could cause pain and discomfort to the animal as well as lead to further health issues.

Each dealer must use appropriate methods to prevent, control, diagnose and treat injuries and illnesses. The licensee must have all the matted hair removed from this dog's hair coat. The licensee must ensure that the hair coats of all dogs remain free of matted hair at all times in order to support their health and well-being.

To be corrected by: April 16, 2021

**2.75(a)(1)**

**Records: Dealers and exhibitors.**

The licensee is missing the acquisition information for the following animals:

• Five hundred and five puppies that were sold

• Two adult English Springer spaniels

• Two 5 month old yellow Australian shepherds

• One adult male Yorkshire terrier

• Approximately 4 adult Havanese

The facility currently has 3 litters of puppies located in Pen 1, Pen 19, and Pen 20 (approximately 12 puppies) that have no recorded acquisition information.

The licensee is missing both the acquisition and disposition information for the following animals:

**Prepared By:** KELLY MAXWELL
USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR
**Date:** 13-APR-2021

**Received by Title:** Facility Representative
**Date:** 13-APR-2021

Page 2 of 14



United States Department of Agriculture
Animal and Plant Health Inspection Service

KMAXWELL
**2016090000575029** Insp_id

**Inspection Report**

• One adult female Soft Coated Wheaton terrier

• All adult German shepherds that may have sire or whelped the following litters:

o Litter born on 5/2/20

o Litter born on 12/4/20

• All adult Boxers that may have sired or whelped the following litters:

o Litter born on 3/5/20

o Litter born on 5/25/20

• All adult Eskimos that may have sired or whelped the following litters:

o Litter born on 11/25/19

o Litter born on 11/18/20

o Litter born on 3/12/20

o Litter born on 3/21/20

o Litter born on 3/27/20

o Litter born on 5/8/20

o Litter born on 5/4/20

o Litter born on 3/28/20

Failure to provide acquisition and disposition information does not allow APHIS officials to trace animals to premises where they have resided or are currently located and can interfere with the ability to properly identify dogs.

Each dealer shall make, keep, and maintain records or forms which fully and correctly disclose all required information concerning each dog purchased or otherwise acquired, owned, held, or otherwise in his or her possession or under his or

**Prepared By:** KELLY MAXWELL
USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR
**Date:** 13-APR-2021

**Received by Title:** Facility Representative
**Date:** 13-APR-2021

Page 3 of 14


United States Department of Agriculture
Animal and Plant Health Inspection Service

KMAXWELL
**2016090000575029** Insp_id

**Inspection Report**

her control, or which is transported, euthanized, sold, or otherwise disposed of. The records shall include any offspring born of any animal while in his or her possession or under his or her control. The licensee must make, keep and maintain all required acquisition and disposition information for all adult dogs and puppies that are under his possession or under his control at any time.

To be corrected by: April 16, 2021

**2.75(a)(1)(vii)(A)**

**Records: Dealers and exhibitors.**

The licensee sold 43 puppies that do not have their breeds documented on the disposition form. The term “Unlisted Breed” is used in column F on the disposition form in place of the actual breed. At least 13 additional puppies have the wrong breed listed in column F of their disposition forms. The licensee stated that some of these puppies were cross breeds that were not in the computer system used to input the information on the form, but APHIS Form 7006, Record of Disposition of Dogs and Cats, states that if the animal is a mixed breed then list the 2 dominant breeds. Failure to document the correct breed on the disposition form can interfere with APHIS official’s ability to properly identify animals and to trace animals to their destinations.

Disposition information must include a description of each dog including the dog’s breed. The licensee must ensure that all disposition forms include the correct breed of dog.

To be corrected by: April 16, 2021

**2.75(a)(1)(viii)**

**Records: Dealers and exhibitors.**

Three-hundred and thirty-six puppies have no transport information documented on their disposition forms. Transport information must be provided to allow APHIS officials to monitor the movement of animals from their point of origin to their

**Prepared By:** KELLY MAXWELL

USDA, APHIS, Animal Care

**Title:** ANIMAL CARE INSPECTOR

**Date:** 13-APR-2021

**Received by Title:** Facility Representative

**Date:** 13-APR-2021

Page 4 of 14


United States Department of Agriculture
Animal and Plant Health Inspection Service

KMAXWELL
**2016090000575029** Insp_id

**Inspection Report**

final destination and to identify individuals who may have had direct contact with the puppy during transport.

Disposition forms must include all required transportation information including method of transport and the name of the carrier or intermediate handler. The licensee must ensure that all disposition forms include the required transportation information.

To be corrected by: April 16, 2021

**2.75(a)(2)**

**Records: Dealers and exhibitors.**

The licensee is not using APHIS Form 7005, Record of Acquisition of Dogs and Cats on Hand, to document the required acquisition information for at least 171 adult dogs on the premises. The licensee is using APHIS Form 7019, Record of Animals on Hand (Other than Dogs and Cats) to document the acquisition information for each dog. During a courtesy visit to the facility on 03-March-2021, the inspector provided the licensee with APHIS Form 7005, but the licensee has failed to input the information for each dog onto the form by the time of the inspection.

Failure to use APHIS Form 7005 does not ensure that the necessary information is documented for each dog which could interfere with APHIS official's ability to identify dogs and trace the animals back to their locations of origin.

Each dealer shall use Record of Acquisition of Dogs and Cats on Hand (APHIS Form 7005) to make, keep, and maintain all required information. The licensee must complete APHIS Form 7005 with the necessary information for each dog residing on the premises. The licensee must ensure that APHIS Form 7005 is completed for all dogs that are acquired.

To be corrected by: April 18, 2021

**Prepared By:** KELLY MAXWELL
USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR
**Date:** 13-APR-2021

**Received by Title:** Facility Representative
**Date:** 13-APR-2021

Page 5 of 14


United States Department of Agriculture
Animal and Plant Health Inspection Service

KMAXWELL
**2016090000575029** Insp_id

**Inspection Report**

**2.80(a)**

**Records, disposition.**

The licensee destroyed the acquisition information (cage cards) for 505 puppies. Failure to maintain the acquisition information for the required amount of time could interfere with APHIS official's ability to properly identify and trace animals.

No dealer, exhibitor, broker, operator of an auction, carrier, or intermediate handler shall, for a period of 1 year, destroy or dispose of, without the consent in writing of the Administration, any books, records, documents, or other papers required to be kept and maintained. The licensee must maintain all acquisition information, including cage cards, for all adult dogs and puppies. The licensee must ensure that all required documents are kept for at least one year after the final disposition of the animal.

To be corrected by: April 16, 2021

**3.1(a)**

**Housing facilities, general.**

Within the sheltered housing building there are 3 enclosures, containing a total of 3 adult dogs and 13 puppies, that have an opening cut in the fencing that will accommodate a self-feeder. The opening is located along the floor and did not contain self-feeders at the time of the inspection. The openings are large enough to allow a puppy to escape from the enclosure and one puppy was observed placing his head through the opening. Failure of the enclosure to contain the animals could result in injury, inability to access food and water, and even death.

Housing facilities for dogs must protect the animals from injuries and contain the animals securely. The licensee must alter the enclosures in a manner that removes the openings and eliminates the ability of the puppies to escape. The licensee must ensure that all enclosures contain the animals securely at all times.

To be corrected by: April 15, 2021

**Prepared By:** KELLY MAXWELL
USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR
**Date:** 13-APR-2021

**Received by Title:** Facility Representative
**Date:** 13-APR-2021

Page 6 of 14



United States Department of Agriculture
Animal and Plant Health Inspection Service

KMAXWELL
**2016090000575029** Insp_id

**Inspection Report**

**3.1(c)(1)(ii)**

**Housing facilities, general.**

Inside the sheltered housing building, enclosures #13, #14, #15, and #16 each have a self-feeder attached to the front gate with twisted wire. The sharp ends of the wire are protruding into the enclosure and are located at the level of the dogs. The inspectors observed the dogs coming into direct contact with these sharp points.

One covered outdoor enclosure, containing 3 dogs, has a dog igloo that serves as the shelter. The shelter no longer contains a wind and rain break at the entrance, but part of its metal door frame is still attached to the shelter opening. The metal frame has broken and created a sharp point at the level of the dogs.

In one enclosure, containing 1 adult dog and 3 puppies, the sharp ends of metal screws are protruding into the interior of the whelping box and are located at the level of the adult dog.

The sharp points created by the twisted wire, broken door frame, and metal screws could cause injury to the animals.

Housing facilities must be free of sharp points and jagged edges that could injure the animals. The licensee must either remove the broken metal door frame, twisted wire, and sharp ends of the screws or alter them in a manner that eliminates the risk of injury to the dogs. The licensee must ensure that all enclosures remain safe for the dogs at all times.

To be corrected by: April 16, 2021

**3.1(f)**

**Housing facilities, general.**

Two pipes drain contaminated wastewater, food waste, and solid fecal material from the indoor housing area directly into 2 covered outdoor enclosures. All the waste material then passes through these enclosures to gutters that carry the

**Prepared By:** KELLY MAXWELL
USDA, APHIS, Animal Care

**Title:** ANIMAL CARE INSPECTOR

**Date:** 13-APR-2021

**Received by Title:** Facility Representative

**Date:** 13-APR-2021

Page 7 of 14



United States Department of Agriculture
Animal and Plant Health Inspection Service

KMAXWELL
**2016090000575029** Insp_id

**Inspection Report**

waste to the end of the building.

As the two pipes exit the indoor housing area they drain onto a small ledge along the backside of the dog enclosures and the waste material runs down the wall to the floor of the enclosures, causing an accumulation of wet fecal material and contaminated liquid waste on the ledge and walls and a buildup of solid fecal material between the wall and the flooring in the back of the enclosures and along one side of one of the enclosures. The enclosure that has a heavy accumulation of fecal material built up along both walls has a very strong odor. Approximately 8 dogs in these covered outdoor enclosures are directly exposed to this contaminated water and fecal material. In one of the enclosures there was rodent fecal material on the ledge, indicating that they are feeding on the accumulated waste material.

Waste from the sheltered enclosures is washed into a gutter system that drains to the outside through a corner of the building. There is a large pile of fecal material and organic waste outside the building where the gutter empties. Wastewater and rainwater flow through this pile and into another outdoor enclosure housing approximately 11 dogs which were observed by the inspectors to be standing and walking in it.

Housing facility operators must provide for the removal, and disposal of animal and food wastes and other fluids and wastes in a manner that minimizes contamination and disease risks. The dogs in this situation are directly exposed to the fecal contaminated waste of many other dogs. This greatly increases the possibility of spreading parasites and infectious agents and elevates the risk of disease for the exposed animals. This facility has had 2 separate outbreaks of parvo virus diarrhea in the last year.

The drainage and waste disposal system must be modified so dogs are not directly exposed to contaminated wastewater

**Prepared By:** KELLY MAXWELL
USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR
**Date:** 13-APR-2021

**Received by Title:** Facility Representative
**Date:** 13-APR-2021

Page 8 of 14


United States Department of Agriculture
Animal and Plant Health Inspection Service

KMAXWELL
**2016090000575029** Insp_id

**Inspection Report**

passing from one area to another, so that solid waste does not accumulate outside buildings where run-off can contaminate other enclosures, and to ensure proper drainage and waste disposal for all animal areas.

To be corrected by: May 8, 2021

**3.4(b)**

**Outdoor housing facilities.**

Five large outdoor enclosures that house approximately 40 dogs, have insufficient shade or shelter for the dogs they house. Two enclosures, housing a total of approximately 20 dogs, have an insufficient shade structure to contain all the dogs at one time and protect them from the direct rays of the sun. Many of these are large, heavy coated breeds and in the last week there have been two days where the outdoor temperature exceeded 80 degrees Fahrenheit. The shade that is present in these enclosures is provided by rectangular sheets of metal roofing tied onto the corner of the enclosures.

Two enclosures, housing a total of approximately 12 dogs, have no shade at all. The licensee stated that he has ordered shade structures for these enclosures, but they are not yet completed at the time of the inspection.

Sufficient shade to provide protection from prolonged exposure to the harmful rays of the sun is essential for the welfare of all animals. Prolonged exposure can easily cause heat stress, and in extreme cases, heat stroke that can lead to death. Large, heavy coated breeds that still have their full winter coats at this time of year are particularly vulnerable.

One or more separate outside areas of shade that are large enough to contain all the animals at one time and protect them from the direct rays of the sun must be provided in each enclosure. The licensee must ensure that all outdoor enclosures contain an adequate amount of shaded areas at all times.

**Prepared By:** KELLY MAXWELL
USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR
**Date:** 13-APR-2021

**Received by Title:** Facility Representative
**Date:** 13-APR-2021

Page 9 of 14



United States Department of Agriculture
Animal and Plant Health Inspection Service

KMAXWELL
**2016090000575029** Insp_id

**Inspection Report**

To be corrected by: April 17, 2021

At least 5 of the covered outdoor enclosures, housing a total of 25 dogs, do not have a shelter that is large enough to accommodate all the dogs in the enclosure compliantly. In addition, 3 outdoor enclosures, housing a total of approximately 20 dogs, do not have a shelter that is large enough to accommodate all the dogs in the enclosure compliantly. In all 8 of these affected enclosures there is not enough shelter space to allow all the dogs to sit, stand, and lie in a normal manner, and to turn about freely. Failure to provide sufficient shelter space may result in the inability of a dog to escape adverse weather conditions and the health and well-being of the animal could suffer.

Outdoor enclosures must include one or more shelter structures that are accessible to each animal and that are large enough to allow each animal in the shelter structure to sit, stand, and lie in a normal manner, and to turn about freely. The licensee must either alter the current shelters in a manner that will provide adequate space for each dog or provide enough compliant shelters to accommodate the number of dogs in each enclosure. The licensee must ensure that all outdoor enclosures contain shelters that provide sufficient space for the dogs at all times.

To be corrected by: April 17, 2021

**3.4(b)(3)**

**Outdoor housing facilities.**

Three of the large outdoor enclosures, housing a total of approximately 23 dogs, do not have adequate wind and rain breaks at the entrances to their shelters to keep out wind and rain. All these shelters have tattered pieces of what appears to be a burlap type material at the entrances that served as wind and rain breaks. The temperatures during the previous week had ranged from the 40s to 80 degrees Fahrenheit.

**Prepared By:** KELLY MAXWELL

USDA, APHIS, Animal Care

**Title:** ANIMAL CARE INSPECTOR

**Date:** 13-APR-2021

**Received by Title:** Facility Representative

**Date:** 13-APR-2021

Page 10 of 14



United States Department of Agriculture
Animal and Plant Health Inspection Service

KMAXWELL
**2016090000575029** Insp_id

**Inspection Report**

All dogs housed outdoors need to have access to adequate protection from wind, rain, snow and temperature extremes. The lack of adequate wind and rain breaks on these shelters could expose dogs to the elements and temperature extremes that can profoundly impact their physical and emotional wellbeing and lead to illness.

All shelters must have adequate wind and rain breaks at the entrance. The licensee must add wind and rain breaks to the entrances of the affected shelters and ensure that all outdoor shelters have a wind and rain break at all times.
To be corrected by: April 17, 2021

**3.4(b)(4)**
**Outdoor housing facilities.**
In one outdoor enclosure, housing 11 dogs, the shelter has insufficient bedding material. A thin layer of straw is covering approximately a quarter of the floor space inside the shelter and the rest of the floor is completely devoid of bedding material. At least 2 covered outdoor enclosures, containing a total of 9 dogs, each have a shelter with either no bedding material at all or just a few strands of straw. Temperatures below 50 degrees Fahrenheit had been experienced in this location in the previous three days and were forecast in the next 12 hours. The licensee was unaware that the shelters were lacking bedding material.

For dogs housed outdoors, protection from the cold and extreme temperatures in essential for wellbeing and an important part of protection from physical stress and disease.

Shelters in outdoor enclosures must contain clean, dry, bedding material if the ambient temperature is below 50 °F (10 °C). Additional clean, dry bedding is required when the temperature is 35 °F (1.7 °C) or lower. The licensee must add sufficient bedding to the affected shelters and ensure all shelters contain bedding when the ambient temperatures require

**Prepared By:** KELLY MAXWELL
USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR

**Date:**
13-APR-2021

**Received by Title:** Facility Representative

**Date:**
13-APR-2021

Page 11 of 14



United States Department of Agriculture
Animal and Plant Health Inspection Service

KMAXWELL
**2016090000575029** Insp_id

**Inspection Report**

it.

Correction date: The licensee was notified that the shelters required bedding at the time of the inspection (April 7, 2021) and was reminded during the exit interview that all outdoor shelters must have bedding every time the temperature drops below 50 degrees Fahrenheit.

**3.11(c)**

**Cleaning, sanitization, housekeeping, and pest control.**

One of the empty enclosures in the covered outdoor area is being used to store housing materials and has an accumulation of trash, organic material, and dirty or discarded food or water bowls. There was a pile of dirt and organic waste material in the aisle outside the enclosure along with multiple small sections of unused flooring, and a dead rat was lying on the ground a few feet away.

In the outdoor areas, there are many pieces of white and blue plastic bags littered around the 6 large outdoor enclosures housing more than 40 dogs. One of the enclosures, housing 4 dogs, has an approximately 2 to 3-foot piece of blue plastic caught in the fence and extending into the enclosure. Another enclosure with 8 dogs has a similar piece of white plastic caught in the fence and extending into the enclosure. An enclosure with 10 dogs has many smaller pieces of white and blue plastic caught against the inside of the fence. Another enclosure with 11 dogs has many small pieces of this plastic on the ground.

Areas where trash, junk, and discarded waste materials are allowed to accumulate can serve as breeding and living areas for rodents and other pests. Discarded pieces of plastic bags can be ingested by dogs and cause intestinal problems and dangerous obstructions.

**Prepared By:** KELLY MAXWELL

USDA, APHIS, Animal Care

**Title:** ANIMAL CARE INSPECTOR

**Date:** 13-APR-2021

**Received by Title:** Facility Representative

**Date:** 13-APR-2021

Page 12 of 14


United States Department of Agriculture
Animal and Plant Health Inspection Service

KMAXWELL
**2016090000575029** Insp_id

**Inspection Report**

Premises where housing facilities are located, including enclosures and surrounding grounds, must be kept clean and in good repair to protect the animals from injury, and to reduce or eliminate breeding and living areas for rodents and other pests and vermin. The licensee must remove all the trash, organic material, and discarded items from the dog enclosures. The licensee must ensure that the premises of housing facilities are free of trash, discarded materials, and waste products at all times.

To be corrected by: April 22, 2021

**3.11(d)**

**Cleaning, sanitization, housekeeping, and pest control.**

A concrete ledge runs along the back wall of the covered outdoor enclosures and this ledge has a large amount of rodent feces on its surface. Approximately 20 dogs are housed in these enclosures. The licensee stated that he has filled in a few rat holes located near these dog enclosures and the inspectors observed a dead rat on the outside of the sheltered housing building. Rodent control methods are being used inside the sheltered building but there are no rodent control methods in place for the covered outdoor enclosures that surround the exterior of the sheltered building. Failure to have an effective pest control program could increase the risk of disease hazards towards the dogs should they come into contact with rodents and/or rodent droppings, as well as increase the potential for any dog food that is present to become contaminated.

An effective program for the control of insects, external parasites, and birds and mammals that are pests must be established and maintained. The licensee must establish an effective program to control the rodents located in the covered outdoor enclosure areas. The licensee must ensure that all pest control programs are effective at all times.

To be corrected by: April 23, 2021

**3.13(b)(2)**

**Prepared By:** KELLY MAXWELL

USDA, APHIS, Animal Care

**Title:** ANIMAL CARE INSPECTOR

**Date:** 13-APR-2021

**Received by Title:** Facility Representative

**Date:** 13-APR-2021

Page 13 of 14



**Veterinary care for dogs.**

Female Samoyed (ear tattoo #2) has poor dental health. Nearly the entire surface of the upper right and left cheek teeth are covered in a thick brown tartar. The gums are moderately reddened and have receded away from the teeth. There is a line of gray colored material located along the gum line of the upper right cheek teeth. The licensee stated that he knew the dog's teeth were poor and planned to have them cleaned by the attending veterinarian in the near future, but the condition of the dog's teeth, as well as the date the condition was identified and the treatment plan are not documented and no medical record exists. Documenting veterinary care concerns assists in confirming that problems have been identified and treatment has been sought in a timely manner, as well as establishes a documented medical history for the animal.

Dealers must keep copies of medical records which include the date and description of the problem (such as disease, illness, or injury), examination findings, test results, plan for treatment and care, and treatment procedures performed. The licensee must create a medical record for Samoyed #2 which includes a description of the animal's problem, the date the problem was identified and the plan to treat the problem. The licensee must ensure that all veterinary care concerns are documented and maintained in a medical record and available for APHIS inspection.

To be corrected by: The licensee was instructed at the time of the inspection (April 7, 2021) and during the exit interview that all veterinary care concerns must be fully documented.

This inspection and exit interview were conducted with the facility representative.

Additional Inspectors:

William Janecke, VETERINARY MEDICAL OFFICER

**Prepared By:** KELLY MAXWELL
USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR

**Date:** 13-APR-2021

**Received by Title:** Facility Representative

**Date:** 13-APR-2021



United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 506618
Inspection Date: 07-Apr-2021

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 506618 | 42-A-1632 | 001 | DANIEL GINGERICH | 07-APR-2021 |

| **Count** | **Scientific Name** | **Common Name** |
|---|---|---|
| 000208 | *Canis lupus familiaris* | DOG ADULT |
| 000093 | *Canis lupus familiaris* | DOG PUPPY |
| 000301 | **Total** | |