# EXHIBIT U –
# April 21, 2021 New Site Inspection Report



United States Department of Agriculture  
Animal and Plant Health Inspection Service

KMAXWELL  
**201609000583860** Insp_id

## Inspection Report

DANIEL GINGERICH  
3125 Davis Rd  
SEYMOUR, IA 52590

Customer ID: **506618**  
Certificate: **42-A-1632**  
Site: 004  
Daniel Gingerich

Type: NEW SITE INSPECTION  
Date: 21-APR-2021

**2.40(b)(2)**

**Attending veterinarian and adequate veterinary care (dealers and exhibitors).**

The Canine Distemper-Adenovirus Type 2-Parainfluenza-Parvovirus vaccine used for the dogs is not stored at the correct temperature. The temperature of the vaccine storage area is 60 degrees F and according to the vaccine label, the vaccines should be stored at temperatures ranging between 35.6 degrees F and 44.6 degrees F. The vaccines have been stored at the incorrect temperature since the previous evening and the inspection occurred at approximately 3:30pm. Improperly stored vaccines may lose their effectiveness which could cause the health of the animals to suffer.

The facility must use proper methods to prevent and control diseases. The licensee must store the vaccines at an appropriate temperature to support the health and well-being of the dogs.

**2.50(a)(1)**

**Time and method of identification.**

Twelve adult dogs have no official form of identification. Identification is necessary to properly complete any required documents and for APHIS officials to identify dogs and trace dogs back to their origins.

All live dogs on the premises, purchased, or otherwise acquired, sold or otherwise disposed of shall be identified by an official tag affixed to the dog's neck by means of a collar, or shall be identified by a distinctive and legible tattoo marking

| Prepared By: | KELLY MAXWELL | Date: |
|---|---|---|
| | USDA, APHIS, Animal Care | 21-APR-2021 |
| Title: | ANIMAL CARE INSPECTOR | |

| Received by Title: | Facility Representative | Date: |
|---|---|---|
| | | 21-APR-2021 |


approved by the Administration, or by microchip.  The licensee must add identification to these 12 dogs and must ensure that all dogs on the premises have proper identification at all times.

**3.1(e)**

**Housing facilities, general.**

One open bag of wood shavings used for bedding material and one open bucket of dog food are located inside the whelping building.  Open supplies of bedding and food may spoil or become contaminated by pests which could have a negative impact on the health and well-being of the dogs.

Open supplies of food and bedding must be kept in leakproof containers with tightly fitted lids.  The licensee must place the open bag of wood shavings and open bucket of food into leakproof containers with tightly fitted lids.  The licensee must ensure that all bedding and food are properly stored at all times.

**3.4(b)**

**Outdoor housing facilities.**

One outdoor enclosure, containing three dogs, does not have a shelter large enough to accommodate all three dogs compliantly.  Shelters that are not large enough may result in the inability of a dog to escape adverse weather or extreme temperatures which may have a negative impact on the animal's health and well-being.

Outdoor facilities for dogs must include one or more shelter structures that are large enough to allow each animal in the shelter to sit, stand, and lie in a normal manner, and turn about freely.  The licensee must either add another shelter to the enclosure or alter the current shelter in a manner that allows it to provide the required amount of space for each dog.  The licensee must ensure that each outdoor enclosure contains appropriate shelter space at all times.

**3.10(a)**

| | | |
|---|---|---|
| **Prepared By:** KELLY MAXWELL | | **Date:** |
| | USDA, APHIS, Animal Care | 21-APR-2021 |
| **Title:** ANIMAL CARE INSPECTOR | | |
| **Received by Title:** Facility Representative | | **Date:** |
| | | 21-APR-2021 |



**Watering**

A litter of 7 weaned puppies has spilled their bowl of water and no potable water is accessible to them at the time of the inspection. Failure to provide potable water at all times does not ensure the puppies will remain properly hydrated which could have a negative impact on their health and well-being.

Potable water must be continuously available to the dogs. The licensee must add potable water to the puppies enclosure and ensure that all dogs have access to potable water at all times.

**3.13(a)**

**Veterinary care for dogs.**

The written Program of Veterinary Care does not contain the dosages for the Ivermectin pour-on which is used for the treatment of ecotoparasites and blood parasites, as well as the dosages for Safeguard and Pyrantel which is used for the treatment for intestinal parasites. The facility representatives were not exactly sure what the dosage for each product is supposed to be. Failure to document the dosages does not ensure that the dogs are getting the appropriate amount of each product which could cause their health and well-being to suffer.

Each dealer must follow an appropriate program of veterinary care for dogs that is documented in writing, signed by the attending veterinarian, and includes the treatment of parasites and other pests. The licensee must acquire the dosages for each product and have them documented on the written Program of Veterinary Care. The licensee must ensure that all treatment plans are documented in writing as part of the Program of Veterinary Care.

This inspection was an announced site approval inspection. This site is not ready for approval to conduct activity covered under your current Animal Welfare Act License.

Conducting regulated activities at a non-approved site is a violation of the Animal Welfare Act. Please contact your

| | | |
|---|---|---|
| **Prepared By:** | KELLY MAXWELL | **Date:** |
| | USDA, APHIS, Animal Care | 21-APR-2021 |
| **Title:** | ANIMAL CARE INSPECTOR | |
| **Received by Title:** | Facility Representative | **Date:** |
| | | 21-APR-2021 |



United States Department of Agriculture　　　　　　　　　KMAXWELL
Animal and Plant Health Inspection Service　　　　**2016090000583860** Insp_id

**Inspection Report**

inspector to schedule your next new site approval inspection.

This inspection and exit interview were conducted with the facility representative.

**Prepared By:**　KELLY MAXWELL　　　　　　　　　　　　　　　　　　**Date:**
　　　　　　　　　　　　　　　USDA, APHIS, Animal Care　　　　21-APR-2021
　　**Title:**　ANIMAL CARE INSPECTOR

**Received by Title:**　Facility Representative　　　　　　　　　　　　　　**Date:**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　21-APR-2021



United States Department of Agriculture  
Animal and Plant Health Inspection Service  
Customer: 506618  
Inspection Date: 21-Apr-2021

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 506618 | 42-A-1632 | 004 | Daniel Gingerich | 21-APR-2021 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000016 | *Canis lupus familiaris* | DOG ADULT |
| 000041 | *Canis lupus familiaris* | DOG PUPPY |
| 000057 | **Total** | |