# EXHIBIT V –
# June 14, 2021 New Site Inspection Report



United States Department of Agriculture
Animal and Plant Health Inspection Service

KMAXWELL
2016090000631525  Insp_id

## Inspection Report

DANIEL  GINGERICH
3125 Davis Rd
SEYMOUR, IA 52590

Customer ID: **506618**
Certificate: **42-A-1632**
Site: 005
    Daniel Gingerich

Type: NEW SITE INSPECTION
Date: 14-JUN-2021

---

**2.1(b)(1)**

**Requirements and application**

The licensee has been conducting regulated activity out of sites that have not been approved.  The licensee had been informed  multiple times in the past that these sites needed to be approved  prior to conducting regulated activity from them.

Conducting regulated activity from unapproved  locations does not ensure the welfare of the animals which could result in non-compliant living  conditions and inadequate veterinary  care.

A licensee shall notify Animal Care no fewer than 90 days and obtain a new license before any change name, address, control or ownership of the business or operation, locations, activities, and number or types of animals.  The licensee must notify Animal Care of any new locations where he houses dogs used for regulated purposes in order to ensure the Animal Welfare  Act can be properly  enforced.

To be corrected by: From this day forward the licensee must provide the locations of all facilities housing dogs used for regulated purposes.

**2.126(a)**  Critical

**Access and inspection of records and property; submission  of itineraries.**

Upon arriving at an unlicensed facility to conduct a search for regulated activity, APHIS officials spoke to the facility representative  who stated the dogs belonged to the licensee and confirmed that regulated activity occurred at the

---

Prepared By: KELLY MAXWELL
    USDA, APHIS, Animal Care
Title: ANIMAL CARE INSPECTOR

Date: 16-JUN-2021

Received by Title: Licensee

Date: 16-JUN-2021



United States Department of Agriculture    KMAXWELL
Animal and Plant Health Inspection Service    **2016090000631525** Insp_id

## Inspection Report

location. The inspector called the licensee to request permission for the facility representative to conduct the inspection. The licensee refused to allow APHIS officials to inspect the facility and the dogs. The inspector explained to the licensee that he would be cited for refusing the inspection if he did not allow an inspection to take place. The licensee still refused the inspection of the unlicensed site.

Refusing to allow inspections of regulated animals does not permit APHIS officials to enforce the Animal Welfare Act and to confirm the living conditions, veterinary care and the overall welfare of the dogs.

Each dealer shall, during business hours, allow APHIS officials to inspect the facilities, property, records and animals. The licensee must allow APHIS officials to inspect all facilities and animals used for regulated purposes in order to confirm compliance with the Animal Welfare Act and to ensure the health and well-being of the dogs.

To be corrected by: The licensee must provide access to all facilities and animals for inspection from this day forward.


This inspection was a site approval inspection.


This site is not ready for approval to conduct activity covered under your current Animal Welfare Act License.


Conducting regulated activities at a non-approved site is a violation of the Animal Welfare Act.


Please contact your inspector to schedule your next new site approval inspection.


This exit interview were conducted over the phone with the licensee.



**Prepared By:** KELLY MAXWELL    **Date:**
USDA, APHIS, Animal Care    16-JUN-2021
**Title:** ANIMAL CARE INSPECTOR

**Received by Title:** Licensee    **Date:**
16-JUN-2021



United States Department of Agriculture  KMAXWELL
Animal and Plant Health Inspection Service  **2016090000631525** Insp_id

# Inspection Report

Additional Inspectors:

William Janecke, VETERINARY MEDICAL OFFICER

**Prepared By:** KELLY MAXWELL  **Date:**
USDA, APHIS, Animal Care  16-JUN-2021
**Title:** ANIMAL CARE INSPECTOR

**Received by Title:** Licensee  **Date:**
16-JUN-2021



| | United States Department of Agriculture | Customer: 506618 |
| | Animal and Plant Health Inspection Service | Inspection Date: 14-Jun-2021 |

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---------|---------|------|-----------|------------|
| 506618 | 42-A-1632 | 005 | Daniel Gingerich | 14-JUN-2021 |

| Count | Scientific Name | Common Name |
|-------|-----------------|-------------|
| 000000 | NONE | NONE |
| 000000 | Total | |