# EXHIBIT Y – Dr. McClintock Disciplinary Record

BEFORE THE IOWA BOARD OF VETERINARY MEDICINE

| IN THE MATTER OF: | ) | |
|---|---|---|
| | ) | CASE NO. 16-016 |
| WILLIAM G. McCLINTOCK, D.V.M., | ) | |
| | ) | |
| RESPONDENT. | ) | COMBINED STATEMENT OF CHARGES, |
| | ) | SETTLEMENT AGREEMENT, AND FINAL |
| | ) | ORDER |
| | ) | |
| | ) | |

**COME NOW** the Iowa Board of Veterinary Medicine ("Board") and William McClintock, D.V.M. ("Respondent"), and hereby enter into this Combined Statement of Charges, Settlement Agreement and Final Order ("Agreement") pursuant to Iowa Code sections 17A.10(2) and 272C.3(4), and 811 Iowa Admin. Code 10.9.

### A. STATEMENT OF CHARGES

1. Respondent was issued Iowa license 5641 on January 11, 1988. Respondent's license is currently active and will next expire on June 30, 2017.

2. Respondent's address as reported to the Board is 20120 Hwy 2, Centerville, Iowa 52544.

3. The Board has jurisdiction in this matter pursuant to Iowa Code chapters 17A, 169 and 272C.

**Count I**

4. Respondent is charged with knowingly making misleading, deceptive, untrue, or fraudulent representation in the practice of the profession in violation of Iowa Code section 169.13(1)(a).

RECEIVED
MAR 27 2017
IOWA BOARD OF
VETERINARY MEDICINE

**Count II**

5.     Respondent is charged with violating a statute or law of this state, another state, or the United States, without regard to its designation as either felony or misdemeanor, which statute or law relates to the practice of veterinary medicine in violation of Iowa Code section 169.13(1)(c).

**Count III**

6.     Respondent is charged with being guilty of a willful or repeated departure from, or the failure to conform to, the minimal standard of acceptable and prevailing practice of veterinary medicine as defined in rules adopted by the board, in which proceeding actual injury to an animal need not be established; or the committing by a veterinarian of an act contrary to honesty, justice, or good morals, whether the act is committed in the course of the practice or otherwise, and whether committed within or without this state in violation of Iowa Code section 169.13(1)(g).

**Count IV**

7.     Respondent is charged with willful or repeated violation of lawful rules adopted by the board or violation of a lawful order of the board, previously entered by the board in a disciplinary hearing in violation of Iowa Code section 169.13(1)(i).

**B. FACTUAL CIRCUMSTANCES**

8.     A complaint was received by the Board alleging that Respondent failed to fully and accurately complete an Equine Infectious Anemia (EIA) Laboratory Test Form, and that Respondent had forged the signature of a laboratory official on a second EIA Test Form.

9.     A complaint was received by the Board that Respondent failed to provide a complete and accurate Iowa Interstate Certificate of Veterinary Inspection (ICVI) for the interstate movement of dairy heifers.

2

10. A complaint was received that Respondent failed to provide a complete and accurate EIA Laboratory Test Form, and Respondent's wife forged Respondent's signature and the signature of a laboratory official on the EIA Laboratory Test Form.

11. A complaint was received that Respondent failed to keep copies of Iowa ICVIs he issued for several animals on separate occasions.

12. As part of its standard protocol, medical records were received and reviewed by the Board.

13. The medical records reviewed by the Board indicated the following: discrepancies between several EIA Laboratory Test Forms; EIA Laboratory Test Forms were not complete or accurate; signatures of the Respondent and other laboratory officials had been forged on EIA Laboratory Test Forms; Iowa ICVI forms were not complete or accurate; and Respondent failed to keep copies of several completed Iowa ICVI forms.

## C. SETTLEMENT AGREEMENT AND FINAL ORDER

14. Respondent, William McClintock, D.V.M., agrees to pay to the Board a civil monetary penalty of $5,000.00 total. The funds shall be paid by check and made payable to the State of Iowa. Respondent shall remit full payment of the civil monetary penalty within 30 days of the date this Order is executed.

15. Respondent shall, at his sole expense, take sections 1 (Moral, Ethical and Legal Decision-Making), 6 (Professional Negligence), and 7 (Medical Records Short Course) of the Veterinary Law and Ethics course offered on-line from Iowa State University's College of Veterinary Medicine (https://www.vetmed.iastate.edu/about/continuing-education/veterinary-law-ethics), or other equivalent courses as approved by the Board. Respondent shall, at his sole expense, also complete USDA APHIS Veterinary Accreditation Modules No. 2 (Role of

3

Agencies, Health Certificates, located at http://aast.cfsph.iastate.edu/AGENCY/index.htm) and 8 (International Movement of Horses, located at http://aast.cfsph.iastate.edu/EHP/index.htm). These hours shall be taken in addition to the hours normally required for any triennium and must be taken within 30 days of the date this Order is executed. Respondent shall provide written documentation of successful completion of the continuing education courses and Accreditation Modules to the Board within 30 days of the date this Order is executed.

16. Respondent's license shall be put on probation for a period of two years from the date this Order is executed. While on probation, Respondent shall submit quarterly reports to the Board (on April 5, 2017, July 5, 2017, October 5, 2017, January 5, 2018, April 5, 2018, July 5, 2018, October 5, 2018, and January 5, 2019) which include information regarding his compliance with this Agreement and the nature and location of his practice as a veterinarian. During Respondent's probationary time period, he and his veterinary practice shall be subject to unannounced inspections by the Board or its agents.

17. This Combined Statement of Charges, Settlement Agreement and Final Order constitutes the resolution of a contested case proceeding.

18. By entering into this Agreement, Respondent voluntarily waives any rights to a contested case hearing on the allegations contained in the Agreement and Order and voluntarily waives any objections to the terms of the Agreement and Order, including the right to appeal.

19. This Agreement and Order is voluntarily submitted by Respondent to the Board for consideration.

20. Respondent acknowledges he has a right to be, and is, represented by counsel in this matter.

21. Respondent agrees that counsel for the State may present this Agreement and

4

Order ex parte to the Board.

22. This Agreement and Order is subject to approval of the Board. If the Board fails to approve this Agreement and Order it shall be of no force or effect to either party.

23. This Agreement and Order shall be part of Respondent's permanent record and shall be considered by the Board in determining the nature and severity of any disciplinary action to be imposed in the event of any future violation.

24. In the event Respondent violates or fails to comply with any of the terms of this Agreement and Order, the Board may initiate appropriate action to revoke or suspend Respondent's licenses or to impose other licensee discipline in accordance with Iowa Code section 272C.3(2)(a).

25. This Agreement and Order is a public record available for inspection and copying upon execution of the Agreement and Order in accordance with the requirements of Iowa Code chapter 22 and 272C.

26. The Board's approval of this Agreement and Order shall constitute a FINAL ORDER of the Board.

**WHEREFORE**, the terms and conditions of this Combined Statement of Charges, Settlement Agreement, and Final Order are agreed to and accepted by the Iowa Board of Veterinary Medicine and the Respondent.

| **Respondent** | **Iowa Board of Veterinary Medicine** |
|---|---|
| _[signature]_ | _[signature]_ |
| WILLIAM MCCLINTOCK, D.V.M. | CHAIRPERSON |
| 3-21-17 | 3/30/17 |
| Date | Date |

5

Copies to:

Jacob J. Larson
Assistant Attorney General
Office of Iowa Attorney General
Hoover State Office Building
1305 E. Walnut Street
Des Moines, Iowa 50319
Phone: (515) 281-5341
Fax: (515) 281-6771
E-mail: jacob.larson@iowa.gov
ATTORNEY FOR THE IOWA BOARD
OF VETERINARY MEDICINE