# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. DANIEL GINGERICH *Defendant*. | Case No. 4:21-cv-00283-SMR-SHL **STATUS REPORT** |

In response to this Court's October 5, 2021 order, ECF No. 8, the United States submits this status report describing its efforts to serve Defendant Daniel Gingerich. The United States has served upon Defendant the Court's order granting the United States' motion for temporary restraining order, the Court's order setting a hearing on the motion for preliminary injunction, and the United States' motion for temporary restraining order. *See* Exhibit ("Ex.") 1 (Affidavit of Service on Joe Miller); Ex. 2 (Affidavit of Service Irene Hershberger); Ex. 3 (Oct. 1, 2021 Letter and Order Scheduling PI Hearing); Ex. 4 (Certified Mail Receipt for Oct. 1, 2021 Letter and Order Scheduling PI Hearing); Ex. 5 (Certified Mail Receipt for United States' motion for temporary restraining order); *see also* Ex. 6 (Declaration of Mary Hollingsworth) ¶¶ 4, 5, 8, 9.

Under Federal Rule of Civil Procedure 4(e), the complaint and summons must be served personally or left at the individual's dwelling or usual place of abode. The United States had received conflicting information about Defendant's current personal address in Ohio, until undersigned counsel spoke with Mr. Gingerich directly on Friday, October 1, 2021. *See* Ex. 6 ¶¶ 5, 6. During that conversation, Mr. Gingerich confirmed his Ohio address. *Id.* ¶ 6. However, at that time, counsel for the United States understood Mr. Gingerich to be in Iowa visiting his

breeding sites and, thus, not in Hillsboro, Ohio. *See* Ex. 1; Ex. 2; Ex. 6 ¶ 7. Accordingly, Mr. Gingerich has not yet been served with the complaint and summons. *See* Ex. 6 ¶ 10. The United States is making immediate plans to serve him with the complaint and summons. *Id.*

DATED: October 6, 2021

        TODD KIM
        Assistant Attorney General
        Environment and Natural Resources Division

        /s/ Shampa A. Panda
        SHAMPA A. PANDA
        Trial Attorney
        United States Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        P.O. Box 7611, Ben Franklin Station
        Washington, D.C. 20044-7611
        MARY HOLLINGSWORTH
        Senior Trial Attorney
        U.S. Department of Justice
        Environment & Natural Resources Division
        999 18th Street, South Terrace, Rm. 370
        Denver, CO 80202
        Mary.hollingsworth@usdoj.gov | 202-598-1043
        Shampa.panda@usdoj.gov | 202-598-3799
        Fax: 202-305-0275

        RICHARD D. WESTPHAL
        Acting United States Attorney

        DAVID L.D. FAITH II
        Assistant United States Attorney
        U.S. Attorney's Office for the Southern District of Iowa
        110 E. Court Ave., Suite 286
        Des Moines, IA 50309
        Tel: (515) 473-9353
        david.faith@usdoj.gov

        *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CMECF system. The foregoing will also be served on Defendant Daniel Gingerich.

DATE: October 6, 2021

<u>/s/ Shampa A. Panda</u>
Shampa A. Panda
