Gzj kdkv'4<'Chhkf cxkv'qh'Ugtxkeg qp'Kgpg'J gtuj dgti gt

# AFFIDAVIT OF SERVICE

| Case:<br>AWA Docket 21-J-00066 | Court:<br>UNITED STATES DEPARTMENT OF AGRICULTURE | County:<br>BEFORE THE SECRETARY OF AGRICULTURE | Job:<br>6171382 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>In re: Daniel Gingerich, an individual, Respondent. | | **Defendant / Respondent:** | |
| **Received by:**<br>Iowa Process Service | | **For:**<br>USDA APHIS ERCS | |
| **To be served upon:**<br>Daniel Gingerich | | | |

I, Shannon Day, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Irene Hershberger, Sister for Daniel Gingerich, 10159 SR-124, Hillsboro, OH 45133

**Manner of Service:** Substitute Service - Abode, Sep 30, 2021, 3:53 pm EDT

**Documents:** Cover Letter to Daniel Gingerich; Complaint; Ex Parte Order Granting Plaintiff's Motion for a Temporary Restraining Order (Received Sep 28, 2021 at 1:50pm CDT)

**Additional Comments:**

1) Unsuccessful Attempt: Sep 28, 2021, 7:34 pm EDT at 10105 SR-124, Hillsboro, OH 45133
Rob Brooks resides here and has lived here for about a year. He stated there have been 3 families in this home in the past 5 years. He also stated he did not know that particular family name out this way. Defendant ot defendants family does not reside at this address.

2) Served: Sep 30, 2021, 3:53 pm EDT at 10159 SR-124, Hillsboro, OH 45133 received by Irene Hershberger, Sister for Daniel Gingerich. Age: 25; Ethnicity: Caucasian; Gender: Female; Weight: 120; Height: 5'5"; Hair: Brown;
I spoke with Irene Hershberger, who confirmed she was Daniel's sister. She was able to verify that Daniel, does reside with her at this address. She also stated that Daniel and his wife Irene were currently visiting Iowa at his kennels.

/s/Shannon Day           10/04/2021
Shannon Day              Date

Iowa Process Service
1109 N C St
Indianola, IA 50125

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Brandee Kinter
Notary Public

October 4, 2021        12-15-23
Date              Commission Expires



BRANDEE KINTER
Commission Number 807976
My Commission Expires
December 15, 2023