United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose
Case No. 4:21-cv-00283 : Clerk's Court Minutes – Motion Hearing

_____

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | Daniel Gingerich |

_____

Plaintiff(s) Counsel: Mary Elisabeth Hollingsworth and Shamp Anupurba Panda

Defendant(s) Counsel: N/A

Court Reporter: SueAnn Jones : Interpreter: N/A

Motion(s) for Ruling: Ruling / Ruling Reserved

Proceedings:

2:01 Court in session. Court makes record regarding defendant's non-appearance. 2:02 Court breaks. 2:29 Court returns. Court makes additional record regarding defendant's non-appearance. 2:32 Court breaks. 2:47 Court returns. Defendant appears personally without counsel. 2:50 Government presents a status update regarding defendant's compliance with the Temporary Restraining Order [4]. 2:59 Defendant presents a status update regarding his compliance with the Temporary Restraining Order [4]. 3:13 Government presents additional information regarding defendant's compliance with the Temporary Restraining Order [4].

Court Grants a Preliminary Injunction Order. Written order to follow. Government to provide the Court with a status update in two weeks. 3:39 Adjourn.

Time Start: 2:01 pm
Time End: 3:39 pm
Date: October 8, 2021

/s./ K. Chrismer
_____
Deputy Clerk