# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. DANIEL GINGERICH *Defendant*. | Case No. 4:21-cv-00283-SMR-SHL **MOTION FOR PROPOSED LANGUAGE** |

As requested by this Court at the end of the preliminary injunction hearing held on October 8, 2021, the United States respectfully submits the following proposed language to be included in the Court's order preliminarily enjoining certain actions by Defendant Daniel Gingerich, his agents, servants, employees and those who are in active concert or participation with Mr. Gingerich. Specifically, the United States provides proposed language ordering Defendant Daniel Gingerich to provide acquisition and disposition records for the last 12 months to the United States, which he is required by the Animal Welfare Act to make and retain. 9 C.F.R. § 2.75(a), 2.80; *see also* 7 U.S.C. § 2140.

In addition, it is the United States' understanding that Defendant agreed during the hearing to immediately and permanently surrender any dogs under his possession, control, or care that a veterinarian determines are in "acute distress." Accordingly, the United States also provides this Court with proposed language ordering Defendant to permanently surrender any dogs in his possession, control, or care that a United States Department of Agriculture (USDA) veterinarian finds to be in "acute distress" at Defendant's licensed and unlicensed sites.

The United States, therefore, proposes and respectfully requests the inclusion of the

1

following language in the Court's order granting the United States' preliminary injunction:

A. Defendant is ORDERED to, within 14 days of this order, provide to the United States accurate and complete acquisition and disposition forms for each and every dog acquired by birth or transfer or disposed of by death, euthanasia, or transfer in the last 12 months consistent with 9 C.F.R. § 2.75. Specifically, the records must include:
   a. any offspring born of any animal while in Defendant's possession or under his control, including the offspring of any dog located at any of the licensed or unlicensed sites identified during the October 8, 2021 hearing;
   b. the name and address of the person from whom a dog was purchased or otherwise acquired;
   c. the USDA license or registration number of the person from whom the dog was purchased or otherwise acquired if that person is licensed or registered under the Act;
   d. the vehicle license number and State, and the driver's licensed number (or photographic identification card for nondrivers issued by a State) and State of the person if he or she is not licensed or registered under the Act;
   e. the name and address of the person to whom a dog was sold or given and that person's license or registration number if he or she is licensed or registered under the Act;
   f. the official USDA tag number or tattoo assigned to the dog sold disposed of;
   g. a description of each dog, including:
      i. species and breed or type;
      ii. sex;
      iii. date of birth or approximate age;
      iv. color and any distinctive markings;
   h. the method of transportation including the name of the initial carrier or intermediate handler or, if a privately owned vehicle is used to transport a dog, the name of the owner of the privately owned vehicle;
   i. the date and method of disposition of the dog (sale, death, euthanasia, or donation).
B. Defendant is ORDERED to immediately and permanently surrender any and all dogs under his possession, control, or care at his licensed or unlicensed sites that a veterinarian of the United States Department of Agriculture finds to be in "acute distress."

The United States respectfully requests that the Court order the foregoing relief as part of its preliminary injunction order.

DATED: October 12, 2021

        TODD KIM
        Assistant Attorney General
        Environment and Natural Resources Division

/s/ Shampa A. Panda
SHAMPA A. PANDA
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
MARY HOLLINGSWORTH
Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
999 18th Street, South Terrace, Rm. 370
Denver, CO 80202
Mary.hollingsworth@usdoj.gov | 202-598-1043
Shampa.panda@usdoj.gov | 202-598-3799
Fax: 202-305-0275

RICHARD D. WESTPHAL
Acting United States Attorney

DAVID L.D. FAITH II
Assistant United States Attorney
U.S. Attorney's Office for the Southern District of Iowa
110 E. Court Ave., Suite 286
Des Moines, IA 50309
Tel: (515) 473-9353
david.faith@usdoj.gov

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. The foregoing will also be served on Defendant Daniel Gingerich.

DATE: October 12, 2021

/s/ Shampa A. Panda
Shampa A. Panda
