**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>v.<br><br>DANIEL GINGERICH<br><br>*Defendant*. | Case No. 4:21-cv-00283-SMR-SHL<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT** |

    COMES NOW Michael G. Byrne of Winston & Byrne, P.C., and hereby enters his appearance on behalf of the Defendant Daniel Gingerich in all matters relating to the above case.

                            Respectfully Submitted,

                            WINSTON & BYRNE,
                                Lawyers
                            A Professional Corporation

                            By:   /s/ Michael G. Byrne_____
                                   Michael G. Byrne, AT0001395
                            119 - 2nd St. N.W.
                            Mason City, IA  50401
                            Phone:  641-423-1913
                            Fax:  641-423-8998
                            winstonbyrne@mchsi.com
                            ATTORNEY FOR DEFENDANT

Original Efiled