IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br>v.<br><br>DANIEL GINGERICH<br><br>*Defendant.* | Case No. 4:21-cv-00283-SMR-SHL<br><br>**APPLICATION FOR AUTHORIZATION OF THE COURT FOR IMMEDIATE RELEASE OF OWNERSHIP TO ANIMALS SUBJECT TO PRELIMINARY INJUNCTION HEREIN TO THIRD PARTY ANIMAL RESCUE** |

COMES NOW, the Defendant, Daniel Gingerich, by and through his undersigned attorney, and in support of his Application states to the Court as follows:

1.  On October 13, 2021 the Court entered an Order granting motion on a preliminary injunction requiring Defendant to not transfer any dogs listed on the inventories in paragraph 2 of the court Order without the consent of the United States or a court order.

2.  That Daniel Gingerich, as Defendant herein, has complied with paragraph 2 of the Court Order and has surrendered dogs under his control and possession to the USDA that the veterinarian of the USDA found to be in "acute distress" on both October 13, and October 14.

3.  Defendant desires to immediately be relieved of further responsibilities for the care, control, and management of all dogs under his care by transfer of ownership to address any and all concerns of the USDA, the Department of Justice, and the Court as to appropriate management, control, and care for the animals.

1

4. That LOVE Pet Project is a registered 501(c)-3 Organization located in Indiana who has agreed to accept ownership and care of the animals for purposes of permanent re-homing on an expedited basis.

5. Dr. Denise Katz, affiliated with LOVE Pet Project has provided verification as of October 14, 2021 that upon approval by the Court a team of groomers, veterinarians, veterinarian technicians/ assistants and kennel staff are able to move the dogs from property of Mr. Gingerich to the LOVE Pet Project location in Indiana for assessment, management, medical inspection, and distribution to different homes for permanent placement or other agencies coordinating the placement.

6. That LOVE Pet Project is aware of the pending litigation and will cooperate with the Court to provide any necessary information on follow up care, and will allow USDA oversight and inspection of the animals as well as State of Iowa oversight in the transfer of the animals through the Department of Agriculture which currently license the Gingerich facilities.

7. None of the animals will be re-homed without first being spayed or neutered in compliance with general provisions and requirements of the rescue facility.

8. The transfer of animals can be completed within seven (7) days after approval of the Court and will be able to begin within 24 to 48 hours after approval of the court for this transfer.

9. LOVE Pet Project has already obtained the consent of Parkside Animal Clinic in Centerville, Iowa to provide on-site inspection and management of health issues during the process of transfer before the dogs leave the Gingerich facilities. Animal Health Center in Centerville will also provide cooperation and assistance in

conjunction with this transfer.

10. Gingerich would allow and provide for access of USDA veterinarians on-site during that transfer as well as State of Iowa veterinarian with the Iowa Department of Agriculture.

11. Attached hereto, marked Exhibit A, is a copy of the October 14, 2021 letter from Dr. Denise Katz, of LOVE Pet Project emailed to counsel for Mr. Gingerich providing further details of the commitment.

12. The benefit of immediate transfer and assessment of the dogs by an independent third party organization provides stability and assurances all parties of the welfare of the animals and the accurate reporting of any indications of concern for the same.

13. The undersigned requests that the Court set this matter for hearing on an expedited basis and allow the same to be conducted by telephone in order to assist in the resolution of the transfer of ownership to LOVE Pet Project.

14. The Defendant is committed to the primary concern for the safety, management, and care of his animals and has consented to the permanent release and re-homing of the animals subject to the Court's current injunction to expedite resolution of all concerns giving rise to the issuance of the injunction.

15. That LOVE Pet Project will expedite permanent placement of all animals now owned by Daniel Gingerich.

16. The Defendant is moving with all deliberate speed to comply with the other provisions of the Court Order including release of all available records of acquisition and disposition of animals within the last 12 months.

17. The number and location of all dogs has been delivered to the counsel for the United States of America on October 14, 2021.

18. Issuance of the Order authorizing the transfer would allow the "complete physical examination from head to tail within fourteen (14) days of October 13" as required by the Court's temporary order.

19. Dr. Katz has been informed of the Court requirement for examination by October 27, 2021 and has committed to the completion of that for all 189 dogs and puppies identified to the counsel for the United States on October 14 and has committed to complete the same in a timely fashion as quickly as possible.

WHEREFORE, The Defendant requests the Court:
A. Authorize the transfer of ownership of all dogs remaining in Defendant's possession and subject to the Court's authority herein to the animal rescue selected by Defendant herein; and
B. Authorize expedited hearing including telephonic conference on the same; and
C. Allow Defendant to complete other requirements of accounting and business records to be released to the attorney for the United States herein, unencumbered by ongoing care and responsibility for remaining animals not yet released by Defendant to USDA as "acutely distressed" pursuant to completed USDA examinations of all of Defendant's animals.

Respectfully Submitted,

WINSTON & BYRNE,
Lawyers
A Professional Corporation

By: /s/ Michael G. Byrne
Michael G. Byrne, AT0001395
119 - 2nd St. N.W.
Mason City, IA  50401
Phone: 641-423-1913
Fax: 641-423-8998
winstonbyrne@mchsi.com
ATTORNEY FOR DEFENDANT

Original Efiled

I certify under penalty of perjury and pursuant to the laws of the State of Iowa that the preceding is true and correct.

*Daniel Gingerich*
Daniel Gingerich



**Denise Katz, DVM**
denise@thelovepetproject.org

14 October 2021

To Whom It May Concern:

I am writing in regards to the dogs owned by Daniel Gingerich. I am the President of The LOVE Pet Project, and we would like to be given consideration in taking ownership of the dogs as their final disposition. The LOVE Pet Project is a registered 501c3 in Zionsville, Indiana. We specialize in breeder release rehoming and medical issues. I am a veterinarian and we employ another full-time veterinarian as well as have three additional veterinarians that help us as needed. We employ veterinary technicians, veterinary assistants and kennel staff as well. We have a 16 acre facility designed for the special needs of breeder release dogs and can handle a large capacity. We are also well connected with other local rescues and national organizations, performing the veterinary work for many of them.

We believe we are more than capable of handling this release. I personally have experience in managing large scale rescue operations of various species, working both at the Houston SPCA and Indianapolis Animal Care and Control prior to managing The LOVE Pet Project. Given the nationwide shortage of veterinarians and back log in care nationally, we believe we are in a unique position to provide immediate veterinary care to all of the animals under our charge. I believe many other rescues would find it difficult to provide full veterinary exams, grooming, spay/neuter, dental cleaning and extractions as well as a variety of other treatments that will be needed after assessments performed in a timely manner with this volume of dogs. I am confident that this will not be an issue in our care given our access to veterinarians and veterinary staff, as well as having a team that is already familiar with the unique needs of breeder release dogs.

The rescue proposes to conduct a dispersal of animals owned by Daniel Gringerich, on-site, at each physical location that has been provided. The dispersal will involve a complete categorization of all of the animals at each location and will allow for initial veterinary assessments. These documents will be provided to the USDA, IDALS, and the Court upon the dispersal completion. It is proposed that this dispersal process is monitored by inspectors from either the USDA, IDALS, or both.

The rescue is proposing to partner with Dr. Anthony White, DVM, of the Parkside Animal Hospital located at Centerville, Iowa. Additionally, further support will be provided by the Animal Health Center in Centerville, Iowa. These businesses are run by Iowa licensed DVM's and have agreed to aid us with onsite care as well as with any immediate medical/treatment needs. Further, they will assist with rabies vaccinations and health certificates as the need arises.

For those animals not needing immediate veterinary care, those animals will then be placed onto transport back to Indiana. The rescue will coordinate all needed health certificates and other documents for entry into that state. Once there, the rescue will then coordinate efforts with other Indiana rescues/shelters as needed to plan the eventual rehoming and care of these animals. In Indiana our full veterinary team will be awaiting the dogs to perform full exams, spay/neuter, dental, etc and we will allow the other rescues/shelters to pick up from our location at that time. If you need any further information, please contact me at denise@thelovepetproject.org or 317-339-0021

Thank you in advance for your time and consideration,

*Denise Katz, DVM*
Denise Katz, DVM


EXHIBIT A