# EXHIBIT A – Sheriff Letter



**WAYNE COUNTY SHERIFF'S OFFICE**

207 N. Lafayette Street
Corydon, Iowa 50060-1339

Office: (641) 872-1566
Fax:     (641) 872-1228
Email: WayneSo@CJi.Net

To Serve & Protect The People of Wayne County

Honorable Stephanie Rose:

I am the Sheriff of Wayne County, Iowa. I have held this position since I was first elected in 1997. Defendant Daniel Gingerich owns a facility in Wayne County, located at 3125 Davis Road, Seymour, IA 52590, which housed approximately 260 dogs.

On October 11, 2021, Daniel Gingerich offered to surrender all of his dogs located at this site. Gingerich talked to me about wanting to pick the place that the dogs would go to, but I rejected that idea. Instead, I worked with Animal Rescue League of Iowa ("ARL") to prepare for this anticipated surrender. By the end of the day on October 11, 2021, in partnership with ARL I planned for the anticipated surrender to occur on October 18, 2021. On October 12, 2021, Daniel Gingerich called me while he was in Iowa and had several questions about the surrender of the dogs. I told him to call the Department of Justice attorneys with those issues. On October 12, 2021, the Department of Justice attorneys conveyed to me that DOJ would consent to my plan to have the dogs transferred to ARL. However, Gingerich never followed up on the surrender and stopped communicating with me about it.

During the afternoon of October 13, 2021, ARL employees were in my office while we waited to hear from the United States Department of Agriculture how many dogs were determined to be in "acute distress" and thus subject to removal under the federal court's September 28, 2021 order. Late in the afternoon, Gingerich called the Sheriff's Office and requested that a Deputy be sent to his facility located at 3125 Davis Road, Seymour, IA 52590. Gingerich wanted the Deputy sheriff to give their own assessment of the condition of the dogs at the site. I had already planned for a deputy sheriff to be dispatched with ARL to facilitate the removal of dogs from his site. When my deputy sheriff arrived at Gingerich's facility, Gingerich informed my deputy sheriff that he did not want ARL on his property. My deputy sheriff escorted ARL onto the property to facilitate removal of the dogs.

In light of Gingerich's actions regarding the treatment of the dogs at his 3125 Davis Road location, I have an interest in what happens to these dogs. Having worked with ARL to prepare for the anticipated surrender of the dogs at the 3125 Davis Road location and then to transfer the dogs from that location, I support the transfer of the dogs from Gingerich's facilities and placement at ARL. ARL is qualified to handle the transport and care of these dogs. Furthermore, placing the dogs at ARL will facilitate my ability to track the dogs as well as get information about their condition and treatment.

Please contact me with any questions or concerns at ddavis@wayneso.org.

*D. Keith Davis*

D. Keith Davis
Wayne County Sheriff
207 N Lafayette St
Corydon, Iowa 50060