# EXHIBIT B –
# Iowa AG Letter of Support



**THOMAS J. MILLER**
ATTORNEY GENERAL

1305 E. WALNUT ST.
DES MOINES, IA 50319
Main: 515-281-5164 • Direct: 515-281-5341
Email: jacob.larson@ag.iowa.gov
www.iowaattorneygeneral.gov

IOWA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
Environmental Law Division

October 17, 2021

MARY HOLLINGSWORTH
SHAMPA A. PANDA
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Mary.hollingsworth@usdoj.gov | 202-598-1043
Shampa.panda@usdoj.gov | 202-598-3799
Fax: 202-305-0275
Attorneys for the United States of America

RE: <u>Proposed Dispersal of Daniel Gingerich Dogs</u>

Dear Mary and Shampa:

My client, the Iowa Department of Agriculture and Land Stewardship (IDALS), has received a proposed dispersal plan for an unknown number of Daniel Gingerich's dogs (see attached proposal). IDALS has not personally spoken to or had any direct communication with the author of the proposed plan, Dr. Denise Kratz with LOVE Pet Project (LPP); the plan was submitted to IDALS by a third party. The proposal IDALS received appears to be almost identical to the proposed plan Daniel Gingerich (Gingerich) submitted to the United States District Court for the Southern District of Iowa on October 15, 2021.

Based upon the information, or lack thereof, in the LPP proposal, IDALs cannot accept the LPP proposal at this time. Any proposal for the surrender and disposition of Gingerich's dogs needs to be thoroughly and properly vetted to address the following concerns of IDALS:

1) Ensuring that all dogs are removed in the most expedited way that are under the ownership/care of Mr. Gingerich.

2) Ensuring Gingerich's dogs are inventoried by documenting any existing form of individual permanent identification. If no permanent individual identification exists, IDALS would strongly encourage microchipping or some form of permanent identification to ensure traceability of all dogs through the process of dispersal and

final disposition. Such efforts will help ensure the ability to confirm that all requirements are being met by Gingerich and any entities who may receive dogs;

3) Ensuring the entities managing the dispersal and final disposition have sufficient staff to manage the daily care of the dogs, provide for adequate feed, water and shelter for the dogs, isolation for sick and diseased dogs, and ensure necessary veterinary care can be provided; and

4) Ensuring Gingerich's dogs are not grouped together by the entities managing the dispersal and final disposition in housing facilities with such high concentration and proximity that it presents and animal welfare or disease management risk.

LPP's proposal lacks a significant amount of information that would address these concerns.  To the extent United States Department of Justice, or any other entity, can put forward a sufficiently detailed proposal for the surrender and disposition of some or all of Gingerich's dogs that adequately addresses IDALS' aforementioned concerns, IDALS would support such proposal.  Please let me know if you have any questions.  Thank you.

Sincerely,

 /s/ *Jacob J. Larson*
JACOB J. LARSON
Assistant Attorney General
Office of Iowa Attorney General
Environmental Law Division
Phone: (515) 281-5341
E-mail: jacob.larson@ag.iowa.gov