# EXHIBIT C –
# Gingerich Locations

# LOCATIONS & INVENTORY'S

Location #1  Daniel Gingerich
3125 Davis Rd
Seymour, Ia 52590
Adults 114
Puppies (under 6 months) 149

Location #2  Alice Nisley
3002 Hwy 2
Promise City, Ia 52590
Adults 0 *all adults are her*
Puppies 9

Location #3  Eli Yoder
28920 188th Ave
Davis City, Ia 50065
Adults 15
Puppies (under 6 months) 18

Location #4  Jacob Stutzman
12340 240th St
Lamoni, Ia 50140
Adults 19
Puppies 0

Location #5  Henry Yoder
25316 Elk Chapel Rd
Lamoni, Ia 50140
Adults 58
Puppies (under 6 months) 101

# PAST ASSOCIATED BUSINESS'S

Location #6  William Yoder
Hazleton, Ia 50641
Adults 9
Puppies 0

*Traded puppies for breeding stock approx 6/1/21.
*Any additional dogs at this location are not part of my inventory.

Location #7  Edwin Gingerich
2923 Edison Rd
Seymour, Ia 52590

*Traded 1 Male Pom/3 Female Poms approx 8/1/21.
*Traded the Poms for employee help in my kennel.
*Any additional dogs at this location are not part of my inventory.

Location #8   Allen Stutzman
              S 60
              Seymour, Ia 52590
*Owned 1 Corgi Male in partnership with Allen.
*I have given Allen complete ownership.
*Remainder of the dogs at this location are owned by Allen.

Location #9   John Stutzman
              Lamoni, Ia 50140
*All dogs were removed from this location approx 8/1/21.

Location #10  Joseph Hershberger
              (brother-in-law)
              Davis Rd
              Seymour, Ia 52590
*I rented this facility for approx 1 month and removed the dogs approx 8/15/21.

Location #11  Rueben Troyer
              Redding, Ia
*I have purchased dogs from him and sold dogs to him, but I have no ownership interest in any of the dogs that he has.

Location #12