# EXHIBIT D –

# State of Iowa LOVE Pet Letter

14 October 2021

To Whom It May Concern:

I am writing in regards to the dogs owned by Daniel Gingerich. I am the President of The LOVE Pet Project, and we would like to be given consideration in taking ownership of the dogs as their final disposition. The LOVE Pet Project is a registered 501c3 in Zionsville, Indiana. We specialize in breeder release rehoming and medical issues. I am a veterinarian and we employ another full-time veterinarian as well as have three additional veterinarians that help us as needed. We employ veterinary technicians, veterinary assistants and kennel staff as well. We have a 16 acre facility designed for the special needs of breeder release dogs and can handle a large capacity. We are also well connected with other local rescues and national organizations, performing the veterinary work for many of them.

We believe we are more than capable of handling this release. I personally have experience in managing large scale rescue operations of various species, working both at the Houston SPCA and Indianapolis Animal Care and Control prior to managing The LOVE Pet Project. Given the nationwide shortage of veterinarians and back log in care nationally, we believe we are in a unique position to provide immediate veterinary care to all of the animals under our charge. I believe many other rescues would find it difficult to provide full veterinary exams, grooming, spay/neuter, dental cleaning and extractions as well as a variety of other treatments that will be needed after assessments performed in a timely manner with this volume of dogs. I am confident that this will not be an issue in our care given our access to veterinarians and veterinary staff, as well as having a team that is already familiar with the unique needs of breeder release dogs.

The rescue proposes to conduct a dispersal of animals owned by Daniel Gringerich, on-site, at each physical location that has been provided. The dispersal will involve a complete catalogorzation of all of the animals at each location and will allow for initial veterinary assessments.nThese documents will be provided to the USDA, IDALS, and the Court upon the dispersal completion. It is proposed that this dispersal process is monitored by inspectors from either the USDA, IDALS, or both.

The rescue is proposing to partner with Dr. Anthony White, DVM, of the Parkside Animal Hospital located at Centerville, Iowa. Additionally, further support will be provided by the Animal Health Center in Centerville, Iowa. These businesses are run by Iowa licensed DVM's and have agreed to aid us with onsite care as well as with any immediate medical/treatment needs. Further, they will assist with rabies vaccinations and health certificates as the need arises.

For those animals not needing immediate veterinary care, those animals will then be placed onto transport back to Indiana. The rescue will coordinate all needed health certificates and other documents for entry into that state. Once there, the rescue will then coordinate efforts with other Indiana rescues/shelters as needed to plan the eventual rehoming and care of these animals. In Indiana our full veterinary team will be awaiting the dogs to perform full exams, spay/neuter, dental, etc and we will allow the other rescues/shelters to pick up from our location at that time.

If you need any further information, please contact me at denise@thelovepetproject.org or 317-339-0021

Thank you in advance for your time and consideration,

Denise Katz, DVM