# EXHIBIT E –
# ARL Declaration

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br>v.<br><br>DANIEL GINGERICH<br><br>*Defendant.* | Case No. 4:21-cv-00283-SMR-SHL |

## DECLARATION OF TOM COLVIN

I, Tom Colvin, declare the following to be true and correct to the best of my knowledge and based on my personal knowledge and on information collected from staff:

1. I am employed with the Animal Rescue League of Iowa ("ARL"), as the Chief Executive Officer. I have been working for ARL for a total of 28 years. I have been in my current supervisory position since 1995.

2. In my current role as CEO I have overall strategic and operational responsibility for ARL staff, programs, expansion, and execution of its mission. Prior to my role as CEO, I worked as the shelter director of ARL beginning in 1993, becoming the CEO of the ARL in 1995, a position I still currently hold.

3. Prior to my work with the ARL I was the Executive Director of the Black Hawk Humane Society (now known as the Cedar Bend Humane Society) in Cedar Falls, Iowa. I began my work in animal welfare in 1974. Additionally I am the President of the Iowa Federation of Humane Societies, an elected position I have had since 1981 and I also

Classification: Personal

currently serve on the Iowa State University External Stakeholders Advisory Group, and on the board of the Better Business Bureau. I was also previously on the Iowa Board of Veterinary Medicine. I am also a member of The Association of Animal Welfare Advancement (formerly Society of Animal Welfare Administrators) and the Association of Fundraising Professionals, which promotes ethical fundraising practices. The ARL has been repeatedly honored with local "Best Non-Profit" awards, has been named a "Top-Rated Non-Profit" by Great Non-Profits since 2013, and in 2015 was recognized nationally as the "Shelter of the Year".

4. ARL is the largest nonprofit animal shelter in the State of Iowa. ARL was founded in 1926, and our mission is to serve pets in need through spay/neuter programs, veterinary assistance, pet behavioral help, and adoption programs. It has been registered as a 501(c)(3) non-profit organization since 1926. ARL is a Better Business Bureau Accredited Charity and meets all 20 Standards for Charity Accountability.

5. ARL has an Animal Welfare License with the State of Iowa and is, thus, subject to state oversight and must comply with requirements set by the State regarding recordkeeping, vaccinations, enclosure space, sanitization, and cleaning.

6. ARL has three main locations: (1) ARL Main (adoptions, pet help center, and administration) located at 5452 N.E. 22nd Street, Des Moines, IA 50313; (2) ARL West (adoptions) located at 1500 22nd Street, West Des Moines, IA 50265; and (3) ARL Animal Services (adoptions, Animal Control for Des Moines, and drop-off for stray animals) located at 1615 SE 14th Street, Des Moines IA 50320. In total, ARL operates four adoption centers and two animal shelters in the Greater Des Moines area.

7. As of October 16, 2021, the ARL has 102 full time and 17 part time

employees; and over 1600 volunteers.

8. In the 2020 calendar year, ARL adopted out 7,181 total animals, of which 1,818 were dogs. In this calendar year, ARL performed 5,454 spay/neuter surgeries and administered 43,937 total medical treatments to the animals we care for.

9. From January-September 2021, ARL has adopted out 5,235 total animals, of which 1,523 are dogs.

10. ARL has existing partnerships with numerous other shelters, including the American Society for the Prevention of Cruelty to Animals ("ASPCA") that allows animals currently housed at ARL to be transferred to other animal shelters both in and outside of Iowa. In 2020, 597 animals were transferred to other shelters through these partnerships.

11. ARL's Animal Welfare Coordinator was present at this Court's hearing on the motion for preliminary injunction held October 8, 2021 and began communication with counsel from the United States Department of Justice after the hearing concluded.

12. Since October 8, 2021, ARL has been in communication with the Sheriff's Office of Wayne County, Iowa, where Daniel Gingerich's Site 1 is located, and the United States Department of Justice about transporting dogs from the licensed and unlicensed sites of Defendant Daniel Gingerich to our facilities and providing the dogs with the veterinary care they need.

13. On October 11, 2021, the Wayne County Sheriff conveyed to me/my staff that Mr. Gingerich had offered to surrender all of the dogs at Site 1, located at 3125 Davis Rd., Seymour, IA 52590. We immediately began working with the Wayne County Sheriff to prepare for the anticipated surrender of the approximately 260 dogs located at that site.

Classification: Personal

With the assistance of the ASPCA, we remain ready and prepared to take the approximately 240 dogs that remain at Site 1.

14. On October 13, 2021 the ARL assisted the USDA with the removal of 21 dogs and puppies that USDA veterinarians determined were in "acute distress" from the following licensed sites of Daniel Gingerich: 3125 Davis Road, Seymour, IA 52590.

15. On October 14 we assisted the United States in removing 8 dogs and puppies that USDA veterinarians determined were in "acute distress" from the following unlicensed site of Daniel Gingerich: 28920 – 188th Avenue, Davis City, IA 50065; and one from 25316 Elk Chapel Road, Lamoni, IA 50140.

16. These dogs are currently being treated for several serious issues, including malnourishment, intestinal parasite infections, chronic eye disease, severe dental disease and respiratory issues by our veterinary team. This veterinary team is led by Dr. Dan Campbell who oversees the medical program at the ARL. Dr. Campbell has been a practicing veterinarian since 1987. Dr. Campbell is a member of the American Veterinary Medical Association, the Iowa Veterinary Medical Association, the Association of Shelter Veterinarians, Iowa Veterinary Rapid Response Team, and the Humane Society Veterinary Medical Association and is on the Board of the Iowa Federation of Humane Societies.

17. Based on the information we have, we believe at least a third of the dogs from at least the 3125 Davis Road site will need to remain in Iowa for some period of time for evaluation and treatment. We are prepared to care for those dogs in state for as long as is necessary to ensure their health and wellbeing. ARL will provide all documentation regarding the dogs' medical condition and treatment to the United States.

18. We are currently working with our partner organizations, including the

ASPCA; as well as additional partner organizations, two of those are:

    Wayside Waifs; https://waysidewaifs.org/ primary point of contact Alison Reder, CAWA Vice President of Animal Welfare & Operations.

    Wisconsin Humane Society; https://www.wihumane.org/about-us; primary point of contact: Matt White COO/Vice President of Operations. Handle 40,000 animals annually with 10,000 plus adoptions

Under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), I declare the foregoing to be true and correct to the best of my knowledge.

    Executed on October 16, 2021.

*Tom L. Colvin*
Tom L. Colvin
Chief Executive Officer
Animal Rescue League of Iowa, Inc.

Classification: Personal