# EXHIBIT G –
# Autumn Unck Declaration

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br>v.<br><br>DANIEL GINGERICH<br><br>*Defendant.* | Case No. 4-21-cv-00283-SMR-SHL |

### DECLARATION OF DR. AUTUMN UNCK

I, Autumn Unck, do hereby declare that:

1. I am employed with the United States Department of Agriculture (USDA) Animal and Plant Health Inspection Service (APHIS), Animal Care (AC) as veterinary medical officer (VMO). I have been in this position for approximately five years.

2. I am providing information concerning observations connected to inspections I conducted at Daniel Gingerich's facilities. Daniel Gingerich's customer identification is #506618.

3. On October 13, 2021, I arrived at Daniel Gingerich's site located at 3125 Davis Road, Seymour, IA 52590 along with USDA Veterinary Medical Officer ("VMO") Dr. Bill Janecke and Animal Care Inspector ("ACI") Kelly Maxwell. When I arrived at the site, I was told by a female employee that she had found a coughing puppy that morning and had told Daniel about the coughing puppy, but Daniel had said the dog was fine and did not need to go to the vet.

4. We then identified two adult dogs with severe eye conditions that were in "acute

distress." We explained to Daniel how these two dogs met the definition of "acute distress," to which Daniel replied, with an agitated tone to his voice, how could these two dogs be in distress if a vet said they were fine last week.

5. We then identified four Golden retriever puppies housed together in an enclosure where diarrhea with blood was found in the enclosure. We explained to Daniel the reason that these puppies were in acute distress. Daniel insisted that his veterinarian had given these puppies a clean bill of health last week. We asked him for medical records for the puppies, which he did not produce. We asked him what day the veterinarian had conducted the medical exam, which he could not tell us.

6. In another enclosure, we identified three Golden retriever puppies that also had diarrhea with blood across the flooring of the enclosure. We explained to Daniel how this meant that these puppies were in "acute distress." Daniel became agitated and demanded multiple times for me to explain to him how these puppies were in acute distress.

7. During the inspection, I asked Daniel to provide me with the written program of veterinary care for this site, which he could not locate and did not provide. I then asked Daniel who was going to take care of the dogs at this site now that his previous site manager Joe Miller had resigned. Daniel replied that Joe had not resigned but was just taking vacation for a week but would be coming back.

8. After Kelly Maxwell handed Daniel a copy of this Court's Order granting the Motion for Preliminary Injunction, ECF No. 4, which orders Daniel to surrender all dogs that a USDA vet finds is in "acute distress," Daniel had his driver move the vehicle to behind a building, so that we could no longer see him. We were concerned that Daniel may be doing something to the dog we found in acute distress that was located in that building, a Pomsky with

a poorly healed broken leg, so we moved our vehicle to an area that we could see Daniel. Daniel then got out of his vehicle and approached the window of ACI Maxwell's vehicle. He then angrily demanded to know how the Pomsky was in acute distress if his veterinarian had given it a clean bill of health last week. I explained to him why Dr. Janecke and I had determined that the Pomsky was in acute distress.

9. On October 14, 2021, I conducted an inspection at 12340 240th Street, Lamoni, IA 50140 managed by Jacob Stutzman. At this location, all of the dogs are housed outdoors. I observed that the shelters were extremely dirty, and there was no bedding in any of the shelters. One of the shelters, home to at least six dogs, had no roof and was missing a wall. Many of the enclosures had holes dug in the ground that Stutzman was covering up with pieces of livestock panel. Stutzman informed me that he was "tired of filling up the holes" that the dogs were digging. He further stated that dogs on the property belonged to Daniel, and that he was no longer willing to care for these dogs.

10. After Stutzman's statement that he was no longer willing to care for these dogs, Based on this statement and what I observed at the site, I was very concerned for the welfare of the dogs. The dogs did not have bedding in their shelters and the temperature was going to get down to 30-40 degrees at night with wind chill. We asked Stutzman if he was willing to have us take the dogs today, to which he replied yes.

11. On October 14, 2021, I conducted inspections at the following sites of Daniel Gingerich: (1) 25316 Elk Chapel Rd., Lamoni, IA 50140; (2) 12340 240th St., Lamoni, IA 50140; and (3) 28920 188th Ave., Davis City, IA 50065. At each of these inspections, the site manager stated that they had been told by Daniel that all of the dogs would be gone on Monday October 18, 2021.

12. On October 14, 2021, I was conducting an inspection of Daniel's site located at 28920 188th Ave, Davis City, IA 50065 when I witnessed active breeding between a cocker spaniel and a beagle.

13. I saw males and female dogs mixed together in enclosures during inspections conducted at the following sites: (1) 12340 240th St., Lamoni, IA 50140; (2) 28920 188th Ave, Davis City, IA 50065; (3) 3125 Davis Rd., Seymour, IA 52590.

Under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), I declare the foregoing to be true and correct to the best of my knowledge.

Executed on October 17, 2021.

*[signature]* DVM
10/17/2021

Autumn Unck
Animal Care Inspector
USDA-APHIS, Animal Care