# EXHIBIT H –
# Kelly Maxwell Declaration

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>v.<br><br>DANIEL GINGERICH<br><br>*Defendant*. | Case No. 4:21-cv-00283-SMR-SHL |

### DECLARATION OF KELLY MAXWELL

I, Kelly Maxwell, do hereby declare that:

1. I am employed with the United States Department of Agriculture (USDA) Animal and Plant Health Inspection Service (APHIS), Animal Care (AC) as an animal care inspector (ACI). I have been in this position for approximately seven years and five months.

2. I am providing information concerning observations connected to inspections I conducted at Daniel Gingerich's facilities. Daniel Gingerich's customer identification is #506618.

3. On October 13, 2021, I arrived at Daniel Gingerich's site located at 3125 Davis Road, Seymour, IA 52590 along with USDA Veterinary Medical Officer ("VMO") Dr. Autumn Unck and VMO Dr. Bill Janecke.

4. During the inspection, we identified a Golden retriever puppy with a severe hacking cough. We asked Daniel whether this puppy was in treatment and he said "I have no idea. I just got here last night. I don't know what's going on here." I asked Daniel for medical records for the puppy including the vaccinations and deworming treatments the

animal has received since birth, to which Daniel replied "I don't know if there are any records. I don't know where any of the records would be."

5. We then identified two adult dogs who had severe eye conditions. Daniel told us that a veterinarian had inspected these dogs last week and gave them a clean bill of health. We asked Daniel for the dogs' medical records showing the results of the exams and Daniel said he did not have them. We asked what day the exam occurred, and he stated that he did not know.

6. We moved on to an enclosure where four Golden retriever puppies that were housed together had diarrhea with blood in the enclosure. We asked Daniel about the health of these puppies, to which he replied that he did not know if the puppies were under treatment and, further, did not know what was going on at the facility.

7. Once we completed the inspection, Daniel asked us what was going to happen. I told him to wait while I confirmed the next steps. Daniel then returned to his vehicle and began to make phone calls. We then returned to the kennel to confirm some of the identification numbers for a few of the dogs.

8. I handed Daniel a copy of this Court's Order granting the Motion for Preliminary Injunction, ECF No. 4, which orders Daniel to surrender all dogs that a USDA vet finds is in "acute distress." After getting this order, Daniel become extremely agitated and distressed and demanded to speak to the Department of Justice attorneys.

9. I informed Daniel that Animal Rescue League of Iowa ("ARL") was on the way to transport the dogs that a USDA veterinarian had determined was in "acute distress" and that under this Court's Order he was required to surrender to the USDA. Daniel then stormed off in a manner that led me to believe he was quite mad and then returned shortly

and told us in an angry, frustrated voice "my vet is on his way, no dog is leaving until my vet examines them." Daniel had not previously mentioned that the veterinarian was scheduled to visit the site and provide treatment to any dogs. Instead he seemed to have called the veterinarian only in response to our team notifying him that some dogs were determined to be in "acute distress." He then stormed away again, and went into his sheltered housing building and shut the door.  Due to Daniel's extreme agitation and stress, we were extremely concerned that Daniel was doing something to the dogs in that building.  Daniel remained in the building with the door closed until his veterinarian, which appeared to be Dr. Couchman at the Animal Health Centre located in Centreville, Iowa, arrived approximately 10 minutes later.  Dr. Couchman retrieved his stethoscope from his car and was in the building for approximately 10 minutes and then returned to his car and left the property.

10. ARL then arrived at the site to transport the dogs from the sheltered building.  While recovering the dogs, one of ARL employees who had taken a photo from inside of one of the buildings was deleting that photo. As she was doing so, I saw that Daniel would not remove himself from the ARL employee's personal space even as she was telling him that he was making her uncomfortable and asking him to step back.

11. After the inspection of this site, it was determined that we must have a security escort with us at all of the remaining inspections of Daniel's facilities due to: (1) Daniel's angry, frustrated, and stressed behavior which could result in a dangerous situation for the inspection team; (2) the fear of myself and Dr. Unck and Dr. Janecke that Daniel would harm or attempt to euthanize a dog after a USDA veterinarian had determined that the dog was in "acute distress" but while waiting for ARL to arrive on the site to transport

the dogs; and (3) Daniel had called the Wayne County Sheriff's Office on us after the inspection was completed and while we were waiting on ARL to arrive.

12. On October 14, 2021, I, along with Dr. Unck and Dr. Janecke, arrived at Daniel's unlicensed site at 12340 240th St. Lamoni, IA 50140 managed by Jacob Stutzman. We were accompanied to this inspection by two Deputy Sheriffs. I asked Stutzman if he was willing to allow us to assess the dogs at this site to which Stutzman replied "Sure, they're not my dogs." We then asked him if the dogs at this site were Daniel's dogs and he said yes. We then completed the inspection of all the dogs.

13. After we had completed the inspection of all the dogs, Stutzman informed us that Daniel told him that all of these dogs would be gone on Monday. We then asked him what he meant by that statement, and Stutzman said he did not know.

14. Stutzman said that he was not interested in taking care of Daniel's dogs that were at this location anymore. He said that the dogs were a lot of work, were destructive, and that he was constantly spending money trying to fill the holes in the enclosures that the dogs were digging. He said that he was interested in the dogs leaving today.

15. Based on Stutzman's statements, I called Mary Hollingsworth to inform her that Stutzman had requested that USDA take possession of the dogs.

16. On October 14, 2021 we inspected a site located at 25316 Elk Chapel Rd. Lamoni, IA 50140, where Toby and Henry Yoder are the site managers. During the inspection, we were informed by Toby Yoder that puppies were born on October 11, 2021 and that the mother died the same day as the puppies were born due to a calcium deficiency. We also saw a total of 40 puppies in the whelping building, of which one litter looked to be about 2-3 weeks old.

17. On October 14, 2021 we inspected Daniel's unlicensed site located at 28920 188th Ave, Davis City, IA 50065 managed by Eli Yoder. Eli Yoder presented six beagles for inspection, even though only five beagles were listed on the inventory. Eli Yoder could not identify which beagle was the additional beagle. I asked Eli Yoder about another discrepancy in the inventory, of a dog that is listed on the inventory as a Cocker Spaniel named "Lassie" but was presented during the inspection as a beagle named "Patsy." Eli did not know who or where the missing Cocker Spaniel "Lassie" was.

Under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), I declare the foregoing to be true and correct to the best of my knowledge.

Executed on October 17, 2021.

_____

Kelly Maxwell
Animal Care Inspector
USDA-APHIS, Animal Care