# EXHIBIT I –

# Joe Miller resignation letter

To USDA, State of Iowa, and any other concerned party,

On 10-12-21 I Joseph Miller Notified Daniel Gingerich while he was in Seymour IA that I was resigning from my position as caretaker of his animals at his direction.

I can not support Daniel's practices and behavior.

Daniel is currently at the residence of 3125 Davis Rd Seymour IA, and is caring for all animals.

We took our 2 personal family Pets with us. Lala our Red Merle mini Aussie and Midnight our black and tan Chihuahua.

I can be reached at ▮▮▮▮▮ to answer any question any one may have.

My New address is ▮▮▮▮▮

I am sorry for any Inconviences it may cause.

Thank you
Joseph Miller
*Joseph Miller* (signature)

10-12-21