# EXHIBIT K –
# Byrne Email to DOJ 10/14/21

| | |
|---|---|
| From: | Winston & Byrne |
| To: | Hollingsworth, Mary (ENRD) |
| Subject: | [EXTERNAL] Daniel Gingerich 4:21-cv-00283 |
| Date: | Thursday, October 14, 2021 3:01:51 PM |
| Attachments: | gingerich locations.pdf |
| | gingerich 1.pdf |
| | gingerich set 2 .pdf |

Dear Ms. Hollingsworth:

This office is providing email services for Daniel Gingerich pursuant to his telephone conversation with you this afternoon.

According to his instructions, we are forwarding you following:

1. The location and inventory of dogs believed to be of interest to the injunctive action filed herein. (2 pages)
2. Records of dog health inspection by veterinarian Richard L. Runyon, DMV of East Ridge Animal Center, LLC, in Chariton, Iowa. This includes the specific listing of dogs examined and particular results for each individual dog as of the date of the letter. These number 189 pages.
3. Eighteen pages of patient history reports for dogs identified.
4. Supplemental handwritten identification of inventory currently held in the possession of Alice Nisley at 3002 Highway 2, Promise City, Iowa. This is Mr. Gingerich's sister. (one page)

It is my understanding that Mr. Gingerich has provided you with this email address for return correspondence particularly involving a settlement offer from your office to resolve the injunctive relief issue.

Due to the size of the email attachment, they will be sent in multiple emails.

Please provide that at your earliest convenience.

Thank you – Michael G. Byrne

Winston & Byrne, P.C.
119 – 2nd St. N.W.

Mason City, IA 50401
Phone: 641-423-1913
Fax: 641-423-8998

CONFIDENTIALITY NOTICE: This email (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.