# EXHIBIT L –
# October 15 Email to Michael Byrne

| | |
|---|---|
| **From:** | Panda, Shampa (ENRD) |
| **To:** | winstonbyrne@mchsi.com; mbyrne@mchsi.com |
| **Cc:** | Hollingsworth, Mary (ENRD) |
| **Subject:** | United States of America v. Gingerich: response requested by EOD for veterinary care and care issues |
| **Date:** | Friday, October 15, 2021 6:23:00 PM |

Mr. Byrne,

As we discussed on the phone earlier today, Jacob Stutzman informed USDA staff and a DOJ attorney yesterday (October 14, 2021) that: (1) your client, Daniel Gingerich, owns all of the huskies and pomskys on his property at 12340 240th St. Lamoni, IA 50140; and (2) that he, Jacob Stutzman, is no longer willing or able to care for the huskies and pomskys, and he wants them gone from his property because he will no longer provide care for them. As we explained to Mr. Gingerich yesterday and reiterated to you today, Mr. Gingerich can surrender these dogs to the United States and we will make arrangements to transport the dogs. Please let me know what Mr. Gingerich has decided to do re: these huskies and pomskys.

Additionally, we were just informed by the State of Iowa that the Iowa Department of Agriculture and Land Stewardship was conducting an inspection of Mr. Gingerich's facility located at 3125 Davis Road, Seymour, IA 52590 today, when it observed an 8-week old Pomeranian puppy located in building 2 in need of immediate care. This puppy was showing signs of distress by heavy breathing, nasal discharge, and was acting lethargic. The IDALF inspector physically brought this puppy out during the inspection to alert of this condition. Mr. Gingerich either needs to get this puppy immediate veterinary care by the end of the day today (October 15, 2021) and provide evidence to the United States that the veterinary care provided, or surrender this puppy to the United States and we will make arrangements to transport the puppy.

Thanks,
Shampa

Shampa A. Panda, Trial Attorney
Wildlife and Marine Resources Section
Environment and Natural Resources Division
United States Department of Justice
Washington, DC
Office: (202) 305-0431
Cell: (202) 598-3799
shampa.panda@usdoj.gov