## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose

| Case No. 4:21-cv-00283 | : | Clerk's Court Minutes – Motion Hearing |

| Plaintiff(s) | : | Defendant(s) |
|---|---|---|
| United States of America | : | Daniel Gingerich |

Plaintiff(s) Counsel: Mary Elisabeth Hollingsworth, David L.D. Faith and Shampa Anupurba Panda

Defendant(s) Counsel: Michael G. Byrne

| Court Reporter: Kelli Mulcahy | : | Interpreter: N/A |

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| [15] Defendant's Motion for Authorization for Immediate Release of Animals to Third Party Animal Rescue | : | | X |

Proceedings:

10:00  Court in session.  Parties appear via telephone for a Motion Hearing.  Court takes up Defendant's Motion for Authorization for Immediate Release of Animals to Third Party Animal Rescue [15].  10:01  Defense counsel presents argument.  10:07  Government counsel presents argument.  10:15 Defense counsel makes record regarding his client's compliance with the Preliminary Injunction Order [12].  10:16  Government counsel makes record regarding the defendant's compliance with the Preliminary Injunction Order [12].  10:23  Defendant makes record regarding his compliance with the Preliminary Injunction Order [12].  10:29  Defense counsel makes additional regarding his client's compliance with the Preliminary Injunction Order [12].  Court to set a Contempt Hearing by future order.  10:35  Adjourn.

Time Start: 10:00 am
Time End:  10:35 am
Date: October 18, 2021

/s./ K. Chrismer
_____
Deputy Clerk