# ATTACHMENT 1: PROOF OF SERVICE



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br><br>*Plaintiff(s)*<br>v.<br><br>Daniel Gingerich<br><br>*Defendant(s)* | Civil Action No.  4:21cv283 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Daniel Gingerich
10159 SR-124
Hillsboro, OH 45133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED

JOHN S. COURTER, Clerk

Date:   10/07/2021

By: _____
DEPUTY CLERK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Daniel Gingerich**

was received by me on *(date)* **October 8, 2021**.

☒ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

PER LETTER ATTACHED

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **IRENE HERSCHBERGER**, a person of suitable age and discretion who resides there, on *(date)* **10-8-21**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **19.00** for travel and $ **6.00** for services, for a total of $ **25.00**.

I declare under penalty of perjury that this information is true.

Date: **10/8/21**

*Server's signature*

**DEPUTY DAN STRAIN**
*Printed name and title*

**HIGHLAND COUNTY SHERIFF'S OFFICE
130 HOMESTEAD AVE HILLSBORO, OHIO 45133**
*Server's address*

Additional information regarding attempted service, etc:

PER LETTER ATTACHED, SERVICE WAS MADE TO HILLSBORO ADDRESS TO IRENE HERSCHBERGER, SISTER OF DEFENDANT. Ms HERSCHBERGER ADVISED THAT DANIEL GINGERICH WAS IN IOWA AND DUE BACK TO THIS RESIDENCE ON OR ABOUT 10-9-21. SHE STATED THAT THE HILLSBORO ADDRESS IS WHERE HE WILL BE STAYING.

[Print]  [Save As...]  [Reset]