**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

UNITED STATES OF AMERICA,

*Plaintiff*,

v.                                                          Case No.  4:21-cv-00283-SMR-SHL

DANIEL GINGERICH                          **JOINT MOTION TO STAY DEADLINES
FOR ONE WEEK**

*Defendant*.

_____

    The parties have been engaging in substantive settlement discussions to attempt to

resolve this case without the need for further litigation. The parties agree that continued

discussions are necessary to determine whether settlement is possible and to finalize and obtain

approval for any settlement agreement. The parties agree that at the present time, their resources

are best devoted to settlement discussions rather than litigation and this may have the potential

benefit of conserving the Court's resources. This motion is made in good faith for the purposes

of facilitating the efficient resolution of this action and not for the purposes of delay.

    Accordingly, the parties respectfully request that the Court enter an order extending or

staying all briefing deadlines and the October 21, 2021 hearing in this case for one week until

October 28, 2021.

    DATED: October 20, 2021

                              TODD KIM
                              Assistant Attorney General
                              Environment and Natural Resources Division

                              /s/ Shampa A. Panda
                              SHAMPA A. PANDA
                              Trial Attorney

United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
MARY HOLLINGSWORTH
Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
999 18th Street, South Terrace, Rm. 370
Denver, CO 80202
Mary.hollingsworth@usdoj.gov | 202-598-1043
Shampa.panda@usdoj.gov | 202-598-3799
Fax: 202-305-0275

RICHARD D. WESTPHAL
Acting United States Attorney

DAVID L.D. FAITH II
Assistant United States Attorney
U.S. Attorney's Office for the Southern District of Iowa
110 E. Court Ave., Suite 286
Des Moines, IA 50309
Tel: (515) 473-9353
david.faith@usdoj.gov

*Attorneys for the United States of America*


WINSTON & BYRNE,
    Lawyers
A Professional Corporation


By: _____/s/ Michael G. Byrne_____
        Michael G. Byrne, AT0001395
119 - 2nd St. N.W.
Mason City, IA  50401
Phone:  641-423-1913
Fax:  641-423-8998
winstonbyrne@mchsi.com
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. The foregoing will also be served on Defendant Daniel Gingerich.

DATE: October 20, 2021

/s/ Shampa A. Panda
Shampa A. Panda