**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | |
| v. | Case No.  4:21-cv-00283-SMR-SHL |
| DANIEL GINGERICH | **JOINT MOTION TO STAY DEADLINES FOR ONE WEEK** |
| *Defendant.* | |

The parties have now reached an agreement in principle to resolve this case. The United States requires additional time to seek the necessary authorizations to enter into a consent decree; that process should take no more than 7 days. In the meantime, Defendant has permanently surrendered all of his dogs at the following three sites: 3125 Davis Rd., Seymour, Iowa, 12340 240th St., Lamoni, Iowa, and 28920 188th Ave, Davis City, Iowa. The approximately 64 dogs from the Lamoni and Davis City locations were transferred to the Animal Rescue League of Iowa on October 26, 2021. The approximately 240 dogs from the Seymour site will be transferred to the Animal Rescue League of Iowa starting on Monday, November 1, 2021. The parties are making arrangements regarding the transfer of the remaining dogs and will keep the Court updated on that front.

In light of these developments, the parties jointly request that any and all deadlines and the scheduled contempt hearing be stayed for an additional week to give the parties an opportunity to finalize the consent decree. This extension would also conserve both the Court's and parties' resources. This motion is made in good faith for the purposes of facilitating the efficient resolution of this action and not for the purposes of delay.

DATED: October 28, 2021

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

/s/ Mary Hollingsworth
MARY HOLLINGSWORTH
Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
999 18th Street, South Terrace, Rm. 370
Denver, CO 80202
SHAMPA A. PANDA
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Mary.hollingsworth@usdoj.gov | 202-598-1043
Shampa.panda@usdoj.gov | 202-598-3799
Fax: 202-305-0275

RICHARD D. WESTPHAL
Acting United States Attorney

DAVID L.D. FAITH II
Assistant United States Attorney
U.S. Attorney's Office for the Southern District of Iowa
110 E. Court Ave., Suite 286
Des Moines, IA 50309
Tel: (515) 473-9353
david.faith@usdoj.gov

*Attorneys for the United States of America*

WINSTON & BYRNE
Lawyers
A Professional Corporation By:

/s/ Michael G. Byrne (authorized on 10/28/2021)
Michael G. Byrne, AT0001395
119 - 2nd St. N.W.
Mason City, IA 50401
Phone: 641-423-1913

Fax: 641-423-8998
winstonbyrne@mchsi.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system.

DATE: October 28, 2021

/s/ Mary Hollingsworth
MARY HOLLINGSWORTH