## ATTACHMENT A

From: 3125 Davis Rd., Seymour, IA (Site 1)

| ID # | Breed | Age | Sex |
|---|---|---|---|
| 272 | Aussie | 1 | m |
| 457 | Toy aussie | 1 | F |
| 457-1 | Toy aussie | 08/20/21 | M |
| 457-2 | Toy aussie | 08/20/21 | M |
| 457-3 | Toy aussie | 08/20/21 | F |
| 476 | Toy aussie | 2 | F |
| 476-1 | Toy aussie | 9/7/21 | M |
| 476-2 | Toy aussie | 9/7/21 | F |
| 311 | Toy aussie | 2 | F |
| 311-04 | Toy aussie | 08/12/21 | M |
| 311-05 | Toy aussie | 08/12/21 | M |
| 311-06 | Toy aussie | 08/12/21 | F |
| 692 | Toy aussie | 07/13/21 | F |
| 254 | Toy aussie | 1 year | m |
| 713 | Toy aussie | 07/16/21 | F |
| 751 | Toy aussie | 07/16/21 | M |
| 381 | Toy aussie | 3 | f |
| 346 | Toy aussie | 2 | m |
| 398 | Aussie mix | 03/1/19 | f |
| 380 | Cocker Spaniel | 2 | F |
| 380-1 | Cocker spaniel | 08/18/21 | M |
| 380-2 | Cocker Spaniel | 08/18/21 | M |
| 380-3 | Cocker spaniel | 08/18/21 | F |
| 380-4 | Cocker spaniel | 08/18/21 | F |
| 676 | Cocker spaniel | 1 year | M |
| 637 | Cocker spaniel | 2 | F |
| 353 | Cocker spaniel | 2 | F |
| 463 | Cocker spaniel | 2 | F |
| 649 | Cocker spaniel | 1-10-21 | F |
| 639 | Cocker spaniel | 1 | F |
| 382-9 | Poodle | 08/25/21 | F |
| 499 | Poodle | 3 | F |
| 499-01 | Poodle | 07/12/21 | M |
| 499-02 | Poodle | 07/12/21 | F |
| 499-03 | Poodle | 07/12/21 | F |
| 499-04 | Poodle | 07/12/21 | F |
| 725 | Poodle | 3 | F |
| 725-1 | Poodle | 07/19/21 | M |
| 725-2 | Poodle | 07/19/21 | F |
| 725-3 | Poodle | 07/19/21 | F |

| | | | |
|---|---|---|---|
| 725-4 | Poodle | 07/19/21 | F |
| 645 | Poodle | 2 | F |
| 645-1 | Poodle | 08/21/21 | M |
| 645-2 | Poodle | 08/21/21 | M |
| 645-3 | Poodle | 08/21/21 | M |
| 645-4 | Poodle | 08/21/21 | F |
| 645-5 | Poodle | 08/21/21 | F |
| 417 | Poodle | 2 | F |
| 417-1 | Poodle | 08/22/21 | M |
| 417-2 | Poodle | 08/22/21 | M |
| 417-3 | Poodle | 08/22/21 | M |
| 793 | Poodle | 07/10/21 | M |
| 285 | Poodle | 2 | F |
| 648 | Poodle | 01/5/21 | F |
| 245 | Poodle | 1 | M |
| 397 | Poodle | 1 | M |
| 297 | Poodle | 1 | M |
| 216 | Poodle | 2 | M |
| 382 | Poodle | 1 | F |
| 341 | Poodle | 1 | F |
| 425 | Poodle | 1 | F |
| 348 | Poodle | 2 | F |
| 290 | Poodle | 1 | F |
| 223 | Poodle | 1 | M |
| 411 | Poodle | 1 | F |
| 390 | Poodle | 1 | M |
| 281 | Poodle | 2 | F |
| 279 | Poodle | 1-6-21 | M |
| 622 | Poodle | 1-6-21 | M |
| 420 | Poodle | 1 | M |
| 970 | Poodle | 1-8-21 | F |
| 354 | Poodle | 5/7/17 | f |
| 520 | Poodle | 06/10/21 | M |
| 371 | Poodle | 5/28/18 | f |
| 585 | Poodle | 6/19/21 | m |
| **250** | Poodle | 2 | F |
| **633** | Poodle | | M |
| **228** | Poodle | 1 | M |
| **669** | Teddybear | | F |
| **611** | Teddybear | | F |
| **452** | Poodle | | M |
| 265 | "Poo" | 4/23/21 | F |
| 481 | Poo | 03/1/19 | F |
| 518 | Poo | 07/6/21 | M |
| 511 | Poo | 7/6/21 | f |
| 401 | Corgi | 4 | F |

2

| | | | |
|---|---|---|---|
| 401-1 | Corgi | 09/27/21 | M |
| 401-2 | Corgi | 09/27/21 | M |
| 401-3 | Corgi | 09/27/21 | F |
| 401-4 | Corgi | 09/27/21 | F |
| 401-5 | Corgi | 09/27/21 | F |
| 401-6 | Corgi | 09/27/21 | F |
| 401-7 | Corgi | 09/27/21 | F |
| 619 | Corgi | 07/21/18 | F |
| 498 | Corgi | 5/28/19 | F |
| 377 | Corgi | 2/21/19 | f |
| 340 | Shiba inu | 5 | f |
| 612 | Bischon | 2 | F |
| 612-3 | Bischon | 07/22/21 | M |
| 612-4 | Bischon | 07/22/21 | M |
| 612-5 | Bischon | 07/22/21 | M |
| 527 | Bischon | 07/13/21 | M |
| 424 | Bischon | 2 | F |
| 582 | Pomsky | 1 | F |
| 582-1 | Pomsky | 08/14/21 | F |
| 582-2 | Pomsky | 08/14/21 | F |
| 582-3 | Pomsky | 08/14/21 | F |
| 563 | Pomsky | 07/15/21 | M |
| 561 | Pomsky | 07/15/21 | F |
| 248 | Pomsky | 2 | M |
| 221 | Pomsky | 2 | F |
| 201 | Pomsky | 2 | F |
| 023 | Pomsky | 2 | F |
| 302 | Pomsky | 2 | F |
| 357 | Pomsky | 1 | F |
| 343 | Pomsky | 1 | M |
| 402 | Pomsky | 2 | F |
| 506 | Pomsky | 07/15/21 | F |
| 538 | Pomsky | 07/20/21 | M |
| 559 | Pomsky | 6/22/21 | F |
| 620 | Pomsky | 06/22/21 | F |
| 261 | Pomsky | 06/22/21 | F |
| 462 | Pomsky | 06/22/21 | F |
| 706 | Pomsky | 06/17/21 | F |
| 274 | Labradoodle | 2 | F |
| 274-1 | Labradoodle | 09/06/21 | M |
| 274-2 | Labradoodle | 09/06/21 | M |
| 274-3 | Labradoodle | 09/06/21 | M |
| 275-4 | Labradoodle | 09/06/21 | M |
| 275-5 | Labradoodle | 09/06/21 | F |
| 275-6 | Labradoodle | 09/06/21 | F |
| 275-7- | Labradoodle | 09/06/21 | F |

| | | | |
|---|---|---|---|
| 275-8 | Labradoodle | 09/06/21 | f |
| 275-9 | Labradoodle | 09/06/21 | f |
| 264 | Labradoodle | 2 | f |
| 327 | Labradoodle | 3 | F |
| 460 | Labradoodle | 04/3/21 | F |
| 253 | Labradoodle | 04/3/21 | F |
| 363 | Labradoodle | 2 | F |
| 284 | Labradoodle | 2 | F |
| 276 | Labradoodle | 2 | F |
| 273 | Golden doodle (mini) | 2 | f |
| 494 | Golden doodle | 1-4-21 | F |
| 394 | Golden doodle | 1-4-21 | F |
| 222 | Golden doodle | 1-4-21 | F |
| 351 | Golden doodle | 1-4-21 | F |
| 445 | Golden doodle | 1-4-21 | F |
| 722 | Golden doodle | 1-4-21 | F |
| 301 | Golden doodle | 4-6-21 | F |
| 243 | Golden doodle | 3-4-21 | F |
| 664 | Golden doodle | 4-6-21 | F |
| 275 | Golden doodle | 4-6-21 | F |
| 686 | Golden doodle | 3-4-21 | F |
| 207 | Golden doodle | 3-4-21 | F |
| 545 | Golden doodle | 07/10/21 | m |
| 541 | Golden doodle | 06/15/21 | M |
| 282 | Lhasa Apso | 02/10/21 | F |
| 291 | Lhasa Apso | 02/10/21 | F |
| 283 | Lhasa Apso | 02/10/21 | F |
| 286 | Lhasa Apso | 02/10/21 | F |
| 300 | Lhasa Apso | 02/10/21 | F |
| 386 | Springer Spaniel | 2 | F |
| 547 | ? Shom? | 07/10/21 | F |
| 467 | Pomeranian | 3 | F |
| 467-1 | Pomeranian | 08/2/21 | M |
| 467-2 | Pomeranian | 08/2/21 | F |
| 467-3 | Pomeranian | 08/2/21 | F |
| 467-4 | Pomeranian | 08/2/21 | F |
| 439 | Pomeranian | 3 | F |
| 439-1 | Pomeranian | 8/6/21 | F |
| 439-2 | Pomeranian | 8/6/21 | F |
| 439-3 | Pomeranian | 8/6/21 | F |
| 418 | Teddy Bear | 2 | F |
| 418-1 | Teddy Bear | 08/16/21 | M |
| 418-2 | Teddy Bear | 08/16/21 | M |
| 418-3 | Teddy Bear | 08/16/21 | F |
| 418-4 | Teddy Bear | 08/16/21 | F |

4

| | | | |
|---|---|---|---|
| 418-5 | Teddy Bear | 08/16/21 | F |
| 418-6 | Teddy Bear | 08/16/21 | F |
| 418-7 | Teddy Bear | 08/16/21 | F |
| 310 | Teddy bear | 2 | f |
| 252 | Teddy Bear | 1/10/21 | F |
| 510 | Teddy Bear | 07/10/21 | F |
| 589 | Teddy Bear | 07/10/21 | F |
| 694 | Peekapoo | 04/30/21 | F |
| 728 | Peekapoo | 3/10/21 | F |
| 726 | Peekapoo | 3/10/21 | F |
| 730 | Peekapoo | 3/10/21 | F |
| 247 | Peekapoo | 3/10/21 | F |
| 295 | Yorkipoo | 05/18/21 | F |
| 223 | Shipoo | 1 | F |
| 483 | Shipoo | 1 | F |
| 403 | Shipoo | 1 | F |
| 770 | Shipoo | 04/20/21 | F |
| 224 | Shipoo | 1 | F |
| 256 | Cockapoo | 1/10/21 | F |
| 551 | Maltipoo | 07/10/21 | M |
| 556 | Maltipoo | 07/10/21 | M |
| 544 | Maltipoo | 07/10/21 | M |
| 352 | Cavalier | 5 | f |
| 474 | Cavalier | 2 | F |
| 412 | Cavalier | 2 | |
| 516 | Cavalier | 07/14/21 | M |
| 592 | Cavalier | 07/14/21 | F |
| 698 | Yorkie | 2 | F |
| 548 | Yorkipoo | 5/18/21 | M |
| 526 | Yorkipoo | 05/18/21 | M |
| 501 | Yorkipoo | 05/18/21 | M |
| 290 | Beagle | 2 | F |
| 724 | Beagle/Cocker | 05/6/21 | F |
| 389/203 | Beagle/Cocker | 05/6/21 | F |
| 782 | Beagle/Cocker | 5/6/21 | F |
| 684 | Beagle/Cocker | 5/6/21 | F |
| 233 | Wheaton | 04/28/21 | F |
| 667 | Wheaton | 04/28/21 | F |
| 237 | Wheaton | 04/28/21 | F |
| **338** | Wheaton | 4/28/21 | F |
| **215** | Wheaton | 4/28/21 | M |
| 755 | Whoodle | 6/30/21 | F |
| 737 | Whoodle | 07/5/21 | F |
| 727 | Whoodle | 07/1/21 | m |
| 206 | Whoodle | 07/1/21 | m |
| 705 | Mini Bernie | 07/5/21 | F |

|     |                  |          |   |
|-----|------------------|----------|---|
|     | doodle           |          |   |
| 517 | Mini Bernie doodle | 07/5/21 | F |
| 540 | Mini Bernie doodle | 07/5/21 | F |
| 550 | Mini Bernie doodle | 07/5/21 | F |
| 519 | Mini Bernie doodle | 07/20/21 | M |
| 502 | Mini Bernie doodle | 06/15/21 | M |
| 271 | Mini Bernie doodle | 07/5/21 | F |
| 533 | Mini Bernie doodle | 5/29/21 | F |
| 983 | Samoyed          | 06/7/21  | F |
| 539 | Samoyed          | 07/10/21 | F |
| 946 | Samoyed          | 3        | f |
| 890 | Samoyed          | 06/7/21  | F |
| 913 | Samoyed          | 7/25/21  | m |
| 469 | Husky            | 07/15/21 | M |
| 850 | Husky            | 08/26/14 | f |
| 950 | Husky            | 5        | F |
| 974 | Husky            | 08/26/14 | F |
| 393 | Cavashon         | 2        | F |
| 497 | Boston           | 2        | F |
| 416 | Boston           | 2        | F |
| 574 | Frenchton        | 6/15/21  | M |
| 566 | Frenchton        | 06/15/21 | m |
| 508 | Bernese mtn dog  | 06/9/21  | M |
| 8   | Chow             | 3        | F |
| 704 | Chow             | 07/20/21 | M |
| 202 | Chow             | 07/20/21 | M |
| 358 | Chow             | 07/20/21 | m |
| 524 | Shitzu           | 07/15/21 | F |
| 226 | Lab mix          | 3/1/18   | F |
| 818 | Golden Retriever | 3        | f |
| 581 | Golden Retriever | 07/20/21 | F |
| 505 | Golden Retriever | 07/20/21 | F |
| 733 | Golden Retriever | 07/20/21 | F |
| 579 | Golden Retriever | 07/20/21 | F |
| 594 | Golden Retriever | 07/20/21 | F |
| 570 | Golden Retriever | 07/20/21 | F |
| 576 | Golden Retriever | 07/10/21 | M |
| 600 | Golden Retriever |          | F |
| 758 | Golden Retriever |          | F |
| 760 | Golden Retriever |          | F |

| | | | |
|---|---|---|---|
| 596 | Golden Retriever | | F |
| 598 | Golden Retriever | 07/20/21 | F |
| 599 | Golden Retriever | | F |
| 521 | Golden Retriever | 06/1/21 | F |
| 707 | Golden Retriever | 6/1/21 | F |
| 577 | Golden Retriever | 6/1/21 | m |
| 959 | Golden Retriever | 1 | m |
| 761 | Puggle | 04/25/21 | F |
| 487 | Doberman | 1 | f |
| | Pomsky puppy | 10/18/21 | |
| | Pomsky puppy | 10/18/21 | |
| | Pomsky puppy | 10/18/21 | |
| | Pomsky puppy | 10/18/21 | |

From: 3002 Hwy 2, Promise City, Iowa (Site 3)

| ID # | Breed | Age | Sex |
|---|---|---|---|
| 501 | Cavalier | 06/13/21 | M |
| 502 | Cavalier | 06/13/21 | M |
| 503 | Cavalier | 06/13/21 | M |
| 504 | Cavalier | 06/13/21 | M |
| 505 | Bishapoo | 05/30/21 | F |
| 506 | Poodle | 06/10/21 | Not noted |
| 507 | Poodle | 06/10/21 | F |
| 508 | Poodle (blue merle) | 06/10/21 | M |
| 509 | Poodle (cream) | 06/10/21 | M |

From: 25316 Elk Chapel Rd., Lamoni, Iowa (Site 4)

| ID # | Breed | Age | Sex |
|---|---|---|---|
| 640 | Pomsky | | F |
| 640-1 | Pomsky | 08/16/21 | F |
| 640-2 | Pomsky | 08/16/21 | M |
| 640-3 | Pomsky | 08/16/21 | M |
| 640-4 | Pomsky | 08/16/21 | F |
| 941 | Pomsky | | F |
| 941-1 | Pomsky | 08/13/21 | M |
| 941-2 | Pomsky | 08/13/21 | M |

| | | | |
|---|---|---|---|
| 941-3 | Pomsky | 08/13/21 | F |
| 691 | Pomsky | | F |
| 691-1 | Pomsky | 08/17/21 | M |
| 691-2 | Pomsky | 08/17/21 | M |
| 691-3 | Pomsky | 08/17/21 | F |
| 16 | Shih tzu | | F |
| 16-8 | Shih tzu | 08/27/21 | M |
| 16-9 | Shih tzu | 08/27/21 | M |
| 16-10 | Shih tzu | 08/27/21 | F |
| 16-11 | Shih tzu | 08/27/21 | F |
| 16-12 | Shih tzu | 08/27/21 | M |
| 658 | Pomsky | | F |
| 658-1 | Pomsky | 08/22/21 | M |
| 658-2 | Pomsky | 08/22/21 | F |
| 151 | Goldendoodle | | F |
| 151-1 | Goldendoodle | 09/20/21 | M |
| 151-2 | Goldendoodle | 09/20/21 | M |
| 151-3 | Goldendoodle | 09/20/21 | M |
| 151-4 | Goldendoodle | 09/20/21 | M |
| 151-5 | Goldendoodle | 09/20/21 | M |
| 151-6 | Goldendoodle | 09/20/21 | M |
| 151-7 | Goldendoodle | 09/20/21 | F |
| 151-8 | Goldendoodle | 09/20/21 | M |
| 629 | Goldendoodle | | F |
| 629-1 | Goldendoodle | 09/10/21 | M |
| 629-2 | Goldendoodle | 09/10/21 | F |
| 629-3 | Goldendoodle | 09/10/21 | M |
| 629-4 | Goldendoodle | 09/10/21 | F |
| 629-5 | Goldendoodle | 09/10/21 | F |
| 629-6 | Goldendoodle | 09/10/21 | M |
| 232 | goldendoodle | | F |
| 232-1 | Goldendoodle | 08/23/21 | F |

| | | | |
|---|---|---|---|
| 232-2 | Goldendoodle | 08/23/21 | M |
| 232-3 | Goldendoodle | 08/23/21 | F |
| 232-4 | Goldendoodle | 08/23/21 | F |
| 646 | Pomsky | | F |
| 646-1 | Pomsky | 09/05/21 | M |
| 646-2 | Pomsky | 09/05/21 | M |
| 646-3 | Pomsky | 09/05/21 | F |
| 813 | Goldendoodle | | F |
| 813-1 | Goldendoodle | 09/22/21 | M |
| 813-2 | Goldendoodle | 09/22/21 | F |
| 813-3 | Goldendoodle | 09/22/21 | M |
| 813-4 | Goldendoodle | 09/22/21 | F |
| 813-5 | Goldendoodle | 09/22/21 | F |
| 813-6 | Goldendoodle | 09/22/21 | M |
| 813-7 | Goldendoodle | 09/22/21 | F |
| 64 | Pekingese | | F |
| 64-1 | Pekingese | 09/27/21 | F |
| 64-2 | Pekingese | 09/27/21 | F |
| 64-3 | Pekingese | 09/27/21 | M |
| 64-4 | Pekingese | 09/27/21 | F |
| 64-5 | Pekingese | 09/27/21 | M |
| 64-6 | Pekingese | 09/27/21 | F |
| 64-7 | Pekingese | 09/27/21 | M |
| 64-8 | Pekingese | 09/27/21 | M |
| 635 | Pomsky | | F |
| 635-1 | Pomsky | 09/19/21 | M |
| 635-2 | Pomsky | 09/19/21 | M |
| 635-3 | Pomsky | 09/19/21 | F |
| 635-4 | Pomsky | 09/19/21 | F |
| 610 | Pomsky | | F |
| 610-1 | Pomsky | 08/18/21 | M |
| 610-2 | Pomsky | 08/18/21 | F |

| | | | |
|---|---|---|---|
| 610-3 | Pomsky | 08/18/21 | M |
| 610-4 | Pomsky | 08/18/21 | f |
| 610-5 | Pomsky | 08/18/21 | F |
| 610-6 | Pomsky | 08/18/21 | F |
| 653 | Pomsky | | F |
| 653-1 | Pomsky | 09/05/21 | F |
| 653-2 | Pomsky | 09/05/21 | F |
| 653-3 | Pomsky | 09/05/21 | F |
| 653-4 | Pomsky | 09/05/21 | M |
| 653-5 | Pomsky | 09/05/21 | M |
| 653-6 | Pomsky | 09/05/21 | M |
| 653-7 | Pomsky | 09/05/21 | F |
| 618 | Pomsky | | F |
| 618-1 | Pomsky | 09/02/21 | F |
| 618-2 | Pomsky | 09/02/21 | M |
| 618-3 | Pomsky | 09/02/21 | M |
| 618-4 | Pomsky | 09/02/21 | M |
| 618-5 | Pomsky | 09/02/21 | F |
| 618-6 | Pomsky | 09/02/21 | F |
| 661 | Goldendoodle | | F |
| 575 | Goldendoodle | 07/07/21 | F |
| 549 | Goldendoodle | 07/07/21 | F |
| 513 | Goldendoodle | 07/07/21 | M |
| 542 | Goldendoodle | 07/07/21 | F |
| 565 | Goldendoodle | 07/07/21 | M |
| 573 | Goldendoodle | 07/07/21 | F |
| 660 | Cocker spaniel | | F |
| 588 | Cocker spaniel | 07/03/21 | M |
| 546 | Cocker spaniel | 07/03/21 | M |
| 595 | Cocker spaniel | 07/03/21 | F |
| 623 | Goldendoodle | | F |
| 534 | Goldendoodle | 07/23/21 | F |

| | | | |
|---|---|---|---|
| 553 | Goldendoodle | 07/23/21 | F |
| 796 | Goldendoodle | 07/23/21 | F |
| 986 | Goldendoodle | 07/23/21 | M |
| 816 | Goldendoodle | 07/23/21 | M |
| 597 | Goldendoodle | 07/23/21 | M |
| 204 | Pomsky | | F |
| 587 | Pomsky | 08/19/21 | M |
| 973 | Pomsky | 08/19/21 | F |
| 572 | Pomsky | 08/19/21 | M |
| 578 | Pomsky | 08/19/21 | M |
| 522 | Pomsky | 08/19/21 | F |
| 515 | Pomsky | 08/19/21 | F |
| 205-1 | Shih tzu | 10/6/21 | M |
| 205-2 | Shih tzu | 10/6/21 | M |
| 205-3 | Shih tzu | 10/6/21 | M |
| 205-4 | Shih tzu | 10/6/21 | M |
| 187 | Cocker spaniel | | F |
| 655 | Labradoodle | | F |
| 982 | Goldendoodel | | F |
| 194 | Cocker spaniel | | F |
| 691 | Pomsky | | F |
| 657 | Pomsky | | F |
| 617 | Pomsky | | F |
| 683 | Pomsky | | F |
| 673 | Pomsky | | M |
| 625 | Pomsky | | F |
| 687 | Pomsky | | M |
| 489 | Pomsky | | F |
| 634 | Not noted | | F |
| 696 | Not noted | | F |
| 674 | Maltese | | F |
| 163 | Poodle | | M |

| 641 | Cava mix     |   | F |
|-----|--------------|---|---|
| 178 | Poodle       |   | M |
| 65  | Maltese      |   | f |
| 422 | Goldendoodle |   | F |
| 615 | Goldendoodle |   | F |
| 190 | Cocker spaniel |   | F |
| 17  | Cocker spaniel |   | F |
| 631 | Goldendoodle |   | M |
| 205 | Shih tzu     |   | F |
| 197 | Cocker spaniel |   | F |
| 651 | Cava poo     |   | F |
| 638 | Poodle       |   | M |
| 608 | Goldendoodle |   | F |
| 624 | Goldendoodle |   | F |
| 662 | Goldendoodle |   | F |
| 642 | Goldendoodle |   | F |
| 693 | Pomsky       |   | F |
| 663 | Posmky       |   | F |
| 217 | Pomsky       |   | M |
| 675 | Pomsky       |   | F |
| 609 | Pomsky       |   | F |
| 681 | Pomsky       |   | F |
| 678 | Pomsky       |   | f |
| 697 | Pomsky       |   | M |
| 632 | Pomsky       |   | F |

From: 12340 240th St., Lamoni, IA 50140

| 972   | Husky | F     |
|-------|-------|-------|
| 972-1 | Husky | Puppy |
| 972-2 | Husky | Puppy |
| 972-3 | Husky | Puppy |
| 972-4 | Husky | Puppy |

| 997 | Husky | F |
|---|---|---|
| 916 | Husky | F |
| 990 | Pomsky | M |
| 964 | Husky | F |
| 969 | Husky | F |
| 926 | Husky | F |
| 945 | Husky | F |
| 948 | Husky | F |
| 954 | Husky | F |
| 962 | Husky | M |
| 938 | Husky | F |
| 981 | Husky | F |
| 961 | Husky | F |
| 933 | Husky | F |
| 994 | Husky | F |
| 984 | Husky | F |
| 923 | Husky | F |
| 920 | Husky | M |

From: 28920 188th Ave, Davis City, IA 50065

| ID # | Breed | Age | Sex |
|---|---|---|---|
| 978 | Beagle | 4y | F |
| 992 | Beagle | 4y | F |
| 805 | Beagle | 4y | F |
| Litter (5 puppies) | Beagle/cocker | ~15 weeks | |
| 825 | | | M |
| 862 | | | F |
| 903 | | | M |
| 859 | | | M |
| 807 | | | M |
| 952 | Beagle | 2y | F |
| 968 | Beagle | 6y | F |
| Litter (5 puppies): | | ~11 weeks | |

| | | | |
|---|---|---|---|
| 879 | Beagle/cocker | | M |
| 906 | | | F |
| 878 | | | F |
| 860 | | | F |
| 896 | | | M |
| 985 | May be a beagle or cocker | 3y | F |
| 957 | Cocker | 4y | F |
| Litter (4 puppies) | Cocker/poodle | ~10 weeks | |
| 957-1 | | | F |
| 957-2 | | | M |
| 957-3 | | | F |
| 957-4 | | | F |
| 854 | Cocker | 6y | F |
| 956 | Cocker | 5y | F |
| 928 | Cocker | 4y | F |
| 1 Puppy | Cocker/poodle | ~ 18 weeks | |
| 834 | | | F |
| 827 | Cocker | 8y | F |
| 853 | Cocker | 6y | F |
| Litter (3 puppies): | Cocker | ~15 weeks | |
| 811 | | | F |
| 895 | | | F |
| 842 | | | F |
| 934 | Cocker | 6y | M |
| 998 | Poodle | 3y | M |
| 821 | Shih tzu | 8y | F |

From: 1405 120th St., Hazelton, Iowa

| ID # | Breed | Age | Sex |
|---|---|---|---|
| 1000 | Golden Retriever | 4 | F |
| 1001 | Golden Retriever | 10 | F |
| 1002 | Golden Retriever | 3 | F |

14

| 1003  | Golden Retriever | 3     | F |
|-------|------------------|-------|---|
| 1003A | Golden Retriever | 2 mos | F |
| 1003B | Golden Retriever | 2 mos | F |
| 1004  | Golden Retriever | 4     | M |
| 1005  | Corgi            | 3     | F |
| 1006  | Corgi            | 2     | F |
| 1006A | Pom-Corgi        | 2 mos | F |
| 1006B | Pom-Corgi        | 2mos  | F |
| 1007  | Corgi            | F     | F |
| 1008  | Pomeranian       | M     | M |