# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. DANIEL GINGERICH *Defendant*. | Case No. 4:21-cv-00283-SMR-SHL **MOTION FOR VOLUNTARY DISMISSAL** |

The United States respectfully moves the Court to voluntarily dismiss its Complaint in this action. On November 2, 2021, this Court entered the parties' consent decree in this case. ECF No. 27. Under the terms of that consent decree, Defendant Daniel Gingerich agreed to permanently relinquish any interest that he had in the dogs listed in Attachment A. *Id.* at 3. The consent decree further provided that the Animal Rescue League of Iowa ("ARL") shall take physical possession of all dogs in Attachment A. *Id.* The ARL has now taken physical possession of all of the dogs in Attachment A and their offspring. Therefore, consistent with paragraph 14 of the consent decree, the United States now moves to dismiss the Complaint in this action.[1]

DATED: November 9, 2021

                                                                         TODD KIM
                                                                         Assistant Attorney General
                                                                         Environment and Natural Resources Division

                                                                         /s/ Shampa A. Panda
                                                                         SHAMPA A. PANDA

---

[1] Counsel for Defendant Daniel Gingerich does not oppose this motion.

Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
MARY HOLLINGSWORTH
Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
999 18th Street, South Terrace, Rm. 370
Denver, CO 80202
Mary.hollingsworth@usdoj.gov | 202-598-1043
Shampa.panda@usdoj.gov | 202-598-3799
Fax: 202-305-0275

RICHARD D. WESTPHAL
Acting United States Attorney

DAVID L.D. FAITH II
Assistant United States Attorney
U.S. Attorney's Office for the Southern District of Iowa
110 E. Court Ave., Suite 286
Des Moines, IA 50309
Tel: (515) 473-9353
david.faith@usdoj.gov

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

     I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

DATE: November 9, 2021

/s/ Shampa A. Panda
Shampa A. Panda
