IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:21-cv-00283-SMR-SHL |
| | ) | |
| Plaintiff, | ) | ORDER ON MOTION FOR |
| | ) | VOLUNTARY DISMISSAL |
| v. | ) | |
| | ) | |
| DANIEL GINGERICH, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff United States of America moves to voluntarily dismiss its Complaint in this action pursuant to a consent decree entered by the Court in this case. [ECF No. 27]. The consent decree required that Defendant Daniel Gingerich relinquish any and all interests he had in dogs identified in an attachment to the consent decree. *Id.* Plaintiff now advises the Court that the rescue agency designated by the consent decree to take custody of the dogs, Animal Rescue League of Iowa ("ARL"), has now taken physical possession of all the dogs and their offspring.

Accordingly, this case is DISMISSED.[1]

IT IS SO ORDERED.

Dated this 10th day of November, 2021.

_____
STEPHANIE M. ROSE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Court notes that notwithstanding this dismissal, the consent decree provides that the Court retains jurisdiction "to oversee compliance with the terms of [the consent decree] and to resolve any motions to modify or enforce such terms." [ECF No. 27 ¶ 26].